# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

November 4, 2021

Tara E. Turner
direct dial: 212.589.4603
tturner@bakerlaw.com

**VIA ECF**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  *C.C.M.S. v. Oxford Realty & Holdings, LLC*, No. 20-cv-03429 (NRB)

Dear Judge Buchwald:

As counsel for Plaintiff C.C.M.S. d/b/a Community Counseling and Mediation Services, and on behalf of the parties in the above-captioned action, I submit this joint letter concerning the status of the case. Since the parties' last update on October 5, 2021, the parties have continued to discuss resolution without court intervention. The discussion is ongoing and the parties respectfully request a thirty-two day extension to Monday, December 5, 2021 to provide the Court with another update.

Sincerely,

*/s/ Tara E. Turner*

Tara E. Turner
Associate

cc:  All counsel of record via ECF

Application granted.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:   November 5, 2021
         New York, N.Y.