# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Tara E. Turner
direct dial: 212.589.4603
tturner@bakerlaw.com

March 2, 2022

**VIA ECF**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *C.C.M.S. v. Oxford Realty & Holdings, LLC*, No. 20-cv-03429 (NRB)

Dear Judge Buchwald:

      As counsel for Plaintiff C.C.M.S. d/b/a Community Counseling and Mediation Services, and on behalf of the parties in the above-captioned action, I submit this joint letter concerning the status of the case.  Since Plaintiff's last update on December 6, 2021, the parties have been negotiating the terms of a case management order consistent with Fed. R. Civ. P. 26(f)(3); these discussions are ongoing.  Unless the Court prefers otherwise, the parties expect to complete and submit a proposed case management plan for the Court's consideration by Monday, March 14, 2022.

Sincerely,

*/s/ Tara E. Turner*

Tara E. Turner
Associate

cc: All counsel of record via ECF