# EXHIBIT E



# Transcript of F. Michael Conte

**Date:** January 4, 2023

**Case:** Community Counseling & Mediation Services -v- Oxford Realty & Holdings LLC

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2

3    ----------------------------x

4    C.C.M.S. d/b/a COMMUNITY
     COUNSELING AND MEDIATION
5    SERVICES,                        Civil Action No.
                                      20-cv-03429(NRB)
6
                 Plaintiff,
7
         v.
8
     OXFORD REALTY & HOLDINGS LLC,
9    WEST 27TH STREET REALTY, INC.,
     MARC PATURET, JOSEPH GRILL,
10   MAXIME TOUTON, F. MICHAEL
     CONTE, NIGEL SHAMASH, and
11   other similarly situated
     BOARD MEMBERS OF WEST 27th
12   STREET REALTY, INC.,

13               Defendants.

14   ----------------------------x

15

16               Videotaped Deposition of

17                  F. MICHAEL CONTE

18                 Conducted Virtually

19              Wednesday, January 4, 2023

20                  10:09 a.m. EST

21

22

23   Job No. 475520

24   Pages 1 - 145

25   Reported by:  Nancy C. Bendish, CCR, RMR, CRR

Transcript of F. Michael Conte
January 4, 2023                                    2

```
1    A P P E A R A N C E S:

2    (All participated remotely via
      Zoom Videoconference)
3

4
     ON BEHALF OF PLAINTIFF CCMS d/b/a COMMUNITY
5    COUNSELING AND MEDIATION SERVICES:

6
         BAKER HOSTETLER
7        BY:  TARA E. TURNER, ESQ.
         45 Rockefeller Plaza
8         New York, New York 10111
          212.589.4200
9

10
     ON BEHALF OF DEFENDANTS 27TH STREET REALTY,
11   INC., JOSEPH GRILL, MAXIME TOUTON,
     F. MICHAEL CONTE:
12

13       ABRAMS GARFINKEL MARGOLIS BERGSON LLP
         BY:  BARRY G. MARGOLIS, ESQ.
14       1430 Broadway, 17th Floor
         New York, New York 10018
15        212-201-1170

16

17   ON BEHALF OF DEFENDANT MARK PATURET:

18
         BARCLAY DAMON LLP
19       BY:  MICHAEL CASE, ESQ.
         1270 Avenue of the Americas
20       Suite 501
         New York, New York  10020
21       212.784.5800

22

23   ALSO PRESENT:

24       EMIL WHITE, Planet Depos Technician

25       BRENDON SKIPPER, Videographer
```

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

1              I N D E X

2

3  WITNESS                           EXAMINATION

4  F. MICHAEL CONTE

5     By Ms. Turner.............................5

6     By Mr. Case...............................142

7

8

9

10

11

12            E X H I B I T S

13  IDENT.           DESCRIPTION              PAGE

14

   Exhibit RR    Email Dec. 27, 2019.............110

15

16  Exhibit SS    Excerpted Pages 34-36 of the
                 Offering Plan, COOP0397-399.....126

17

18

19

20

21

22

23

24

25

Transcript of F. Michael Conte
January 4, 2023                                    4

| 1 | THE VIDEOGRAPHER:  Here begins | 10:09:03 |
| 2 | media number 1 in the videotaped deposition of | 10:09:07 |
| 3 | Michael Conte in the matter of Community | 10:09:11 |
| 4 | Counseling and Mediation Services v. Oxford | 10:09:19 |
| 5 | Realty & Holdings LLC in the United States | 10:09:21 |
| 6 | District Court, Southern District of New York, | 10:09:23 |
| 7 | Case No. 1:20-cv-03429. | 10:09:26 |
| 8 | Today's date is January 4th, 2023. | 10:09:37 |
| 9 | The time on the video monitor is 10:09 a.m. | 10:09:40 |
| 10 | Eastern Standard Time.  The remote videographer | 10:09:44 |
| 11 | today is Brendon Skipper representing Planet | 10:09:47 |
| 12 | Depos.  All parties of this video deposition are | 10:09:50 |
| 13 | attending remotely. | 10:09:53 |
| 14 | Would counsel please voice | 10:09:54 |
| 15 | identify themselves and state whom they | 10:09:55 |
| 16 | represent. | 10:09:57 |
| 17 | MS. TURNER:  Tara Turner on behalf | 10:10:00 |
| 18 | of the plaintiff, Community Counseling and | 10:10:02 |
| 19 | Mediation Services. | 10:10:10 |
| 20 | MR. MARGOLIS:  Barry Margolis, | 10:10:11 |
| 21 | Abrams Garfinkel Margolis Bergson for the | 10:10:15 |
| 22 | witness, Mr. Conte, for all other defendants | 10:10:16 |
| 23 | except for Marc Paturet. | 10:10:22 |
| 24 | MR. CASE:  Michael Case with | 10:10:23 |
| 25 | Barclay Damon, representing the defendant Marc | 10:10:26 |

Transcript of F. Michael Conte
January 4, 2023                                    5

| | | |
|---|---|---|
| 1 | Paturet. | 10:10:30 |
| 2 | THE VIDEOGRAPHER:  The court | 10:10:30 |
| 3 | reporter today is Nancy Bendish representing | 10:10:31 |
| 4 | Planet Depos.  Would the reporter please swear | 10:10:33 |
| 5 | in the witness. | 10:10:35 |
| 6 | | 10:10:43 |
| 7 | F.  M I C H A E L   C O N T E, having been duly | 10:10:53 |
| 8 | sworn, testified as follows: | |
| 9 | THE REPORTER:  Please state your | |
| 10 | full name for the record. | |
| 11 | THE WITNESS:  Frank Michael Conte. | |
| 12 | EXAMINATION BY MS. TURNER: | |
| 13 | Q.    Good morning, Mr. Conte.  My name | 10:11:01 |
| 14 | is Tara Turner. | 10:11:03 |
| 15 | A.    Good morning. | 10:11:05 |
| 16 | Q.    I'm going to be taking your | 10:11:06 |
| 17 | deposition today.  As I said earlier, I | 10:11:08 |
| 18 | represent Community Counseling and Mediation | 10:11:10 |
| 19 | Services, the plaintiff in this action. | 10:11:14 |
| 20 | I'm going to go over just some | 10:11:16 |
| 21 | basic instructions, and the most important thing | 10:11:18 |
| 22 | is that today we're essentially going to have a | 10:11:23 |
| 23 | conversation, but in question and answer form. | 10:11:26 |
| 24 | I'll ask you a number of questions and ask that | 10:11:30 |
| 25 | you answer each to the best of your knowledge. | 10:11:33 |

Transcript of F. Michael Conte
January 4, 2023                                  6

| | | |
|---|---|---|
| 1 | Before answering, please wait | 10:11:35 |
| 2 | until I finish asking each question completely. | 10:11:37 |
| 3 | It's difficult for the reporter to capture | 10:11:41 |
| 4 | simultaneous conversations, so only one person | 10:11:44 |
| 5 | should be speaking at a time. | 10:11:47 |
| 6 | If you don't understand the | 10:11:49 |
| 7 | question, please ask me to repeat or rephrase | 10:11:51 |
| 8 | the question and I'll be happy to do so. | 10:11:53 |
| 9 | The court reporter will be taking | 10:11:57 |
| 10 | down my questions and your answers, so your | 10:11:59 |
| 11 | answers must be audible.  Please say yes or no | 10:12:01 |
| 12 | rather than nodding your head.  Do you | 10:12:05 |
| 13 | understand? | 10:12:07 |
| 14 | A.     Yup. | 10:12:09 |
| 15 | Q.     Thank you.  I mentioned that I | 10:12:10 |
| 16 | represent Community Counseling and Mediation | 10:12:13 |
| 17 | Services.  I may refer to them as CCMS | 10:12:16 |
| 18 | throughout your deposition.  Do you understand | 10:12:21 |
| 19 | what that means? | 10:12:23 |
| 20 | A.     Yes. | 10:12:24 |
| 21 | Q.     I may also refer to the defendants | 10:12:25 |
| 22 | in this matter, which are West 27th Street | 10:12:28 |
| 23 | Realty, Inc., Marc Paturet, Joseph Grill, Maxime | 10:12:33 |
| 24 | Touton and yourself.  If I refer to all | 10:12:39 |
| 25 | defendants, I will use "defendants" or the term | 10:12:41 |

Transcript of F. Michael Conte
January 4, 2023                                    7

| | | |
|---|---|---|
| 1 | "co-op," but I may also refer more specifically | 10:12:44 |
| 2 | to board members of the co-op, in which case I | 10:12:47 |
| 3 | will identify them as the Co-op Board.  Do you | 10:12:52 |
| 4 | understand? | 10:12:55 |
| 5 | A.    I certainly do. | 10:12:57 |
| 6 | Q.    Thank you. | 10:12:58 |
| 7 | If you need a break for any | 10:12:59 |
| 8 | reason, please let me know.  I just ask that you | 10:13:00 |
| 9 | don't take a break while a question is pending. | 10:13:04 |
| 10 | A.    Sure. | 10:13:09 |
| 11 | Q.    Finally, Mr. Conte, I'm going to | 10:13:09 |
| 12 | be asking some questions today about race and | 10:13:11 |
| 13 | ethnicity of certain individuals.  I don't mean | 10:13:16 |
| 14 | these questions to be insensitive and certainly | 10:13:19 |
| 15 | if you don't know the race or ethnicity of | 10:13:22 |
| 16 | someone, please say you don't know, but I wanted | 10:13:25 |
| 17 | to cover that ahead of time in case those | 10:13:27 |
| 18 | questions come up later. | 10:13:31 |
| 19 | A.    Okay. | 10:13:33 |
| 20 | Q.    Mr. Conte, do you understand that | 10:13:35 |
| 21 | you are now under oath? | 10:13:36 |
| 22 | A.    Yup. | 10:13:39 |
| 23 | Q.    And you understand that your | 10:13:40 |
| 24 | testimony that you're about to give has the same | 10:13:42 |
| 25 | force and effect as if you were testifying in a | 10:13:44 |

Transcript of F. Michael Conte
January 4, 2023                                                8

| | | |
|---|---|---|
| 1 | courtroom? | 10:13:47 |
| 2 | A.    Yes, I understand. | 10:13:48 |
| 3 | Q.    Are you suffering from any medical | 10:13:50 |
| 4 | conditions, mental or physical, that would | 10:13:53 |
| 5 | prevent you from testifying fully and truthfully | 10:13:56 |
| 6 | today? | 10:13:59 |
| 7 | A.    No. | 10:14:00 |
| 8 | Q.    And are you taking any medications | 10:14:01 |
| 9 | or substances that would prevent you from | 10:14:03 |
| 10 | testifying fully and truthfully today or would | 10:14:06 |
| 11 | otherwise affect your recollection? | 10:14:09 |
| 12 | A.    No. | 10:14:11 |
| 13 | Q.    Is there anything else I should be | 10:14:13 |
| 14 | aware of that would prevent you from testifying | 10:14:15 |
| 15 | fully and truthfully today? | 10:14:17 |
| 16 | A.    No. | 10:14:21 |
| 17 | Q.    Thank you. | 10:14:23 |
| 18 | Mr. Conte, do you understand that | 10:14:24 |
| 19 | the parties agreed ahead of time to conduct this | 10:14:28 |
| 20 | deposition by remote means? | 10:14:30 |
| 21 | A.    I'm sorry, say that again. | 10:14:34 |
| 22 | Q.    Do you understand that the parties | 10:14:36 |
| 23 | agreed ahead of time to conduct this deposition | 10:14:38 |
| 24 | by remote means via Zoom? | 10:14:40 |
| 25 | A.    Yes.  That's why I'm here. | 10:14:43 |

| | | |
|---|---|---|
| 1 | Q.    And do you understand that the | 10:14:46 |
| 2 | deposition is also being videorecorded? | 10:14:47 |
| 3 | A.    Yes. | 10:14:51 |
| 4 | Q.    Thank you. | 10:14:53 |
| 5 | Mr. Conte, have you ever been | 10:14:54 |
| 6 | deposed before? | 10:14:57 |
| 7 | A.    Yes. | 10:14:58 |
| 8 | Q.    When were you previously deposed? | 10:14:59 |
| 9 | A.    I'm going to say about 20 years | 10:15:09 |
| 10 | ago where there was an involvement with an | 10:15:11 |
| 11 | Arizona Mission lawsuit in New York County. | 10:15:16 |
| 12 | I was then deposed about, I'm | 10:15:24 |
| 13 | going to say -- time flies -- 15 years ago, | 10:15:29 |
| 14 | whereby we were the plaintiffs alleging that an | 10:15:36 |
| 15 | attorney had stolen money from us through | 10:15:39 |
| 16 | various transactions that we were doing at the | 10:15:42 |
| 17 | time.  And then I was deposed in my role as | 10:15:46 |
| 18 | chairman of the Planning Board of Franklin Lakes | 10:15:50 |
| 19 | for a planning issue that went into litigation. | 10:15:53 |
| 20 | Q.    Okay.  Starting with the first | 10:16:00 |
| 21 | time you said you were deposed, which I believe | 10:16:04 |
| 22 | was 20 years ago, do you recall what action that | 10:16:08 |
| 23 | was in? | 10:16:11 |
| 24 | A.    I don't know what you mean by | 10:16:12 |
| 25 | action. | 10:16:13 |

Transcript of F. Michael Conte
January 4, 2023                          10

| | | |
|---|---|---|
| 1 | Q.     The case name or lawsuit name. | 10:16:14 |
| 2 | A.     No.  I have no recollection. | 10:16:17 |
| 3 | Q.     Do you recall what court the case | 10:16:20 |
| 4 | was in in connection with the deposition? | 10:16:23 |
| 5 | A.     I believe it was New York City, | 10:16:27 |
| 6 | Manhattan. | 10:16:29 |
| 7 | Q.     Okay.  And what subjects did you | 10:16:30 |
| 8 | testify about in that deposition? | 10:16:33 |
| 9 | MR. MARGOLIS:  Objection. | 10:16:36 |
| 10 | A.     Insurance coverages -- I'm sorry. | 10:16:37 |
| 11 | MR. MARGOLIS:  Michael, during the | 10:16:41 |
| 12 | deposition, as your attorney I have an | 10:16:42 |
| 13 | opportunity to object.  Doesn't necessarily mean | 10:16:45 |
| 14 | that you don't answer the question, unless I | 10:16:47 |
| 15 | tell you otherwise, but you need to give me an | 10:16:49 |
| 16 | opportunity after Ms. Turner asks you the | 10:16:52 |
| 17 | question to put an objection on the record to | 10:16:55 |
| 18 | the extent I believe that that's required, and | 10:16:57 |
| 19 | then once I put the objection on the record by | 10:17:00 |
| 20 | saying objection, you could then respond, unless | 10:17:03 |
| 21 | I tell you otherwise.  Okay? | 10:17:06 |
| 22 | THE WITNESS:  Okay.  I'm sorry. | 10:17:08 |
| 23 | MR. MARGOLIS:  That's okay. | 10:17:10 |
| 24 | Tara, you want to repeat your | 10:17:14 |
| 25 | question? | 10:17:17 |

Transcript of F. Michael Conte
January 4, 2023                                    11

| | | |
|---|---|---|
| 1 | MS. TURNER:  Yes.  Thank you. | 10:17:17 |
| 2 | BY MS. TURNER: | 10:17:20 |
| 3 | Q.    What subjects did you testify | 10:17:20 |
| 4 | about in that deposition 20 years ago? | 10:17:23 |
| 5 | MR. MARGOLIS:  Objection.  You can | 10:17:25 |
| 6 | go ahead and answer. | 10:17:26 |
| 7 | A.    Thank you. | 10:17:29 |
| 8 | It was regarding insurance | 10:17:30 |
| 9 | coverages and whether an application was | 10:17:32 |
| 10 | properly presented to the carrier. | 10:17:34 |
| 11 | Q.    And the deposition 15 years ago, | 10:17:37 |
| 12 | do you recall what action or lawsuit that was | 10:17:41 |
| 13 | in? | 10:17:43 |
| 14 | A.    Yeah, that I recall very well. | 10:17:45 |
| 15 | That was Honig Conte Porrino, myself, my | 10:17:47 |
| 16 | partner, versus Kenneth Gott (phonetic). | 10:17:53 |
| 17 | Q.    And which court was that action | 10:17:56 |
| 18 | in? | 10:17:58 |
| 19 | A.    Again, we brought that in New York | 10:17:59 |
| 20 | City. | 10:18:01 |
| 21 | Q.    And what was the subject of your | 10:18:01 |
| 22 | testimony in that action? | 10:18:04 |
| 23 | A.    Ken Gott was the attorney who | 10:18:07 |
| 24 | represented us through the merger of his firm | 10:18:10 |
| 25 | and various other real estate transactions that | 10:18:13 |

Transcript of F. Michael Conte
January 4, 2023                                      12

| | | |
|---|---|---|
| 1 | were occurring simultaneously.  When all the | 10:18:15 |
| 2 | dust settled and our accountant went through the | 10:18:20 |
| 3 | closing statements, it was determined that there | 10:18:24 |
| 4 | was a large sum of money missing.  We then | 10:18:27 |
| 5 | brought suit against Ken. | 10:18:32 |
| 6 | He had created some false | 10:18:34 |
| 7 | deductions, I guess you would call them.  So, | 10:18:38 |
| 8 | for example, he put in there a pollution | 10:18:41 |
| 9 | abatement on a piece of property that we sold. | 10:18:44 |
| 10 | We were, like, we didn't spend $500,000 on a | 10:18:49 |
| 11 | pollution abatement.  And we wouldn't sign off | 10:18:52 |
| 12 | on the documents and we hired an attorney to get | 10:18:56 |
| 13 | to the bottom of it.  He created that line item | 10:18:58 |
| 14 | entry to make off with that amount of money and | 10:19:02 |
| 15 | keep it for himself. | 10:19:06 |
| 16 | Through forensic investigation we | 10:19:08 |
| 17 | determined that he was living his lifestyle on | 10:19:12 |
| 18 | his IOLA account.  As a result of the | 10:19:15 |
| 19 | litigation, we got him disbarred and we did get | 10:19:19 |
| 20 | a judgment against him, which we were never able | 10:19:22 |
| 21 | to collect upon. | 10:19:27 |
| 22 | Q.    Thank you.  And the most recent | 10:19:28 |
| 23 | deposition, do you recall what action or lawsuit | 10:19:32 |
| 24 | that was in? | 10:19:37 |
| 25 | A.    I don't.  It was in New Jersey.  I | 10:19:38 |

Transcript of F. Michael Conte
January 4, 2023                                          13

| | | |
|---|---|---|
| 1 | want to say Bergen County because that's where I | 10:19:40 |
| 2 | live, and I was chairman of the Planning Board | 10:19:43 |
| 3 | at the time.  There was an allegation by the | 10:19:47 |
| 4 | attorney that his client was not properly | 10:19:50 |
| 5 | handled and there was a conspiracy going on to, | 10:19:59 |
| 6 | I guess -- a conspiracy against his client for | 10:20:07 |
| 7 | the application brought before us.  The case was | 10:20:11 |
| 8 | ultimately dismissed. | 10:20:13 |
| 9 |      Q.    And what were the allegations of | 10:20:17 |
| 10 | conspiracy? | 10:20:22 |
| 11 |      A.    New Jersey has a law called the | 10:20:24 |
| 12 | Sunshine Law whereby members of the Planning | 10:20:25 |
| 13 | Board cannot discuss the case amongst themselves | 10:20:32 |
| 14 | unless there's a reporter present.  And his | 10:20:37 |
| 15 | allegation was that we violated the Sunshine | 10:20:40 |
| 16 | Law.  That was, I guess, the end of it. | 10:20:48 |
| 17 |      Q.    And this was in consideration of | 10:20:49 |
| 18 | an application to the Planning Board? | 10:20:52 |
| 19 |      A.    That's correct. | 10:20:55 |
| 20 |      Q.    Thank you. | 10:20:55 |
| 21 |      In any of those actions where you | 10:20:57 |
| 22 | were deposed, did you also provide testimony in | 10:20:59 |
| 23 | court? | 10:21:03 |
| 24 |      A.    No. | 10:21:03 |
| 25 |      Q.    Have you provided testimony in a | 10:21:05 |

Transcript of F. Michael Conte
January 4, 2023                                    14

| | | |
|---|---|---|
| 1 | courtroom in any other actions? | 10:21:08 |
| 2 | A.    I would say there was -- oh, my | 10:21:15 |
| 3 | God, back in the '90s I was a witness I guess in | 10:21:19 |
| 4 | a criminal trial but I was dismissed because -- | 10:21:24 |
| 5 | I don't know, they called me as a witness, I | 10:21:27 |
| 6 | went in, I sat down in the chair and they asked | 10:21:29 |
| 7 | me if I saw what occurred and I said no, which I | 10:21:33 |
| 8 | didn't, and they excused me.  That was the | 10:21:36 |
| 9 | extent of my testimony.  Somebody stole a wallet | 10:21:39 |
| 10 | I think and I found it and I turned it in and | 10:21:45 |
| 11 | that's where they brought me in. | 10:21:47 |
| 12 | Q.    Understood.  Do you recall what | 10:21:48 |
| 13 | court that was in? | 10:21:51 |
| 14 | A.    Again, Manhattan, but I don't -- | 10:21:53 |
| 15 | Manhattan.  I don't leave Manhattan much. | 10:22:00 |
| 16 | Q.    Have you ever provided testimony | 10:22:04 |
| 17 | in connection with an arbitration or mediation? | 10:22:05 |
| 18 | A.    No. | 10:22:14 |
| 19 | Q.    Mr. Conte, what did you do, if | 10:22:16 |
| 20 | anything, to prepare for the deposition today? | 10:22:21 |
| 21 | A.    Well, I reviewed some emails that | 10:22:26 |
| 22 | went back and forth, and I got to read Nigel's | 10:22:29 |
| 23 | testimony, or whatever you call that, and I | 10:22:33 |
| 24 | spoke with my attorney. | 10:22:37 |
| 25 | Q.    Understood.  Did you speak with | 10:22:38 |

Transcript of F. Michael Conte
January 4, 2023                                    15

| | | |
|---|---|---|
| 1 | anyone else? | 10:22:40 |
| 2 | A.    My wife. | 10:22:43 |
| 3 | Q.    Just to let her know you were | 10:22:45 |
| 4 | being deposed today? | 10:22:47 |
| 5 | A.    Let's go with that. | 10:22:51 |
| 6 | Q.    Did you meet with anyone regarding | 10:22:59 |
| 7 | today's deposition? | 10:23:02 |
| 8 | A.    No. | 10:23:03 |
| 9 | Q.    Other than your attorney, did you | 10:23:09 |
| 10 | meet or speak with anyone else in preparation | 10:23:12 |
| 11 | for this deposition? | 10:23:15 |
| 12 | A.    No, not at all. | 10:23:16 |
| 13 | Q.    And you mentioned you reviewed | 10:23:19 |
| 14 | some materials to prepare for the deposition; is | 10:23:22 |
| 15 | that correct? | 10:23:25 |
| 16 | A.    I'm sorry, I lost one word.  Can | 10:23:26 |
| 17 | you say that again. | 10:23:28 |
| 18 | Q.    Did you review any materials to | 10:23:29 |
| 19 | prepare for the deposition? | 10:23:32 |
| 20 | MR. MARGOLIS:  Objection. | 10:23:34 |
| 21 | A.    Yes, some -- | 10:23:35 |
| 22 | MR. MARGOLIS:  You can answer. | 10:23:37 |
| 23 | A.    Yes, some emails and, you know, | 10:23:40 |
| 24 | the transcript of the testimony for Nigel's EBT. | 10:23:45 |
| 25 | Q.    Do you recall what the emails were | 10:23:54 |

Transcript of F. Michael Conte
January 4, 2023                                    16

| | | |
|---|---|---|
| 1 | regarding? | 10:23:55 |
| 2 | A.     They were the emails I think that | 10:23:58 |
| 3 | I talked about where they were trying to set up | 10:24:01 |
| 4 | the appointment for the CCMS meeting. | 10:24:04 |
| 5 | Q.     And do you know if those documents | 10:24:08 |
| 6 | were produced in this action? | 10:24:10 |
| 7 | A.     I presented them to my attorney. | 10:24:14 |
| 8 | Q.     Understood, thank you. | 10:24:17 |
| 9 | Do you have any materials in front | 10:24:20 |
| 10 | of you right now? | 10:24:22 |
| 11 | A.     I've got a pen and the log-in | 10:24:23 |
| 12 | notes for the Zoom meeting. | 10:24:28 |
| 13 | Q.     And is there anyone else in the | 10:24:30 |
| 14 | room with you for your virtual deposition? | 10:24:31 |
| 15 | A.     Nope. | 10:24:38 |
| 16 | Q.     Mr. Conte, have you ever met or | 10:24:39 |
| 17 | spoken with counsel for defendant Marc Paturet? | 10:24:41 |
| 18 | A.     No. | 10:24:47 |
| 19 | Q.     Did you speak with any of the | 10:24:50 |
| 20 | other defendants about today's deposition, the | 10:24:52 |
| 21 | individual defendants? | 10:24:54 |
| 22 | A.     No, not at all.  I purposely | 10:24:57 |
| 23 | avoided that, because I knew it would be a | 10:25:01 |
| 24 | question. | 10:25:03 |
| 25 | Q.     Did you speak with Peter Lehr or | 10:25:06 |

Transcript of F. Michael Conte
January 4, 2023                                    17

| | | |
|---|---|---|
| 1 | anyone from Kaled Management about today's | 10:25:09 |
| 2 | deposition? | 10:25:14 |
| 3 | A.    No. | 10:25:14 |
| 4 | Q.    And did you speak with Nigel | 10:25:15 |
| 5 | Shamash or Saul Tawil about today's deposition? | 10:25:17 |
| 6 | A.    No. | 10:25:26 |
| 7 | Q.    Thank you. | 10:25:27 |
| 8 | Mr. Conte, I'm going to ask you | 10:25:27 |
| 9 | just some questions about your personal | 10:25:29 |
| 10 | background.  Could you please describe your race | 10:25:31 |
| 11 | and ethnicity for the record. | 10:25:35 |
| 12 | A.    Well, I was born in America of | 10:25:40 |
| 13 | Italian descent.  Some people say I'm green. | 10:25:42 |
| 14 | Maybe I'm Caucasian, I don't know. | 10:25:48 |
| 15 | Q.    Thank you.  Can you just briefly | 10:25:53 |
| 16 | describe your educational history? | 10:25:55 |
| 17 | A.    Bachelor of Science and a degree | 10:25:57 |
| 18 | in insurance, CPIA. | 10:26:00 |
| 19 | Q.    And what's your current | 10:26:04 |
| 20 | occupation? | 10:26:06 |
| 21 | A.    I'm an insurance broker. | 10:26:07 |
| 22 | Q.    And where do you work? | 10:26:10 |
| 23 | A.    Honig Conte Porrino. | 10:26:18 |
| 24 | Q.    And do you own this business or | 10:26:19 |
| 25 | are you a partner in the business? | 10:26:21 |

Transcript of F. Michael Conte
January 4, 2023                                    18

| | | |
|---|---|---|
| 1 | A.     I'm a partner in the business. | 10:26:24 |
| 2 | Q.     And what kind of services does | 10:26:26 |
| 3 | Honig Conte and Porrino provide? | 10:26:30 |
| 4 | A.     We are a full service insurance | 10:26:32 |
| 5 | brokerage firm.  We deal in homeowners, auto, | 10:26:34 |
| 6 | business insurance.  You name it, we insure it. | 10:26:40 |
| 7 | Q.     And how long have you been a | 10:26:43 |
| 8 | partner of Honig Conte and Porrino? | 10:26:44 |
| 9 | A.     Since 2006. | 10:26:51 |
| 10 | Q.     And where did you work before | 10:26:53 |
| 11 | Honig Conte and Porrino? | 10:26:56 |
| 12 | A.     My firm was Conte Porrino and we | 10:26:59 |
| 13 | merged with Honig in 2006.  Prior to that I had | 10:27:03 |
| 14 | my own firm. | 10:27:08 |
| 15 | Q.     How long did you have your own | 10:27:09 |
| 16 | firm, Conte and Porrino? | 10:27:11 |
| 17 | A.     '92, since 1992.  It was also a | 10:27:15 |
| 18 | family business and I took ownership in 1992. | 10:27:22 |
| 19 | Q.     Thank you. | 10:27:26 |
| 20 | Where are the offices for Honig | 10:27:28 |
| 21 | Conte and Porrino located? | 10:27:31 |
| 22 | A.     129 West 27th, New York, New York. | 10:27:33 |
| 23 | Q.     Does Honig Conte Porrino occupy a | 10:27:39 |
| 24 | specific floor of that building? | 10:27:43 |
| 25 | A.     Yes, the sixth floor. | 10:27:46 |

Transcript of F. Michael Conte
January 4, 2023                                        19

| | | |
|---|---|---|
| 1 | Q. And how long has Honig Conte | 10:27:48 |
| 2 | Porrino occupied the sixth floor of 129 West | 10:27:50 |
| 3 | 27th Street? | 10:27:56 |
| 4 | A. 2006. | 10:27:56 |
| 5 | Q. And 129 West 27th Street, which I | 10:27:59 |
| 6 | may refer to as "the premises" going forward, is | 10:28:04 |
| 7 | that the same building which is the subject of | 10:28:07 |
| 8 | this action? | 10:28:10 |
| 9 | A. I believe it is, yes. | 10:28:13 |
| 10 | Q. Could you just generally describe | 10:28:15 |
| 11 | the building for me at 129 West 27th Street? | 10:28:18 |
| 12 | MR. MARGOLIS: Objection. Go | 10:28:23 |
| 13 | ahead. | 10:28:24 |
| 14 | A. 12-story brick building. | 10:28:28 |
| 15 | Q. Do you know the general size of | 10:28:31 |
| 16 | each floor? | 10:28:34 |
| 17 | A. No. I'm going to say 5,000 square | 10:28:40 |
| 18 | feet. | 10:28:46 |
| 19 | Q. But that would just be a guess? | 10:28:46 |
| 20 | A. Yeah. I can never figure out how | 10:28:50 |
| 21 | they measure it. Everybody has a different | 10:28:52 |
| 22 | number. Some people measure it from outside the | 10:28:54 |
| 23 | brick; some people measure it from inside the | 10:28:56 |
| 24 | brick. I don't know. | 10:28:59 |
| 25 | Q. Understood. | 10:29:02 |

Transcript of F. Michael Conte
January 4, 2023                                    20

| | | |
|---|---|---|
| 1 | How often do you go to the | 10:29:05 |
| 2 | building at 129 West 27th Street? | 10:29:07 |
| 3 | A.   I'm here every day. | 10:29:12 |
| 4 | Q.   Even on weekends? | 10:29:14 |
| 5 | A.   Lately not, but there have been | 10:29:18 |
| 6 | times when I'm here on the weekends. | 10:29:20 |
| 7 | Q.   When you visit the building, how | 10:29:23 |
| 8 | long do you stay? | 10:29:26 |
| 9 | A.   Typically I come in at 7 and I | 10:29:28 |
| 10 | rarely get out of here before 5:30. | 10:29:30 |
| 11 | Q.   And thinking about the COVID-19 | 10:29:34 |
| 12 | pandemic, which started in March 2020, did that | 10:29:39 |
| 13 | change how often you went to the building? | 10:29:45 |
| 14 | A.   No.  I went in every day except | 10:29:49 |
| 15 | for when I had foot surgery.  Then I didn't go | 10:29:52 |
| 16 | in.  I couldn't walk. | 10:29:55 |
| 17 | Q.   As of today, while we're here at | 10:30:01 |
| 18 | this deposition, besides the sixth floor, can | 10:30:04 |
| 19 | you identify the individuals or entities that | 10:30:08 |
| 20 | own the remaining floors? | 10:30:12 |
| 21 | A.   The individuals or entities, okay. | 10:30:18 |
| 22 | Joey Grillo has the 12th floor. | 10:30:22 |
| 23 | Joey Grill I should say, the 12th floor.  Touton | 10:30:29 |
| 24 | has 11, 10 and 9.  Shamash has 8 and 7.  We have | 10:30:35 |
| 25 | 6.  5 and 4 is the architects.  3 is Hand Held | 10:30:43 |

Transcript of F. Michael Conte
January 4, 2023                                    21

| | | |
|---|---|---|
| 1 | Films.  2 is an artist; I don't know his name. | 10:30:51 |
| 2 | And 1 is Hand Held Films. | 10:30:55 |
| 3 | Q.    Thank you.  So as of today how | 10:31:00 |
| 4 | many floors in the building are occupied? | 10:31:03 |
| 5 | MR. MARGOLIS:  Objection. | 10:31:10 |
| 6 | A.    As far as I know, the only two | 10:31:13 |
| 7 | floors that are not occupied are -- well, | 10:31:17 |
| 8 | actually, I don't know.  7 and 8 are empty.  I | 10:31:20 |
| 9 | don't know if 2 is empty.  Because the guy died, | 10:31:25 |
| 10 | so I don't know what's going on there. | 10:31:29 |
| 11 | Q.    Understood. | 10:31:32 |
| 12 | Do you know the name of the artist | 10:31:33 |
| 13 | that owns the second floor? | 10:31:35 |
| 14 | A.    Starts with a B.  I don't know it. | 10:31:38 |
| 15 | Q.    And the building is organized as a | 10:31:43 |
| 16 | co-op, correct? | 10:31:48 |
| 17 | A.    Yes.  Commercial co-op. | 10:31:49 |
| 18 | Q.    And what's your role in connection | 10:31:51 |
| 19 | with the commercial co-op, as of today? | 10:31:54 |
| 20 | A.    I'm a board member.  I'm a board | 10:31:58 |
| 21 | member and a treasurer.  That's my position on | 10:32:01 |
| 22 | the board. | 10:32:03 |
| 23 | Q.    And how long have you been a board | 10:32:04 |
| 24 | member? | 10:32:12 |
| 25 | A.    I'm going to say six years, seven | 10:32:13 |

Transcript of F. Michael Conte
January 4, 2023                                          22

| | | |
|---|---|---|
| 1 | years.  Not sure 100 percent. | 10:32:16 |
| 2 | Q.    And do you know how many | 10:32:23 |
| 3 | shareholders there are of the co-op? | 10:32:26 |
| 4 | A.    Actually, you know what, I left | 10:32:34 |
| 5 | one guy out.  There's a guy that owns a piece of | 10:32:36 |
| 6 | the freight area.  I forget his name.  I think | 10:32:39 |
| 7 | his name is Saul, I'm not sure. | 10:32:45 |
| 8 | So, to answer your question, | 10:32:49 |
| 9 | including that guy, I think you have six owners | 10:32:51 |
| 10 | in the building, because people own multiple | 10:33:14 |
| 11 | floors, except for us.  We only own this floor. | 10:33:17 |
| 12 | Q.    Thank you. | 10:33:21 |
| 13 | Do you know how many shares there | 10:33:22 |
| 14 | are per floor? | 10:33:25 |
| 15 | A.    I don't know. | 10:33:29 |
| 16 | Q.    And do you know the total number | 10:33:30 |
| 17 | of shares with the co-op? | 10:33:31 |
| 18 | A.    I don't know. | 10:33:35 |
| 19 | Q.    How does the co-op operate? | 10:33:37 |
| 20 | MR. MARGOLIS:  Objection. | 10:33:40 |
| 21 | A.    I don't understand your question. | 10:33:44 |
| 22 | Q.    Who makes decisions for the co-op? | 10:33:46 |
| 23 | MR. MARGOLIS:  Objection. | 10:33:49 |
| 24 | A.    What kind of decisions? | 10:33:54 |
| 25 | Q.    Any kind of decision. | 10:33:57 |

Transcript of F. Michael Conte
January 4, 2023                                    23

| | | |
|---|---|---|
| 1 | MR. MARGOLIS:  Objection. | 10:33:59 |
| 2 | A.    Well, we have a managing agent, | 10:34:02 |
| 3 | Kaled.  They handle for the most part the | 10:34:05 |
| 4 | day-to-day stuff, like if something breaks. | 10:34:07 |
| 5 | That's how we run the building. | 10:34:14 |
| 6 | Q.    Do shareholders make any decisions | 10:34:16 |
| 7 | with regard to the co-op? | 10:34:19 |
| 8 | MR. MARGOLIS:  Objection. | 10:34:20 |
| 9 | A.    Well, we're all shareholders. | 10:34:25 |
| 10 | Q.    Do board members make any | 10:34:30 |
| 11 | decisions with regard to the co-op? | 10:34:33 |
| 12 | A.    On matters that the board needs to | 10:34:35 |
| 13 | make decisions on, yes. | 10:34:40 |
| 14 | Q.    What are some examples of | 10:34:41 |
| 15 | decisions that require board member input? | 10:34:44 |
| 16 | A.    Well, we were having an intercom | 10:34:51 |
| 17 | system put in, so the Board asked -- you know, | 10:34:53 |
| 18 | we convened and we organized getting some input | 10:34:59 |
| 19 | as to which systems may be, you know, viable. | 10:35:03 |
| 20 | So we kind of vet it out in the beginning, and | 10:35:09 |
| 21 | then we will call for a general meeting if | 10:35:15 |
| 22 | anybody wants to come and further discuss it. | 10:35:19 |
| 23 | Inevitably the people on the board | 10:35:21 |
| 24 | are typically the only people that show up to | 10:35:25 |
| 25 | the meetings, and we call a vote and we go from | 10:35:28 |

Transcript of F. Michael Conte
January 4, 2023                                    24

```
 1    there.                                             10:35:31

 2         Q.    So what's the difference between        10:35:31

 3    shareholders and board members?                    10:35:33

 4         A.    Well, I guess the difference is          10:35:39

 5    that if you're not a board member, you can't       10:35:41

 6    vote on things that would be required for a         10:35:44

 7    board member to vote on.                            10:35:47

 8         Q.    And how do you determine who's a         10:35:50

 9    board member?                                       10:35:52

10         A.    We hold our general meetings once        10:36:01

11    a year.  We ask for nominees; and if people        10:36:02

12    volunteer, we have a verbal vote, and like that.   10:36:08

13    There's five of us and four positions, or six of   10:36:12

14    us and four positions; so, it's not really like,   10:36:14

15    you know, everybody is fighting to be on the       10:36:18

16    board.                                              10:36:23

17         Q.    Are there any qualifications to be       10:36:23

18    a board member?                                     10:36:25

19         A.    Any qualifications.  I mean, I           10:36:30

20    can't say -- I never thought about it.  No, I      10:36:36

21    guess if you're volunteering you seem like a,      10:36:39

22    you know, you seem reasonable, you're kind of      10:36:43

23    on.  I've been trying to get more people           10:36:45

24    involved but, you know, when you think about       10:36:49

25    there's only six people now and you have five of   10:36:51
```

Transcript of F. Michael Conte
January 4, 2023                                        25

| | | |
|---|---|---|
| 1 | them involved, or four of them involved, that's | 10:36:54 |
| 2 | probably more than you're going to get. | 10:36:59 |
| 3 | Q.    And as of today there are four | 10:37:01 |
| 4 | board members? | 10:37:03 |
| 5 | A.    That's correct. | 10:37:05 |
| 6 | Q.    And just to clarify, the board | 10:37:07 |
| 7 | members are elected annually? | 10:37:09 |
| 8 | A.    Yes. | 10:37:12 |
| 9 | Q.    And who are the current board | 10:37:15 |
| 10 | members, besides yourself? | 10:37:17 |
| 11 | A.    Myself, Joe Grill, Marc Paturet | 10:37:30 |
| 12 | and Maxime Touton. | 10:37:41 |
| 13 | Q.    How long have each of them -- | 10:37:48 |
| 14 | A.    Oh, I'm sorry.  And Gary Stefani | 10:37:49 |
| 15 | (phonetic) came on.  I forgot about him.  He | 10:37:53 |
| 16 | came on when Eric Doctormann moved. | 10:37:56 |
| 17 | Q.    And what floor does Gary Stefani | 10:38:00 |
| 18 | or his entity occupy? | 10:38:05 |
| 19 | A.    He has 4, 5 and a portion of 6. | 10:38:11 |
| 20 | Q.    Would Gary be in connection with | 10:38:19 |
| 21 | the architect firm you mentioned? | 10:38:21 |
| 22 | A.    Yes. | 10:38:23 |
| 23 | Q.    Thank you. | 10:38:24 |
| 24 | A.    I think they're engineers. | 10:38:25 |
| 25 | Q.    How long have each of those | 10:38:32 |

Transcript of F. Michael Conte
January 4, 2023                                          26

```
1    individuals been board members?                       10:38:34
2         A.    I don't know.  I could tell you            10:38:36
3    Gary, I don't know, three months.  But outside        10:38:41
4    of that, I couldn't tell you.                         10:38:46
5         Q.    Is it Mr. Touton?                          10:38:48
6         A.    Yes.                                        10:38:53
7         Q.    Has he been a board member as long         10:38:54
8    as you have?                                           10:38:57
9         A.    I don't know.                               10:38:58
10        Q.    And what about Mr. Paturet; has he         10:38:59
11   been a board member as long as you?                   10:39:03
12        A.    He may have been a board member            10:39:07
13   before me.                                             10:39:08
14        Q.    And what about Mr. Grill; has he           10:39:10
15   been a board member as long as you?                   10:39:15
16        A.    Joe has been a board member for a          10:39:17
17   while.  I think he was one of the original            10:39:19
18   people in the building.                                10:39:22
19        Q.    Thank you.  Do you know the race           10:39:32
20   or ethnicity of Mr. Grill?                            10:39:34
21        A.    No, I don't know his ethnicity at          10:39:39
22   all.  Kind of a light-skinned guy.  I don't know      10:39:42
23   what his race is, though.                             10:39:48
24        Q.    Do you know the race or ethnicity          10:39:51
25   of Mr. Paturet?                                        10:39:53
```

Transcript of F. Michael Conte
January 4, 2023                                    27

| | | |
|---|---|---|
| 1 | A.    He has a French accent.  I'm going | 10:40:00 |
| 2 | to take a stab that he's French but, again, I | 10:40:04 |
| 3 | don't know his race. | 10:40:09 |
| 4 | Q.    And what about Mr. Touton; do you | 10:40:10 |
| 5 | know his race or ethnicity? | 10:40:14 |
| 6 | A.    Again, he has a French accent. | 10:40:16 |
| 7 | I'm pretty sure he mentioned that he goes to | 10:40:19 |
| 8 | France all the time, so I'll guess that he's | 10:40:21 |
| 9 | French as well.  But, again, I never asked him | 10:40:24 |
| 10 | what his race is. | 10:40:27 |
| 11 | Q.    Understood. | 10:40:28 |
| 12 | And Mr. Stefani, do you know his | 10:40:29 |
| 13 | race or ethnicity? | 10:40:34 |
| 14 | A.    No clue. | 10:40:35 |
| 15 | Q.    So there are currently five board | 10:40:41 |
| 16 | members including yourself? | 10:40:43 |
| 17 | A.    Yes. | 10:40:49 |
| 18 | Q.    And are there typically five board | 10:40:49 |
| 19 | members, or does the number fluctuate? | 10:40:52 |
| 20 | A.    No, typically -- I mean, there was | 10:40:58 |
| 21 | a short time when we only had four because | 10:41:01 |
| 22 | Doctormann sold and we didn't have an | 10:41:05 |
| 23 | opportunity to get a new person on, but | 10:41:08 |
| 24 | generally we run with five. | 10:41:10 |
| 25 | Q.    And Mr. Doctormann, is that Eric | 10:41:12 |

Transcript of F. Michael Conte
January 4, 2023                                    28

| | | |
|---|---|---|
| 1 | Doctormann? | 10:41:15 |
| 2 | A.    That's correct. | 10:41:17 |
| 3 | Q.    And did he occupy the 11th floor? | 10:41:18 |
| 4 | A.    That's correct. | 10:41:22 |
| 5 | Q.    Before he sold, do you know how | 10:41:25 |
| 6 | long he was a board member? | 10:41:27 |
| 7 | A.    No. | 10:41:32 |
| 8 | Q.    And when did he sell his space on | 10:41:34 |
| 9 | the 11th floor? | 10:41:37 |
| 10 | A.    I think it was sometime last year. | 10:41:42 |
| 11 | Q.    In 2022? | 10:41:45 |
| 12 | A.    I believe that's correct. | 10:41:51 |
| 13 | Q.    I had to clarify because we're in | 10:41:54 |
| 14 | 2023. | 10:41:57 |
| 15 | And you mentioned that | 10:42:00 |
| 16 | Mr. Touton's company was occupying the 11th | 10:42:04 |
| 17 | floor.  Did his company purchase the 11th floor? | 10:42:07 |
| 18 | MR. MARGOLIS:  Objection.  Just | 10:42:12 |
| 19 | for the record, to be clear, you asked him about | 10:42:13 |
| 20 | Doctormann and the 11th floor.  Now you're | 10:42:16 |
| 21 | speaking about Touton and the 11th floor. | 10:42:20 |
| 22 | MS. TURNER:  Yes. | 10:42:25 |
| 23 | A.    Could you repeat the question? | 10:42:27 |
| 24 | Q.    I'm sorry.  Is someone else | 10:42:29 |
| 25 | occupying the 11th floor as of today? | 10:42:31 |

| | | |
|---|---|---|
| 1 | A.    Mr. Touton bought the 11th floor | 10:42:35 |
| 2 | from Doctormann. | 10:42:38 |
| 3 | Q.    Understood.  And is there anything | 10:42:39 |
| 4 | special about the ninth and tenth floor?  Are | 10:42:43 |
| 5 | they connected in any way? | 10:42:48 |
| 6 | MR. MARGOLIS:  Objection. | 10:42:51 |
| 7 | A.    There's a staircase there -- I'm | 10:42:52 |
| 8 | sorry. | 10:42:55 |
| 9 | MR. MARGOLIS:  It's okay. | 10:42:57 |
| 10 | A.    There's a staircase, but I don't | 10:42:59 |
| 11 | know that that's special. | 10:43:02 |
| 12 | Q.    Did Mr. Touton's company add a | 10:43:03 |
| 13 | staircase between the 10th and 11th floor? | 10:43:05 |
| 14 | A.    They're actually in the process of | 10:43:09 |
| 15 | doing that now. | 10:43:11 |
| 16 | Q.    Are they renovating the 11th | 10:43:13 |
| 17 | floor? | 10:43:16 |
| 18 | A.    I know that they're working up | 10:43:24 |
| 19 | there.  I'm not privy to the details of what | 10:43:26 |
| 20 | they're doing in their space, but I know they're | 10:43:28 |
| 21 | working up there.  That's all I know. | 10:43:31 |
| 22 | Q.    Do you know why Mr. Touton's | 10:43:33 |
| 23 | company purchased the 11th floor? | 10:43:35 |
| 24 | MR. MARGOLIS:  Objection. | 10:43:37 |
| 25 | A.    I'm sorry?  What was that? | 10:43:40 |

Transcript of F. Michael Conte
January 4, 2023                                      30

| | | |
|---|---|---|
| 1 | Q.     Do you know why Mr. Touton's | 10:43:43 |
| 2 | company purchased the 11th floor? | 10:43:45 |
| 3 | MR. MARGOLIS:  Objection. | 10:43:48 |
| 4 | A.     He wanted it. | 10:43:50 |
| 5 | Q.     Did he need more space? | 10:43:51 |
| 6 | MR. MARGOLIS:  Objection. | 10:43:54 |
| 7 | A.     I have no idea. | 10:43:55 |
| 8 | Q.     As of today, who is the board | 10:44:04 |
| 9 | president? | 10:44:07 |
| 10 | A.     Marc Paturet. | 10:44:10 |
| 11 | Q.     And how long has Mr. Paturet been | 10:44:14 |
| 12 | the board president, if you know? | 10:44:16 |
| 13 | A.     I believe it's five or six years. | 10:44:24 |
| 14 | Q.     And, Mr. Conte, have you ever been | 10:44:30 |
| 15 | board president? | 10:44:33 |
| 16 | A.     No. | 10:44:34 |
| 17 | Q.     Earlier you mentioned I believe it | 10:44:43 |
| 18 | was Kaled or Kaleed Management in connection | 10:44:46 |
| 19 | with the building.  How long has Kaled managed | 10:44:52 |
| 20 | the building? | 10:44:56 |
| 21 | A.     Again, I'm thinking about six | 10:45:00 |
| 22 | years. | 10:45:02 |
| 23 | Q.     I'm going to circle back.  We | 10:45:13 |
| 24 | talked a little bit about decisions or actions | 10:45:15 |
| 25 | that require board approval.  Are there any | 10:45:18 |

Transcript of F. Michael Conte
January 4, 2023                                    31

| | | |
|---|---|---|
| 1 | decisions or actions with respect to the | 10:45:23 |
| 2 | building that can be authorized by shareholders | 10:45:25 |
| 3 | instead of board members? | 10:45:29 |
| 4 | A.    I don't understand your question. | 10:45:38 |
| 5 | Q.    So, are there some types of | 10:45:45 |
| 6 | actions related to the co-op that require board | 10:45:48 |
| 7 | approval? | 10:45:51 |
| 8 | A.    Are there some types of actions? | 10:45:53 |
| 9 | Yes. | 10:45:59 |
| 10 | Q.    Are there other types of actions | 10:45:59 |
| 11 | or decisions that can be approved simply by | 10:46:03 |
| 12 | shareholders? | 10:46:06 |
| 13 | A.    That relate to running the | 10:46:14 |
| 14 | building? | 10:46:16 |
| 15 | Q.    Yes. | 10:46:18 |
| 16 | A.    No. | 10:46:19 |
| 17 | Q.    So generally all the actions or | 10:46:20 |
| 18 | decisions with respect to the co-op require | 10:46:22 |
| 19 | board approval? | 10:46:24 |
| 20 | MR. CASE:  That misstates the | 10:46:29 |
| 21 | testimony. | 10:46:33 |
| 22 | THE WITNESS:  I'm sorry, I didn't | 10:46:34 |
| 23 | hear that. | 10:46:35 |
| 24 | MR. CASE:  I'm objecting.  I think | 10:46:36 |
| 25 | it mischaracterizes his prior testimony. | 10:46:38 |

Transcript of F. Michael Conte
January 4, 2023                                    32

| | | |
|---|---|---|
| 1 | A.     So, for example, I think the | 10:46:44 |
| 2 | people below me wanted to redo their bathrooms. | 10:46:49 |
| 3 | Well, you don't really need board approval for | 10:46:52 |
| 4 | that because it doesn't involve really the | 10:46:55 |
| 5 | board.  We make sure that the contractors have | 10:46:57 |
| 6 | the proper insurance going in and the proper | 10:47:00 |
| 7 | agreements in place, but if he wants to redo his | 10:47:04 |
| 8 | bathrooms, he's certainly entitled to redo his | 10:47:09 |
| 9 | bathrooms. | 10:47:12 |
| 10 | So, decisions like that do not | 10:47:14 |
| 11 | involve the board in terms of approving or not | 10:47:16 |
| 12 | approving such an action.  We are involved, I | 10:47:19 |
| 13 | guess, in making sure that the building gets the | 10:47:22 |
| 14 | proper certificates of insurance, et cetera and | 10:47:27 |
| 15 | so on. | 10:47:30 |
| 16 | So, I don't know if that answers | 10:47:31 |
| 17 | your question. | 10:47:33 |
| 18 | Q.     That's helpful, thank you for the | 10:47:34 |
| 19 | example. | 10:47:36 |
| 20 | When a decision requires board | 10:47:38 |
| 21 | approval, how does that process work? | 10:47:41 |
| 22 | A.     Well, typically it will come up | 10:47:47 |
| 23 | during the meeting and, you know, when we have a | 10:47:49 |
| 24 | meeting Peter will say this requires board | 10:47:54 |
| 25 | approval or this is just open for discussion | 10:47:59 |

Transcript of F. Michael Conte
January 4, 2023                                    33

| | | |
|---|---|---|
| 1 | amongst the members.  Because, like the intercom | 10:48:02 |
| 2 | thing, that really didn't require board | 10:48:06 |
| 3 | approval.  We would have spearheaded perhaps on | 10:48:09 |
| 4 | vetting out a couple of vendors, but we're | 10:48:12 |
| 5 | reasonable people here.  We'll have an open | 10:48:16 |
| 6 | discussion and we'll let anybody weigh in on a | 10:48:19 |
| 7 | topic like this. | 10:48:22 |
| 8 | Q.    And when you say Peter, are you | 10:48:23 |
| 9 | referring to Peter Lehr of Kaled Management? | 10:48:26 |
| 10 | A.    That's correct, right.  Yes, yes. | 10:48:29 |
| 11 | Q.    And for decisions that require | 10:48:33 |
| 12 | board approval, is there a -- do you take votes | 10:48:37 |
| 13 | on whether to approve something? | 10:48:41 |
| 14 | A.    Yeah, absolutely. | 10:48:45 |
| 15 | Q.    Are these formal yea/nays? | 10:48:46 |
| 16 | MR. MARGOLIS:  Objection. | 10:48:55 |
| 17 | A.    Are they formal yea/nays.  I don't | 10:48:56 |
| 18 | know what you mean by formal yea/nays.  Do we | 10:49:00 |
| 19 | raise our hand and record that? | 10:49:05 |
| 20 | Q.    Yes. | 10:49:07 |
| 21 | A.    We don't say all those in favor | 10:49:08 |
| 22 | say yea or nay.  We ask people to raise their | 10:49:10 |
| 23 | hand. | 10:49:13 |
| 24 | Q.    Understood. | 10:49:14 |
| 25 | Are a certain number of votes | 10:49:15 |

| | | |
|---|---|---|
| 1 | required for board approval? | 10:49:19 |
| 2 | A.    Well, you have to have a majority, | 10:49:24 |
| 3 | I would imagine. | 10:49:28 |
| 4 | Q.    And what would be a majority? | 10:49:29 |
| 5 | A.    Well, if there's five members of | 10:49:32 |
| 6 | the board, I guess you would need three. | 10:49:34 |
| 7 | Q.    And if there are four members? | 10:49:39 |
| 8 | A.    Then you would probably need | 10:49:42 |
| 9 | three. | 10:49:44 |
| 10 | Q.    And is there any type of quorum | 10:49:45 |
| 11 | required for votes? | 10:49:49 |
| 12 | A.    Yeah, we make sure that we have | 10:49:53 |
| 13 | quorum to make sure that the meeting can | 10:49:55 |
| 14 | proceed. | 10:49:58 |
| 15 | Q.    And what's the quorum required? | 10:49:59 |
| 16 | A.    For a general meeting, those | 10:50:05 |
| 17 | numbers are becoming more difficult.  As I said, | 10:50:07 |
| 18 | because there was a time when you had 12 owners | 10:50:11 |
| 19 | in the building.  So if you had a quorum of 70 | 10:50:13 |
| 20 | percent or 40 percent, you could make that.  But | 10:50:18 |
| 21 | now when you have six owners, I mean, if two | 10:50:20 |
| 22 | people drop out, you really -- you're at less | 10:50:23 |
| 23 | than 40 percent if you count it by individuals. | 10:50:27 |
| 24 | I guess if you go by number of shares held you | 10:50:31 |
| 25 | would meet quorum. | 10:50:34 |

Transcript of F. Michael Conte
January 4, 2023                                    35

1            Quite frankly, like if Marc and          10:50:37

2    Touton got together, they each own three floors, 10:50:39

3    you could probably say that they have quorum      10:50:43

4    with the shares that they own because they own    10:50:47

5    shares for three floors.                          10:50:49

6            So, you know, in the Board of            10:50:55

7    Directors meeting we have to have at least three  10:50:59

8    officers there.  The general meetings I think     10:51:03

9    they're more fluid because there are fewer        10:51:06

10   number of owners lately.                          10:51:09

11        Q.    Understood.                            10:51:13

12            In the last six years as a board        10:51:16

13   member, has the process for board approval        10:51:19

14   changed at all?                                   10:51:24

15        A.    No.                                    10:51:27

16        Q.    They've always been the same?          10:51:29

17        A.    Yeah, I would say.  Except now         10:51:32

18   we're more organized since we have Kaled.         10:51:33

19        Q.    And is board approval required to      10:51:40

20   sublease any of the floors of the building?       10:51:43

21        A.    Absolutely.                            10:51:47

22        Q.    Do you know where it states that       10:51:50

23   it's required?                                    10:51:52

24        A.    I'm pretty sure it's in the bylaws     10:51:55

25   and in the proprietary lease.                     10:52:02

Transcript of F. Michael Conte
January 4, 2023                                    36

```
1        Q.     Can you walk me through the         10:52:06
2   process to approve or deny a sublease?          10:52:08
3        A.     Well, the applicant fills out an    10:52:12
4   application.  He makes -- he lets the board know 10:52:14
5   that he's making application.  Kaled does the    10:52:18
6   background check, presents the information to    10:52:21
7   the board, we set up a date and we have a        10:52:25
8   meeting.                                         10:52:27
9        Q.     So when does the board first get     10:52:29
10  involved in the process to approve a sublease?   10:52:31
11       A.     Whenever the application is          10:52:36
12  presented.                                       10:52:38
13       Q.     Is the board ever involved in the    10:52:39
14  sublease negotiation process?                    10:52:43
15       A.     You know, we've only had one.  So,   10:52:47
16  no.                                              10:52:53
17       Q.     You've only had one application      10:52:53
18  for a sublease in the past six years?            10:52:55
19       A.     Right.  Yeah.                         10:52:58
20       Q.     Do you know how many applicants      10:53:09
21  for sublease the building has had in the last 20 10:53:16
22  years?                                           10:53:20
23       A.     No clue.                             10:53:21
24       Q.     Do you know if the board ever gets   10:53:25
25  questions from applicants about subleasing?      10:53:28
```

Transcript of F. Michael Conte
January 4, 2023                                    37

| | | |
|---|---|---|
| 1 | A.     Does the board get questions from | 10:53:38 |
| 2 | the applicant? | 10:53:40 |
| 3 | Q.     Correct. | 10:53:43 |
| 4 | A.     No, no.  I don't know how they | 10:53:44 |
| 5 | would know who the board is.  Any questions they | 10:53:47 |
| 6 | have they would ask to whoever they're renting | 10:53:49 |
| 7 | the floor from. | 10:53:54 |
| 8 | Q.     And again, what is Kaled's role in | 10:53:55 |
| 9 | the sublease approval process? | 10:54:00 |
| 10 | A.     They coordinate the paperwork. | 10:54:05 |
| 11 | Q.     Do they make a recommendation | 10:54:10 |
| 12 | whether to approve or deny an applicant? | 10:54:13 |
| 13 | A.     No, absolutely not. | 10:54:17 |
| 14 | Q.     And do you know what's required in | 10:54:20 |
| 15 | the application? | 10:54:24 |
| 16 | A.     I guess we ask for a description | 10:54:28 |
| 17 | of the business; we ask for the principal's | 10:54:30 |
| 18 | names; we ask for some background history.  You | 10:54:34 |
| 19 | know, just various co-op application stuff. | 10:54:37 |
| 20 | Credit references, bank references.  You know, | 10:54:44 |
| 21 | with the internet today you just go on the | 10:54:47 |
| 22 | internet and you can find out a lot more than an | 10:54:51 |
| 23 | application will tell you. | 10:54:54 |
| 24 | Q.     Do board members typically look up | 10:54:55 |
| 25 | applicants on the internet? | 10:54:58 |

Transcript of F. Michael Conte
January 4, 2023                              38

| | | |
|---|---|---|
| 1 | A.    I don't know. | 10:55:01 |
| 2 | Q.    What's the purpose of the | 10:55:04 |
| 3 | interview with the board? | 10:55:09 |
| 4 | A.    To try to get to the -- you know, | 10:55:13 |
| 5 | to try to understand what the person does, what | 10:55:16 |
| 6 | their business is like, if they'll fit in with | 10:55:18 |
| 7 | the ongoing businesses that are here. | 10:55:22 |
| 8 | Q.    And how long is that interview | 10:55:26 |
| 9 | typically? | 10:55:29 |
| 10 | A.    Well, again, we only had one.  I | 10:55:30 |
| 11 | think the last one was about 45 minutes to an | 10:55:32 |
| 12 | hour. | 10:55:35 |
| 13 | Q.    Is an interview required for a | 10:55:36 |
| 14 | sublease approval? | 10:55:40 |
| 15 | A.    Yes. | 10:55:41 |
| 16 | Q.    Can approval ever be given in | 10:55:43 |
| 17 | writing without an interview? | 10:55:45 |
| 18 | A.    Not that I'm aware of. | 10:55:48 |
| 19 | Q.    Is an in-person interview required | 10:55:53 |
| 20 | for sublease approval? | 10:55:58 |
| 21 | A.    You know, I think we would be | 10:56:02 |
| 22 | flexible to take a phone call if the person | 10:56:04 |
| 23 | couldn't come in.  I don't know that we would -- | 10:56:07 |
| 24 | again, we only had one of these.  So if you said | 10:56:09 |
| 25 | to me could we do a Zoom, yeah, that would | 10:56:12 |

Transcript of F. Michael Conte
January 4, 2023                                      39

| | | |
|---|---|---|
| 1 | probably be the best thing because then -- you | 10:56:15 |
| 2 | know, or could we do a phone call, I would be | 10:56:17 |
| 3 | open to everything.  I don't know that we have a | 10:56:21 |
| 4 | rule that says it must be an in-person meeting. | 10:56:22 |
| 5 | Q.     Who typically attends the | 10:56:26 |
| 6 | interview for sublease approval? | 10:56:30 |
| 7 | A.     Well, I guess the applicant and I | 10:56:35 |
| 8 | guess the members of the board.  Again, I want | 10:56:39 |
| 9 | to just reiterate, I've only done this once. | 10:56:42 |
| 10 | So, typically, that's who was there. | 10:56:46 |
| 11 | Q.     Do you know if shareholders can | 10:56:49 |
| 12 | attend the interview? | 10:56:51 |
| 13 | A.     I don't believe that we would | 10:56:55 |
| 14 | close the door to them.  So, yeah, I would say | 10:56:56 |
| 15 | sure, why not.  It's a very small building in | 10:57:00 |
| 16 | terms of who's an owner here and we're all | 10:57:04 |
| 17 | pragmatic business people.  We're here to, you | 10:57:07 |
| 18 | know, we all have to live here every day. | 10:57:11 |
| 19 | Q.     Does the shareholder that's | 10:57:17 |
| 20 | attempting to sublease their floor typically | 10:57:20 |
| 21 | attend the interview? | 10:57:22 |
| 22 | MR. MARGOLIS:  Objection. | 10:57:25 |
| 23 | A.     Again, I don't know why he | 10:57:28 |
| 24 | couldn't, he or she couldn't. | 10:57:29 |
| 25 | Q.     After an applicant submits their | 10:57:36 |

Transcript of F. Michael Conte
January 4, 2023                                    40

| 1 | application, when does the interview take place? | 10:57:40 |
| 2 | A.    Well, we have to coordinate | 10:57:44 |
| 3 | everybody's schedule.  We try to get it done as | 10:57:47 |
| 4 | quickly as we can. | 10:57:51 |
| 5 | Q.    There's no set time limit for the | 10:57:52 |
| 6 | interview? | 10:57:55 |
| 7 | A.    I think we try to be fair to the | 10:57:56 |
| 8 | applicant and do like a 14-day thing, 14 | 10:57:59 |
| 9 | business days, which I don't think that's | 10:58:05 |
| 10 | unrealistic because you've got to figure that | 10:58:07 |
| 11 | these negotiations have been going on for | 10:58:09 |
| 12 | months.  And once the application is submitted, | 10:58:12 |
| 13 | that's when we would start the process.  We | 10:58:14 |
| 14 | could even start a process before the deal is, | 10:58:18 |
| 15 | you know, 100 percent ironed out. | 10:58:21 |
| 16 | So, you know, I don't know that | 10:58:27 |
| 17 | the onus is really on the board to meet a | 10:58:29 |
| 18 | deadline.  We try to be cooperative with | 10:58:33 |
| 19 | everybody, but you know you've got all these | 10:58:37 |
| 20 | people running different businesses, taking them | 10:58:39 |
| 21 | to different countries and to different places. | 10:58:41 |
| 22 | Q.    Where does the interview with the | 10:58:45 |
| 23 | board typically take place? | 10:58:47 |
| 24 | MR. MARGOLIS:  Objection. | 10:58:50 |
| 25 | A.    Well, we'll do it wherever we | 10:58:54 |

Transcript of F. Michael Conte
January 4, 2023                                    41

| | | |
|---|---|---|
| 1 | could find space. | 10:58:56 |
| 2 | Q.     And who conducts the interview? | 10:58:57 |
| 3 | A.     Well, it's kind of a roundtable | 10:59:02 |
| 4 | discussion.  The applicant in the last -- again, | 10:59:07 |
| 5 | I've only done this once.  The applicant | 10:59:10 |
| 6 | introduced himself and we asked him questions, | 10:59:12 |
| 7 | and one person lets the person ask a question | 10:59:18 |
| 8 | and somebody else has a different question. | 10:59:22 |
| 9 | It's more like a conversation than an interview, | 10:59:24 |
| 10 | I would say, but I guess it is an interview. | 10:59:27 |
| 11 | Q.     And is there a certain number of | 10:59:31 |
| 12 | board members required to attend the interview? | 10:59:33 |
| 13 | A.     Well, in this particular case we | 10:59:38 |
| 14 | had four board members there.  So, out of five, | 10:59:41 |
| 15 | I think that's pretty good. | 10:59:45 |
| 16 | Q.     Is the board president required to | 10:59:48 |
| 17 | attend? | 10:59:52 |
| 18 | A.     I don't think that we have such a | 10:59:54 |
| 19 | requirement.  Marc wasn't there at the last | 10:59:56 |
| 20 | meeting.  I think he was in Europe.  But we | 11:00:04 |
| 21 | wouldn't hold up the interview because he | 11:00:06 |
| 22 | wouldn't be there. | 11:00:09 |
| 23 | Q.     And how many board member votes | 11:00:12 |
| 24 | are required to approve a sublease? | 11:00:16 |
| 25 | MR. MARGOLIS:  Objection. | 11:00:20 |

Transcript of F. Michael Conte
January 4, 2023                                    42

| | | |
|---|---|---|
| 1 | A.    I'm going to say a majority. | 11:00:22 |
| 2 | Q.    And would shareholders that | 11:00:26 |
| 3 | attended the meeting, would they vote on the | 11:00:29 |
| 4 | sublease approval? | 11:00:33 |
| 5 | A.    It's interesting that you bring | 11:00:36 |
| 6 | that up because they don't have a vote.  But I | 11:00:38 |
| 7 | thought it was very bizarre when, after the | 11:00:40 |
| 8 | interview, we called for a vote and Shamash | 11:00:43 |
| 9 | voted against his own applicant.  I didn't even | 11:00:45 |
| 10 | understand what that was about.  He brought the | 11:00:49 |
| 11 | guy in and now he's voting against him. | 11:00:51 |
| 12 | So, did his vote count?  No, it | 11:00:54 |
| 13 | didn't count per se, but it was unanimous, the | 11:00:57 |
| 14 | four board members voted against the applicant, | 11:01:02 |
| 15 | as well as Shamash, and the four of us are | 11:01:04 |
| 16 | sitting there with our eyes, we can't even | 11:01:07 |
| 17 | believe this.  Why would you bring in a guy who | 11:01:09 |
| 18 | you're going to vote against?  It makes no | 11:01:12 |
| 19 | sense. | 11:01:15 |
| 20 | Q.    How quickly after an interview do | 11:01:17 |
| 21 | board members take a vote on sublease approval? | 11:01:21 |
| 22 | MR. MARGOLIS:  Objection to form. | 11:01:27 |
| 23 | A.    You're asking me if there's a time | 11:01:33 |
| 24 | frame? | 11:01:36 |
| 25 | Q.    Yes. | 11:01:36 |

Transcript of F. Michael Conte
January 4, 2023                              43

| | | |
|---|---|---|
| 1 | A.    As far as I know, there's no time | 11:01:37 |
| 2 | frame. | 11:01:38 |
| 3 | Q.    So there's no requirement to hold | 11:01:39 |
| 4 | a vote within a certain amount of hours or days | 11:01:40 |
| 5 | or weeks? | 11:01:43 |
| 6 | A.    If you're asking me that question, | 11:01:46 |
| 7 | no, there is no such requirement. | 11:01:48 |
| 8 | Q.    When board members are voting on | 11:02:03 |
| 9 | sublease approval, does that vote take place in | 11:02:05 |
| 10 | person? | 11:02:08 |
| 11 | MR. MARGOLIS:  Objection. | 11:02:08 |
| 12 | MR. CASE:  I join. | 11:02:10 |
| 13 | A.    In this particular case, it did | 11:02:14 |
| 14 | take -- again, we've only done -- I've only done | 11:02:15 |
| 15 | this once.  So, we called for the vote.  After | 11:02:19 |
| 16 | Mr. Brooks left, we discussed amongst ourselves | 11:02:24 |
| 17 | and then we called for the vote.  Again, I'm so | 11:02:27 |
| 18 | astonished by it, I'm seeing Nigel voting | 11:02:31 |
| 19 | against the guy that he's proposing to take the | 11:02:34 |
| 20 | lease.  It was nonsensical. | 11:02:37 |
| 21 | Q.    I understand, thank you.  And | 11:02:39 |
| 22 | we'll discuss those specifics later on. | 11:02:41 |
| 23 | After the interview for sublease | 11:02:55 |
| 24 | approval, did the board members do anything else | 11:02:58 |
| 25 | besides vote? | 11:03:00 |

Transcript of F. Michael Conte
January 4, 2023                                    44

| | | |
|---|---|---|
| 1 | A.    We go home. | 11:03:05 |
| 2 | Q.    Does the board prepare minutes or | 11:03:07 |
| 3 | notes of the interview? | 11:03:10 |
| 4 | A.    I prepared the minutes, I believe | 11:03:13 |
| 5 | the next morning when I got in.  Usually Peter, | 11:03:16 |
| 6 | if Peter was at the meeting, he would take the | 11:03:24 |
| 7 | minutes.  He wasn't there.  You know, he was not | 11:03:28 |
| 8 | invited, I could say.  He was not uninvited.  He | 11:03:30 |
| 9 | chose not to be there I guess, whatever. | 11:03:36 |
| 10 | Q.    And you're referring to Peter Lehr | 11:03:38 |
| 11 | of Kaled? | 11:03:40 |
| 12 | A.    Yup. | 11:03:42 |
| 13 | Q.    And does Peter typically take | 11:03:43 |
| 14 | minutes or notes at general board meetings? | 11:03:46 |
| 15 | A.    Yes. | 11:03:50 |
| 16 | Q.    After board members vote to | 11:03:58 |
| 17 | approve or deny a sublease, who informs the | 11:04:01 |
| 18 | applicant of the decision? | 11:04:07 |
| 19 | MR. CASE:  Objection. | 11:04:10 |
| 20 | MR. MARGOLIS:  Objection. | 11:04:11 |
| 21 | A.    In this case I believe it was | 11:04:14 |
| 22 | Kaled.  Well, actually, there was no reason to | 11:04:15 |
| 23 | inform him, because Nigel was sitting there.  So | 11:04:20 |
| 24 | I guess Nigel.  I mean, we told Kaled and I | 11:04:24 |
| 25 | guess Kaled has a formal thing where they would | 11:04:27 |

Transcript of F. Michael Conte
January 4, 2023                                    45

| | | |
|---|---|---|
| 1 | do it.  But Nigel, again, he voted against the | 11:04:30 |
| 2 | whole thing, so he knew the guy wasn't approved. | 11:04:33 |
| 3 |     Q.    Is there any requirement that the | 11:04:36 |
| 4 | board informs an applicant of the decision in | 11:04:37 |
| 5 | writing? | 11:04:42 |
| 6 |     A.    Absolutely.  There must be.  Or | 11:04:43 |
| 7 | verbal.  You have to let them know somehow or we | 11:04:46 |
| 8 | would let -- I think we have an obligation to | 11:04:49 |
| 9 | let the owner of the floor know and then it's | 11:04:54 |
| 10 | his responsibility, because we don't deal with | 11:04:56 |
| 11 | that person directly.  So we would let the owner | 11:04:59 |
| 12 | of the floor know what was going on and they | 11:05:02 |
| 13 | would then pass that information along, because | 11:05:05 |
| 14 | we don't have a relationship with the renter. | 11:05:07 |
| 15 | He's not our renter.  He's not renting from us; | 11:05:11 |
| 16 | he's renting from that owner. | 11:05:15 |
| 17 |     Q.    And is there a process for an | 11:05:18 |
| 18 | applicant to appeal a decision, a denial of the | 11:05:19 |
| 19 | board? | 11:05:27 |
| 20 |     A.    Again, we've done this once.  No, | 11:05:29 |
| 21 | I don't think we ever -- no, I don't know of any | 11:05:32 |
| 22 | process for an appeal. | 11:05:35 |
| 23 |     Q.    If an applicant had questions or | 11:05:39 |
| 24 | wanted to clarify things after their interview, | 11:05:44 |
| 25 | is there a process for an applicant to contact | 11:05:48 |

Transcript of F. Michael Conte
January 4, 2023                                46

| | | |
|---|---|---|
| 1 | the board? | 11:05:51 |
| 2 | A.    Number one, I don't think -- I | 11:05:54 |
| 3 | don't believe that we have any obligation to | 11:05:57 |
| 4 | speak to that party directly.  I don't think we | 11:06:00 |
| 5 | can.  We speak to the owner of the floor.  If | 11:06:02 |
| 6 | they have a question, it should go through the | 11:06:05 |
| 7 | owner of the floor, I would think.  I don't | 11:06:08 |
| 8 | know. | 11:06:10 |
| 9 | Q.    So does that applicant have any | 11:06:11 |
| 10 | way to contact the board members after an | 11:06:14 |
| 11 | interview? | 11:06:17 |
| 12 | MR. MARGOLIS:  Objection. | 11:06:18 |
| 13 | A.    No, not that I'm aware of. | 11:06:24 |
| 14 | Q.    And just to confirm, besides the | 11:06:31 |
| 15 | interview that's the subject of this action, how | 11:06:36 |
| 16 | many other interviews of applicants have there | 11:06:39 |
| 17 | been at the premises? | 11:06:45 |
| 18 | MR. MARGOLIS:  Objection. | 11:06:46 |
| 19 | MR. CASE:  I'll join. | 11:06:49 |
| 20 | A.    I've only known of one, this one. | 11:06:53 |
| 21 | Q.    Do you know of any other sublease | 11:07:10 |
| 22 | applicants that were previously denied by the | 11:07:13 |
| 23 | board? | 11:07:20 |
| 24 | MR. CASE:  Counsel, hasn't that | 11:07:20 |
| 25 | been asked and answered?  I think he just told | 11:07:22 |

Transcript of F. Michael Conte
January 4, 2023                              47

| | | |
|---|---|---|
| 1 | you that. | 11:07:25 |
| 2 | MS. TURNER:  I think I was asking | 11:07:25 |
| 3 | earlier if he was aware of any ones that had | 11:07:26 |
| 4 | been interviewed.  Now I'm just asking if he was | 11:07:29 |
| 5 | aware of any that had been denied. | 11:07:31 |
| 6 | A.    Again, I'll reiterate that I've | 11:07:36 |
| 7 | only been involved in this, and this is the only | 11:07:38 |
| 8 | one I know that was denied.  I don't know of any | 11:07:41 |
| 9 | other applications that came before the board, | 11:07:43 |
| 10 | before me. | 11:07:48 |
| 11 | Q.    Understood, thank you.  I just | 11:07:48 |
| 12 | wanted to clarify. | 11:07:50 |
| 13 | We talked earlier about the | 11:07:59 |
| 14 | individuals and entities that currently occupy | 11:08:02 |
| 15 | or own each floor.  I'm going to kind of walk | 11:08:08 |
| 16 | through each of them with some specific | 11:08:12 |
| 17 | questions. | 11:08:16 |
| 18 | What floors does Hand Held Films | 11:08:21 |
| 19 | or Marc Paturet own? | 11:08:26 |
| 20 | MR. MARGOLIS:  Objection. | 11:08:30 |
| 21 | A.    He's got the ground floor and the | 11:08:32 |
| 22 | third floor, and the basement. | 11:08:36 |
| 23 | Q.    Have you ever visited the | 11:08:40 |
| 24 | basement, first floor or third floor? | 11:08:44 |
| 25 | A.    What do you mean by visit? | 11:08:48 |

Transcript of F. Michael Conte
January 4, 2023                                          48

```
 1        Q.     Have you ever been in the first        11:08:50
 2   floor, third floor or basement?                    11:08:54
 3        A.     Yeah, I was in the third floor         11:08:57
 4   because there was a leak and we were trying to     11:09:01
 5   find where it was coming from; and I was in the    11:09:05
 6   basement because there was a leak and we were      11:09:07
 7   trying to find where that was coming from; and I   11:09:09
 8   was in the first floor because I dropped off       11:09:12
 9   some papers that were mailed -- that was in my     11:09:14
10   mailbox that belonged to Marc.                     11:09:16
11        Q.     So are you familiar generally with     11:09:18
12   the floors that Hand Held Films occupies?          11:09:21
13        A.     Oh, I know where they are but if       11:09:27
14   you're going to ask me where he keeps the nuts     11:09:28
15   and bolts, I couldn't tell you that.               11:09:31
16        Q.     Could you just describe -- we'll       11:09:36
17   start with the first floor.  Could you describe    11:09:38
18   the first floor generally?                         11:09:39
19        A.     Yeah.  It's a retail spot.  He's       11:09:42
20   got like three doors that exit on the street       11:09:45
21   where I guess his people come in and go.  That's   11:09:48
22   the first floor.  And he's got equipment in        11:09:52
23   there that I don't even know what it's for.        11:09:55
24   Most of it looks very dangerous.                   11:09:58
25        Q.     Why does the equipment look very       11:10:00
```

Transcript of F. Michael Conte
January 4, 2023                                    49

| | | |
|---|---|---|
| 1 | dangerous? | 11:10:03 |
| 2 | A.    Because it's big.  And people are | 11:10:04 |
| 3 | always carrying stuff in and out, big boxes and | 11:10:07 |
| 4 | pipes and all kinds of stuff. | 11:10:11 |
| 5 | Q.    Do you know how many people work | 11:10:13 |
| 6 | on the first floor? | 11:10:15 |
| 7 | A.    No. | 11:10:18 |
| 8 | Q.    Do you know how many visitors Hand | 11:10:22 |
| 9 | Held Films gets on the first floor? | 11:10:28 |
| 10 | A.    No.  But it wouldn't matter | 11:10:29 |
| 11 | because they enter and exit off the street; so, | 11:10:30 |
| 12 | what do I care. | 11:10:36 |
| 13 | Q.    Do you know the operating hours | 11:10:38 |
| 14 | for Hand Held Films? | 11:10:42 |
| 15 | A.    No. | 11:10:44 |
| 16 | Q.    Do you see people coming and going | 11:10:44 |
| 17 | from the first floor? | 11:10:46 |
| 18 | A.    Do I see people coming and going. | 11:10:51 |
| 19 | I don't know what you mean by that.  Do I see | 11:10:53 |
| 20 | customers going in?  Is that what you're asking | 11:10:55 |
| 21 | me? | 11:10:59 |
| 22 | Q.    Yes. | 11:10:59 |
| 23 | A.    I don't know who these people are | 11:11:00 |
| 24 | that are going in. | 11:11:02 |
| 25 | Q.    Do you know if Hand Held Films | 11:11:04 |

Transcript of F. Michael Conte
January 4, 2023                              50

| | | |
|---|---|---|
| 1 | operates on the weekends? | 11:11:08 |
| 2 | A.    I have no idea.  I don't believe | 11:11:11 |
| 3 | they do.  I don't know. | 11:11:13 |
| 4 | Q.    Do you ever see delivery trucks | 11:11:16 |
| 5 | picking up or moving equipment near the first | 11:11:20 |
| 6 | floor? | 11:11:25 |
| 7 | A.    Yes, there are trucks there. | 11:11:26 |
| 8 | Q.    How often -- | 11:11:28 |
| 9 | A.    Some of them -- | 11:11:30 |
| 10 | Q.    Go ahead. | 11:11:31 |
| 11 | A.    Well, the UPS guy is there every | 11:11:32 |
| 12 | day.  Does that count?  The FedEx guy.  Are | 11:11:36 |
| 13 | those the trucks you're speaking of? | 11:11:43 |
| 14 | Q.    Any type of truck. | 11:11:45 |
| 15 | A.    There's trucks all day long.  It's | 11:11:47 |
| 16 | a very busy street.  We've got two wood floor | 11:11:50 |
| 17 | dealers, one on one side of the block, one on | 11:11:54 |
| 18 | the other side of the block.  They're carrying | 11:11:59 |
| 19 | wood all over the place. | 11:12:01 |
| 20 | Q.    Do you know if Hand Held Films | 11:12:02 |
| 21 | keeps any equipment in the basement? | 11:12:05 |
| 22 | A.    Yeah, they keep stuff in the | 11:12:07 |
| 23 | basement. | 11:12:09 |
| 24 | Q.    How do they bring the equipment up | 11:12:10 |
| 25 | to the first floor? | 11:12:11 |

Transcript of F. Michael Conte
January 4, 2023                                            51

| | | |
|---|---|---|
| 1 | A.     He's got an internal elevator that | 11:12:13 |
| 2 | he hoists his stuff up in the internal elevator | 11:12:16 |
| 3 | and gets it to the retail level and they go out | 11:12:21 |
| 4 | his doors. | 11:12:25 |
| 5 | Q.     Do you know how many employees | 11:12:26 |
| 6 | Hand Held Films has? | 11:12:28 |
| 7 | MR. MARGOLIS:  Objection. | 11:12:30 |
| 8 | A.     No. | 11:12:31 |
| 9 | Q.     Mr. Conte, have you ever visited | 11:12:45 |
| 10 | the second floor? | 11:12:48 |
| 11 | A.     No. | 11:12:50 |
| 12 | Q.     Have you ever visited the fourth | 11:12:55 |
| 13 | and fifth floors? | 11:12:59 |
| 14 | A.     Yes. | 11:13:01 |
| 15 | Q.     Could you just generally describe | 11:13:05 |
| 16 | the space on the fourth and fifth floors. | 11:13:08 |
| 17 | A.     They're offices. | 11:13:14 |
| 18 | Q.     Do you know how many internal | 11:13:16 |
| 19 | offices are on each floor? | 11:13:18 |
| 20 | A.     I don't. | 11:13:22 |
| 21 | Q.     Would you say there's more than | 11:13:23 |
| 22 | ten on each floor? | 11:13:25 |
| 23 | A.     I have no idea. | 11:13:26 |
| 24 | Q.     When was the last time you visited | 11:13:28 |
| 25 | the fourth or fifth floor? | 11:13:30 |

Transcript of F. Michael Conte
January 4, 2023                                    52

| | | |
|---|---|---|
| 1 | A.    Probably during COVID.  Again, | 11:13:34 |
| 2 | mail came to us that I brought to them. | 11:13:36 |
| 3 | Q.    Do you know how many people work | 11:13:39 |
| 4 | on -- | 11:13:42 |
| 5 | A.    Actually, you know what, I've | 11:13:42 |
| 6 | never been on the fifth floor -- the fourth | 11:13:44 |
| 7 | floor.  I've never been on the fourth; I've been | 11:13:47 |
| 8 | on the fifth floor, because I would drop the | 11:13:51 |
| 9 | mail at the fifth floor.  That's where their | 11:13:52 |
| 10 | reception is. | 11:13:55 |
| 11 | Q.    Understood.  If they have a | 11:13:56 |
| 12 | reception area, do they receive visitors on the | 11:13:58 |
| 13 | fifth floor? | 11:14:02 |
| 14 | A.    I don't know what they do. | 11:14:04 |
| 15 | Q.    Do you know how many employees are | 11:14:06 |
| 16 | located on the fifth floor? | 11:14:08 |
| 17 | A.    Nope. | 11:14:10 |
| 18 | Q.    Do you see people in the elevator | 11:14:11 |
| 19 | going to the fifth floor? | 11:14:15 |
| 20 | A.    When I get in at 7 in the morning | 11:14:21 |
| 21 | usually there's one or two in the elevator with | 11:14:24 |
| 22 | me.  That's about it. | 11:14:28 |
| 23 | Q.    And how many elevators are there | 11:14:30 |
| 24 | in the building? | 11:14:34 |
| 25 | A.    Two passenger elevators and one | 11:14:36 |

Transcript of F. Michael Conte
January 4, 2023                                    53

| | | |
|---|---|---|
| 1 | freight elevator and, I guess, a combination | 11:14:40 |
| 2 | passenger/freight elevator.  It's not really for | 11:14:47 |
| 3 | passengers, but it's more -- like instead of me | 11:14:52 |
| 4 | having to go down with the garbage and call and | 11:14:55 |
| 5 | wait for Anthony, I'll just get in the other | 11:14:58 |
| 6 | freight elevator and bring the garbage down. | 11:15:01 |
| 7 | Q.     What elevator do you normally use | 11:15:04 |
| 8 | to get to your office? | 11:15:06 |
| 9 | A.     When I come up, I come up the | 11:15:08 |
| 10 | front elevator, the passenger elevator. | 11:15:10 |
| 11 | Q.     And when you see individuals going | 11:15:14 |
| 12 | to the fifth floor, are they also using the | 11:15:16 |
| 13 | passenger elevator? | 11:15:19 |
| 14 | A.     I'm on the sixth floor, so I could | 11:15:23 |
| 15 | imagine the only way they use the fifth, fourth | 11:15:26 |
| 16 | and fifth floor, is by using the passenger | 11:15:30 |
| 17 | elevator.  I don't think a lot of people are | 11:15:32 |
| 18 | walking up the stairs. | 11:15:35 |
| 19 | Q.     Do you know the operating hours | 11:15:37 |
| 20 | for the engineering firm on the fourth and fifth | 11:15:40 |
| 21 | floor? | 11:15:44 |
| 22 | A.     No. | 11:15:45 |
| 23 | Q.     Do you ever see visitors or | 11:15:46 |
| 24 | employees going to the fourth or fifth floor on | 11:15:49 |
| 25 | the weekends? | 11:15:52 |

Transcript of F. Michael Conte
January 4, 2023                                    54

| | | |
|---|---|---|
| 1 | A.    You know, the weekends we're | 11:15:56 |
| 2 | unattended.  We don't really have anybody here. | 11:15:58 |
| 3 | So, you might run into one of the owners just | 11:16:01 |
| 4 | trying to catch up with paperwork, like me, but | 11:16:04 |
| 5 | that's about it.  I mean, you know, it's a | 11:16:07 |
| 6 | sleepy building.  There's nothing going on here | 11:16:11 |
| 7 | on the weekend.  The front door is locked.  So | 11:16:15 |
| 8 | the only people that could get in would be, I | 11:16:17 |
| 9 | guess, an owner or someone who's authorized with | 11:16:20 |
| 10 | a key.  The general employees can't get in. | 11:16:23 |
| 11 | So, have I ever seen them on a | 11:16:25 |
| 12 | Saturday?  Honestly, I'm probably the only guy | 11:16:29 |
| 13 | that comes in on Saturday.  Maybe once I saw | 11:16:32 |
| 14 | somebody on a Saturday.  If I get off at the | 11:16:36 |
| 15 | sixth floor, the elevator probably doesn't even | 11:16:39 |
| 16 | move.  It stays right at the sixth floor by the | 11:16:42 |
| 17 | time I'm ready to go home, whenever that might | 11:16:47 |
| 18 | be. | 11:16:49 |
| 19 | Q.    And you mentioned on the weekends | 11:16:50 |
| 20 | the building's unattended I think was the word | 11:16:55 |
| 21 | you used. | 11:16:57 |
| 22 | A.    Right. | 11:16:58 |
| 23 | Q.    What do you mean by that? | 11:16:59 |
| 24 | A.    Well, the super doesn't work on | 11:17:00 |
| 25 | Saturday.  The only way you could get in the | 11:17:03 |

Transcript of F. Michael Conte
January 4, 2023                          55

| | | |
|---|---|---|
| 1 | elevator is if you have a key.  Elevator is | 11:17:06 |
| 2 | locked, so without a key you can't even run the | 11:17:10 |
| 3 | elevator. | 11:17:13 |
| 4 | Q.    And are the elevators unlocked | 11:17:13 |
| 5 | during the week, during business hours? | 11:17:15 |
| 6 | A.    Are the elevators -- yeah, | 11:17:20 |
| 7 | generally each floor will unlock their floor. | 11:17:22 |
| 8 | When I come in on Saturday, I lock | 11:17:26 |
| 9 | my floor anyway.  I come up, I lock the floor | 11:17:28 |
| 10 | anyway, because I don't want any surprises. | 11:17:31 |
| 11 | Q.    Let's talk about your floor, the | 11:17:38 |
| 12 | sixth floor.  Can you generally describe the | 11:17:40 |
| 13 | layout of the floor? | 11:17:46 |
| 14 | A.    Yeah, we have an open area where | 11:17:48 |
| 15 | the majority of employees sit.  We have a | 11:17:51 |
| 16 | conference room.  We have four offices on one | 11:17:54 |
| 17 | side.  We have a broadcast room on the other | 11:18:01 |
| 18 | side and a junk room on the other side, and a | 11:18:07 |
| 19 | kitchen and bathroom. | 11:18:12 |
| 20 | Q.    How many employees work on the | 11:18:14 |
| 21 | sixth floor daily? | 11:18:16 |
| 22 | A.    That's an old joke because, if you | 11:18:19 |
| 23 | ask me, nobody works.  But I have | 11:18:21 |
| 24 | approximately -- you know, since COVID it's kind | 11:18:27 |
| 25 | of hard to keep track.  Let's say, like today I | 11:18:31 |

Transcript of F. Michael Conte
January 4, 2023                                    56

| | | |
|---|---|---|
| 1 | have one, two, three, four, five, six -- today I | 11:18:37 |
| 2 | have eight people here. | 11:18:44 |
| 3 | Q.     Do you get visitors to the sixth | 11:18:45 |
| 4 | floor for your business? | 11:18:48 |
| 5 | A.     I would say that if we see one | 11:18:53 |
| 6 | person a week, that's a lot. | 11:18:56 |
| 7 | Q.     And do -- | 11:19:00 |
| 8 | A.     Unless you're going to count like | 11:19:03 |
| 9 | a food delivery guy. | 11:19:05 |
| 10 | Q.     Do your visitors and employees use | 11:19:08 |
| 11 | the passenger elevator to get to the sixth | 11:19:11 |
| 12 | floor? | 11:19:14 |
| 13 | A.     Yeah, sometimes they do shoot down | 11:19:15 |
| 14 | the freight elevator, though, I will say that. | 11:19:18 |
| 15 | Q.     And what are your -- what's the | 11:19:22 |
| 16 | business general operating hours? | 11:19:24 |
| 17 | A.     Well, 8:30 to 4:30 is what we put | 11:19:28 |
| 18 | out.  But usually I'm here -- like I said, I'm | 11:19:34 |
| 19 | usually in by 7 and I'm lucky if I'm out by | 11:19:36 |
| 20 | 5:30. | 11:19:42 |
| 21 | Q.     And 8:30 to 4:30 is Monday through | 11:19:43 |
| 22 | Friday, or weekends as well? | 11:19:48 |
| 23 | A.     That's correct.  No, closed on the | 11:19:49 |
| 24 | weekend. | 11:19:52 |
| 25 | Q.     Has the number of visitors, | 11:19:53 |

Transcript of F. Michael Conte
January 4, 2023                                    57

| | | |
|---|---|---|
| 1 | employees changed since the COVID-19 pandemic? | 11:19:56 |
| 2 | A.     For who? | 11:20:02 |
| 3 | Q.     For the sixth floor, your | 11:20:03 |
| 4 | business. | 11:20:05 |
| 5 | A.     Well, before COVID, we had I guess | 11:20:06 |
| 6 | three more employees.  Now they're working from | 11:20:11 |
| 7 | home.  But the visitors, not really.  We're not | 11:20:14 |
| 8 | a high-traffic insurance agency.  I know that a | 11:20:19 |
| 9 | lot of people don't understand that, but our | 11:20:24 |
| 10 | clientele is a little bit different. | 11:20:26 |
| 11 | Q.     For the seventh and eighth floors | 11:20:34 |
| 12 | which are owned by Oxford, those are unoccupied, | 11:20:36 |
| 13 | correct? | 11:20:42 |
| 14 | A.     That's correct. | 11:20:43 |
| 15 | Q.     Do you know if anyone works out of | 11:20:45 |
| 16 | that space, the seventh and eighth floor? | 11:20:51 |
| 17 | A.     When? | 11:20:55 |
| 18 | Q.     As of today. | 11:20:56 |
| 19 | A.     I don't think they're occupied. | 11:20:59 |
| 20 | Q.     Let me clarify. | 11:21:02 |
| 21 | Do you know if any employee of | 11:21:03 |
| 22 | Oxford, you know, occasionally works out of the | 11:21:06 |
| 23 | seventh or eighth floor? | 11:21:09 |
| 24 | A.     I have no idea. | 11:21:12 |
| 25 | Q.     Do you ever see visitors going to | 11:21:16 |

Transcript of F. Michael Conte
January 4, 2023                                          58

| | | |
|---|---|---|
| 1 | the seventh or eighth floor? | 11:21:20 |
| 2 | A.     No. | 11:21:26 |
| 3 | Q.     In connection with the co-op, | 11:21:32 |
| 4 | who's typically the representative from Oxford? | 11:21:36 |
| 5 | MR. MARGOLIS:  Objection. | 11:21:43 |
| 6 | A.     Lately it's been -- I'm sorry. | 11:21:44 |
| 7 | MR. MARGOLIS:  You can answer. | 11:21:46 |
| 8 | A.     Lately it's been Nigel, but before | 11:21:49 |
| 9 | that it was Saul.  I thought Saul was his father | 11:21:52 |
| 10 | but I guess Saul is not his father. | 11:21:59 |
| 11 | Q.     Do you speak with Nigel or Saul on | 11:22:03 |
| 12 | a regular basis? | 11:22:06 |
| 13 | A.     No. | 11:22:08 |
| 14 | Q.     Do you know the last time you | 11:22:09 |
| 15 | spoke with either of them? | 11:22:11 |
| 16 | A.     I can tell you that I spoke to | 11:22:15 |
| 17 | Nigel about eight years ago.  I had a recurring | 11:22:21 |
| 18 | water leak that was coming into my space and I | 11:22:29 |
| 19 | repaired that ceiling like three or four times | 11:22:32 |
| 20 | and I asked Nigel to resolve the matter, and he | 11:22:36 |
| 21 | told me to go take a hike.  That was why I | 11:22:39 |
| 22 | remember the conversation because I didn't think | 11:22:42 |
| 23 | that that was very neighborly. | 11:22:45 |
| 24 | Q.     Let's talk about the ninth, tenth | 11:22:49 |
| 25 | and 11th floor.  Are those owned by Monsieur | 11:22:54 |

Transcript of F. Michael Conte
January 4, 2023                                    59

| | | |
|---|---|---|
| 1 | Touton Selection Limited? | 11:23:01 |
| 2 | A.    Let's say this.  I don't know if | 11:23:03 |
| 3 | they're the titled owner, but I would say that | 11:23:06 |
| 4 | Maxime or his uncle is the owner.  How he holds | 11:23:09 |
| 5 | them, I couldn't tell you. | 11:23:16 |
| 6 | Q.    Understood.  But they occupy the | 11:23:17 |
| 7 | ninth, tenth and 11th floor now? | 11:23:19 |
| 8 | A.    Well, yes.  Soon to, I guess, | 11:23:23 |
| 9 | occupy the 11th floor. | 11:23:27 |
| 10 | Q.    Do you know what kind of business | 11:23:29 |
| 11 | they have? | 11:23:31 |
| 12 | A.    They're wine people. | 11:23:33 |
| 13 | Q.    Have you ever visited the ninth or | 11:23:36 |
| 14 | tenth floor? | 11:23:38 |
| 15 | A.    We've had an occasional meeting up | 11:23:40 |
| 16 | there, yes. | 11:23:44 |
| 17 | Q.    Could you describe the space on | 11:23:44 |
| 18 | the ninth and tenth floor? | 11:23:46 |
| 19 | A.    The ninth floor you have a bunch | 11:23:52 |
| 20 | of desks with people.  You have a stairway, a | 11:23:55 |
| 21 | giant conference room.  And then on the tenth | 11:23:58 |
| 22 | floor there are some kind of printing apparatus | 11:24:03 |
| 23 | and one or two offices, I think, and some | 11:24:09 |
| 24 | employees.  That's about it. | 11:24:12 |
| 25 | I mean, the staircase is enormous. | 11:24:14 |

Transcript of F. Michael Conte
January 4, 2023                                    60

| | | |
|---|---|---|
| 1 | You've got to see this staircase.  It's like a | 11:24:19 |
| 2 | bride's dream.  Every bride would want to walk | 11:24:22 |
| 3 | down that staircase.  I couldn't even imagine, | 11:24:25 |
| 4 | you know, as a real estate guy, like, I'm | 11:24:28 |
| 5 | looking at it and going, what a terrible waste | 11:24:30 |
| 6 | of space.  But it's enormous. | 11:24:33 |
| 7 | Q.    I think you mentioned they have | 11:24:39 |
| 8 | some offices.  Do you know how many offices they | 11:24:41 |
| 9 | have on the ninth and tenth floors? | 11:24:43 |
| 10 | A.    No, I don't.  I never counted | 11:24:47 |
| 11 | them. | 11:24:51 |
| 12 | Q.    Would you say it's more or less | 11:24:52 |
| 13 | than ten? | 11:24:54 |
| 14 | A.    Never counted them. | 11:24:56 |
| 15 | Q.    Do you know how long they've | 11:24:58 |
| 16 | occupied the ninth and tenth floor? | 11:25:00 |
| 17 | A.    So, when I got here in '06, they | 11:25:09 |
| 18 | were only on the ninth floor.  Then a couple | 11:25:15 |
| 19 | years later they bought the tenth floor.  And | 11:25:18 |
| 20 | now recently they bought the 11th floor.  But I | 11:25:22 |
| 21 | believe that Touton was one of the originals in | 11:25:26 |
| 22 | the building when it converted to co-op.  I | 11:25:30 |
| 23 | believe; I'm not 100 percent sure. | 11:25:33 |
| 24 | Q.    Do you know how many people, how | 11:25:37 |
| 25 | many employees work on the ninth, tenth and | 11:25:40 |

Transcript of F. Michael Conte
January 4, 2023                                     61

| | | |
|---|---|---|
| 1 | soon-to-be 11th floor? | 11:25:43 |
| 2 | A.    No clue. | 11:25:47 |
| 3 | Q.    Do you know if people visit the | 11:25:48 |
| 4 | offices on the ninth, tenth and 11th floor? | 11:25:49 |
| 5 | A.    Again, I have no idea.  I never | 11:25:54 |
| 6 | run into them, so... | 11:25:57 |
| 7 | Q.    You mentioned they're in the wine | 11:26:01 |
| 8 | business.  Do they get visitors on the ninth and | 11:26:03 |
| 9 | tenth floor for wine tastings? | 11:26:08 |
| 10 | A.    I don't have any idea. | 11:26:13 |
| 11 | Q.    Have you ever gone up to taste any | 11:26:16 |
| 12 | wine? | 11:26:19 |
| 13 | A.    No.  I don't drink wine. | 11:26:20 |
| 14 | Q.    Do you know the operating hours | 11:26:23 |
| 15 | for the business? | 11:26:27 |
| 16 | A.    No clue, no. | 11:26:29 |
| 17 | Q.    Do you know if Mr. Touton ever | 11:26:42 |
| 18 | hosts events on the ninth and tenth floor? | 11:26:45 |
| 19 | A.    I have no idea. | 11:26:50 |
| 20 | Q.    Okay.  The last floor, the 12th | 11:27:00 |
| 21 | floor, what kind of business does Mr. Grill | 11:27:02 |
| 22 | have? | 11:27:06 |
| 23 | A.    He runs Click Models; but what | 11:27:10 |
| 24 | that means, I don't know. | 11:27:16 |
| 25 | Q.    Have you ever visited the 12th | 11:27:17 |

Transcript of F. Michael Conte
January 4, 2023                                62

| | | |
|---|---|---|
| 1 | floor? | 11:27:20 |
| 2 | A.    Yes, I brought mail up there. | 11:27:21 |
| 3 | Q.    Could you generally describe it? | 11:27:25 |
| 4 | A.    Oh, and one time when we had a | 11:27:27 |
| 5 | break-in not too long ago, I was up there with | 11:27:30 |
| 6 | Joey trying to figure out how they got into the | 11:27:33 |
| 7 | space.  But that's not really a visit. | 11:27:37 |
| 8 | Q.    The 12th floor is considered the | 11:27:43 |
| 9 | penthouse of the building? | 11:27:47 |
| 10 | A.    I mean, I've heard some people say | 11:27:55 |
| 11 | that but I call it 12.  I don't know. | 11:27:57 |
| 12 | Q.    Does it look any different than | 11:27:59 |
| 13 | the other floors? | 11:28:01 |
| 14 | A.    Well, he's got skylights. | 11:28:02 |
| 15 | Q.    Does he have high ceilings, large | 11:28:04 |
| 16 | windows? | 11:28:07 |
| 17 | A.    We all have high ceilings and | 11:28:08 |
| 18 | large windows. | 11:28:11 |
| 19 | Q.    Do you know if Click Models has | 11:28:15 |
| 20 | office space on the 12th floor? | 11:28:21 |
| 21 | A.    I'm sorry, Click Models is on the | 11:28:25 |
| 22 | 12th floor, so they would have office space | 11:28:30 |
| 23 | there. | 11:28:32 |
| 24 | Q.    Do they have individual offices on | 11:28:32 |
| 25 | the 12th floor? | 11:28:34 |

Transcript of F. Michael Conte
January 4, 2023                                    63

| | | |
|---|---|---|
| 1 | A.     I don't know the layout.  I don't | 11:28:36 |
| 2 | know how they sit. | 11:28:39 |
| 3 | Q.     Okay.  How long has Click Models | 11:28:40 |
| 4 | occupied that space? | 11:28:42 |
| 5 | A.     I know -- I think Joey was one of | 11:28:46 |
| 6 | the originals in the building.  I don't know the | 11:28:47 |
| 7 | number; I don't know how long that is. | 11:28:50 |
| 8 | Q.     Do you know if Click Models hosts | 11:28:53 |
| 9 | photo shoots or anything like that on the 12th | 11:28:55 |
| 10 | floor? | 11:28:59 |
| 11 | A.     I don't know. | 11:29:01 |
| 12 | Q.     Do you ever see visitors going up | 11:29:03 |
| 13 | to the 12th floor? | 11:29:06 |
| 14 | A.     You might see a model | 11:29:10 |
| 15 | occasionally.  That's about it. | 11:29:13 |
| 16 | Q.     Do you see one a day, one a week? | 11:29:16 |
| 17 | A.     No.  No, no, no.  Like one a | 11:29:20 |
| 18 | month.  Like April maybe you see one or two | 11:29:25 |
| 19 | during the month. | 11:29:28 |
| 20 | Q.     Do you know the operating hours | 11:29:29 |
| 21 | for Click Models? | 11:29:31 |
| 22 | A.     No. | 11:29:32 |
| 23 | The reason I don't know the | 11:29:42 |
| 24 | operating hours for any of these people is | 11:29:42 |
| 25 | because it's never become an issue. | 11:29:45 |

Transcript of F. Michael Conte
January 4, 2023                                    64

| | | |
|---|---|---|
| 1 | Q.    I understand. | 11:29:49 |
| 2 | MS. TURNER:  I'm going to shift | 11:29:51 |
| 3 | gears now and talk more specifically about this | 11:29:52 |
| 4 | case; so I don't know if this is a good five- or | 11:29:56 |
| 5 | ten-minute break time for anyone, or if you want | 11:30:01 |
| 6 | to continue, Mr. Conte, I'm happy to continue. | 11:30:03 |
| 7 | MR. MARGOLIS:  I think we should | 11:30:06 |
| 8 | take -- let's take five minutes, if you don't | 11:30:08 |
| 9 | mind, just a quick break for everybody and then | 11:30:11 |
| 10 | we'll be back at 11:35. | 11:30:15 |
| 11 | THE VIDEOGRAPHER:  We're going off | 11:30:20 |
| 12 | the record; the time is 11:30. | 11:30:21 |
| 13 | (Recess taken.) | 11:30:23 |
| 14 | THE VIDEOGRAPHER:  We're back on | 11:38:46 |
| 15 | the record; the time is 11:38. | 11:38:58 |
| 16 | BY MS. TURNER: | 11:39:10 |
| 17 | Q.    Mr. Conte, before the break I said | 11:39:10 |
| 18 | that we were going to discuss this action. | 11:39:13 |
| 19 | What's your understanding of the nature of the | 11:39:18 |
| 20 | lawsuit against the co-op and board members? | 11:39:21 |
| 21 | MR. MARGOLIS:  Objection.  You can | 11:39:25 |
| 22 | answer. | 11:39:28 |
| 23 | A.    Well, I think we're being sued | 11:39:30 |
| 24 | because the allegation is that we are | 11:39:32 |
| 25 | discriminatory. | 11:39:36 |

Transcript of F. Michael Conte
January 4, 2023                          65

| | | |
|---|---|---|
| 1 | Q.     And discriminatory in connection | 11:39:40 |
| 2 | with the sublease denial for CCMS? | 11:39:42 |
| 3 | A.     Yes. | 11:39:49 |
| 4 | Q.     And what floor was CCMS attempting | 11:39:53 |
| 5 | to sublease? | 11:39:57 |
| 6 | A.     I'm honestly not sure if it was 7 | 11:40:02 |
| 7 | or 8. | 11:40:07 |
| 8 | Q.     But it was one of the floors owned | 11:40:07 |
| 9 | by Oxford? | 11:40:09 |
| 10 | A.     Yes. | 11:40:11 |
| 11 | Q.     Do you know when Oxford took over | 11:40:14 |
| 12 | the seventh and eighth floor? | 11:40:16 |
| 13 | MR. MARGOLIS:  Objection. | 11:40:24 |
| 14 | A.     No. | 11:40:25 |
| 15 | Q.     Do you know how long Oxford's | 11:40:27 |
| 16 | lease is for the seventh and eighth floor? | 11:40:31 |
| 17 | A.     Well, they're owners, so we all | 11:40:36 |
| 18 | carry the same lease.  I believe it's 50 years. | 11:40:38 |
| 19 | Q.     You mentioned that the eighth | 11:40:44 |
| 20 | floor is currently unoccupied.  Has there been a | 11:40:46 |
| 21 | tenant in the eighth floor before? | 11:40:53 |
| 22 | A.     Yeah.  Yes, there was a tenant in | 11:40:59 |
| 23 | there I guess at one point. | 11:41:03 |
| 24 | Q.     Do you know when the last tenant | 11:41:05 |
| 25 | was that occupied the eighth floor? | 11:41:07 |

Transcript of F. Michael Conte
January 4, 2023                                    66

| | | |
|---|---|---|
| 1 | A.    You know, COVID is like a divot in | 11:41:11 |
| 2 | everybody's mind, quite frankly, so I couldn't | 11:41:16 |
| 3 | tell you.  No, I couldn't tell you. | 11:41:20 |
| 4 | Q.    Do you know if it was sometime in | 11:41:23 |
| 5 | the six years that you've been a board member | 11:41:24 |
| 6 | for the co-op? | 11:41:28 |
| 7 | A.    Yeah, I would say that. | 11:41:31 |
| 8 | Q.    Do you remember the name of the | 11:41:34 |
| 9 | tenant? | 11:41:38 |
| 10 | A.    No. | 11:41:43 |
| 11 | Q.    Do you recall what type of | 11:41:44 |
| 12 | business the tenant had? | 11:41:47 |
| 13 | A.    No. | 11:41:51 |
| 14 | Q.    Did you ever see visitors or | 11:41:54 |
| 15 | employees using the elevator to go to the eighth | 11:42:00 |
| 16 | floor for that tenant? | 11:42:05 |
| 17 | A.    You know, if you get on an | 11:42:08 |
| 18 | elevator, you really don't ask people what floor | 11:42:12 |
| 19 | are they coming from.  I don't do that.  I just | 11:42:15 |
| 20 | get on the elevator and go about my business; so | 11:42:20 |
| 21 | I don't know who's coming and going. | 11:42:23 |
| 22 | Q.    Okay.  Have you ever visited the | 11:42:27 |
| 23 | eighth floor? | 11:42:31 |
| 24 | A.    No. | 11:42:32 |
| 25 | Q.    Have you ever visited the seventh | 11:42:34 |

Transcript of F. Michael Conte
January 4, 2023                                    67

| | | |
|---|---|---|
| 1 | floor? | 11:42:37 |
| 2 | A.    No.  I think one time I was maybe | 11:42:38 |
| 3 | going upstairs to 12 and the doors opened and I | 11:42:43 |
| 4 | looked in.  That's about it.  It was all dark. | 11:42:49 |
| 5 | Q.    Do you have any sense of the | 11:42:52 |
| 6 | layout of the seventh or eighth floor? | 11:42:53 |
| 7 | A.    You know what, let me go back.  We | 11:42:59 |
| 8 | had a leak.  We had a leak that was coming | 11:43:02 |
| 9 | from -- well, we thought it was the seventh and | 11:43:08 |
| 10 | eighth floor, but actually we traced it up to | 11:43:10 |
| 11 | the ninth floor.  So I was in there briefly -- | 11:43:13 |
| 12 | this is years ago, though, my God.  I remember | 11:43:16 |
| 13 | that there was desks and chairs there, that's | 11:43:21 |
| 14 | about it.  It smelled of mold.  I remember that, | 11:43:24 |
| 15 | too. | 11:43:29 |
| 16 | Q.    There were individual offices on | 11:43:29 |
| 17 | the seventh and eighth floor? | 11:43:32 |
| 18 | A.    I couldn't tell you.  Couldn't | 11:43:34 |
| 19 | tell you that. | 11:43:35 |
| 20 | Q.    Do you know when CCMS applied to | 11:43:41 |
| 21 | sublease the eighth floor? | 11:43:43 |
| 22 | A.    I recall when we got the | 11:43:48 |
| 23 | application, if that's what you're asking me. | 11:43:49 |
| 24 | Q.    Yes. | 11:43:52 |
| 25 | A.    I remember getting the | 11:43:58 |

Transcript of F. Michael Conte
January 4, 2023                                    68

| | | |
|---|---|---|
| 1 | application. | 11:43:59 |
| 2 | Q.    When did you receive the | 11:44:00 |
| 3 | application from CCMS to sublease the eighth | 11:44:02 |
| 4 | floor? | 11:44:05 |
| 5 | A.    I'm going to say it was December | 11:44:07 |
| 6 | 26th of, oh God, at this point I'm not sure if | 11:44:08 |
| 7 | it was '18 or '19, I'll be honest with you. | 11:44:21 |
| 8 | Q.    Was it sometime right before the | 11:44:25 |
| 9 | COVID-19 pandemic? | 11:44:27 |
| 10 | A.    It was before the COVID pandemic, | 11:44:29 |
| 11 | sure.  Maybe it was December '18. | 11:44:35 |
| 12 | Q.    At the time that CCMS applied to | 11:44:43 |
| 13 | sublease the eighth floor, how many floors were | 11:44:45 |
| 14 | occupied in the building? | 11:44:48 |
| 15 | A.    Don't recall. | 11:44:55 |
| 16 | Q.    Do you know who occupied the first | 11:44:58 |
| 17 | floor when CCMS applied to sublease? | 11:45:00 |
| 18 | A.    It was Marc. | 11:45:05 |
| 19 | Q.    And at that time you occupied the | 11:45:08 |
| 20 | sixth floor, correct? | 11:45:11 |
| 21 | A.    Right, right.  And the engineers | 11:45:14 |
| 22 | were on 4 and 5. | 11:45:16 |
| 23 | Q.    Did Mr. Touton occupy the ninth | 11:45:19 |
| 24 | and tenth floors when CCMS applied to sublease? | 11:45:21 |
| 25 | A.    Yes. | 11:45:25 |

Transcript of F. Michael Conte
January 4, 2023                                    69

| | | |
|---|---|---|
| 1 | Q.    And did Mr. Grill occupy the 12th | 11:45:26 |
| 2 | floor at that time? | 11:45:30 |
| 3 | A.    Yes.  And Doctormann had 11.  The | 11:45:31 |
| 4 | artist was on 2 and I believe Marc owned 3.  But | 11:45:37 |
| 5 | I don't know what was going on with 7 and 8.  I | 11:45:43 |
| 6 | know one was empty, of course. | 11:45:46 |
| 7 | Q.    Does the name Barbara Torgerson | 11:45:49 |
| 8 | seem familiar to you? | 11:45:59 |
| 9 | A.    Barbara works at the engineers. | 11:46:01 |
| 10 | She's the manager, the office manager. | 11:46:03 |
| 11 | Q.    Okay.  Does the name Donald | 11:46:06 |
| 12 | Baechler -- | 11:46:10 |
| 13 | A.    Oh, that's the artist.  Baechler, | 11:46:12 |
| 14 | that's it.  I told you it started with a B. | 11:46:16 |
| 15 | Q.    Baechler, is that how you | 11:46:20 |
| 16 | pronounce it? | 11:46:25 |
| 17 | A.    Yeah, Bachelor (phonetic), I | 11:46:26 |
| 18 | think. | 11:46:26 |
| 19 | Q.    And then does the last name | 11:46:27 |
| 20 | Guercio sound familiar? | 11:46:31 |
| 21 | A.    No. | 11:46:34 |
| 22 | Q.    Do you know if the artist occupied | 11:46:35 |
| 23 | the second floor at the time CCMS applied to | 11:46:37 |
| 24 | sublease? | 11:46:41 |
| 25 | A.    Yes, I believe he -- yes.  Because | 11:46:43 |

Transcript of F. Michael Conte
January 4, 2023                                    70

| | | |
|---|---|---|
| 1 | he just died.  I think he died last year, so of | 11:46:45 |
| 2 | course he occupied it. | 11:46:49 |
| 3 | Q.    At the time CCMS applied to | 11:46:51 |
| 4 | sublease the eighth floor, who were board | 11:46:57 |
| 5 | members of the co-op? | 11:46:59 |
| 6 | A.    Myself, Joe Grill, Maxime, Eric | 11:47:01 |
| 7 | Doctormann and Marc Paturet. | 11:47:08 |
| 8 | Q.    Before you received CCMS's | 11:47:18 |
| 9 | application to sublease the eighth floor, did | 11:47:20 |
| 10 | you know they were interested? | 11:47:23 |
| 11 | A.    No. | 11:47:25 |
| 12 | Q.    When CCMS submitted their | 11:47:37 |
| 13 | application to sublease, what kind of business | 11:47:39 |
| 14 | did you believe they were? | 11:47:43 |
| 15 | MR. MARGOLIS:  Objection. | 11:47:47 |
| 16 | A.    What kind of business.  Well, | 11:47:51 |
| 17 | exactly what the internet said they were. | 11:47:52 |
| 18 | Q.    Did you Google CCMS? | 11:47:55 |
| 19 | A.    Yes. | 11:47:59 |
| 20 | Q.    What did you find on Google? | 11:48:00 |
| 21 | A.    Well, they did a lot of treatments | 11:48:04 |
| 22 | and things like this.  They were, I don't know, | 11:48:06 |
| 23 | some kind of clinic of some type. | 11:48:09 |
| 24 | Q.    Did you review CCMS's application | 11:48:13 |
| 25 | to sublease? | 11:48:15 |

Transcript of F. Michael Conte
January 4, 2023                                    71

| | | |
|---|---|---|
| 1 | A.     Yes. | 11:48:21 |
| 2 | Q.     Did CCMS submit any other | 11:48:21 |
| 3 | materials to sublease the eighth floor? | 11:48:25 |
| 4 | MR. MARGOLIS:  Objection. | 11:48:28 |
| 5 | A.     I think only the application. | 11:48:30 |
| 6 | Maybe they submitted -- I'm sure they had | 11:48:36 |
| 7 | documents with Touton and whatnot, but we didn't | 11:48:39 |
| 8 | see any of that stuff. | 11:48:43 |
| 9 | Q.     When did you personally -- | 11:48:44 |
| 10 | A.     Not Touton.  With Oxford, rather. | 11:48:46 |
| 11 | Let me correct that. | 11:48:49 |
| 12 | Q.     When did you personally review | 11:48:50 |
| 13 | CCMS's application to sublease? | 11:48:52 |
| 14 | A.     Well, of course I got it that day, | 11:48:57 |
| 15 | but we're in the middle of the holidays and who | 11:49:00 |
| 16 | even wants to think of business at that point. | 11:49:03 |
| 17 | So I'm going to say it's safe to say sometime in | 11:49:05 |
| 18 | early January. | 11:49:08 |
| 19 | Q.     Did the other board members review | 11:49:09 |
| 20 | CCMS's application to sublease? | 11:49:11 |
| 21 | A.     I have no idea what anyone else | 11:49:14 |
| 22 | did.  I hope they reviewed it. | 11:49:16 |
| 23 | Q.     When did the board hold -- when | 11:49:19 |
| 24 | did the board interview CCMS for sublease | 11:49:23 |
| 25 | approval? | 11:49:26 |

Transcript of F. Michael Conte
January 4, 2023                                      72

| | | |
|---|---|---|
| 1 | A.    As soon as we could get a meeting | 11:49:28 |
| 2 | together where everybody was able to attend.  So | 11:49:29 |
| 3 | I think it was January 14th. | 11:49:33 |
| 4 | Q.    And where was the interview? | 11:49:36 |
| 5 | A.    It was in my office.  In my | 11:49:39 |
| 6 | conference room. | 11:49:43 |
| 7 | Q.    You may have already stated this, | 11:49:45 |
| 8 | but how long was the interview? | 11:49:48 |
| 9 | A.    I'm going to say 45 minutes to an | 11:49:51 |
| 10 | hour. | 11:49:53 |
| 11 | Q.    And who was present at the | 11:49:54 |
| 12 | interview? | 11:49:56 |
| 13 | MR. MARGOLIS:  Objection.  Only | 11:49:58 |
| 14 | because you asked that before, but he can answer | 11:49:59 |
| 15 | it again. | 11:50:01 |
| 16 | A.    So, myself, Marc -- Marc was not | 11:50:04 |
| 17 | there, let's be clear about that.  Joe Grill, | 11:50:11 |
| 18 | Eric Doctormann, Maxime Touton.  Nigel was | 11:50:15 |
| 19 | there, Shamash, and Mr. Brooks. | 11:50:26 |
| 20 | Q.    Why wasn't Mr. Paturet present at | 11:50:30 |
| 21 | that interview? | 11:50:33 |
| 22 | A.    I believe he was in France.  He | 11:50:36 |
| 23 | was overseas and he wasn't due back for a while. | 11:50:38 |
| 24 | Q.    Did it seem strange to you that | 11:50:43 |
| 25 | Mr. Paturet didn't attend the interview? | 11:50:45 |

Transcript of F. Michael Conte
January 4, 2023                                    73

| | | |
|---|---|---|
| 1 | A.    No.  He was out of town; how could | 11:50:49 |
| 2 | he attend?  The guy's in Europe.  He's not in | 11:50:51 |
| 3 | Sheepshead Bay. | 11:50:56 |
| 4 | Q.    Could Mr. Paturet have called in | 11:50:56 |
| 5 | for the interview? | 11:50:58 |
| 6 | A.    No. | 11:51:00 |
| 7 | Q.    Why not? | 11:51:02 |
| 8 | A.    Well, quite frankly, the | 11:51:04 |
| 9 | technology just wasn't there and they got a time | 11:51:06 |
| 10 | difference of, you know, God knows what.  We | 11:51:09 |
| 11 | didn't even think of asking him to call in, if | 11:51:12 |
| 12 | you want to know the truth. | 11:51:15 |
| 13 | Q.    Before the interview, had you ever | 11:51:17 |
| 14 | heard of Emory Brooks? | 11:51:19 |
| 15 | A.    No. | 11:51:22 |
| 16 | Q.    Did you Google Mr. Brooks before | 11:51:23 |
| 17 | the interview? | 11:51:25 |
| 18 | A.    I think maybe I read about him on | 11:51:30 |
| 19 | his website, that's about it, but I didn't | 11:51:32 |
| 20 | Google him individually. | 11:51:35 |
| 21 | Q.    And you never met Mr. Brooks | 11:51:36 |
| 22 | before the interview? | 11:51:38 |
| 23 | A.    No. | 11:51:39 |
| 24 | Q.    At the time of the interview, did | 11:51:43 |
| 25 | you understand that Mr. Brooks is a Black man? | 11:51:44 |

Transcript of F. Michael Conte
January 4, 2023                                    74

```
 1                    MR. MARGOLIS:  Objection.              11:51:49
 2         A.    I'm sorry?                                  11:51:50
 3         Q.    At the time of the interview, did           11:51:51
 4   you understand that Mr. Brooks is a Black man?          11:51:53
 5                    MR. MARGOLIS:  Objection.              11:51:56
 6         A.    I don't understand your question.           11:52:00
 7         Q.    Did you know that Mr. Brooks was            11:52:02
 8   Black at the time of his interview?                     11:52:05
 9         A.    How could you not know he's Black?          11:52:09
10   I don't understand your question.                       11:52:13
11         Q.    So did you understand that                 11:52:14
12   Mr. Brooks was Black at the time of his                 11:52:16
13   interview?                                              11:52:18
14                    MR. MARGOLIS:  Objection.              11:52:19
15         A.    Mr. Brooks is a Black man.  Did I          11:52:20
16   understand that he's a Black man; is that your          11:52:23
17   question?                                               11:52:25
18         Q.    Yes.                                       11:52:26
19         A.    It's a bit insulting, if you want          11:52:28
20   to know the truth but, yes, I knew he's a Black         11:52:30
21   man.                                                    11:52:33
22         Q.    Why is that an insulting question?         11:52:33
23         A.    I have eyes.  I didn't tell you            11:52:40
24   that I was blind.                                       11:52:42
25         Q.    What was discussed at the board            11:52:51
```

Transcript of F. Michael Conte
January 4, 2023                                    75

| | | |
|---|---|---|
| 1 | interview on January 14th, 2020? | 11:52:53 |
| 2 | MR. MARGOLIS:  Objection. | 11:52:56 |
| 3 | A.    Well, we discussed his day-to-day | 11:53:00 |
| 4 | operations. | 11:53:03 |
| 5 | Q.    How did Mr. Brooks describe his | 11:53:05 |
| 6 | day-to-day operations? | 11:53:07 |
| 7 | A.    He described that he has a clinic | 11:53:13 |
| 8 | whereby he treats people with criminal, | 11:53:19 |
| 9 | ex-criminal backgrounds, behavioral issues, and | 11:53:23 |
| 10 | I believe he said the children of narcotics | 11:53:25 |
| 11 | users. | 11:53:28 |
| 12 | Q.    Who conducted the interview? | 11:53:32 |
| 13 | A.    It was a round-robin discussion. | 11:53:35 |
| 14 | Everyone got a chance to ask questions. | 11:53:39 |
| 15 | Q.    What questions did you ask at the | 11:53:43 |
| 16 | interview? | 11:53:45 |
| 17 | A.    I'm glad you asked that.  The | 11:53:49 |
| 18 | question that sticks out in my mind most was at | 11:53:51 |
| 19 | the end, because I really didn't understand what | 11:53:54 |
| 20 | he was doing.  And by the end of the interview, | 11:53:57 |
| 21 | like the light bulb started going off in my head | 11:54:00 |
| 22 | that, you know, he's got some -- he said he's | 11:54:03 |
| 23 | doing people with criminal backgrounds. | 11:54:07 |
| 24 | So I asked him off the cuff, I | 11:54:09 |
| 25 | said, well, how many security guards do you | 11:54:11 |

Transcript of F. Michael Conte
January 4, 2023                                        76

| | | |
|---|---|---|
| 1 | have, and he said 12.  And I was like, wow, 12 | 11:54:14 |
| 2 | security, what's going on on this floor that you | 11:54:19 |
| 3 | need security guards?  I don't have security | 11:54:21 |
| 4 | guards. | 11:54:23 |
| 5 | Plus, you know, you figure, I'm | 11:54:24 |
| 6 | responsible for the employees on my floor here; | 11:54:27 |
| 7 | I've got to be concerned that if you have 12 | 11:54:30 |
| 8 | security guards monitoring the people that are | 11:54:33 |
| 9 | coming into your space, what's going on? | 11:54:35 |
| 10 | I mean, it just didn't seem like | 11:54:39 |
| 11 | anything that was understandable, in my mind.  I | 11:54:42 |
| 12 | can't even imagine a business that needs 12 | 11:54:45 |
| 13 | security guards, I'll be honest with you.  But | 11:54:48 |
| 14 | he said he has therapists there, and a lot of | 11:54:50 |
| 15 | the numbers didn't add up, if you want to know | 11:54:53 |
| 16 | the truth.  He said he has 12 therapists.  Then | 11:54:56 |
| 17 | I asked him, how many hours do you bill a week, | 11:54:59 |
| 18 | and he said 600 hours a week billing.  And I'm | 11:55:01 |
| 19 | doing the math and I'm like, well, that means | 11:55:05 |
| 20 | you're doing -- each therapist has to do 50 | 11:55:08 |
| 21 | people a day.  It doesn't make sense. | 11:55:10 |
| 22 | The use that he was talking about, | 11:55:13 |
| 23 | the number of people that he wanted to bring | 11:55:16 |
| 24 | into the building on a daily basis just seemed | 11:55:18 |
| 25 | out of sorts in terms of everybody else who's in | 11:55:21 |

Transcript of F. Michael Conte
January 4, 2023                              77

| | | |
|---|---|---|
| 1 | here. | 11:55:26 |
| 2 | Q.    Do you recall anything else that | 11:55:29 |
| 3 | was discussed at the January 14th, 2020 | 11:55:31 |
| 4 | interview? | 11:55:35 |
| 5 | MR. MARGOLIS:  Objection. | 11:55:38 |
| 6 | A.    Again, we asked him about his | 11:55:39 |
| 7 | day-to-day operations.  Those types of things | 11:55:41 |
| 8 | were discussed. | 11:55:45 |
| 9 | Q.    At the interview did anyone | 11:55:46 |
| 10 | mention an attack that occurred in Monsey, | 11:55:48 |
| 11 | New York? | 11:55:53 |
| 12 | A.    Not that I'm aware of. | 11:55:54 |
| 13 | Q.    At the interview did anyone | 11:55:58 |
| 14 | express concerns about CCMS's sublease of the | 11:56:01 |
| 15 | eighth floor? | 11:56:04 |
| 16 | A.    At the interview did anyone | 11:56:08 |
| 17 | express concerns.  At the interview we were | 11:56:10 |
| 18 | asking questions.  I don't think we formed an | 11:56:20 |
| 19 | opinion until we had the answers to the | 11:56:22 |
| 20 | questions that we put before him.  So I don't | 11:56:24 |
| 21 | know that there were concerns.  I mean, we had | 11:56:27 |
| 22 | questions about who was coming in, how many was | 11:56:30 |
| 23 | coming in, when they were coming in and things | 11:56:33 |
| 24 | like this. | 11:56:37 |
| 25 | You know, we don't have a person | 11:56:37 |

Transcript of F. Michael Conte
January 4, 2023                                    78

| | | |
|---|---|---|
| 1 | in the lobby to coordinate anything.  It's an | 11:56:39 |
| 2 | unattended lobby.  And then he wanted to come | 11:56:42 |
| 3 | in, he wanted to hold things on Saturday.  The | 11:56:45 |
| 4 | building is closed on Saturday. | 11:56:48 |
| 5 | It just didn't fit into -- his | 11:56:49 |
| 6 | operation was not a fit in this building. | 11:56:53 |
| 7 | That's all this comes down to at the end of the | 11:56:55 |
| 8 | day.  And you know, I don't know where -- I just | 11:56:58 |
| 9 | don't understand, not every square peg fits in | 11:57:02 |
| 10 | every square hole.  I mean, it's just not a fit | 11:57:08 |
| 11 | for this building.  The type of volume that he | 11:57:11 |
| 12 | described coming in and the clientele that he's | 11:57:13 |
| 13 | bringing in, you know, I've got my wife here, I | 11:57:16 |
| 14 | have my employees here, I have two sons here.  I | 11:57:19 |
| 15 | have to be concerned I think, if I'm letting | 11:57:22 |
| 16 | someone in who has criminal backgrounds all day | 11:57:25 |
| 17 | long, why would I let somebody in a building | 11:57:28 |
| 18 | that I own with that kind of background if I | 11:57:31 |
| 19 | don't have to do that?  I don't really | 11:57:34 |
| 20 | understand. | 11:57:37 |
| 21 | Q.    Did you have any other concerns | 11:57:40 |
| 22 | about CCMS's clientele? | 11:57:42 |
| 23 | A.    The volume of the clientele, the | 11:57:46 |
| 24 | number of people that were going to be trotted | 11:57:49 |
| 25 | in and out to make 600 billable hours a week was | 11:57:51 |

Transcript of F. Michael Conte
January 4, 2023                                    79

| | | |
|---|---|---|
| 1 | a big concern, because that means they would be | 11:57:55 |
| 2 | jamming up the elevators all day long. | 11:57:57 |
| 3 | Not to mention they also have a | 11:58:01 |
| 4 | thing for kids, so now the children, I assume -- | 11:58:04 |
| 5 | he's talking about he does -- I remember, it | 11:58:07 |
| 6 | blew me away.  I never even heard of such a | 11:58:10 |
| 7 | thing.  He does counseling for two year olds who | 11:58:13 |
| 8 | are the children of crack addicts.  I can't even | 11:58:17 |
| 9 | imagine what counseling they get, but I've got | 11:58:21 |
| 10 | to figure that those people are then | 11:58:23 |
| 11 | accompanied, they're having somebody bring them | 11:58:28 |
| 12 | here because they're not getting here on their | 11:58:29 |
| 13 | own accord. | 11:58:32 |
| 14 | So, if that's a billable hour | 11:58:33 |
| 15 | while someone else is coming in as well.  So the | 11:58:35 |
| 16 | volume of people that were coming in was just | 11:58:38 |
| 17 | outrageous and it didn't fit in the building. | 11:58:41 |
| 18 | That's all it comes down to.  This is a low use | 11:58:44 |
| 19 | building. | 11:58:52 |
| 20 | Q.    Did any of the other board members | 11:58:53 |
| 21 | have concerns about CCMS's clientele? | 11:58:55 |
| 22 | A.    I think the nature -- yeah.  I | 11:59:01 |
| 23 | think everybody had, I believe the consensus was | 11:59:04 |
| 24 | that we all had concerns about, number one, the | 11:59:07 |
| 25 | use and stress on the infrastructure of the | 11:59:12 |

Transcript of F. Michael Conte
January 4, 2023                                        80

| | | |
|---|---|---|
| 1 | building, the fact that we're not open on | 11:59:15 |
| 2 | Saturday.  We have no means to be open on | 11:59:19 |
| 3 | Saturday.  There's no way to get that done. | 11:59:22 |
| 4 | Those were the concerns that we had and the | 11:59:25 |
| 5 | number of, volume of people that were going to | 11:59:27 |
| 6 | be coming into the building.  These were all the | 11:59:29 |
| 7 | concerns that we discussed. | 11:59:31 |
| 8 |     Q.    I think you mentioned you were | 11:59:35 |
| 9 | concerned about children of crack addicts coming | 11:59:37 |
| 10 | into the building? | 11:59:42 |
| 11 |     A.    I think I said I don't even know | 11:59:43 |
| 12 | what kind of therapy a child of a drug addict | 11:59:45 |
| 13 | needs at the age of two years old. | 11:59:49 |
| 14 |     Q.    Did Mr. Brooks use the phrase | 11:59:51 |
| 15 | "crack addict" in his interview? | 11:59:54 |
| 16 |     A.    I think he may have used narcotics | 11:59:57 |
| 17 | or substance abuse.  He probably used a nicer | 11:59:59 |
| 18 | word than that; that's his business. | 12:00:03 |
| 19 |     Q.    Did Mr. Grill express any concerns | 12:00:07 |
| 20 | about CCMS's clientele visiting the building | 12:00:10 |
| 21 | while he had models visiting his space? | 12:00:15 |
| 22 |     A.    I think the general consensus was | 12:00:25 |
| 23 | that the use was just not fitting here.  I don't | 12:00:27 |
| 24 | know that Mr. Grill -- I don't -- I did not hear | 12:00:30 |
| 25 | that.  I don't know. | 12:00:33 |

Transcript of F. Michael Conte
January 4, 2023                                    81

```
1        Q.    You don't recall Mr. Grill or any      12:00:34
2  board member expressing concerns about models      12:00:38
3  visiting the building?                             12:00:41
4        A.    No.                                    12:00:44
5              MR. CASE:  Objection.  Do you mean     12:00:46
6  expressing concern about the effect of a           12:00:48
7  proposed business upon models entering the         12:00:53
8  building?  Or models entering the building?        12:00:57
9              MS. TURNER:  I think what you're       12:01:01
10 saying, Michael, the effect of CCMS's clientele    12:01:03
11 on models visiting the building.                   12:01:07
12       A.    Well, as employers we're all           12:01:10
13 responsible for the well-being of the people       12:01:13
14 that not only work for us but come to visit us.    12:01:15
15 So perhaps it's not an unreasonable assumption     12:01:20
16 that everyone was a little concerned because       12:01:22
17 you're going to have behavioral people, people     12:01:25
18 with criminal background.  I don't think it's      12:01:28
19 unreasonable to have that concern.                 12:01:34
20       Q.    Do you recall any specific             12:01:37
21 concerns Mr. Grill had at the interview?           12:01:39
22       A.    No.                                    12:01:44
23       Q.    Do you recall any specific             12:01:45
24 concerns that Mr. Touton had about CCMS's          12:01:48
25 clientele at the interview?                        12:01:53
```

Transcript of F. Michael Conte
January 4, 2023                                        82

| | | |
|---|---|---|
| 1 | A.      No. | 12:01:56 |
| 2 | Q.      Do you recall any specific | 12:01:56 |
| 3 | concerns that Mr. Doctormann had about CCMS's | 12:01:58 |
| 4 | clientele? | 12:02:05 |
| 5 | A.      No. | 12:02:07 |
| 6 | Q.      At the interview was there any | 12:02:11 |
| 7 | discussion about what elevator CCMS's client | 12:02:14 |
| 8 | would use if they entered the building? | 12:02:17 |
| 9 | A.      No, not at all. | 12:02:22 |
| 10 | Q.      And just to circle back, do you | 12:02:28 |
| 11 | recall any discussion of an attack of a Black | 12:02:32 |
| 12 | man on a Jewish community in upstate New York? | 12:02:38 |
| 13 | MR. MARGOLIS:  Objection. | 12:02:44 |
| 14 | MR. CASE:  Objection. | 12:02:45 |
| 15 | A.      I'm sorry, could you ask me the | 12:02:47 |
| 16 | question again.  I don't understand your | 12:02:48 |
| 17 | question.  You asked me before if we had that | 12:02:50 |
| 18 | discussion.  I said no, there was no such | 12:02:54 |
| 19 | discussion. | 12:02:57 |
| 20 | Q.      Understood.  I just wanted to | 12:02:58 |
| 21 | clarify in case the Monsey, New York threw you | 12:03:00 |
| 22 | off. | 12:03:05 |
| 23 | What happened when the interview | 12:03:11 |
| 24 | ended, Mr. Conte? | 12:03:13 |
| 25 | A.      Mr. Brooks, I accompanied him to | 12:03:15 |

Transcript of F. Michael Conte
January 4, 2023                              83

| | | |
|---|---|---|
| 1 | the bathroom, he used the restroom.  We had some | 12:03:17 |
| 2 | small talk.  I thanked him for coming, and he | 12:03:20 |
| 3 | left. | 12:03:23 |
| 4 | Q.    What was your impression of | 12:03:24 |
| 5 | Mr. Brooks? | 12:03:26 |
| 6 | A.    Seemed like a very nice man. | 12:03:30 |
| 7 | Q.    And what happened next after | 12:03:35 |
| 8 | Mr. Brooks left the interview? | 12:03:37 |
| 9 | A.    The board convened.  We discussed | 12:03:42 |
| 10 | the use of the space and we didn't think it | 12:03:46 |
| 11 | would fit into the building.  We called for a | 12:03:50 |
| 12 | vote, show of hands.  Everybody raised their | 12:03:53 |
| 13 | hands, including Nigel, and we were dumbfounded | 12:03:56 |
| 14 | that he would vote against a person that he | 12:03:59 |
| 15 | brought into the building to rent the space.  We | 12:04:02 |
| 16 | were looking at each other like what's going on | 12:04:04 |
| 17 | here, this is bizarre.  Like if he didn't think | 12:04:06 |
| 18 | he should come in, why did he even go through | 12:04:10 |
| 19 | negotiation and everything like that?  Why would | 12:04:14 |
| 20 | he do that?  Why would he waste his time? | 12:04:17 |
| 21 | Apparently he knew -- I don't | 12:04:20 |
| 22 | know, I think maybe he was trying to save face | 12:04:22 |
| 23 | in front of us because he knew that he could | 12:04:25 |
| 24 | never get -- this use was just not going to | 12:04:27 |
| 25 | work.  Otherwise I don't know why he would vote | 12:04:31 |

Transcript of F. Michael Conte
January 4, 2023                                    84

| | | |
|---|---|---|
| 1 | against the person that he brought in to rent | 12:04:36 |
| 2 | the space. | 12:04:39 |
| 3 | And by the way, let me also say | 12:04:40 |
| 4 | this, that I don't think you're aware of.  When | 12:04:43 |
| 5 | a tenant vote gets a sublease, the building gets | 12:04:47 |
| 6 | a percentage of the income.  So we're anxious to | 12:04:50 |
| 7 | get the income on these floors.  We have skin in | 12:04:54 |
| 8 | the game, so to speak, too, so the income helps | 12:04:59 |
| 9 | us pay a lot of our bills.  So we would have | 12:05:02 |
| 10 | no -- we want to have a tenant in there.  We | 12:05:05 |
| 11 | need to have the right tenant, though.  That's | 12:05:09 |
| 12 | what's important. | 12:05:12 |
| 13 | Q.    After Mr. Brooks left, how long | 12:05:15 |
| 14 | did the board discuss denying the sublease? | 12:05:18 |
| 15 | A.    Maybe 10 or 15 minutes. | 12:05:26 |
| 16 | Q.    After Mr. Brooks left the | 12:05:34 |
| 17 | interview, did any of the board members express | 12:05:37 |
| 18 | additional concerns about CCMS or its clientele? | 12:05:41 |
| 19 | A.    I think we discussed the issues at | 12:05:47 |
| 20 | hand where some of the numbers didn't add up | 12:05:49 |
| 21 | because the billable hours was an issue.  We | 12:05:52 |
| 22 | couldn't figure out how you do 600 billable | 12:05:55 |
| 23 | hours with 12 therapists.  I mean, the numbers | 12:05:58 |
| 24 | didn't add up.  I think that's what it comes | 12:06:03 |
| 25 | down to. | 12:06:06 |

Transcript of F. Michael Conte
January 4, 2023                                          85

1      Q.     So, sitting here today, how many          12:06:19

2  visitors did you understand would visit CCMS on      12:06:23

3  the eighth floor on a daily basis?                   12:06:29

4      A.     Well, I think the application said        12:06:33

5  50 a day.  But again, that didn't make sense if      12:06:35

6  you have 600 billable hours a week.  It just         12:06:38

7  didn't add up.  You would have to be doing at        12:06:42

8  least 100 a day to have 600 billable hours.          12:06:51

9      Q.     At the interview, what kind of            12:06:59

10  business did you understand CCMS would be            12:07:02

11  operating on the eighth floor?                       12:07:05

12      A.     Well, I think -- you know, it was         12:07:08

13  a clinic.  I mean, it was clear that this was        12:07:13

14  going to be some kind of clinic with people          12:07:15

15  coming and going.  This is not going to be a         12:07:19

16  back office situation.  This was described as a      12:07:21

17  clinic.                                              12:07:23

18      Q.     And was that consistent with             12:07:27

19  CCMS's application, sublease application?            12:07:31

20      A.     Was that consistent.  Parts of it        12:07:35

21  were consistent, parts of it were inconsistent,     12:07:38

22  because they did say they were going to have         12:07:43

23  administrative offices, et cetera and so on.         12:07:45

24  I'm sure that fit, but I think that the whole        12:07:48

25  idea was to downplay the clinic aspect, because     12:07:51

Transcript of F. Michael Conte
January 4, 2023                                                86

| | | |
|---|---|---|
| 1 | there is no way that a clinic would come into | 12:07:56 |
| 2 | this building.  It's just not suited for that | 12:07:59 |
| 3 | type of situation.  And I think it was to | 12:08:02 |
| 4 | everyone's best interest on Oxford's side to | 12:08:05 |
| 5 | make this sound like it's back office.  Because | 12:08:09 |
| 6 | if Brooks came in and said, look, I'm having | 12:08:13 |
| 7 | back office here, you're not going to see a | 12:08:17 |
| 8 | soul, this is what we want, the accountant, the | 12:08:19 |
| 9 | attorney or whatever, I don't know that we'd be | 12:08:22 |
| 10 | sitting here today, because it would have been | 12:08:24 |
| 11 | approved, but it was not represented that way. | 12:08:26 |
| 12 | It was represented as a clinic with a lot of | 12:08:29 |
| 13 | activity in and out of the building on days that | 12:08:31 |
| 14 | this building is not even suited or open, so to | 12:08:35 |
| 15 | speak, for people to come in. | 12:08:38 |
| 16 | Q.    After the vote on the sublease, | 12:08:44 |
| 17 | what did the board do? | 12:08:48 |
| 18 | A.    Went home. | 12:08:52 |
| 19 | Q.    Did the board inform CCMS of the | 12:08:55 |
| 20 | sublease rejection? | 12:08:58 |
| 21 | A.    Once again, Nigel was here, he | 12:09:00 |
| 22 | voted against it.  He saw the vote, it was a | 12:09:02 |
| 23 | hand vote.  I don't know that we had to call him | 12:09:06 |
| 24 | up and say, hey Nigel, by the way, the meeting | 12:09:09 |
| 25 | last night, you didn't get approved.  He was | 12:09:11 |

Transcript of F. Michael Conte
January 4, 2023                                    87

| | | |
|---|---|---|
| 1 | there; he knew it.  It was up to Nigel to inform | 12:09:15 |
| 2 | his tenant, not up to the board. | 12:09:17 |
| 3 | Q.    Did anyone on the board confirm if | 12:09:19 |
| 4 | Mr. Shamash informed CCMS of the sublease | 12:09:22 |
| 5 | denial? | 12:09:25 |
| 6 | A.    I don't believe we have a | 12:09:27 |
| 7 | responsibility to do that. | 12:09:28 |
| 8 | Q.    Before the interview, was anyone | 12:09:40 |
| 9 | from Oxford in contact with any of the board | 12:09:42 |
| 10 | members regarding the sublease? | 12:09:46 |
| 11 | A.    I have no idea.  According to | 12:09:49 |
| 12 | Nigel's email, he had three people in the | 12:09:53 |
| 13 | pocket, so ask Nigel. | 12:09:56 |
| 14 | Q.    Do you know if Mr. Shamash was in | 12:09:58 |
| 15 | contact with the board president, Mr. Paturet? | 12:10:01 |
| 16 | A.    I have no idea. | 12:10:06 |
| 17 | Q.    Do you know if Mr. Shamash was in | 12:10:09 |
| 18 | contact with Mr. Grill regarding the sublease? | 12:10:11 |
| 19 | A.    I have no idea. | 12:10:15 |
| 20 | Q.    Did Mr. Shamash ever reach out to | 12:10:17 |
| 21 | you before the interview regarding the sublease? | 12:10:19 |
| 22 | A.    Nigel wouldn't reach out to me. | 12:10:25 |
| 23 | No, he did not. | 12:10:28 |
| 24 | Q.    Why wouldn't Mr. Shamash reach out | 12:10:29 |
| 25 | to you? | 12:10:32 |

Transcript of F. Michael Conte
January 4, 2023                                    88

| | | |
|---|---|---|
| 1 | A.     Well, when I asked him to stop the | 12:10:32 |
| 2 | leak coming from his floor, he told me to take a | 12:10:34 |
| 3 | hike.  I don't think that's something you do to | 12:10:37 |
| 4 | a neighbor who's asking you for help.  I don't | 12:10:41 |
| 5 | think that's realistic.  I had to fix that | 12:10:45 |
| 6 | ceiling four times out of pocket and I asked him | 12:10:49 |
| 7 | to remedy it and he told me I should go talk to | 12:10:51 |
| 8 | the tenant in the space.  And I didn't think | 12:10:55 |
| 9 | that that was appropriate.  I think it was his | 12:10:59 |
| 10 | job to remedy the situation and he should talk | 12:11:02 |
| 11 | to the tenant in the space.  It's not my tenant. | 12:11:04 |
| 12 | Q.     Before the interview, was anyone | 12:11:11 |
| 13 | from Oxford in contact with the board regarding | 12:11:13 |
| 14 | CCMS's request to install phone lines or move in | 12:11:19 |
| 15 | furniture? | 12:11:23 |
| 16 | A.     No, not that I'm aware of.  As a | 12:11:25 |
| 17 | matter of fact, I read that in one of the | 12:11:28 |
| 18 | emails, that somebody let them do work in there, | 12:11:31 |
| 19 | and that's completely irresponsible on a lot of | 12:11:34 |
| 20 | parts.  I mean, who's the attorney who allows | 12:11:38 |
| 21 | his client to do work in a space that he doesn't | 12:11:40 |
| 22 | even have a lease for?  I mean, a lot of people | 12:11:43 |
| 23 | dropped the ball on this. | 12:11:46 |
| 24 | You know, I can't even believe | 12:11:49 |
| 25 | that anyone was allowed in there, and certainly | 12:11:51 |

Transcript of F. Michael Conte
January 4, 2023                                    89

| 1 | no one had any knowledge of that, that I'm aware | 12:11:54 |
| 2 | of.  And I also found it strange, quite frankly, | 12:11:57 |
| 3 | that -- so they snuck the people in to do work, | 12:12:13 |
| 4 | but Nigel still didn't present the application | 12:12:17 |
| 5 | to the board until a month after they did work | 12:12:20 |
| 6 | in the space.  It makes no sense.  When you read | 12:12:23 |
| 7 | this thing, it is like the biggest -- I don't | 12:12:27 |
| 8 | know, everybody -- you know, it's funny because | 12:12:29 |
| 9 | when you read stuff, you realize -- and you read | 12:12:33 |
| 10 | it again, you realize that Nigel knew this | 12:12:37 |
| 11 | wasn't going to work.  He represented that he | 12:12:40 |
| 12 | went to see the clinic and he had the authority | 12:12:42 |
| 13 | of the board to do that.  He had no such | 12:12:45 |
| 14 | authority.  He doesn't represent the board. | 12:12:47 |
| 15 | Nobody even knew this was going on.  When I read | 12:12:49 |
| 16 | that, my head almost exploded.  He twisted this | 12:12:52 |
| 17 | whole situation and put your client in the | 12:12:57 |
| 18 | situation that they're in now, whatever that is. | 12:12:59 |
| 19 | Q.    Mr. Conte, do you know for a fact | 12:13:04 |
| 20 | that Mr. Shamash was not in contact with any of | 12:13:06 |
| 21 | the other board members regarding the sublease? | 12:13:10 |
| 22 | MR. MARGOLIS:  Objection. | 12:13:13 |
| 23 | MR. CASE:  Objection. | 12:13:15 |
| 24 | A.    I don't know that. | 12:13:16 |
| 25 | Q.    Mr. Conte, I think we're going to | 12:13:19 |

Transcript of F. Michael Conte
January 4, 2023                                    90

| | | |
|---|---|---|
| 1 | go through some documents.  I don't have many | 12:13:23 |
| 2 | documents, probably less than ten, but Mr. Emil | 12:13:25 |
| 3 | is going to help us show them on the screen. | 12:13:32 |
| 4 | And I believe I sent both opposing counsel links | 12:13:36 |
| 5 | to download any of the exhibits. | 12:13:43 |
| 6 | MS. TURNER:  Emil, if you can pull | 12:13:46 |
| 7 | up the exhibit that was premarked GG, that will | 12:13:50 |
| 8 | be great, thank you. | 12:13:54 |
| 9 | (Previously marked Exhibit GG was | 12:13:56 |
| 10 | shared at this time.) | 12:14:02 |
| 11 | MR. MARGOLIS:  Tara, just for | 12:14:09 |
| 12 | clarity, when you say premarked, do you mean | 12:14:10 |
| 13 | previously marked at some other deposition, or | 12:14:14 |
| 14 | premarked for today? | 12:14:16 |
| 15 | MS. TURNER:  I'm sorry, I know | 12:14:18 |
| 16 | that was confusing.  I meant previously marked. | 12:14:19 |
| 17 | Some of the files were renamed by Planet Depos, | 12:14:22 |
| 18 | either Shamash GG, like this file; some are also | 12:14:28 |
| 19 | renamed "premarked" and then the letter. | 12:14:33 |
| 20 | MR. MARGOLIS:  Let's just try to | 12:14:37 |
| 21 | keep some -- just so we know that if an exhibit | 12:14:39 |
| 22 | was previously used and marked at another | 12:14:44 |
| 23 | deposition, let's just make sure we make that | 12:14:46 |
| 24 | clear for the record.  And then if it's marked | 12:14:48 |
| 25 | something different for this deposition, it will | 12:14:51 |

Transcript of F. Michael Conte
January 4, 2023                                    91

| | | |
|---|---|---|
| 1 | be just noted appropriately for this deposition. | 12:14:53 |
| 2 | Okay? | 12:14:56 |
| 3 | MS. TURNER:  Sure.  So we're | 12:14:56 |
| 4 | looking at Exhibit Shamash GG, which was | 12:14:58 |
| 5 | previously marked in the deposition of Nigel | 12:15:05 |
| 6 | Shamash.  Unless anyone has any objection, I | 12:15:09 |
| 7 | think we'll just continue with that naming | 12:15:12 |
| 8 | convention for this deposition. | 12:15:14 |
| 9 | MR. MARGOLIS:  That's fine. | 12:15:19 |
| 10 | BY MS. TURNER: | 12:15:22 |
| 11 | Q.    Mr. Conte, do you want to take a | 12:15:23 |
| 12 | second to review this document? | 12:15:25 |
| 13 | A.    I can't see the bottom, so you're | 12:15:28 |
| 14 | going to have to do something so I can see the | 12:15:29 |
| 15 | bottom of it. | 12:15:32 |
| 16 | Q.    Sure.  If you just let Emil know | 12:15:33 |
| 17 | when you're ready to scroll down, he can scroll. | 12:15:36 |
| 18 | A.    That's good right there. | 12:15:43 |
| 19 | MR. MARGOLIS:  And can we just | 12:15:45 |
| 20 | zoom in a little bit too, Emil.  Thank you. | 12:15:47 |
| 21 | (Witness reviewing document.) | 12:15:52 |
| 22 | THE WITNESS:  Okay.  You could go | 12:16:02 |
| 23 | down to the next page. | 12:16:03 |
| 24 | (Witness reviewing document.) | 12:16:07 |
| 25 | A.    Okay, I read it. | 12:16:28 |

Transcript of F. Michael Conte
January 4, 2023                                    92

| | | |
|---|---|---|
| 1 | Q.      Thank you. | 12:16:29 |
| 2 | Mr. Conte, do you recognize this | 12:16:31 |
| 3 | document? | 12:16:33 |
| 4 | A.      Yes, I do. | 12:16:34 |
| 5 | Q.      When did you receive it? | 12:16:40 |
| 6 | A.      Apparently on the 19th of | 12:16:44 |
| 7 | December. | 12:16:46 |
| 8 | Q.      And what did you think when | 12:16:50 |
| 9 | Mr. Lehr forwarded Mr. Shamash's email to you? | 12:16:54 |
| 10 | MR. MARGOLIS:  Objection. | 12:16:58 |
| 11 | A.      What did I think?  Peter forwards | 12:17:03 |
| 12 | me emails all the time. | 12:17:08 |
| 13 | Q.      Did you review the email? | 12:17:10 |
| 14 | A.      Yes. | 12:17:13 |
| 15 | Q.      So, starting with page 1 of the | 12:17:16 |
| 16 | document, the bottom, the paragraph -- | 12:17:22 |
| 17 | A.      Could you scroll up so I could | 12:17:27 |
| 18 | look at that.  Little more. | 12:17:30 |
| 19 | MR. MARGOLIS:  Can you bring up | 12:17:33 |
| 20 | the full page, Emil, please.  You'll have to | 12:17:34 |
| 21 | reduce it, obviously, a little bit. | 12:17:38 |
| 22 | A.      Okay, I'm cool. | 12:17:46 |
| 23 | Q.      Sure.  Mr. Conte, could you read | 12:17:49 |
| 24 | the first two paragraphs from Mr. Shamash's | 12:17:51 |
| 25 | email on December 19th, 2019. | 12:17:55 |

Transcript of F. Michael Conte
January 4, 2023                                    93

| | | |
|---|---|---|
| 1 | MR. MARGOLIS:  To himself?  Tara, | 12:17:59 |
| 2 | to himself or read it into the record? | 12:18:04 |
| 3 | MS. TURNER:  Oh, I'm sorry.  Can | 12:18:08 |
| 4 | you read it into the record.  Read it out loud. | 12:18:09 |
| 5 | A.     "We have signed a lease and are | 12:18:13 |
| 6 | ready to put this tenant up for a vote.  We've | 12:18:15 |
| 7 | had a lot of movement with tech companies on | 12:18:17 |
| 8 | this floor over the years.  We're looking | 12:18:20 |
| 9 | forward to the stability of a more conventional | 12:18:22 |
| 10 | user. | 12:18:25 |
| 11 | "I believe they are a good use for | 12:18:28 |
| 12 | the building as they are low traffic and | 12:18:31 |
| 13 | conformant with the traffic nature of the | 12:18:34 |
| 14 | building, a place for business and very 9-5. | 12:18:36 |
| 15 | Should they operate after building hours for any | 12:18:41 |
| 16 | reason, as with other tenants, they have to pay | 12:18:45 |
| 17 | for a doorman." | 12:18:49 |
| 18 | Q.     So given Mr. Shamash's explanation | 12:18:52 |
| 19 | of CCMS, what did you think about the use when | 12:18:56 |
| 20 | you received this email? | 12:19:02 |
| 21 | A.     Well, clearly this doesn't even | 12:19:06 |
| 22 | match the application that was submitted.  So, | 12:19:08 |
| 23 | this would lead you to believe that they are a | 12:19:11 |
| 24 | very conventional user, which to me a | 12:19:14 |
| 25 | conventional user in this building would be a | 12:19:17 |

Transcript of F. Michael Conte
January 4, 2023                                    94

| | | |
|---|---|---|
| 1 | business similar to the exposures of use that we | 12:19:19 |
| 2 | have. | 12:19:23 |
| 3 | So, I don't know what he's talking | 12:19:24 |
| 4 | about, conventional user.  But clearly they | 12:19:26 |
| 5 | weren't 9 to 5, their application clearly said | 12:19:29 |
| 6 | they weren't 9 to 5, and I don't know what he | 12:19:32 |
| 7 | thinks a conventional user is for somebody who's | 12:19:36 |
| 8 | operating a clinic in a building.  And this | 12:19:39 |
| 9 | whole line about other tenants that have to pay | 12:19:42 |
| 10 | for a doorman, I never heard of such a thing. | 12:19:44 |
| 11 | We've never even had that discussion anywhere, | 12:19:47 |
| 12 | ever. | 12:19:50 |
| 13 | Q.    But at the time you received this | 12:19:50 |
| 14 | email, did this seem like a permissible use for | 12:19:52 |
| 15 | the building as it was described? | 12:19:56 |
| 16 | A.    Based on what's written here, | 12:19:59 |
| 17 | based on what's written here, this would seem | 12:20:00 |
| 18 | like a very permissible use. | 12:20:03 |
| 19 | Q.    Okay. | 12:20:06 |
| 20 | A.    Low traffic, conformant to 9 to 5, | 12:20:08 |
| 21 | conventional user.  I mean, this is exactly what | 12:20:11 |
| 22 | we're looking for as a tenant.  Nigel knew that. | 12:20:15 |
| 23 | That's why he wrote this letter to us. | 12:20:19 |
| 24 | Q.    And was December 19th, 2019 the | 12:20:21 |
| 25 | first time you learned about CCMS's attempt to | 12:20:26 |

Transcript of F. Michael Conte
January 4, 2023                                    95

| | | |
|---|---|---|
| 1 | sublease the eighth floor? | 12:20:30 |
| 2 | A.    Yes. | 12:20:35 |
| 3 | Q.    You mentioned the sublease | 12:20:36 |
| 4 | application. | 12:20:38 |
| 5 | MS. TURNER:  Emil, could you pull | 12:20:40 |
| 6 | up what was -- what is marked, is labeled, | 12:20:42 |
| 7 | Premarked G in the file.  Apologies, my Zoom | 12:20:52 |
| 8 | just cut out for a second. | 12:21:01 |
| 9 | Emil, could you pull up what is | 12:21:03 |
| 10 | labeled Premarked G in the exhibit file and | 12:21:10 |
| 11 | display it on the screen. | 12:21:17 |
| 12 | (Previously marked Exhibit G was | 12:21:19 |
| 13 | shared at this time.) | 12:21:25 |
| 14 | MR. MARGOLIS:  This document is | 12:21:26 |
| 15 | marked -- this was an exhibit I showed your | 12:21:30 |
| 16 | client, Mr. Brooks, at his deposition on 12/8. | 12:21:34 |
| 17 | So I would refer to this, for the record, as | 12:21:39 |
| 18 | previously marked Defendant's Exhibit G.  Not | 12:21:42 |
| 19 | Premarked G. | 12:21:47 |
| 20 | MS. TURNER:  Thank you, Barry. | 12:21:53 |
| 21 | Apologies for the confusion for anyone.  It's | 12:21:55 |
| 22 | labeled something different in the exhibit | 12:21:58 |
| 23 | repository, so I didn't want Emil to get | 12:22:01 |
| 24 | confused. | 12:22:04 |
| 25 | MR. MARGOLIS:  This was previously | 12:22:04 |

Transcript of F. Michael Conte
January 4, 2023                                    96

| | | |
|---|---|---|
| 1 | marked at the deposition of your client by the | 12:22:06 |
| 2 | defendants. | 12:22:09 |
| 3 | MS. TURNER:  Correct. | 12:22:10 |
| 4 | BY MS. TURNER: | 12:22:13 |
| 5 | Q.    Mr. Conte, do you recognize -- | 12:22:14 |
| 6 | actually, Mr. Conte, why don't you take a second | 12:22:16 |
| 7 | to review this document and you can just let | 12:22:19 |
| 8 | Emil know when to scroll. | 12:22:21 |
| 9 | THE WITNESS:  Scroll.  Hold. | 12:22:35 |
| 10 | Scroll. | 12:22:42 |
| 11 | (Witness reviewing document.) | 12:22:43 |
| 12 | Scroll.  Scroll.  Scroll. | 12:23:01 |
| 13 | Continue.  Okay. | 12:23:28 |
| 14 | A.    Six pages, correct? | 12:23:35 |
| 15 | Q.    Yes.  Mr. Conte, do you recognize | 12:23:37 |
| 16 | this document? | 12:23:40 |
| 17 | A.    Yes. | 12:23:41 |
| 18 | Q.    What is it? | 12:23:43 |
| 19 | A.    It's the Sublet Application, West | 12:23:45 |
| 20 | 27th Street Realty, Inc. | 12:23:51 |
| 21 | Q.    Did CCMS submit this sublease | 12:23:51 |
| 22 | application? | 12:23:58 |
| 23 | A.    Well, it's signed by Emory Brooks, | 12:23:59 |
| 24 | so I imagine they submitted it. | 12:24:01 |
| 25 | Q.    Did Mr. Brooks submit this | 12:24:03 |

Transcript of F. Michael Conte
January 4, 2023                                          97

| | | |
|---|---|---|
| 1 | application on behalf of CCMS? | 12:24:06 |
| 2 | A.    I don't know the answer to that. | 12:24:10 |
| 3 | I'm going to assume that he did because he | 12:24:12 |
| 4 | signed it. | 12:24:14 |
| 5 | MS. TURNER:  If we can go to | 12:24:22 |
| 6 | the -- Emil, if you can go to the second page of | 12:24:24 |
| 7 | the document. | 12:24:26 |
| 8 | Q.    Mr. Conte, could you just read out | 12:24:31 |
| 9 | loud number 1, Business Name. | 12:24:35 |
| 10 | A.    "CCMS d/b/a Community Counseling | 12:24:40 |
| 11 | and Mediation Services." | 12:24:46 |
| 12 | Q.    Did CCMS submit this sublease | 12:24:47 |
| 13 | application for the eighth floor? | 12:24:50 |
| 14 | MR. MARGOLIS:  Objection. | 12:24:52 |
| 15 | A.    This was the document sent to me | 12:24:57 |
| 16 | and I was told that CCMS submitted it. | 12:25:00 |
| 17 | Q.    And who told you that CCMS | 12:25:05 |
| 18 | submitted this application? | 12:25:07 |
| 19 | A.    Well, the fact that it came from | 12:25:10 |
| 20 | Kaled in the email would be an indication | 12:25:11 |
| 21 | that -- I didn't write it.  I didn't make it up. | 12:25:14 |
| 22 | Q.    I understand.  When did you | 12:25:19 |
| 23 | receive this document? | 12:25:25 |
| 24 | MR. MARGOLIS:  Objection. | 12:25:28 |
| 25 | A.    I believe this came in on the | 12:25:29 |

Transcript of F. Michael Conte
January 4, 2023                                    98

| | | |
|---|---|---|
| 1 | 26th.  Or the 24th, or something like this.  I | 12:25:31 |
| 2 | remember it was right around Christmastime. | 12:25:40 |
| 3 | When did he sign it?  Go to the bottom.  I think | 12:25:42 |
| 4 | he signed it with a date.  I think he signed it | 12:25:45 |
| 5 | on the 24th.  So, we were closed for Christmas. | 12:25:47 |
| 6 | THE WITNESS:  Emil, do you want to | 12:25:56 |
| 7 | scroll down so we can see the date he put his | 12:25:58 |
| 8 | signature on there.  Keep going. | 12:26:03 |
| 9 | A.    24.  12/24 of '19.  Christmas Eve. | 12:26:13 |
| 10 | Q.    Do you recall if you received it | 12:26:20 |
| 11 | on Christmas Eve or another date? | 12:26:22 |
| 12 | A.    It definitely was not on Christmas | 12:26:25 |
| 13 | Eve and it wasn't on Christmas Day.  I was out | 12:26:28 |
| 14 | of here at noon by then, and I believe the email | 12:26:33 |
| 15 | is dated the 26th when Kaled distributed it to | 12:26:37 |
| 16 | everyone. | 12:26:40 |
| 17 | MS. TURNER:  Emil, if you can go | 12:26:42 |
| 18 | back up to the top of page 3, and you can leave | 12:26:44 |
| 19 | it so Mr. Conte can see the full page. | 12:26:50 |
| 20 | Q.    Mr. Conte, if you look on page 3 | 12:26:55 |
| 21 | at the top: | 12:26:57 |
| 22 | "Please give description of daily | 12:26:58 |
| 23 | operation:  At the 129 West 27th Street office | 12:27:02 |
| 24 | we will operate a licensed out-patient clinic | 12:27:07 |
| 25 | providing," I believe that says, | 12:27:10 |

Transcript of F. Michael Conte
January 4, 2023                                          99

| | | |
|---|---|---|
| 1 | "psychotherapeutic offices." | 12:27:13 |
| 2 | What did you think when you | 12:27:17 |
| 3 | reviewed this application and read the | 12:27:18 |
| 4 | description of the operation. | 12:27:21 |
| 5 | A.    Clearly that's nothing that Nigel | 12:27:23 |
| 6 | said to begin with; it's not even close to what | 12:27:27 |
| 7 | Nigel indicated.  All of the inconsistencies | 12:27:29 |
| 8 | here, you know, it's not even close to what | 12:27:32 |
| 9 | Nigel presented this application to be.  It's | 12:27:35 |
| 10 | not even in the same realm.  This says | 12:27:37 |
| 11 | out-patient clinic.  Nigel said it's a 9 to 5 | 12:27:40 |
| 12 | office operation.  I think that's inconsistent. | 12:27:45 |
| 13 | Here it says 9 a.m. to 8 p.m.  Nigel said they'd | 12:27:48 |
| 14 | be working 9 to 5.  Here it says they're going | 12:27:53 |
| 15 | to work on Saturday, 9 to 5.  Again, the | 12:27:57 |
| 16 | building is not open on Saturday.  Nigel said | 12:27:59 |
| 17 | it's a conventional business, 9 to 5, Monday to | 12:28:03 |
| 18 | Friday.  This says Monday to Saturday. | 12:28:06 |
| 19 | This application had nothing to | 12:28:09 |
| 20 | do -- I don't know where Nigel wrote that | 12:28:10 |
| 21 | letter.  Must have been in fantasy land, because | 12:28:13 |
| 22 | it's got nothing to do with this application. | 12:28:16 |
| 23 | It's not even close. | 12:28:19 |
| 24 | Q.    I understand. | 12:28:22 |
| 25 | When you reviewed this | 12:28:22 |

Transcript of F. Michael Conte
January 4, 2023                                        100

| | | |
|---|---|---|
| 1 | application, what did you think out-patient | 12:28:24 |
| 2 | clinic meant? | 12:28:26 |
| 3 | A.   People were coming in and out of | 12:28:33 |
| 4 | the building. | 12:28:36 |
| 5 | Q.   When you received this application | 12:28:37 |
| 6 | and read that, were you concerned about the | 12:28:38 |
| 7 | traffic that would be entering the building? | 12:28:42 |
| 8 | A.   Absolutely.  Especially because in | 12:28:46 |
| 9 | Nigel's email of the 19th he said it's a very | 12:28:48 |
| 10 | low use entity.  Now, an out-patient clinic, I | 12:28:52 |
| 11 | don't know, what's a low use out-patient clinic? | 12:28:57 |
| 12 | I can't even imagine what that is. | 12:29:00 |
| 13 | Q.   And what did you think the | 12:29:03 |
| 14 | description "providing psychotherapeutic | 12:29:04 |
| 15 | services" meant? | 12:29:10 |
| 16 | A.   Honestly, I had no idea what that | 12:29:12 |
| 17 | was even about.  I don't even understand -- no, | 12:29:14 |
| 18 | I have no idea what that meant, quite frankly. | 12:29:16 |
| 19 | Q.   Did you think it might mean -- | 12:29:20 |
| 20 | A.   I do know what clinic meant. | 12:29:23 |
| 21 | Q.   Did you think psychotherapeutic | 12:29:27 |
| 22 | services might mean mental health services? | 12:29:32 |
| 23 | A.   Yeah, I would say that's a fair | 12:29:35 |
| 24 | assessment. | 12:29:37 |
| 25 | Q.   And here on the application, how | 12:29:37 |

Transcript of F. Michael Conte
January 4, 2023

101

| | | |
|---|---|---|
| 1 | many employees does CCMS identify would work at | 12:29:41 |
| 2 | the eighth floor? | 12:29:46 |
| 3 | A.    12. | 12:29:48 |
| 4 | Q.    And how many customers would visit | 12:29:49 |
| 5 | the eighth floor? | 12:29:52 |
| 6 | A.    Here it says 50 daily. | 12:29:56 |
| 7 | Q.    And what does it say for weekly? | 12:29:58 |
| 8 | A.    Well, the numbers don't add up. | 12:30:03 |
| 9 | Because it's 50 daily and they're operating six | 12:30:05 |
| 10 | days a week, so it should say 300, but it says | 12:30:08 |
| 11 | 200.  Daily, six times five is 300, not 200. | 12:30:12 |
| 12 | Q.    Understood. | 12:30:20 |
| 13 | When you saw the number of | 12:30:21 |
| 14 | employees and customers visiting the eighth | 12:30:22 |
| 15 | floor daily, were you concerned about the use? | 12:30:27 |
| 16 | A.    Yes. | 12:30:30 |
| 17 | Q.    Before Mr. Brooks' interview on | 12:30:34 |
| 18 | January 14th, 2020, did any other board members | 12:30:41 |
| 19 | express concerns about the inconsistencies | 12:30:44 |
| 20 | between this application and Nigel's email? | 12:30:49 |
| 21 | A.    I think it's safe to say that we | 12:30:58 |
| 22 | met the night of the meeting.  That's when we | 12:31:01 |
| 23 | got together.  We didn't have an opportunity to | 12:31:03 |
| 24 | meet before then or to discuss it.  Everybody | 12:31:05 |
| 25 | was on holiday.  Not that it would even dawn on | 12:31:08 |

Transcript of F. Michael Conte
January 4, 2023                                    102

| | | |
|---|---|---|
| 1 | us to have a pre-meeting, quite frankly. | 12:31:11 |
| 2 | Q.    But do you recall if you noticed | 12:31:14 |
| 3 | at the time that this application was | 12:31:17 |
| 4 | inconsistent with Nigel's email? | 12:31:18 |
| 5 | A.    When I read the application, | 12:31:22 |
| 6 | compared to Nigel's email, yes, I noticed that | 12:31:24 |
| 7 | there were many inconsistencies. | 12:31:28 |
| 8 | Q.    Given the number of employees and | 12:31:39 |
| 9 | visitors stated in the application, why did the | 12:31:41 |
| 10 | board go forward with the interview? | 12:31:46 |
| 11 | A.    We were asked to interview | 12:31:56 |
| 12 | Mr. Brooks.  Maybe he didn't represent this | 12:31:59 |
| 13 | properly, I don't know.  I don't think we had a | 12:32:02 |
| 14 | discussion as to should we go forward or not go | 12:32:05 |
| 15 | forward.  We just set the meeting. | 12:32:07 |
| 16 | Q.    Did you have any thoughts -- | 12:32:12 |
| 17 | A.    It was hard enough to get people | 12:32:13 |
| 18 | to agree to a meeting; and I think, you know, | 12:32:16 |
| 19 | Nigel, I believe he was screaming that he needed | 12:32:20 |
| 20 | this done, he needed this done.  So Kaled was | 12:32:25 |
| 21 | like, you know, Nigel really wants this done, | 12:32:28 |
| 22 | can you guys get together.  It was in the middle | 12:32:31 |
| 23 | of the holiday. | 12:32:33 |
| 24 | If he really wanted it done -- you | 12:32:34 |
| 25 | know, I just bought a co-op in the city and once | 12:32:36 |

Transcript of F. Michael Conte
January 4, 2023                                        103

| | | |
|---|---|---|
| 1 | we agreed to the terms of the contract, before | 12:32:39 |
| 2 | we even had everything nailed down, they said | 12:32:41 |
| 3 | here's an application, fill it out, you have to | 12:32:44 |
| 4 | be interviewed by the board before you can even | 12:32:47 |
| 5 | consummate the deal. | 12:32:49 |
| 6 | Anybody in the city who does | 12:32:50 |
| 7 | anything with co-ops knows that the first thing | 12:32:52 |
| 8 | you should do is fill out the application for | 12:32:55 |
| 9 | the co-op and submit it.  And that wasn't done | 12:32:57 |
| 10 | here.  It was held -- do you know why it was | 12:33:02 |
| 11 | held to the end of the year, because Nigel knew | 12:33:05 |
| 12 | this wasn't going to fly and he figured, oh, | 12:33:09 |
| 13 | everybody is away, they'll give you a verbal and | 12:33:13 |
| 14 | we'll be done.  They'll vote on email.  That's | 12:33:15 |
| 15 | what this is all about. | 12:33:18 |
| 16 | Q.     Why do you think Mr. Shamash | 12:33:19 |
| 17 | believed that the board members would vote via | 12:33:21 |
| 18 | email? | 12:33:24 |
| 19 | A.     I think that in the past, before | 12:33:28 |
| 20 | Kaled was involved, the management and these | 12:33:31 |
| 21 | type of things were not done in an organized | 12:33:35 |
| 22 | fashion, and I believe that Shamash figured | 12:33:41 |
| 23 | nothing's changed. | 12:33:46 |
| 24 | Q.     Do you know if any of Oxford's | 12:33:51 |
| 25 | former subtenants had been approved via email? | 12:33:55 |

Transcript of F. Michael Conte
January 4, 2023                                    104

| 1 | A. I don't know. | 12:34:03 |
| 2 | Q. Do you know when -- | 12:34:09 |
| 3 | A. I wasn't involved with those | 12:34:11 |
| 4 | approvals. | 12:34:13 |
| 5 | Q. Do you know when Kaled sent the | 12:34:15 |
| 6 | sublease application to my client? | 12:34:18 |
| 7 | A. I don't. | 12:34:23 |
| 8 | Q. Had you ever seen this sublease | 12:34:27 |
| 9 | application before you received it in December? | 12:34:30 |
| 10 | A. Yeah, I'm -- yes, I had. | 12:34:32 |
| 11 | Q. When had you seen the application | 12:34:36 |
| 12 | before? | 12:34:38 |
| 13 | A. I believe Susan and I were | 12:34:42 |
| 14 | creating it, I don't know, prior to, you know, | 12:34:44 |
| 15 | previously. I don't know when, though. | 12:34:49 |
| 16 | Q. And Susan is referring to an | 12:34:51 |
| 17 | employee of Kaled Management? | 12:34:54 |
| 18 | A. Right. Right. | 12:34:57 |
| 19 | Q. Based on the interview with | 12:35:10 |
| 20 | Mr. Brooks, did you believe the sublease | 12:35:12 |
| 21 | application was consistent with his description | 12:35:14 |
| 22 | of CCMS? | 12:35:17 |
| 23 | A. I believe that Mr. Brooks | 12:35:23 |
| 24 | represented exactly what's on this application, | 12:35:26 |
| 25 | and that's why there was the problem. Because | 12:35:29 |

Transcript of F. Michael Conte
January 4, 2023                                        105

| | | |
|---|---|---|
| 1 | in that email we were led to believe that this | 12:35:32 |
| 2 | was a 9 to 5 operation of conventional use with | 12:35:35 |
| 3 | low traffic.  And there's nothing on this | 12:35:43 |
| 4 | application that's of conventional use with low | 12:35:45 |
| 5 | traffic. | 12:35:48 |
| 6 | Q.    So, looking at this sublease | 12:35:50 |
| 7 | application, the board already had all the | 12:35:53 |
| 8 | information they needed to assess the level of | 12:35:56 |
| 9 | traffic to the eighth floor, correct? | 12:35:59 |
| 10 | MR. MARGOLIS:  Objection. | 12:36:03 |
| 11 | MR. CASE:  Objection. | 12:36:05 |
| 12 | MR. MARGOLIS:  When, Tara? | 12:36:07 |
| 13 | MS. TURNER:  Sorry, Nancy, could | 12:36:11 |
| 14 | you possibly read my question back for me. | 12:36:25 |
| 15 | (Last question read.) | 12:36:28 |
| 16 | MR. CASE:  Object to form. | 12:36:30 |
| 17 | Q.    Mr. Conte, when you received this | 12:36:32 |
| 18 | sublease application, you already had all the | 12:36:34 |
| 19 | information you needed to assess the level of | 12:36:37 |
| 20 | traffic to the eighth floor, correct? | 12:36:41 |
| 21 | MR. MARGOLIS:  Objection. | 12:36:43 |
| 22 | MR. CASE:  Same objection. | 12:36:43 |
| 23 | A.    When I received this application | 12:36:46 |
| 24 | and I compared it to what I was told in Nigel's | 12:36:47 |
| 25 | email, I realized that there were | 12:36:51 |

Transcript of F. Michael Conte
January 4, 2023                                         106

| | | |
|---|---|---|
| 1 | inconsistencies on this application in | 12:36:53 |
| 2 | comparison to what Nigel presented this | 12:36:55 |
| 3 | applicant to be. | 12:36:57 |
| 4 | Q. Mr. Conte, we might come back to | 12:37:27 |
| 5 | this document, but I'm going to shift to a | 12:37:29 |
| 6 | different document. | 12:37:33 |
| 7 | MS. TURNER: Emil, could you pull | 12:37:35 |
| 8 | up what was previously marked as Defendant's | 12:37:37 |
| 9 | Exhibit M and was admitted in the deposition of | 12:37:47 |
| 10 | Mr. Emory Brooks. The file name of the document | 12:37:58 |
| 11 | is Premarked M in the repository, just so | 12:38:02 |
| 12 | there's no confusion. | 12:38:10 |
| 13 | (Previously marked Exhibit M was | 12:38:11 |
| 14 | shared at this time.) | 12:38:18 |
| 15 | Q. Mr. Conte, could you please take a | 12:38:20 |
| 16 | second and review this document and just let | 12:38:22 |
| 17 | Emil know when he needs to scroll down. | 12:38:26 |
| 18 | THE WITNESS: Scroll down, please. | 12:38:29 |
| 19 | (Witness reviewing document.) | 12:38:31 |
| 20 | Scroll down, please. | 12:38:41 |
| 21 | (Witness reviewing document.) | 12:38:47 |
| 22 | Scroll down, please. | 12:38:52 |
| 23 | (Witness reviewing document.) | 12:39:00 |
| 24 | You can come up a little bit. | 12:39:05 |
| 25 | Yup, that's fine. Okay, I read it. | 12:39:08 |

Transcript of F. Michael Conte
January 4, 2023                                    107

| | | |
|---|---|---|
| 1 | MS. TURNER:  Emil, we're going to | 12:39:10 |
| 2 | focus on the bottom of page 1, top of page 2, to | 12:39:12 |
| 3 | the extent you can zoom out. | 12:39:16 |
| 4 | BY MS. TURNER: | 12:39:24 |
| 5 | Q.    Mr. Conte, do you recognize this | 12:39:25 |
| 6 | email? | 12:39:30 |
| 7 | A.    Yes. | 12:39:30 |
| 8 | Q.    Did you write this email on | 12:39:31 |
| 9 | December 26th, 2019? | 12:39:33 |
| 10 | A.    Yes. | 12:39:36 |
| 11 | Q.    Can you read your email aloud for | 12:39:37 |
| 12 | the record, please. | 12:39:39 |
| 13 | A.    Sure.  (As read):  "The board will | 12:39:41 |
| 14 | meet on January 14th, 2020 to consider this | 12:39:43 |
| 15 | application.  It's customary that the applicant | 12:39:45 |
| 16 | appear for an interview at the time.  According | 12:39:48 |
| 17 | to our bylaws all sublets must be approved.  I'm | 12:39:52 |
| 18 | not sure why anyone would assume otherwise." | 12:39:56 |
| 19 | Q.    Thank you, Mr. Conte.  And your | 12:39:59 |
| 20 | email is addressed to Susan Rubin at Kaled | 12:40:01 |
| 21 | Management? | 12:40:08 |
| 22 | A.    That's correct. | 12:40:08 |
| 23 | Q.    Thank you. | 12:40:09 |
| 24 | Your statement that it is | 12:40:10 |
| 25 | customary that the applicant appear for an | 12:40:11 |

Transcript of F. Michael Conte
January 4, 2023                                    108

1    interview at that time, what did you mean by        12:40:14
2    customary?                                          12:40:17
3        A.    Well, maybe customary was the            12:40:20
4    wrong word because, as I said, we've never had      12:40:22
5    an interview, I've never been involved in an        12:40:25
6    interview like this.  So, I don't know, maybe I     12:40:29
7    just chose the wrong word.  Maybe I should have     12:40:30
8    said the applicant has to be interviewed.           12:40:34
9        Q.    Who decided that the applicant had        12:40:39
10   to be interviewed?                                  12:40:42
11       A.    I mean, that's -- who decided.            12:40:46
12   The board wanted to have an interview.  I don't     12:40:53
13   remember who decided.  I don't remember.  But       12:40:58
14   I've never had a co-op approval personally where    12:41:01
15   there wasn't an interview.                          12:41:05
16       Q.    But you're also not aware of any          12:41:07
17   other interviews in connection with this co-op      12:41:09
18   for sublease approval?                              12:41:13
19       A.    Fair statement.  That I've been           12:41:16
20   involved in.  There may have been others.  I've     12:41:19
21   not been involved in any.                           12:41:22
22       Q.    What would lead you to believe            12:41:27
23   then that it was customary for the applicant to     12:41:28
24   appear for an interview, if you've never been       12:41:31
25   involved in one?                                    12:41:33

Transcript of F. Michael Conte
January 4, 2023                                    109

| | | |
|---|---|---|
| 1 | MR. MARGOLIS:  Objection. | 12:41:34 |
| 2 | MR. CASE:  Yeah, misstates his | 12:41:35 |
| 3 | testimony. | 12:41:38 |
| 4 | A.    Again, maybe I used the -- sorry, | 12:41:43 |
| 5 | Barry. | 12:41:45 |
| 6 | MR. MARGOLIS:  Not me. | 12:41:46 |
| 7 | MR. CASE:  I was going to say that | 12:41:47 |
| 8 | I think he indicated that for other co-ops, | 12:41:47 |
| 9 | there's always an interview.  Just that there | 12:41:53 |
| 10 | had been no history for this particular co-op. | 12:41:57 |
| 11 | Q.    Is that still your testimony, | 12:42:05 |
| 12 | Mr. Conte? | 12:42:07 |
| 13 | A.    I was going to say that maybe | 12:42:08 |
| 14 | "customary" was the wrong word in this | 12:42:13 |
| 15 | application, in this context.  Maybe it's just a | 12:42:16 |
| 16 | word that I'm used to from my past, my own | 12:42:19 |
| 17 | individual situations. | 12:42:22 |
| 18 | Q.    Did you discuss holding an | 12:42:27 |
| 19 | interview with the board president, Mr. Paturet? | 12:42:31 |
| 20 | A.    No.  I was inform -- somewhere | 12:42:36 |
| 21 | somebody told me he's in Paris, so... | 12:42:40 |
| 22 | Q.    The third sentence in your email, | 12:42:50 |
| 23 | "According to our bylaws all sublets must be | 12:42:53 |
| 24 | approved," do the bylaws require that the board | 12:42:56 |
| 25 | approve subtenants via an interview? | 12:43:02 |

Transcript of F. Michael Conte
January 4, 2023                                          110

| | | |
|---|---|---|
| 1 | A.    I would have to read those bylaws. | 12:43:12 |
| 2 | Q.    Okay, Mr. Conte, I think we're | 12:43:37 |
| 3 | finished with this document. | 12:43:39 |
| 4 | MS. TURNER:  Emil, if you could | 12:43:40 |
| 5 | pull up the document in the repository labeled | 12:43:44 |
| 6 | Doc 33.  This is an entirely new document that | 12:43:47 |
| 7 | has not been used in any prior deposition, so we | 12:43:51 |
| 8 | will need to mark it with the lettering RR, if | 12:43:54 |
| 9 | we're continuing with our lettering system. | 12:44:02 |
| 10 | MR. MARGOLIS:  So QQ was used last | 12:44:14 |
| 11 | time in Shamash? | 12:44:17 |
| 12 | MS. TURNER:  Yes.  Nancy and I | 12:44:19 |
| 13 | confirmed early this morning. | 12:44:22 |
| 14 | MR. MARGOLIS:  Okay, so we'll make | 12:44:24 |
| 15 | this RR. | 12:44:26 |
| 16 | MS. TURNER:  And we can call it | 12:44:27 |
| 17 | Conte RR, if that's easier for everyone. | 12:44:34 |
| 18 | (Exhibit Conte RR marked for | 12:44:37 |
| 19 | identification.) | 12:44:41 |
| 20 | Q.    Mr. Conte, if you could just take | 12:44:45 |
| 21 | a second and review this email and let Emil know | 12:44:47 |
| 22 | when he needs to scroll down. | 12:44:50 |
| 23 | THE WITNESS:  Scroll down please. | 12:45:00 |
| 24 | MR. MARGOLIS:  Why don't you start | 12:45:01 |
| 25 | at the bottom, Emil, and work up. | 12:45:03 |

Transcript of F. Michael Conte
January 4, 2023                                        111

| | | |
|---|---|---|
| 1 | (Witness reviewing document.) | 12:45:17 |
| 2 | THE WITNESS:  Scroll up. | 12:45:19 |
| 3 | (Witness reviewing document.) | 12:45:44 |
| 4 | THE WITNESS:  You can scroll up | 12:45:53 |
| 5 | again.  That's good.  Come down a little bit. | 12:45:57 |
| 6 | Little more. | 12:46:03 |
| 7 | (Witness reviewing document.) | 12:46:09 |
| 8 | A.    Okay, I'm good. | 12:46:14 |
| 9 | Q.    Have you had a chance to review | 12:46:16 |
| 10 | the entire document, Mr. Conte? | 12:46:17 |
| 11 | A.    Yes. | 12:46:20 |
| 12 | Q.    Mr. Conte, do you recognize this | 12:46:23 |
| 13 | email chain? | 12:46:26 |
| 14 | A.    I only recognize it because I saw | 12:46:28 |
| 15 | it as evidence previously.  It was in one of the | 12:46:31 |
| 16 | packets that was given to me. | 12:46:35 |
| 17 | Q.    But you weren't cc'd -- | 12:46:37 |
| 18 | A.    Before that I had never seen it. | 12:46:40 |
| 19 | Q.    You weren't cc'd on this email and | 12:46:43 |
| 20 | it wasn't forwarded to you at the time? | 12:46:46 |
| 21 | A.    No. | 12:46:48 |
| 22 | MS. TURNER:  Emil, I want to focus | 12:47:04 |
| 23 | on just page 1, if you can zoom out so that | 12:47:06 |
| 24 | we're focusing on the bottom of page 1, but zoom | 12:47:10 |
| 25 | out so we can see the page. | 12:47:13 |

Transcript of F. Michael Conte
January 4, 2023                                    112

| | | |
|---|---|---|
| 1 | Q.    Mr. Conte, the day after the | 12:47:21 |
| 2 | sublease application for CCMS was submitted, Ms. | 12:47:28 |
| 3 | Rubin emailed CCMS informing them that, "The | 12:47:32 |
| 4 | board members are traveling for the holidays; | 12:47:40 |
| 5 | the date picked is the first available to the | 12:47:42 |
| 6 | board.  Also, this is a commercial co-op and all | 12:47:44 |
| 7 | approvals are tendered in writing." | 12:47:47 |
| 8 | What do you understand Ms. Rubin's | 12:47:51 |
| 9 | statement about approvals tendered in writing to | 12:47:53 |
| 10 | mean? | 12:47:57 |
| 11 | MR. MARGOLIS:  Objection. | 12:47:57 |
| 12 | A.    I have no idea. | 12:47:59 |
| 13 | Q.    Do you know why Ms. Rubin would | 12:48:03 |
| 14 | represent that to my client? | 12:48:06 |
| 15 | MR. MARGOLIS:  Objection. | 12:48:09 |
| 16 | A.    I don't know why she would | 12:48:11 |
| 17 | represent that. | 12:48:12 |
| 18 | Q.    Did Ms. Rubin ever discuss issuing | 12:48:13 |
| 19 | sublease approval in writing with you? | 12:48:18 |
| 20 | A.    No. | 12:48:22 |
| 21 | MS. TURNER:  Emil, you can take | 12:48:26 |
| 22 | that document down. | 12:48:28 |
| 23 | Just for counsel's benefit, I only | 12:48:49 |
| 24 | have two more documents and then I'm also going | 12:48:51 |
| 25 | to circle back to the sublease application, so I | 12:48:54 |

Transcript of F. Michael Conte
January 4, 2023                                    113

| | | |
|---|---|---|
| 1 | don't know if this is another good stopping | 12:48:56 |
| 2 | point for a break or lunch. | 12:48:58 |
| 3 |            MR. MARGOLIS:  How much total time | 12:49:01 |
| 4 | do you think you have, Tara?  Not that you're | 12:49:03 |
| 5 | committed to it.  I'm just trying to understand, | 12:49:05 |
| 6 | maybe we could avoid a lunch break.  Unless, of | 12:49:08 |
| 7 | course, the Planet Depo people need it. | 12:49:20 |
| 8 |            MS. TURNER:  I'd say another hour. | 12:49:20 |
| 9 | I don't know if we want -- maybe not even be an | 12:49:23 |
| 10 | hour.  If we want to take ten, and then we can | 12:49:26 |
| 11 | power through the last hour and whatever | 12:49:30 |
| 12 | questions you have. | 12:49:32 |
| 13 |            MR. MARGOLIS:  I think that makes | 12:49:33 |
| 14 | sense, if everybody else is in agreement.  Let's | 12:49:35 |
| 15 | just take a few minutes and then see if we can | 12:49:38 |
| 16 | finish. | 12:49:41 |
| 17 |            MR. CASE:  Works for me. | 12:49:41 |
| 18 |            MS. TURNER:  Mr. Conte, do you | 12:49:43 |
| 19 | need -- I know you were trying to eat your Baby | 12:49:45 |
| 20 | Ruth earlier.  Do you need 10, 15 minutes?  What | 12:49:48 |
| 21 | kind of break do you need? | 12:49:48 |
| 22 |            THE WITNESS:  You know, I could | 12:49:51 |
| 23 | knock down three Baby Ruths in two seconds, so I | 12:49:52 |
| 24 | don't need that much time.  But I wouldn't mind | 12:49:57 |
| 25 | going to the men's room and taking it from | 12:49:59 |

Transcript of F. Michael Conte
January 4, 2023                                    114

| | | |
|---|---|---|
| 1 | there.  Five minutes is great; ten minutes is | 12:50:01 |
| 2 | fantastic.  Whatever you guys decide.  I want to | 12:50:04 |
| 3 | get through this as quickly as you do, as much | 12:50:08 |
| 4 | as you guys do.  Maybe a little more. | 12:50:10 |
| 5 | MS. TURNER:  All right.  How about | 12:50:12 |
| 6 | we take 10.  It's 12:50.  We'll come back at | 12:50:13 |
| 7 | one. | 12:50:19 |
| 8 | THE WITNESS:  Thank you. | 12:50:19 |
| 9 | THE VIDEOGRAPHER:  We're going off | 12:50:21 |
| 10 | the record; the time is 12:50 p.m. | 12:50:27 |
| 11 | (Recess taken.) | 12:50:38 |
| 12 | THE VIDEOGRAPHER:  We're back on | 01:02:54 |
| 13 | record; the time is 13:03. | 01:03:05 |
| 14 | BY MS. TURNER: | 01:03:10 |
| 15 | Q.    Welcome back, Mr. Conte. | 01:03:11 |
| 16 | MS. TURNER:  Emil, could you | 01:03:15 |
| 17 | please pull up what was previously marked as | 01:03:16 |
| 18 | Exhibit KK, and it's labeled as Shamash KK in | 01:03:23 |
| 19 | the repository. | 01:03:30 |
| 20 | (Previously marked Exhibit KK was | 01:03:30 |
| 21 | shared at this time.) | 01:03:30 |
| 22 | BY MS. TURNER: | 01:03:33 |
| 23 | Q.    Mr. Conte, I'll represent to you | 01:03:33 |
| 24 | and for the record that this document was used | 01:03:35 |
| 25 | in the deposition of Nigel Shamash, which is why | 01:03:37 |

Transcript of F. Michael Conte
January 4, 2023

115

| | | |
|---|---|---|
| 1 | it's been previously marked as KK. | 01:03:40 |
| 2 | Mr. Conte, if you want to take a | 01:03:55 |
| 3 | second to review and let Emil know when you need | 01:03:57 |
| 4 | him to scroll down. | 01:04:06 |
| 5 | (Witness reviewing document.) | 01:04:09 |
| 6 | THE WITNESS:  Would you scroll | 01:04:48 |
| 7 | down a little bit, please. | 01:04:50 |
| 8 | (Witness reviewing document.) | 01:05:12 |
| 9 | Scroll down, please.  Just go to | 01:05:16 |
| 10 | the bottom, I think that's all boilerplate. | 01:05:20 |
| 11 | Okay, cool.  All right, no problem. | 01:05:24 |
| 12 | Q.    Mr. Conte, do you recognize this | 01:05:30 |
| 13 | document? | 01:05:33 |
| 14 | A.    Yes. | 01:05:34 |
| 15 | Q.    What is it? | 01:05:36 |
| 16 | A.    It's the minutes I prepared the | 01:05:39 |
| 17 | next morning, I believe, which describes what | 01:05:42 |
| 18 | occurred. | 01:05:45 |
| 19 | Q.    Did the minutes describe the | 01:05:47 |
| 20 | interview with Mr. Emory Brooks on January 14th, | 01:05:51 |
| 21 | 2020? | 01:05:55 |
| 22 | A.    Yes. | 01:05:56 |
| 23 | MS. TURNER:  Emil, could you | 01:06:05 |
| 24 | scroll down so we can see the bottom of page 1. | 01:06:07 |
| 25 | Q.    Mr. Conte, did you just testify | 01:06:15 |

Transcript of F. Michael Conte
January 4, 2023                                    116

| | | |
|---|---|---|
| 1 | that you prepared these minutes the morning | 01:06:18 |
| 2 | after the interview? | 01:06:22 |
| 3 | A.    Apparently I did it the day of, | 01:06:24 |
| 4 | after the meeting. | 01:06:27 |
| 5 | Q.    Do you know for sure when you | 01:06:29 |
| 6 | prepared the minutes? | 01:06:31 |
| 7 | MR. MARGOLIS:  Objection, know for | 01:06:35 |
| 8 | sure. | 01:06:39 |
| 9 | A.    According to this it was the 14th, | 01:06:40 |
| 10 | not the next morning.  I'm sorry, it was two | 01:06:42 |
| 11 | years ago. | 01:06:45 |
| 12 | MS. TURNER:  Emil, if you could | 01:06:47 |
| 13 | scroll to the top of the email, please. | 01:06:49 |
| 14 | Q.    Mr. Conte, do you know why this | 01:06:56 |
| 15 | email is undated in the heading of the email | 01:06:58 |
| 16 | field? | 01:07:03 |
| 17 | A.    No. | 01:07:06 |
| 18 | Q.    All the emails we've reviewed | 01:07:10 |
| 19 | previously today they've contained the date and | 01:07:14 |
| 20 | time they were sent. | 01:07:17 |
| 21 | A.    Okay. | 01:07:19 |
| 22 | Q.    Does this email contain a date or | 01:07:23 |
| 23 | timestamp? | 01:07:26 |
| 24 | A.    No, it doesn't. | 01:07:28 |
| 25 | Q.    Back at the bottom of this page, | 01:07:30 |

Transcript of F. Michael Conte
January 4, 2023                                    117

| | | |
|---|---|---|
| 1 | Emil -- | 01:07:35 |
| 2 | A.    Actually, I can tell you why this | 01:07:36 |
| 3 | doesn't have a date stamp on it.  I'll be happy | 01:07:38 |
| 4 | to produce the one with the date stamp, if you'd | 01:07:41 |
| 5 | like to know. | 01:07:46 |
| 6 | MS. TURNER:  I'm going to call for | 01:07:48 |
| 7 | the production of the original email with the | 01:07:49 |
| 8 | date stamp. | 01:07:53 |
| 9 | THE WITNESS:  That's fine. | 01:07:54 |
| 10 | Q.    Mr. Conte, why does this email not | 01:07:55 |
| 11 | contain a date or timestamp? | 01:07:57 |
| 12 | A.    When I was trying to get the | 01:08:01 |
| 13 | documents for Barry, I was having a little bit | 01:08:02 |
| 14 | of difficulty finding this in my sent items | 01:08:09 |
| 15 | because there was a blackout period for some | 01:08:13 |
| 16 | stupid reason.  Anyway, we were able to recover | 01:08:17 |
| 17 | the archives and I certainly do have it.  Not to | 01:08:20 |
| 18 | mention that I did send it to Susan and you | 01:08:23 |
| 19 | could check their emails to see when they | 01:08:26 |
| 20 | received it. | 01:08:28 |
| 21 | So, the fact that it doesn't have | 01:08:28 |
| 22 | a date stamp really doesn't mean much because | 01:08:30 |
| 23 | there were four people on this list and you | 01:08:33 |
| 24 | could look at the email on all of their | 01:08:36 |
| 25 | machines. | 01:08:38 |

Transcript of F. Michael Conte
January 4, 2023                                    118

| | | |
|---|---|---|
| 1 | MR. MARGOLIS:  Tara, just with | 01:08:39 |
| 2 | respect to your request, as any other request | 01:08:40 |
| 3 | that you made today or previously made at other | 01:08:44 |
| 4 | depositions, if you could just put it in writing | 01:08:47 |
| 5 | so that we could then review it upon receipt of | 01:08:50 |
| 6 | your communication and we'll review it for its | 01:08:53 |
| 7 | proprietary and respond accordingly. | 01:08:58 |
| 8 | MS. TURNER:  Understood. | 01:09:02 |
| 9 | Q.    Mr. Conte, I'm going to ask you | 01:09:04 |
| 10 | again, are you absolutely sure you know when you | 01:09:07 |
| 11 | prepared this email? | 01:09:09 |
| 12 | MR. MARGOLIS:  Objection. | 01:09:11 |
| 13 | A.    Am I absolutely sure when I | 01:09:13 |
| 14 | prepared this email?  Apparently I prepared it | 01:09:15 |
| 15 | on January 14th.  That's when I signed it. | 01:09:17 |
| 16 | Q.    But do you know for a fact that | 01:09:21 |
| 17 | you prepared it on January 14th, 2020, or are | 01:09:23 |
| 18 | you relying on the signature at the bottom of | 01:09:27 |
| 19 | the email? | 01:09:30 |
| 20 | MR. MARGOLIS:  Objection. | 01:09:30 |
| 21 | A.    I may have prepared it on the 14th | 01:09:38 |
| 22 | and I didn't email it until the next morning, | 01:09:40 |
| 23 | but that's probably the extent of it. | 01:09:44 |
| 24 | Q.    In any event, the meeting minutes | 01:09:47 |
| 25 | were prepared within a few days of the interview | 01:09:50 |

Transcript of F. Michael Conte
January 4, 2023                                    119

| | | |
|---|---|---|
| 1 | with Mr. Emory Brooks? | 01:09:53 |
| 2 | MR. MARGOLIS:  Objection. | 01:09:55 |
| 3 | A.    The minutes were prepared -- the | 01:09:57 |
| 4 | minutes were prepared after the interview with | 01:09:59 |
| 5 | Emory Brooks because some of the comments in | 01:10:02 |
| 6 | there I would have no way of knowing unless we | 01:10:04 |
| 7 | interviewed him. | 01:10:06 |
| 8 | Q.    Mr. Conte, why did you -- | 01:10:10 |
| 9 | actually, can you identify the recipient of the | 01:10:15 |
| 10 | Marc@HandHeldFilms.com email address? | 01:10:22 |
| 11 | A.    Yeah, that would be Marc Paturet. | 01:10:26 |
| 12 | Q.    Why did you send a copy of the | 01:10:28 |
| 13 | minutes to Mr. Paturet? | 01:10:30 |
| 14 | A.    Because he's the president, right? | 01:10:32 |
| 15 | Q.    Did Mr. Paturet request that you | 01:10:35 |
| 16 | send him a copy of the minutes? | 01:10:39 |
| 17 | A.    No. | 01:10:41 |
| 18 | Q.    Did Mr. Paturet ever respond to | 01:10:43 |
| 19 | your email with the minutes? | 01:10:47 |
| 20 | A.    No.  No. | 01:10:48 |
| 21 | Q.    Did Mr. Paturet ever follow up | 01:10:49 |
| 22 | about the result of the board vote on sublease | 01:10:51 |
| 23 | approval? | 01:10:57 |
| 24 | A.    No. | 01:11:00 |
| 25 | Q.    Mr. Conte, if you could please | 01:11:20 |

Transcript of F. Michael Conte
January 4, 2023                                    120

| | | |
|---|---|---|
| 1 | read aloud the fourth full paragraph for the | 01:11:22 |
| 2 | record. | 01:11:27 |
| 3 | MR. MARGOLIS:  Starting with | 01:11:29 |
| 4 | "Mr. Brooks"? | 01:11:30 |
| 5 | MS. TURNER:  Yes, please. | 01:11:32 |
| 6 | A.     "Mr. Brooks confirmed that there | 01:11:33 |
| 7 | would be 12 therapists on staff and would see | 01:11:34 |
| 8 | about 50 patients a day, mostly children who | 01:11:37 |
| 9 | would be accompanied by their caregiver.  He | 01:11:39 |
| 10 | also mentioned that this would be only one | 01:11:42 |
| 11 | aspect of the patients viewed." | 01:11:47 |
| 12 | Q.     Mr. Conte, was that description, | 01:11:54 |
| 13 | was your description consistent with the | 01:11:56 |
| 14 | description in the sublease application that we | 01:11:59 |
| 15 | looked at earlier? | 01:12:02 |
| 16 | MR. MARGOLIS:  Objection. | 01:12:04 |
| 17 | A.     This description is consistent | 01:12:07 |
| 18 | with the sublease application, but it's not | 01:12:09 |
| 19 | consistent with what we were told that the | 01:12:12 |
| 20 | tenant would be by Nigel Shamash. | 01:12:17 |
| 21 | Q.     Mr. Conte, was this consistent | 01:12:23 |
| 22 | with Mr. Emory Brooks' explanation as the use of | 01:12:25 |
| 23 | the premise? | 01:12:30 |
| 24 | A.     This was consistent with the | 01:12:32 |
| 25 | application that Mr. Brooks provided, but it was | 01:12:34 |

Transcript of F. Michael Conte
January 4, 2023                                    121

| | | |
|---|---|---|
| 1 | not consistent with what Nigel represented this | 01:12:36 |
| 2 | tenant to be. | 01:12:41 |
| 3 | Q.    Understood.  I'm sorry; I should | 01:12:43 |
| 4 | have clarified. | 01:12:46 |
| 5 |        Is your description in this email | 01:12:47 |
| 6 | consistent with what Mr. Brooks represented at | 01:12:50 |
| 7 | the January 14th, 2020 interview regarding the | 01:12:53 |
| 8 | number of therapists and patients that would use | 01:12:57 |
| 9 | the eighth floor daily? | 01:13:01 |
| 10 | A.    This description is what | 01:13:06 |
| 11 | Mr. Brooks said it -- this description is | 01:13:07 |
| 12 | consistent with the description in the | 01:13:13 |
| 13 | application that Mr. Brooks provided, but not | 01:13:18 |
| 14 | with the image that we were presented to by | 01:13:21 |
| 15 | Nigel Shamash.  The inconsistency is between the | 01:13:27 |
| 16 | two. | 01:13:30 |
| 17 | Q.    I understand.  I'm focused on what | 01:13:30 |
| 18 | Mr. Brooks orally represented at the January | 01:13:32 |
| 19 | 14th, 2020 interview and the minutes you took | 01:13:37 |
| 20 | following the interview. | 01:13:43 |
| 21 |        Did Mr. Brooks at the interview | 01:13:48 |
| 22 | orally represent that 12 therapists would be on | 01:13:50 |
| 23 | staff daily and CCMS would see 50 patients a | 01:13:52 |
| 24 | day? | 01:13:56 |
| 25 | A.    I think I answered this three | 01:14:00 |

Transcript of F. Michael Conte
January 4, 2023                                    122

| | |
|---|---|
| 1 | times previously. | 01:14:01 |
| 2 | Q.    Mr. Conte, I'm not sure how else | 01:14:16 |
| 3 | to rephrase.  I'm just confirming that your | 01:14:19 |
| 4 | notes are consistent with what Mr. Brooks orally | 01:14:22 |
| 5 | represented at the interview.  That's all I'm | 01:14:25 |
| 6 | asking for, is whether those two things are | 01:14:28 |
| 7 | consistent. | 01:14:31 |
| 8 | MR. MARGOLIS:  Object. | 01:14:32 |
| 9 | A.    Yes, they are consistent. | 01:14:33 |
| 10 | Q.    Thank you. | 01:14:35 |
| 11 | A.    But the inconsistency is what | 01:14:45 |
| 12 | Nigel Shamash presented his applicant to be, and | 01:14:47 |
| 13 | that's where the problem lies.  And I don't know | 01:14:50 |
| 14 | why we're ignoring that. | 01:14:53 |
| 15 | Q.    I understand, Mr. Conte.  We're | 01:14:56 |
| 16 | just focused on this one paragraph.  I'm just | 01:14:58 |
| 17 | trying to make sure that what you heard at the | 01:15:01 |
| 18 | interview is what you accurately recorded. | 01:15:04 |
| 19 | MS. TURNER:  Emil, could you | 01:15:10 |
| 20 | scroll down so that we can see the last two | 01:15:11 |
| 21 | paragraphs, both of which start with "Those in | 01:15:17 |
| 22 | attendance." | 01:15:21 |
| 23 | Mr. Conte, could you read both of | 01:15:22 |
| 24 | those paragraphs out loud for the record | 01:15:25 |
| 25 | starting with "Those in attendance deliberated." | 01:15:29 |

Transcript of F. Michael Conte
January 4, 2023                          123

| | | |
|---|---|---|
| 1 | A.     "Those in attendance deliberated | 01:15:33 |
| 2 | and reviewed and reiterated that this firm was | 01:15:35 |
| 3 | not simply operating as an administrative office | 01:15:37 |
| 4 | as we were told, but as an outpatient clinic as | 01:15:40 |
| 5 | described in their application for tenancy. | 01:15:43 |
| 6 | (Attached). | 01:15:46 |
| 7 |       "Those in attendance voted | 01:15:46 |
| 8 | unanimously not to approve this application. | 01:15:48 |
| 9 | (Nigel Shamash voted not to approve this | 01:15:53 |
| 10 | application as well)." | 01:15:56 |
| 11 | Q.     Thank you. | 01:16:05 |
| 12 |       Mr. Conte, again, was Mr. Brooks' | 01:16:06 |
| 13 | representation of the services CCMS intended to | 01:16:09 |
| 14 | provide consistent with the sublease application | 01:16:14 |
| 15 | which identified it as an outpatient clinic? | 01:16:17 |
| 16 |       MR. MARGOLIS:  Objection. | 01:16:21 |
| 17 |       MR. CASE:  Same objection. | 01:16:27 |
| 18 | A.     Mr. Brooks' representation was | 01:16:30 |
| 19 | what he filled out on the application, yes. | 01:16:31 |
| 20 | Q.     Thank you. | 01:16:40 |
| 21 |       Mr. Conte, given the discrepancy | 01:16:40 |
| 22 | between Nigel Shamash's description of CCMS's | 01:16:44 |
| 23 | services and the sublease application, why did | 01:16:52 |
| 24 | the board go forward with the sublease | 01:16:54 |
| 25 | interview? | 01:16:57 |

Transcript of F. Michael Conte
January 4, 2023                                          124

| | | |
|---|---|---|
| 1 | MR. MARGOLIS:  Objection.  Asked | 01:16:58 |
| 2 | and answered. | 01:16:59 |
| 3 | MR. CASE:  Asked and answered. | 01:17:01 |
| 4 | THE WITNESS:  Sorry.  Am I | 01:17:11 |
| 5 | answering? | 01:17:12 |
| 6 | MR. MARGOLIS:  Do you want Nancy | 01:17:12 |
| 7 | to find it in the testimony? | 01:17:14 |
| 8 | THE WITNESS:  Yeah, that would be | 01:17:16 |
| 9 | great.  That would be great, because I know I | 01:17:17 |
| 10 | answered.  This was asked and I answered it | 01:17:18 |
| 11 | already. | 01:17:22 |
| 12 | MR. MARGOLIS:  Tara, do you want | 01:17:23 |
| 13 | Nancy to find it? | 01:17:25 |
| 14 | MS. TURNER:  I can look. | 01:17:26 |
| 15 | Q.   Mr. Conte, I'll read, or we can | 01:17:44 |
| 16 | have Nancy read it, it's at timestamp 12:31:54 | 01:17:46 |
| 17 | is Mr. Conte's response, if you can read it back | 01:17:52 |
| 18 | for him. | 01:17:55 |
| 19 | (The following question and answer | 01:18:53 |
| 20 | was read by the Reporter: | |
| 21 | "Question:  Given the number of | |
| 22 | employees and visitors stated in the | |
| 23 | application, why did the board go forward with | |
| 24 | the interview? | |
| 25 | "Answer:  We were asked to | |

| | | |
|---|---|---|
| 1 | interview Mr. Brooks.  Maybe he didn't represent | 01:20:19 |
| 2 | this properly, I don't know.  I don't think we | |
| 3 | had a discussion as to should we go forward or | |
| 4 | not go forward.  We just set the meeting.") | |
| 5 |     Q.    Mr. Conte, do you want to add | 01:18:55 |
| 6 | anything to your original response? | 01:18:57 |
| 7 |     A.    No, I think that sums it up. | 01:18:59 |
| 8 |     Q.    So even though you understood | 01:19:05 |
| 9 | there were inconsistencies between Mr. Shamash's | 01:19:07 |
| 10 | description and the sublease application, you | 01:19:11 |
| 11 | decided to go forward with the interview anyway? | 01:19:12 |
| 12 |     A.    I think the board decided to go | 01:19:26 |
| 13 | forward with the interview, yes. | 01:19:28 |
| 14 |     Q.    At the January 14th, 2020 -- go | 01:19:30 |
| 15 | ahead. | 01:19:33 |
| 16 |     A.    No, I'm sorry.  I didn't mean to | 01:19:35 |
| 17 | interrupt. | 01:19:37 |
| 18 |     Q.    At the January 14th, 2020 | 01:19:41 |
| 19 | interview, did anyone ask Mr. Brooks about the | 01:19:43 |
| 20 | inconsistency between Mr. Shamash's description | 01:19:48 |
| 21 | and the sublease application? | 01:19:51 |
| 22 |     A.    Not that I'm aware of. | 01:19:55 |
| 23 |     Q.    Mr. Conte, do you know if anyone | 01:20:09 |
| 24 | from Oxford received a copy of this email with | 01:20:11 |
| 25 | the meeting minutes? | 01:20:16 |

Transcript of F. Michael Conte
January 4, 2023                                      126

| | | |
|---|---|---|
| 1 | A.    I would imagine that Susan shared | 01:20:19 |
| 2 | it.  I don't know.  I don't know. | 01:20:27 |
| 3 | Q.    Did Mr. Shamash ever request a | 01:20:28 |
| 4 | copy of the meeting minutes from you directly? | 01:20:30 |
| 5 | A.    No. | 01:20:33 |
| 6 | MS. TURNER:  Emil, I'm finished | 01:20:56 |
| 7 | with this document.  If you could pull up what | 01:20:58 |
| 8 | is a new document that has not been marked in | 01:21:02 |
| 9 | any prior deposition and is labeled in the | 01:21:05 |
| 10 | repository as document 3.  I'm going to mark | 01:21:07 |
| 11 | this exhibit as Conte SS. | 01:21:16 |
| 12 | (Exhibit Conte SS marked for | 01:21:28 |
| 13 | identification.) | 01:21:31 |
| 14 | Q.    Mr. Conte, do you want to take a | 01:21:38 |
| 15 | minute to review this document and let Emil know | 01:21:40 |
| 16 | when he should scroll down.  It's kind of | 01:21:43 |
| 17 | lengthy. | 01:21:46 |
| 18 | A.    Sure. | 01:21:46 |
| 19 | Q.    Well, it's three pages but thick | 01:21:47 |
| 20 | text. | 01:21:49 |
| 21 | (Witness reviewing document.) | 01:21:51 |
| 22 | MR. MARGOLIS:  Tara, while | 01:22:17 |
| 23 | Mr. Conte is reviewing that, you clearly | 01:22:18 |
| 24 | extracted that from something that we had | 01:22:21 |
| 25 | produced.  It's three pages of a much larger | 01:22:24 |

Transcript of F. Michael Conte
January 4, 2023                                    127

| | | |
|---|---|---|
| 1 | document because it starts on page 34 and you've | 01:22:28 |
| 2 | only excerpted 34 to 36.  So you might want to | 01:22:33 |
| 3 | put on the record what this is part of. | 01:22:37 |
| 4 | MS. TURNER:  Sure. | 01:22:42 |
| 5 | Q.    I'll represent to you, Mr. Conte, | 01:22:46 |
| 6 | that this was produced by the co-op and is part | 01:22:48 |
| 7 | of the -- included with the packet of bylaws | 01:22:53 |
| 8 | governing the co-op and the -- I believe it's | 01:23:00 |
| 9 | the Articles of Incorporation as well.  They're | 01:23:07 |
| 10 | included with this.  There are quite a few | 01:23:09 |
| 11 | documents in a roughly 200-page packet. | 01:23:12 |
| 12 | MR. MARGOLIS:  I'm going to look | 01:23:15 |
| 13 | these up so that we can, for the record, make it | 01:23:18 |
| 14 | clear what this is because it's not clear to me | 01:23:21 |
| 15 | what this is. | 01:23:25 |
| 16 | MR. CASE:  Thank you, Barry.  I | 01:23:33 |
| 17 | would be interested in knowing that as well. | 01:23:35 |
| 18 | MS. TURNER:  I can resend the full | 01:23:37 |
| 19 | document. | 01:23:38 |
| 20 | MR. MARGOLIS:  No, no.  I'll find | 01:23:39 |
| 21 | it in the production. | 01:23:41 |
| 22 | MS. TURNER:  Barry, I believe the | 01:24:49 |
| 23 | entire document begins at Bates number COOP0364. | 01:24:51 |
| 24 | MR. MARGOLIS:  Yeah, these look | 01:24:58 |
| 25 | like pieces of the offering plan.  So... | 01:25:00 |

Transcript of F. Michael Conte
January 4, 2023                                    128

| | | |
|---|---|---|
| 1 | THE WITNESS:  Scroll down, please. | 01:25:22 |
| 2 | (Witness reviewing document.) | 01:25:24 |
| 3 | MR. MARGOLIS:  If you look at 359 | 01:25:50 |
| 4 | is where this document begins.  It's part of the | 01:25:54 |
| 5 | co-op offering plan. | 01:25:58 |
| 6 | THE WITNESS:  Emil, could you just | 01:26:05 |
| 7 | go the other way a little bit.  Need the top of | 01:26:07 |
| 8 | that page.  Little more.  That's good. | 01:26:11 |
| 9 | (Witness reviewing document.) | 01:26:14 |
| 10 | THE WITNESS:  Okay, I'm good. | 01:26:57 |
| 11 | Q.    Mr. Conte, do you recognize this | 01:26:58 |
| 12 | document? | 01:27:01 |
| 13 | MR. MARGOLIS:  Objection.  It's | 01:27:01 |
| 14 | not a document.  It's three pages from the | 01:27:02 |
| 15 | offering plan. | 01:27:04 |
| 16 | MR. CASE:  I join. | 01:27:08 |
| 17 | A.    I've seen it before, yes. | 01:27:15 |
| 18 | Q.    Mr. Conte, when had you seen this | 01:27:17 |
| 19 | portion of the offering memorandum before? | 01:27:21 |
| 20 | MR. MARGOLIS:  Objection. | 01:27:24 |
| 21 | A.    I couldn't put a date on it. | 01:27:30 |
| 22 | Q.    Sometime in the last five years? | 01:27:34 |
| 23 | MR. MARGOLIS:  Objection. | 01:27:37 |
| 24 | A.    I couldn't put a date on it. | 01:27:38 |
| 25 | Q.    Okay.  Actually, if you could just | 01:27:40 |

Transcript of F. Michael Conte
January 4, 2023                                    129

1    read aloud the title of this portion of the          01:27:45

2    offering memorandum here at the top of page 1.       01:27:49

3              MR. MARGOLIS:  It's the offering            01:27:59

4    plan, not the offering memorandum.                   01:28:00

5              MS. TURNER:  Sorry.  The offering           01:28:02

6    plan.                                                01:28:03

7        A.     "Persons interested in obtaining           01:28:04

8    such financing should communicate directly with     01:28:05

9    the lender of their preference."  Next line          01:28:08

10   reads, "Summary of principal terms of               01:28:11

11   proprietary lease."                                 01:28:13

12       Q.     Thank you.  And we're going to            01:28:15

13   focus on page 2, the top of page 2.                 01:28:16

14             MR. MARGOLIS:  You mean page 35?           01:28:24

15   You mean page 2 of the PDF?                          01:28:26

16             MS. TURNER:  Page 2 of the PDF,            01:28:29

17   yes.                                                01:28:31

18             MR. CASE:  Just for the record,           01:28:32

19   that page is page 35 on the exhibit or, more        01:28:33

20   accurately, Bates reference is COOP0398.            01:28:41

21             MS. TURNER:  Emil, if you could           01:28:49

22   also just show the portion of the bottom of page    01:28:51

23   1 as well.  Page 1 of the PDF which is COOP0397,    01:28:54

24   which is 34 of the offering plan.                   01:28:59

25       Q.     Mr. Conte, this portion of the           01:29:08

Transcript of F. Michael Conte
January 4, 2023                                    130

| | | |
|---|---|---|
| 1 | offering plan states, "He may not sell his | 01:29:14 |
| 2 | shares or assign his proprietary lease, nor | 01:29:18 |
| 3 | sublet the unit, without first obtaining the | 01:29:21 |
| 4 | consent of the Board of Directors as provided in | 01:29:23 |
| 5 | the proprietary lease, which consent may not be | 01:29:25 |
| 6 | unreasonably withheld or, if the board shall | 01:29:28 |
| 7 | have failed or refused to give its consent, by | 01:29:31 |
| 8 | written consent or vote of shareholders owning | 01:29:34 |
| 9 | at least 65 percent of the cooperative | 01:29:37 |
| 10 | corporation's outstanding shares.  Refusal to | 01:29:39 |
| 11 | give such consent may not be based upon race, | 01:29:44 |
| 12 | color, creed, national origin, sex, age, | 01:29:47 |
| 13 | disability," I believe that should say marital | 01:29:50 |
| 14 | but it's misspelled, "marital status or other | 01:29:53 |
| 15 | grounds proscribed by law." | 01:29:58 |
| 16 |          Mr. Conte, have you ever reviewed | 01:30:00 |
| 17 | this portion of the offering plan? | 01:30:03 |
| 18 |     A.    I'm sure.  I've reviewed it now of | 01:30:12 |
| 19 | course and I'm sure I reviewed it in the past. | 01:30:15 |
| 20 |     Q.    What do you understand the section | 01:30:18 |
| 21 | that I just read aloud to mean? | 01:30:22 |
| 22 |          MR. MARGOLIS:  Objection. | 01:30:25 |
| 23 |          MR. CASE:  Same objection. | 01:30:26 |
| 24 |     A.    I take it for what it says. | 01:30:28 |
| 25 |     Q.    Do you understand that it means | 01:30:32 |

Transcript of F. Michael Conte
January 4, 2023                                          131

| | | |
|---|---|---|
| 1 | board members cannot unreasonably withhold their | 01:30:34 |
| 2 | consent to sublease floors? | 01:30:36 |
| 3 | A.    Um-hum, absolutely. | 01:30:40 |
| 4 | Q.    Do you understand it to mean that | 01:30:43 |
| 5 | board members cannot withhold consent or give | 01:30:45 |
| 6 | consent based on race, color, creed, national | 01:30:49 |
| 7 | origin, sex, age, disability, marital status or | 01:30:53 |
| 8 | other grounds proscribed by law? | 01:30:57 |
| 9 | A.    Absolutely. | 01:31:01 |
| 10 | Q.    Mr. Conte, can you describe what | 01:31:05 |
| 11 | steps the Board has taken to make sure it | 01:31:08 |
| 12 | doesn't withhold consent based on race? | 01:31:14 |
| 13 | MR. MARGOLIS:  Objection. | 01:31:18 |
| 14 | MR. CASE:  Same objection. | 01:31:21 |
| 15 | A.    Would you ask me that again.  I'm | 01:31:29 |
| 16 | not sure what you're asking me. | 01:31:30 |
| 17 | Q.    Sure.  Can you describe what | 01:31:32 |
| 18 | affirmative steps Board members have taken to | 01:31:34 |
| 19 | make sure they do not refuse a sublease | 01:31:40 |
| 20 | applicant based upon race? | 01:31:44 |
| 21 | MR. MARGOLIS:  Objection. | 01:31:49 |
| 22 | A.    We're all reasonable people.  We | 01:31:52 |
| 23 | have a vested interest in having that floor | 01:31:54 |
| 24 | rented out.  We would like to get the income for | 01:31:57 |
| 25 | our building.  We don't sit around and say, | 01:31:59 |

Transcript of F. Michael Conte
January 4, 2023                                    132

| | | |
|---|---|---|
| 1 | well, we're not going to let this guy in or that | 01:32:02 |
| 2 | young lady in or this or that.  We're pragmatic. | 01:32:04 |
| 3 | We need to have a business that fits in with the | 01:32:07 |
| 4 | flavor of our building.  This is a low use | 01:32:11 |
| 5 | building.  The application that was before us | 01:32:13 |
| 6 | was not a low use applicant, and all the | 01:32:16 |
| 7 | documents that I've received, that I've looked | 01:32:21 |
| 8 | at previously, it's very clear that the people | 01:32:24 |
| 9 | who brought this applicant to the table knew | 01:32:28 |
| 10 | that this would not fit here.  It's not the type | 01:32:32 |
| 11 | of use that we're accustomed to. | 01:32:35 |
| 12 | So what we do is we look at things | 01:32:40 |
| 13 | with a fair and open mind to see if it is | 01:32:43 |
| 14 | something that would fit into the building. | 01:32:45 |
| 15 | That's how we look at it. | 01:32:47 |
| 16 | Q.    Mr. Conte, does the co-op have a | 01:32:53 |
| 17 | formal anti-discrimination policy? | 01:32:59 |
| 18 | A.    I believe it's right here.  I | 01:33:02 |
| 19 | believe this is our formal anti-discrimination | 01:33:06 |
| 20 | policy.  Why wouldn't it be? | 01:33:09 |
| 21 | Q.    Mr. Conte, are board members -- | 01:33:20 |
| 22 | (Phone ringing.) | 01:33:32 |
| 23 | MR. MARGOLIS:  Sorry. | 01:33:32 |
| 24 | Q.    Mr. Conte, are potential board | 01:33:32 |
| 25 | members, so individuals who volunteer to be | 01:33:37 |

Transcript of F. Michael Conte
January 4, 2023                                    133

| | | |
|---|---|---|
| 1 | board members, are they vetted or interviewed by | 01:33:41 |
| 2 | the co-op, anyone at the co-op? | 01:33:45 |
| 3 | MR. MARGOLIS:  Objection. | 01:33:49 |
| 4 | A.    We have six owners at this point | 01:33:54 |
| 5 | owning 12 floors.  We have five positions on the | 01:33:57 |
| 6 | Board of Directors.  It's not like we have -- | 01:34:03 |
| 7 | you know, it's not a vetting process.  It's kind | 01:34:08 |
| 8 | of like who wants to do it or who doesn't want | 01:34:11 |
| 9 | to do it.  We don't have that many people to | 01:34:13 |
| 10 | choose from. | 01:34:17 |
| 11 | Q.    So there's no process to determine | 01:34:19 |
| 12 | whether a potential board member might have a | 01:34:25 |
| 13 | bias or might intend to discriminate. | 01:34:31 |
| 14 | MR. MARGOLIS:  Objection. | 01:34:39 |
| 15 | MR. CASE:  I join. | 01:34:40 |
| 16 | A.    We go into this world with our | 01:34:45 |
| 17 | eyes open and the fact that we take people as | 01:34:48 |
| 18 | who they are and what they do, not necessarily | 01:34:50 |
| 19 | what they look like.  But in this board we have | 01:34:52 |
| 20 | six people who owned 12 floors.  I don't know | 01:34:57 |
| 21 | what we're going to do if somebody resigns right | 01:35:03 |
| 22 | now.  We'll have to reduce the number of Board | 01:35:05 |
| 23 | of Directors.  We don't have 40 people coming, | 01:35:08 |
| 24 | begging to be on the board.  It's just not that | 01:35:13 |
| 25 | kind of building.  It's a small, quiet building. | 01:35:16 |

Transcript of F. Michael Conte
January 4, 2023                                                134

| | | |
|---|---|---|
| 1 | Everyone who is here, with the exception of 7 | 01:35:21 |
| 2 | and 8, runs their business on their own floor | 01:35:23 |
| 3 | and wants to do that in a peaceful, cooperative | 01:35:27 |
| 4 | environment. | 01:35:34 |
| 5 | Q.    Mr. Conte, do board members | 01:35:34 |
| 6 | familiarize themselves with local, state or | 01:35:37 |
| 7 | federal laws about discrimination? | 01:35:40 |
| 8 | A.    I think everyone today is aware of | 01:35:46 |
| 9 | laws revolving around discrimination.  Do board | 01:35:48 |
| 10 | members do that -- do we have -- if you're | 01:35:52 |
| 11 | asking me do we have some kind of -- I don't | 01:35:55 |
| 12 | know, no.  Everyone today is aware of | 01:35:58 |
| 13 | discrimination issues.  I don't know anyone that | 01:36:00 |
| 14 | isn't who runs a business.  And all these people | 01:36:07 |
| 15 | on the board run businesses. | 01:36:09 |
| 16 | Q.    But there's no requirement for | 01:36:12 |
| 17 | board members to review local, state or federal | 01:36:14 |
| 18 | laws about discrimination? | 01:36:17 |
| 19 | MR. CASE:  Objection. | 01:36:21 |
| 20 | MR. MARGOLIS:  Objection. | 01:36:23 |
| 21 | A.    I don't know that there is any | 01:36:25 |
| 22 | requirement anywhere for board members to review | 01:36:27 |
| 23 | that. | 01:36:30 |
| 24 | Q.    But there's no requirement here? | 01:36:31 |
| 25 | MR. CASE:  Same objection. | 01:36:34 |

Transcript of F. Michael Conte
January 4, 2023                                     135

| | | |
|---|---|---|
| 1 | Q.     If you know. | 01:36:36 |
| 2 | MR. MARGOLIS:  Objection. | 01:36:37 |
| 3 | A.     There is no requirement here, but | 01:36:38 |
| 4 | we do live by a proprietary lease. | 01:36:40 |
| 5 | Q.     Mr. Conte -- | 01:36:45 |
| 6 | A.     Quite frankly, our board is | 01:36:47 |
| 7 | very di -- our board is -- we have all kinds | 01:36:49 |
| 8 | of -- I mean, whatever.  Go ahead, I'm sorry.  I | 01:36:53 |
| 9 | didn't mean to interrupt you. | 01:36:53 |
| 10 | Q.     Mr. Conte, were you going to say | 01:36:55 |
| 11 | that your board is very diverse? | 01:36:57 |
| 12 | MR. MARGOLIS:  Objection. | 01:37:01 |
| 13 | A.     No, I wasn't going to say that.  I | 01:37:02 |
| 14 | wasn't going to say that. | 01:37:05 |
| 15 | Q.     Mr. Conte, has the board ever | 01:37:12 |
| 16 | considered conducting interviews for sublease | 01:37:15 |
| 17 | approval over the phone? | 01:37:19 |
| 18 | A.     No. | 01:37:29 |
| 19 | Q.     If the board were to conduct | 01:37:33 |
| 20 | sublease interviews over the phone, would that | 01:37:35 |
| 21 | help prevent discrimination based on physical | 01:37:41 |
| 22 | characteristics like race, color, perhaps | 01:37:45 |
| 23 | national origin? | 01:37:48 |
| 24 | MR. MARGOLIS:  Objection. | 01:37:50 |
| 25 | A.     I don't know what you're asking | 01:37:54 |

Transcript of F. Michael Conte
January 4, 2023                                    136

| | | |
|---|---|---|
| 1 | me.  If you're asking me was this application | 01:37:57 |
| 2 | consistent with what we were told it was going | 01:37:59 |
| 3 | to be, I'm telling you it was not.  It's clear | 01:38:03 |
| 4 | as the day is long, what we were told this | 01:38:06 |
| 5 | applicant was going to be and how he was going | 01:38:09 |
| 6 | to use it was not what he himself testified that | 01:38:12 |
| 7 | it would be used as. | 01:38:16 |
| 8 | So I don't know why you're going | 01:38:19 |
| 9 | down this road.  The evidence is right there. | 01:38:21 |
| 10 | Q.    I'm asking if your co-op could | 01:38:26 |
| 11 | adopt policies like conducting sublease | 01:38:30 |
| 12 | interviews over the phone so as to eliminate | 01:38:35 |
| 13 | potential discrimination and bias based on race, | 01:38:39 |
| 14 | color and national origin?  Is that something | 01:38:44 |
| 15 | the co-op could do? | 01:38:47 |
| 16 | MR. MARGOLIS:  Objection. | 01:38:48 |
| 17 | MR. CASE:  Same objection.  Calls | 01:38:49 |
| 18 | for speculation. | 01:38:52 |
| 19 | A.    We don't discriminate now, and | 01:38:54 |
| 20 | it's not a problem for us to concern ourselves | 01:38:58 |
| 21 | with because we don't discriminate.  We take | 01:39:03 |
| 22 | people as we're told, as they represent | 01:39:05 |
| 23 | themselves to be.  Mr. Brooks clearly identified | 01:39:08 |
| 24 | himself as the application was put forth.  The | 01:39:12 |
| 25 | problem in this matter is that the owner of the | 01:39:16 |

Transcript of F. Michael Conte
January 4, 2023                                    137

| | | |
|---|---|---|
| 1 | floor misrepresented who he was bringing to the | 01:39:19 |
| 2 | meeting.  As a result, there were | 01:39:23 |
| 3 | inconsistencies with the application and how it | 01:39:25 |
| 4 | was presented to us. | 01:39:28 |
| 5 | Many of those inconsistencies were | 01:39:30 |
| 6 | clearly identified: the hours of operation, the | 01:39:33 |
| 7 | day of operation, the use of the floor.  It's | 01:39:37 |
| 8 | all in writing and you keep asking me these | 01:39:40 |
| 9 | questions.  I -- nothing to say. | 01:39:46 |
| 10 | Q.    Mr. Conte, do you know for a fact | 01:39:51 |
| 11 | that the other board members voted against the | 01:39:58 |
| 12 | lease based solely on the amount of traffic in | 01:40:02 |
| 13 | the building?  Do you know for a fact? | 01:40:06 |
| 14 | A.    Absolutely. | 01:40:12 |
| 15 | Q.    You can reach into their minds and | 01:40:12 |
| 16 | know their reasoning for making a decision? | 01:40:14 |
| 17 | MR. MARGOLIS:  Objection. | 01:40:17 |
| 18 | MR. CASE:  Objection. | 01:40:18 |
| 19 | MR. MARGOLIS:  (Indiscernible) -- | 01:40:20 |
| 20 | that question. | 01:40:20 |
| 21 | A.    We had a discussion after the | 01:40:21 |
| 22 | interview with Mr. Brooks and the points that we | 01:40:23 |
| 23 | discussed were those exact points: traffic, the | 01:40:28 |
| 24 | use and the fact that it just didn't fit in our | 01:40:33 |
| 25 | building.  We discussed it.  There's no reaching | 01:40:37 |

Transcript of F. Michael Conte
January 4, 2023                              138

| | | |
|---|---|---|
| 1 | into anyone's mind. | 01:40:41 |
| 2 | Q.     Mr. Conte, is it possible for | 01:40:42 |
| 3 | someone to make a decision and discriminate | 01:40:45 |
| 4 | based on race but not express that that's the | 01:40:49 |
| 5 | reason they've made a decision? | 01:40:52 |
| 6 | MR. MARGOLIS:  Objection; it calls | 01:40:54 |
| 7 | for speculation. | 01:40:56 |
| 8 | MR. CASE:  Same objection. | 01:40:58 |
| 9 | A.     You know, everyone in this | 01:41:01 |
| 10 | building runs a business where they're dealing | 01:41:03 |
| 11 | with all kinds of races all day long, all kinds | 01:41:05 |
| 12 | of people.  It's just part of what we do here. | 01:41:09 |
| 13 | We're business people.  We're not here to | 01:41:11 |
| 14 | discriminate.  We're hear to make business.  And | 01:41:13 |
| 15 | the question that you're asking me is kind of | 01:41:17 |
| 16 | ridiculous because you're asking me -- I don't | 01:41:19 |
| 17 | even know what you're asking me.  It's some | 01:41:22 |
| 18 | existential question that we probably need four | 01:41:26 |
| 19 | or five philosophers to sit around this table | 01:41:28 |
| 20 | and discuss.  If you want to have a | 01:41:31 |
| 21 | philosophical conversation, I'll be happy to | 01:41:34 |
| 22 | meet you any time, but I don't even understand | 01:41:37 |
| 23 | your question.  In the world can people do that? | 01:41:38 |
| 24 | Sure, somewhere in the world people can do that, | 01:41:40 |
| 25 | yes, absolutely.  Did I do that? No, I did not | 01:41:43 |

Transcript of F. Michael Conte
January 4, 2023                                    139

| | | |
|---|---|---|
| 1 | do that.  I made my decision based on the fact | 01:41:46 |
| 2 | that the operation that was presented to us was | 01:41:48 |
| 3 | not something that would fit in this building. | 01:41:51 |
| 4 | So, that's what I said then, | 01:41:53 |
| 5 | that's what I say now and that's what I'll go to | 01:41:55 |
| 6 | my grave with. | 01:41:58 |
| 7 | Q.   I understand -- | 01:41:58 |
| 8 | A.   It's very upsetting, by the way, | 01:42:00 |
| 9 | to be called -- it's very upsetting to be called | 01:42:02 |
| 10 | a racist.  It's not exactly how I was brought | 01:42:04 |
| 11 | up, so this is very emotional for me and I don't | 01:42:07 |
| 12 | appreciate it. | 01:42:11 |
| 13 | Q.   I'd like the record to reflect | 01:42:12 |
| 14 | that I haven't called anyone a racist. | 01:42:13 |
| 15 | A.   Yeah, you did. | 01:42:16 |
| 16 | MS. TURNER:  Nancy, could you find | 01:42:20 |
| 17 | the timestamp when I called someone a racist. | 01:42:22 |
| 18 | MR. MARGOLIS:  No, I don't think | 01:42:26 |
| 19 | it's productive for us to get into a debate | 01:42:27 |
| 20 | between you, Tara, and the witness.  If the | 01:42:30 |
| 21 | witness feels that you called him a racist, | 01:42:34 |
| 22 | whether it's reflected in those words or | 01:42:36 |
| 23 | otherwise, that's the witness's impression of | 01:42:38 |
| 24 | the questions that you are asking.  And I think | 01:42:40 |
| 25 | we can move on. | 01:42:43 |

Transcript of F. Michael Conte
January 4, 2023                            140

| | | |
|---|---|---|
| 1 | That's the nature of this case, | 01:42:45 |
| 2 | Tara.  That's the motivation behind this case, | 01:42:46 |
| 3 | so we have to deal with it.  As you started your | 01:42:49 |
| 4 | instructions, it being a very sensitive topic, | 01:42:52 |
| 5 | everybody has to be able to address those issues | 01:42:57 |
| 6 | the way they feel appropriate to respond to the | 01:43:00 |
| 7 | questions.  So, it is what it is. | 01:43:03 |
| 8 | MS. TURNER:  I appreciate your | 01:43:06 |
| 9 | statement, Barry, but Mr. Conte did not testify | 01:43:08 |
| 10 | that he felt like I called him a racist.  He | 01:43:12 |
| 11 | testified that I called him a racist, and I | 01:43:14 |
| 12 | think it's perfectly within my rights as an | 01:43:17 |
| 13 | anti-racist to let the record reflect that I | 01:43:20 |
| 14 | never once called Mr. Conte a racist. | 01:43:23 |
| 15 | MR. MARGOLIS:  This isn't about | 01:43:27 |
| 16 | you as a person, and the witness is responding | 01:43:30 |
| 17 | to your questions accordingly. | 01:43:31 |
| 18 | So, if you have another question, | 01:43:33 |
| 19 | I suggest you ask it of Mr. Conte so we can move | 01:43:35 |
| 20 | forward with the lawsuit and not about you, | 01:43:39 |
| 21 | because that's not what this is about. | 01:43:43 |
| 22 | MS. TURNER:  Understood.  I just | 01:43:44 |
| 23 | want the record to reflect that Mr. Conte lied | 01:43:46 |
| 24 | in his response that I called him a racist. | 01:43:50 |
| 25 | MR. MARGOLIS:  He didn't lie. | 01:43:53 |

Transcript of F. Michael Conte
January 4, 2023                                    141

| | | |
|---|---|---|
| 1 | MS. TURNER:  Moving on. | 01:43:55 |
| 2 | BY MS. TURNER: | 01:43:57 |
| 3 | Q.    Mr. Conte, do board members | 01:44:01 |
| 4 | complete any training on anti-discrimination? | 01:44:04 |
| 5 | A.    We do not have that kind of | 01:44:11 |
| 6 | program in place. | 01:44:13 |
| 7 | Q.    And, Mr. Conte, is there a process | 01:44:16 |
| 8 | to appeal a board decision if an applicant | 01:44:19 |
| 9 | believes it could be based on racial | 01:44:25 |
| 10 | discrimination? | 01:44:27 |
| 11 | A.    No, not that I'm aware of.  I | 01:44:32 |
| 12 | guess this is his appeal, right. | 01:44:42 |
| 13 | (Reporter clarification.) | 01:44:55 |
| 14 | Q.    Mr. Conte, so we've kind of | 01:44:55 |
| 15 | talked, I've asked questions about procedures or | 01:44:59 |
| 16 | policies that could help prevent discrimination. | 01:45:03 |
| 17 | How are we supposed to know that none of the | 01:45:10 |
| 18 | board members discriminated against CCMS or | 01:45:13 |
| 19 | Mr. Brooks? | 01:45:17 |
| 20 | MR. MARGOLIS:  Objection. | 01:45:19 |
| 21 | A.    Because the evidence that's | 01:45:21 |
| 22 | presented here today explains why the decision | 01:45:22 |
| 23 | was made not to let the business in the | 01:45:25 |
| 24 | building.  It had nothing to do with race.  It | 01:45:27 |
| 25 | had only to do with the operations that he was | 01:45:29 |

Transcript of F. Michael Conte
January 4, 2023                                    142

| | | |
|---|---|---|
| 1 | bringing into the building.  It's very plain and | 01:45:33 |
| 2 | simple. | 01:45:35 |
| 3 | MS. TURNER:  That is all I have | 01:45:44 |
| 4 | for now. | 01:45:46 |
| 5 | Emil, you can take this document | 01:45:47 |
| 6 | down.  Thank you. | 01:45:50 |
| 7 | THE VIDEOGRAPHER:  Is there | 01:46:02 |
| 8 | anything else for the record? | 01:46:03 |
| 9 | MR. MARGOLIS:  Michael, do you | 01:46:03 |
| 10 | have anything? | 01:46:05 |
| 11 | MR. CASE:  Just a few quick | 01:46:05 |
| 12 | questions.  How about you, Barry? | 01:46:07 |
| 13 | MR. MARGOLIS:  I don't have | 01:46:09 |
| 14 | anything for the witness. | 01:46:09 |
| 15 | -  -  - | 01:46:12 |
| 16 | EXAMINATION BY MR. CASE: | 01:46:12 |
| 17 | Q.    Hello, Mr. Conte.  My name is | 01:46:13 |
| 18 | Michael Case.  I'm with the Barclay Damon law | 01:46:15 |
| 19 | firm.  We're representing Marc Paturet in | 01:46:20 |
| 20 | connection with this case.  I just have a few | 01:46:23 |
| 21 | quick questions for you. | 01:46:25 |
| 22 | Prior to January 14th of 2020, did | 01:46:27 |
| 23 | you communicate with Mr. Paturet regarding the | 01:46:31 |
| 24 | sublease application by CCMS, either by phone, | 01:46:33 |
| 25 | in person or by email? | 01:46:38 |

Transcript of F. Michael Conte
January 4, 2023                                    143

| | |
|---|---|
| 1 | A.    No.  He was out of town. | 01:46:42 |
| 2 | Q.    Did you communicate prior to | 01:46:44 |
| 3 | January the 14th of 2020 with Mr. Paturet | 01:46:46 |
| 4 | regarding the sublease application by CCMS in | 01:46:50 |
| 5 | any other manner? | 01:46:55 |
| 6 | A.    No. | 01:46:57 |
| 7 | Q.    Okay.  Did you, as a board member, | 01:46:57 |
| 8 | receive or hold any proxy for Mr. Paturet in | 01:47:01 |
| 9 | connection with the sublease application by | 01:47:06 |
| 10 | CCMS? | 01:47:09 |
| 11 | A.    No. | 01:47:10 |
| 12 | Q.    Was Mr. Paturet's vote required in | 01:47:14 |
| 13 | order for the board to act on January 14th, 2020 | 01:47:16 |
| 14 | regarding the sublease application by CCMS? | 01:47:19 |
| 15 | A.    No.  We did have quorum. | 01:47:24 |
| 16 | Q.    Did Mr. Paturet in fact vote on | 01:47:26 |
| 17 | the sublease application by CCMS? | 01:47:28 |
| 18 | A.    No.  He wasn't here. | 01:47:31 |
| 19 | Q.    Okay.  Did you at any time discuss | 01:47:33 |
| 20 | with Mr. Paturet the reasons for the board's | 01:47:36 |
| 21 | determination to deny the sublease application | 01:47:39 |
| 22 | of CCMS? | 01:47:42 |
| 23 | A.    No.  It was clear; they didn't fit | 01:47:45 |
| 24 | into the building.  There was really nothing to | 01:47:47 |
| 25 | discuss. | 01:47:49 |

Transcript of F. Michael Conte
January 4, 2023                                    144

1              MR. CASE:  Okay.  Thank you.  I              01:47:50
2    have no further questions.                             01:47:51
3              MR. MARGOLIS:  Unless you have               01:47:54
4    something else, Tara, we have nothing else.            01:47:55
5              MS. TURNER:  Nothing from me.                01:47:58
6              MR. CASE:  Thanks for your time,             01:48:00
7    Mr. Conte.                                             01:48:01
8              MR. TURNER:  Thank you, Mr. Conte.           01:48:01
9              MR. MARGOLIS:  Thank you,                    01:48:01
10   Mr. Conte.                                             01:48:02
11             THE WITNESS:  Thank you everyone.            01:48:04
12             THE VIDEOGRAPHER:  This marks the            01:48:05
13   end of the deposition of Michael Conte.  We're         01:48:07
14   going off the video record at 13:48.                   01:48:08
15     (Deposition concluded 1:48 p.m.)
16             -o0o-
17
18
19
20
21
22
23
24
25

Transcript of F. Michael Conte
January 4, 2023                                    145

```
1                REPORTER'S CERTIFICATION

2

3            I, NANCY C. BENDISH, Certified

4    Court Reporter and Notary Public of the States

5    of New York and New Jersey, do hereby certify

6    that, prior to the commencement of the

7    aforementioned examination, F. MICHAEL CONTE

8    was sworn by me to testify the truth, the whole

9    truth and nothing but the truth.

10            I DO FURTHER CERTIFY that the

11   foregoing is a true and accurate transcript of

12   the testimony as taken stenographically by me at

13   the time, place, and on the date hereinbefore

14   set forth.

15            I DO FURTHER CERTIFY that I am

16   neither a relative nor employee nor attorney nor

17   counsel of any party in this action and that I

18   am neither a relative nor employee of such

19   attorney or counsel, and that I am not

20   financially interested in the event nor outcome

21   of this action.

22            _____

23            NANCY C. BENDISH, CCR, RMR, CRR
              Realtime Systems Administrator
24            Certificate No. XI00836

25   Dated:  January 5, 2023
```

Transcript of F. Michael Conte
January 4, 2023

**A**

**abatement**
12:9, 12:11
**able**
12:20, 72:2,
117:16, 140:5
**about**
7:12, 7:24,
9:9, 9:12, 10:8,
11:4, 16:3,
16:20, 17:1,
17:5, 17:9,
20:11, 24:20,
24:24, 25:15,
26:10, 26:14,
27:4, 28:19,
28:21, 29:4,
30:21, 30:24,
36:25, 38:11,
42:10, 47:13,
52:22, 54:5,
55:11, 58:17,
58:24, 59:24,
63:15, 64:3,
66:20, 67:4,
67:14, 72:17,
73:18, 73:19,
76:22, 77:6,
77:14, 77:22,
78:22, 79:5,
79:21, 79:24,
80:9, 80:20,
81:2, 81:6,
81:24, 82:3,
82:7, 84:18,
93:19, 94:4,
94:9, 94:25,
100:6, 100:17,
101:15, 101:19,
103:15, 112:9,
114:5, 119:22,
120:8, 125:19,
134:7, 134:18,
140:15, 140:20,
140:21, 141:15,
142:12
**abrams**
2:20, 4:21

**absolutely**
33:14, 35:21,
37:13, 45:6,
100:8, 118:10,
118:13, 131:3,
131:9, 137:14,
138:25
**abuse**
80:17
**accent**
27:1, 27:6
**accompanied**
79:11, 82:25,
120:9
**accord**
79:13
**according**
87:11, 107:16,
109:23, 116:9
**accordingly**
118:7, 140:17
**account**
12:18
**accountant**
12:2, 86:8
**accurate**
145:11
**accurately**
122:18, 129:20
**accustomed**
132:11
**act**
143:13
**action**
1:7, 5:19,
9:22, 9:25,
11:12, 11:17,
11:22, 12:23,
16:6, 19:8,
32:12, 46:15,
64:18, 145:17,
145:21
**actions**
13:21, 14:1,
30:24, 31:1,
31:6, 31:8,
31:10, 31:17
**activity**
86:13

**actually**
21:8, 22:4,
29:14, 44:22,
52:5, 67:10,
96:6, 117:2,
119:9, 128:25
**add**
29:12, 76:15,
84:20, 84:24,
85:7, 101:8,
125:5
**addict**
80:12, 80:15
**addicts**
79:8, 80:9
**additional**
84:18
**address**
119:10, 140:5
**addressed**
107:20
**administrative**
85:23, 123:3
**administrator**
145:25
**admitted**
106:9
**adopt**
136:11
**affect**
8:11
**affirmative**
131:18
**aforementioned**
145:7
**after**
10:16, 39:25,
42:7, 42:20,
43:15, 43:23,
44:16, 45:24,
46:10, 83:7,
84:13, 84:16,
86:16, 89:5,
93:15, 112:1,
116:2, 116:4,
119:4, 137:21
**again**
8:21, 11:19,

14:14, 15:17,
27:2, 27:6,
27:9, 30:21,
37:8, 38:10,
38:24, 39:8,
39:23, 41:4,
43:14, 43:17,
45:1, 45:20,
47:6, 52:1,
61:5, 72:15,
77:6, 82:16,
85:5, 86:21,
89:10, 99:15,
109:4, 111:5,
118:10, 123:12,
131:15
**against**
12:5, 12:20,
13:6, 42:9,
42:11, 42:14,
42:18, 43:19,
45:1, 64:20,
83:14, 84:1,
86:22, 137:11,
141:18
**age**
80:13, 130:12,
131:7
**agency**
57:8
**agent**
23:2
**ago**
9:10, 9:13,
9:22, 11:4,
11:11, 58:17,
62:5, 67:12,
116:11
**agree**
102:18
**agreed**
8:19, 8:23,
103:1
**agreement**
113:14
**agreements**
32:7
**ahead**
7:17, 8:19,

Transcript of F. Michael Conte
January 4, 2023

8:23, 11:6,
19:13, 50:10,
125:15, 135:8
**all**
2:2, 4:12,
4:22, 6:24,
12:1, 15:12,
16:22, 23:9,
26:22, 27:8,
29:21, 31:17,
33:21, 35:14,
39:16, 39:18,
40:19, 49:4,
50:15, 50:19,
62:17, 65:17,
67:4, 78:7,
78:16, 79:2,
79:18, 79:24,
80:6, 81:12,
82:9, 92:12,
99:7, 103:15,
105:7, 105:18,
107:17, 109:23,
112:6, 114:5,
115:10, 115:11,
116:18, 117:24,
122:5, 131:22,
132:6, 134:14,
135:7, 137:8,
138:11, 142:3
**allegation**
13:3, 13:15,
64:24
**allegations**
13:9
**alleging**
9:14
**allowed**
88:25
**allows**
88:20
**almost**
89:16
**along**
45:13
**aloud**
107:11, 120:1,
129:1, 130:21

**already**
72:7, 105:7,
105:18, 124:11
**also**
2:35, 6:21,
7:1, 9:2, 13:22,
18:17, 53:12,
79:3, 84:3,
89:2, 90:18,
108:16, 112:6,
112:24, 120:10,
129:22
**always**
35:16, 49:3,
109:9
**america**
17:12
**americas**
2:30
**amongst**
13:13, 33:1,
43:16
**amount**
12:14, 43:4,
137:12
**annually**
25:7
**another**
90:22, 98:11,
113:1, 113:8,
140:18
**answer**
5:23, 5:25,
10:14, 11:6,
15:22, 22:8,
58:7, 64:22,
72:14, 97:2,
124:19, 124:25
**answered**
46:25, 121:25,
124:2, 124:3,
124:10
**answering**
6:1, 124:5
**answers**
6:10, 6:11,
32:16, 77:19
**anthony**
53:5

**anti-discrimination**
132:17, 132:19,
141:4
**anti-racist**
140:13
**anxious**
84:6
**any**
7:7, 8:3, 8:8,
13:21, 14:1,
15:18, 16:9,
16:19, 22:25,
23:6, 23:10,
24:17, 24:19,
29:5, 30:25,
34:10, 35:20,
37:5, 45:3,
45:21, 46:3,
46:9, 46:21,
47:3, 47:5,
47:8, 50:14,
50:21, 55:10,
57:21, 61:10,
61:11, 62:12,
63:24, 67:5,
71:2, 71:8,
78:21, 79:20,
80:19, 81:1,
81:20, 81:23,
82:2, 82:6,
82:11, 84:17,
87:9, 89:1,
89:20, 90:5,
91:6, 93:15,
101:18, 102:16,
103:24, 108:16,
108:21, 110:7,
118:2, 118:24,
126:9, 134:21,
138:22, 141:4,
143:5, 143:8,
143:19, 145:17
**anybody**
23:22, 33:6,
54:2, 103:6
**anyone**
15:1, 15:6,

15:10, 16:13,
17:1, 57:15,
64:5, 71:21,
77:9, 77:13,
77:16, 87:3,
87:8, 88:12,
88:25, 91:6,
95:21, 107:18,
125:19, 125:23,
133:2, 134:13,
139:14
**anyone's**
138:1
**anything**
8:13, 14:20,
29:3, 43:24,
63:9, 76:11,
77:2, 78:1,
103:7, 125:6,
142:8, 142:10,
142:14
**anyway**
55:9, 55:10,
117:16, 125:11
**anywhere**
94:11, 134:22
**apologies**
95:7, 95:21
**apparatus**
59:22
**apparently**
83:21, 92:6,
116:3, 118:14
**appeal**
45:18, 45:22,
141:8, 141:12
**appear**
107:16, 107:25,
108:24
**applicant**
36:3, 37:2,
37:12, 39:7,
39:25, 40:8,
41:4, 41:5,
42:9, 42:14,
44:18, 45:4,
45:18, 45:23,
45:25, 46:9,

Transcript of F. Michael Conte
January 4, 2023

148

106:3, 107:15,
107:25, 108:8,
108:9, 108:23,
122:12, 131:20,
132:6, 132:9,
136:5, 141:8
**applicants**
36:20, 36:25,
37:25, 46:16,
46:22
**application**
11:9, 13:7,
13:18, 36:4,
36:5, 36:11,
36:17, 37:15,
37:19, 37:23,
40:1, 40:12,
67:23, 68:1,
68:3, 70:9,
70:13, 70:24,
71:5, 71:13,
71:20, 85:4,
85:19, 89:4,
93:22, 94:5,
95:4, 96:19,
96:22, 97:1,
97:13, 97:18,
99:3, 99:9,
99:19, 99:22,
100:1, 100:5,
100:25, 101:20,
102:3, 102:5,
102:9, 103:3,
103:8, 104:6,
104:9, 104:11,
104:21, 104:24,
105:4, 105:7,
105:18, 105:23,
106:1, 107:15,
109:15, 112:2,
112:25, 120:14,
120:18, 120:25,
121:13, 123:5,
123:8, 123:10,
123:14, 123:19,
123:23, 124:23,
125:10, 125:21,
132:5, 136:1,

136:24, 137:3,
142:24, 143:4,
143:9, 143:14,
143:17, 143:21
**applications**
47:9
**applied**
67:20, 68:12,
68:17, 68:24,
69:23, 70:3
**appointment**
16:4
**appreciate**
139:12, 140:8
**appropriate**
88:9, 140:6
**appropriately**
91:1
**approval**
30:25, 31:7,
31:19, 32:3,
32:21, 32:25,
33:3, 33:12,
34:1, 35:13,
35:19, 37:9,
38:14, 38:16,
38:20, 39:6,
42:4, 42:21,
43:9, 43:24,
71:25, 108:14,
108:18, 112:19,
119:23, 135:17
**approvals**
104:4, 112:7,
112:9
**approve**
33:13, 36:2,
36:10, 37:12,
41:24, 44:17,
109:25, 123:8,
123:9
**approved**
31:11, 45:2,
86:11, 86:25,
103:25, 107:17,
109:24
**approving**
32:11, 32:12

**approximately**
55:24
**april**
63:18
**arbitration**
14:17
**architect**
25:21
**architects**
20:25
**archives**
117:17
**area**
22:6, 52:12,
55:14
**arizona**
9:11
**around**
98:2, 131:25,
134:9, 138:19
**articles**
127:9
**artist**
21:1, 21:12,
69:4, 69:13,
69:22
**asked**
14:6, 23:17,
27:9, 28:19,
41:6, 46:25,
58:20, 72:14,
75:17, 75:24,
76:17, 77:6,
82:17, 88:1,
88:6, 102:11,
124:1, 124:3,
124:10, 124:25,
141:15
**asking**
6:2, 7:12,
42:23, 43:6,
47:2, 47:4,
49:20, 67:23,
73:11, 77:18,
88:4, 122:6,
131:16, 134:11,
135:25, 136:1,
136:10, 137:8,

138:15, 138:16,
138:17, 139:24
**asks**
10:16
**aspect**
85:25, 120:11
**assess**
105:8, 105:19
**assessment**
100:24
**assign**
130:2
**assume**
79:4, 97:3,
107:18
**assumption**
81:15
**astonished**
43:18
**attached**
123:6
**attack**
77:10, 82:11
**attempt**
94:25
**attempting**
39:20, 65:4
**attend**
39:12, 39:21,
41:12, 41:17,
72:2, 72:25,
73:2
**attendance**
122:22, 122:25,
123:1, 123:7
**attended**
42:3
**attending**
4:13
**attends**
39:5
**attorney**
9:15, 10:12,
11:23, 12:12,
13:4, 14:24,
15:9, 16:7,
86:9, 88:20,
145:16, 145:19

Transcript of F. Michael Conte
January 4, 2023

**audible**
6:11
**authority**
89:12, 89:14
**authorized**
31:2, 54:9
**auto**
18:5
**available**
112:5
**avenue**
2:30
**avoid**
113:6
**avoided**
16:23
**aware**
8:14, 38:18,
46:13, 47:3,
47:5, 77:12,
84:4, 88:16,
89:1, 108:16,
125:22, 134:8,
134:12, 141:11
**away**
79:6, 103:13

**B**

**baby**
113:19, 113:23
**bachelor**
17:17, 69:17
**back**
14:3, 14:22,
30:23, 64:10,
64:14, 67:7,
72:23, 82:10,
85:16, 86:5,
86:7, 98:18,
105:14, 106:4,
112:25, 114:6,
114:12, 114:15,
116:25, 124:17
**background**
17:10, 36:6,
37:18, 78:18,
81:18
**backgrounds**
75:9, 75:23,

78:16
**baechler**
69:12, 69:13,
69:15
**baker**
2:9
**ball**
88:23
**bank**
37:20
**barbara**
69:7, 69:9
**barclay**
2:28, 4:25,
142:18
**barry**
2:21, 4:20,
95:20, 109:5,
117:13, 127:16,
127:22, 140:9,
142:12
**based**
94:16, 94:17,
104:19, 130:11,
131:6, 131:12,
131:20, 135:21,
136:13, 137:12,
138:4, 139:1,
141:9
**basement**
47:22, 47:24,
48:2, 48:6,
50:21, 50:23
**basic**
5:21
**basis**
58:12, 76:24,
85:3
**bates**
127:23, 129:20
**bathroom**
55:19, 83:1
**bathrooms**
32:2, 32:8,
32:9
**bay**
73:3
**because**
13:1, 14:4,

16:23, 21:9,
22:10, 27:21,
28:13, 32:4,
33:1, 34:18,
35:4, 35:9,
39:1, 40:10,
41:21, 42:6,
44:23, 45:10,
45:13, 48:4,
48:6, 48:8,
49:2, 49:11,
52:8, 55:10,
55:22, 58:22,
63:25, 64:24,
69:25, 72:14,
75:19, 79:1,
79:12, 81:16,
83:23, 84:21,
85:22, 85:25,
86:5, 86:10,
89:8, 97:3,
99:21, 100:8,
101:9, 103:11,
104:25, 108:4,
111:14, 117:15,
117:22, 119:5,
119:14, 124:9,
127:1, 127:14,
136:21, 138:16,
140:21, 141:21
**become**
63:25
**becoming**
34:17
**been**
5:7, 9:5, 18:7,
20:5, 21:23,
24:23, 26:1,
26:7, 26:11,
26:12, 26:15,
26:16, 30:11,
30:14, 35:16,
40:11, 46:17,
46:25, 47:4,
47:5, 47:7,
48:1, 52:6,
52:7, 58:6,
58:8, 65:20,

66:5, 86:10,
99:21, 103:25,
108:5, 108:19,
108:20, 108:21,
108:24, 109:10,
110:7, 115:1,
126:8
**before**
6:1, 9:6, 13:7,
18:10, 20:10,
26:13, 28:5,
40:14, 47:9,
47:10, 57:5,
58:8, 64:17,
65:21, 68:8,
68:10, 70:8,
72:14, 73:13,
73:16, 73:22,
77:20, 82:17,
87:8, 87:21,
88:12, 101:17,
101:24, 103:1,
103:4, 103:19,
104:9, 104:12,
111:18, 128:17,
128:19, 132:5
**begging**
133:24
**begin**
99:6
**beginning**
23:20
**begins**
4:1, 127:23,
128:4
**behalf**
2:6, 2:16,
2:26, 4:17, 97:1
**behavioral**
75:9, 81:17
**behind**
140:2
**being**
9:2, 15:4,
64:23, 140:4
**believe**
9:21, 10:5,
10:18, 19:9,

28:12, 30:13,
30:17, 39:13,
42:17, 44:4,
44:21, 46:3,
50:2, 60:21,
60:23, 65:18,
69:4, 69:25,
70:14, 72:22,
75:10, 79:23,
87:6, 88:24,
90:4, 93:11,
93:23, 97:25,
98:14, 98:25,
102:19, 103:22,
104:13, 104:20,
104:23, 105:1,
108:22, 115:17,
127:8, 127:22,
130:13, 132:18,
132:19
**believed**
103:17
**believes**
141:9
**belonged**
48:10
**below**
32:2
**bendish**
1:34, 5:3,
145:3, 145:24
**benefit**
112:23
**bergen**
13:1
**bergson**
2:20, 4:21
**besides**
20:18, 25:10,
43:25, 46:14
**best**
5:25, 39:1,
86:4
**between**
24:2, 29:13,
101:20, 121:15,
123:22, 125:9,
125:20, 139:20

**bias**
133:13, 136:13
**big**
49:2, 49:3,
79:1
**biggest**
89:7
**bill**
76:17
**billable**
78:25, 79:14,
84:21, 84:22,
85:6, 85:8
**billing**
76:18
**bills**
84:9
**bit**
30:24, 57:10,
74:19, 91:20,
92:21, 106:24,
111:5, 115:7,
117:13, 128:7
**bizarre**
42:7, 83:17
**black**
73:25, 74:4,
74:8, 74:9,
74:12, 74:15,
74:16, 74:20,
82:11
**blackout**
117:15
**blew**
79:6
**blind**
74:24
**block**
50:17, 50:18
**board's**
143:20
**boilerplate**
115:10
**bolts**
48:15
**born**
17:12
**both**
90:4, 122:21,

122:23
**bottom**
12:13, 91:13,
91:15, 92:16,
98:3, 107:2,
110:25, 111:24,
115:10, 115:24,
116:25, 118:18,
129:22
**bought**
29:1, 60:19,
60:20, 102:25
**boxes**
49:3
**break**
7:7, 7:9, 64:5,
64:9, 64:17,
113:2, 113:6,
113:21
**break-in**
62:5
**breaks**
23:4
**brendon**
2:37, 4:11
**brick**
19:14, 19:23,
19:24
**bride**
60:2
**bride's**
60:2
**briefly**
17:15, 67:11
**bring**
42:5, 42:17,
50:24, 53:6,
76:23, 79:11,
92:19
**bringing**
78:13, 137:1,
142:1
**broadcast**
55:17
**broadway**
2:22
**broker**
17:21

**brokerage**
18:5
**brooks**
43:16, 72:19,
73:14, 73:16,
73:21, 73:25,
74:4, 74:7,
74:12, 74:15,
75:5, 80:14,
82:25, 83:5,
83:8, 84:13,
84:16, 86:6,
95:16, 96:23,
96:25, 101:17,
102:12, 104:20,
104:23, 106:10,
115:20, 119:1,
119:5, 120:4,
120:6, 120:22,
120:25, 121:6,
121:11, 121:13,
121:18, 121:21,
122:4, 123:12,
123:18, 125:1,
125:19, 136:23,
137:22, 141:19
**brought**
11:19, 12:5,
13:7, 14:11,
42:10, 52:2,
62:2, 83:15,
84:1, 132:9,
139:10
**building**
18:24, 19:7,
19:11, 19:14,
20:2, 20:7,
20:13, 21:4,
21:15, 22:10,
23:5, 26:18,
30:19, 30:20,
31:2, 31:14,
32:13, 34:19,
35:20, 36:21,
39:15, 52:24,
54:6, 60:22,
62:9, 63:6,
68:14, 76:24,

Transcript of F. Michael Conte
January 4, 2023

151

78:4, 78:6,
78:11, 78:17,
79:17, 79:19,
80:1, 80:6,
80:10, 80:20,
81:3, 81:8,
81:11, 82:8,
83:11, 83:15,
84:5, 86:2,
86:13, 86:14,
93:12, 93:14,
93:15, 93:25,
94:8, 94:15,
99:16, 100:4,
100:7, 131:25,
132:4, 132:5,
132:14, 133:25,
137:13, 137:25,
138:10, 139:3,
141:24, 142:1,
143:24
**building's**
54:20
**bulb**
75:21
**bunch**
59:19
**business**
17:24, 17:25,
18:1, 18:6,
18:18, 37:17,
38:6, 39:17,
40:9, 55:5,
56:4, 56:16,
57:4, 59:10,
61:8, 61:15,
61:21, 66:12,
66:20, 70:13,
70:16, 71:16,
76:12, 80:18,
81:7, 85:10,
93:14, 94:1,
97:9, 99:17,
132:3, 134:2,
134:14, 138:10,
138:13, 138:14,
141:23
**businesses**
38:7, 40:20,

134:15
**busy**
50:16
**bylaws**
35:24, 107:17,
109:23, 109:24,
110:1, 127:7

**C**

**call**
12:7, 14:23,
23:21, 23:25,
38:22, 39:2,
53:4, 62:11,
73:11, 86:23,
110:16, 117:6
**called**
13:11, 14:5,
42:8, 43:15,
43:17, 73:4,
83:11, 139:9,
139:14, 139:17,
139:21, 140:10,
140:11, 140:14,
140:24
**calls**
136:17, 138:6
**came**
25:15, 25:16,
47:9, 52:2,
86:6, 97:19,
97:25
**can't**
24:5, 24:20,
42:16, 54:10,
55:2, 76:12,
79:8, 88:24,
91:13, 100:12
**cannot**
13:13, 131:1,
131:5
**capture**
6:3
**care**
49:12
**caregiver**
120:9
**carrier**
11:10

**carry**
65:18
**carrying**
49:3, 50:18
**case**
2:29, 3:7, 4:7,
4:24, 7:2, 7:17,
10:1, 10:3,
13:7, 13:13,
31:20, 31:24,
41:13, 43:12,
43:13, 44:19,
44:21, 46:19,
46:24, 64:4,
81:5, 82:14,
82:21, 89:23,
105:11, 105:16,
105:22, 109:2,
109:7, 113:17,
123:17, 124:3,
127:16, 128:16,
129:18, 130:23,
131:14, 133:15,
134:19, 134:25,
136:17, 137:18,
138:8, 140:1,
140:2, 142:11,
142:16, 142:18,
142:20, 144:1,
144:6
**catch**
54:4
**caucasian**
17:14
**cc'd**
111:17, 111:19
**ccms**
2:6, 6:17,
16:4, 65:2,
65:4, 67:20,
68:3, 68:12,
68:17, 68:24,
69:23, 70:3,
70:12, 70:18,
71:2, 71:24,
84:18, 85:2,
85:10, 86:19,
87:4, 93:19,

96:21, 97:1,
97:10, 97:12,
97:16, 97:17,
101:1, 104:22,
112:2, 112:3,
121:23, 123:13,
141:18, 142:24,
143:4, 143:10,
143:14, 143:17,
143:22
**ccms's**
70:8, 70:24,
71:13, 71:20,
77:14, 78:22,
79:21, 80:20,
81:10, 81:24,
82:3, 82:7,
85:19, 88:14,
94:25, 123:22
**ccr**
1:34, 145:24
**ceiling**
58:19, 88:6
**ceilings**
62:15, 62:17
**certain**
7:13, 33:25,
41:11, 43:4
**certainly**
7:5, 7:14,
32:8, 88:25,
117:17
**certificate**
145:26
**certificates**
32:14
**certification**
145:1
**certified**
145:3
**certify**
145:5, 145:10,
145:15
**cetera**
32:14, 85:23
**chain**
111:13
**chair**
14:6

Transcript of F. Michael Conte
January 4, 2023

chairman
9:18, 13:2
chairs
67:13
chance
75:14, 111:9
change
20:13
changed
35:14, 57:1,
103:23
characteristics
135:22
check
36:6, 117:19
child
80:12
children
75:10, 79:4,
79:8, 80:9,
120:8
choose
133:10
chose
44:9, 108:7
christmas
98:5, 98:9,
98:11, 98:12,
98:13
christmastime
98:2
circle
30:23, 82:10,
112:25
city
10:5, 11:20,
102:25, 103:6
civil
1:7
clarification
141:13
clarified
121:4
clarify
25:6, 28:13,
45:24, 47:12,
57:20, 82:21
clarity
90:12

clear
28:19, 72:17,
85:13, 90:24,
127:14, 132:8,
136:3, 143:23
clearly
93:21, 94:4,
94:5, 99:5,
126:23, 136:23,
137:6
click
61:23, 62:19,
62:21, 63:3,
63:8, 63:21
client
13:4, 13:6,
82:7, 88:21,
89:17, 95:16,
96:1, 104:6,
112:14
clientele
57:10, 78:12,
78:22, 78:23,
79:21, 80:20,
81:10, 81:25,
82:4, 84:18
clinic
70:23, 75:7,
85:13, 85:14,
85:17, 85:25,
86:1, 86:12,
89:12, 94:8,
98:24, 99:11,
100:2, 100:10,
100:11, 100:20,
123:4, 123:15
close
39:14, 99:6,
99:8, 99:23
closed
56:23, 78:4,
98:5
closing
12:3
clue
27:14, 36:23,
61:2, 61:16
co-op
7:1, 7:2, 7:3,

21:16, 21:17,
21:19, 22:3,
22:17, 22:19,
22:22, 23:7,
23:11, 31:6,
31:18, 37:19,
58:3, 60:22,
64:20, 66:6,
70:5, 102:25,
103:9, 108:14,
108:17, 109:10,
112:6, 127:6,
127:8, 128:5,
132:16, 133:2,
136:10, 136:15
co-ops
103:7, 109:8
collect
12:21
color
130:12, 131:6,
135:22, 136:14
com
119:10
combination
53:1
come
7:18, 20:9,
23:22, 32:22,
38:23, 48:21,
53:9, 55:8,
55:9, 78:2,
81:14, 83:18,
86:1, 86:15,
106:4, 106:24,
111:5, 114:6
comes
54:13, 78:7,
79:18, 84:24
coming
48:5, 48:7,
49:16, 49:18,
58:18, 66:19,
66:21, 67:8,
76:9, 77:22,
77:23, 78:12,
79:15, 79:16,
80:6, 80:9,

83:2, 85:15,
88:2, 100:3,
133:23
commencement
145:6
comments
119:5
commercial
21:17, 21:19,
112:6
committed
113:5
communicate
129:8, 142:23,
143:2
communication
118:6
community
1:5, 2:6, 4:3,
4:18, 5:18,
6:16, 82:12,
97:10
companies
93:7
company
28:16, 28:17,
29:12, 29:23,
30:2
compared
102:6, 105:24
comparison
106:2
complete
141:4
completely
6:2, 88:19
concern
79:1, 81:6,
81:19, 136:20
concerned
76:7, 78:15,
80:9, 81:16,
100:6, 101:15
concerns
77:14, 77:17,
77:21, 78:21,
79:21, 79:24,
80:4, 80:7,

Transcript of F. Michael Conte
January 4, 2023

153

80:19, 81:2,
81:21, 81:24,
82:3, 84:18,
101:19
**concluded**
144:15
**conditions**
8:4
**conduct**
8:19, 8:23,
135:19
**conducted**
1:27, 75:12
**conducting**
135:16, 136:11
**conducts**
41:2
**conference**
55:16, 59:21,
72:6
**confirm**
46:14, 87:3
**confirmed**
110:13, 120:6
**confirming**
122:3
**conformant**
93:13, 94:20
**confused**
95:24
**confusing**
90:16
**confusion**
95:21, 106:12
**connected**
29:5
**connection**
10:4, 14:17,
21:18, 25:20,
30:18, 58:3,
65:1, 108:17,
142:20, 143:9
**consensus**
79:23, 80:22
**consent**
130:4, 130:5,
130:7, 130:8,
130:11, 131:2,

131:5, 131:6,
131:12
**consider**
107:14
**consideration**
13:17
**considered**
62:8, 135:16
**consistent**
85:18, 85:20,
85:21, 104:21,
120:13, 120:17,
120:19, 120:21,
120:24, 121:1,
121:6, 121:12,
122:4, 122:7,
122:9, 123:14,
136:2
**conspiracy**
13:5, 13:6,
13:10
**consummate**
103:5
**contact**
45:25, 46:10,
87:9, 87:15,
87:18, 88:13,
89:20
**contain**
116:22, 117:11
**contained**
116:19
**conte's**
124:17
**context**
109:15
**continue**
64:6, 91:7,
96:13
**continuing**
110:9
**contract**
103:1
**contractors**
32:5
**convened**
23:18, 83:9
**convention**
91:8

**conventional**
93:9, 93:24,
93:25, 94:4,
94:7, 94:21,
99:17, 105:2,
105:4
**conversation**
5:23, 41:9,
58:22, 138:21
**conversations**
6:4
**converted**
60:22
**cool**
92:22, 115:11
**coop**
3:19, 127:23,
129:20, 129:23
**cooperative**
40:18, 130:9,
134:3
**coordinate**
37:10, 40:2,
78:1
**copy**
119:12, 119:16,
125:24, 126:4
**corporation's**
130:10
**correct**
13:19, 15:15,
21:16, 25:5,
28:2, 28:4,
28:12, 33:10,
37:3, 56:23,
57:13, 57:14,
68:20, 71:11,
96:3, 96:14,
105:9, 105:20,
107:22
**could**
10:20, 17:10,
19:10, 26:2,
28:23, 34:20,
35:3, 38:25,
39:2, 40:14,
41:1, 44:8,
48:16, 48:17,

51:15, 53:14,
54:8, 54:25,
59:17, 62:3,
72:1, 73:1,
73:4, 74:9,
82:15, 83:23,
91:22, 92:17,
92:23, 95:5,
95:9, 97:8,
105:13, 106:7,
106:15, 110:4,
110:20, 113:6,
113:22, 114:16,
115:23, 116:12,
117:19, 117:24,
118:4, 118:5,
119:25, 122:19,
122:23, 126:7,
128:6, 128:25,
129:21, 136:10,
136:15, 139:16,
141:9, 141:16
**couldn't**
20:16, 26:4,
38:23, 39:24,
48:15, 59:5,
60:3, 66:2,
66:3, 67:18,
84:22, 128:21,
128:24
**counsel**
4:14, 16:17,
46:24, 90:4,
145:17, 145:19
**counsel's**
112:23
**counseling**
1:6, 2:7, 4:4,
4:18, 5:18,
6:16, 79:7,
79:9, 97:10
**count**
34:23, 42:12,
42:13, 50:12,
56:8
**counted**
60:10, 60:14
**countries**
40:21

Transcript of F. Michael Conte
January 4, 2023

county
9:11, 13:1
couple
33:4, 60:18
course
69:6, 70:2,
71:14, 113:7,
130:19
court
1:1, 4:6, 5:2,
6:9, 10:3,
11:17, 13:23,
14:13, 145:4
courtroom
8:1, 14:1
cover
7:17
coverages
10:10, 11:9
covid
20:11, 52:1,
55:24, 57:1,
57:5, 66:1,
68:9, 68:10
cpia
17:18
crack
79:8, 80:9,
80:15
created
12:6, 12:13
creating
104:14
credit
37:20
creed
130:12, 131:6
criminal
14:4, 75:8,
75:23, 78:16,
81:18
crr
1:34, 145:24
cuff
75:24
current
17:19, 25:9
currently
27:15, 47:14,

65:20
customary
107:15, 107:25,
108:2, 108:3,
108:23, 109:14
customers
49:20, 101:4,
101:14
cut
95:8
cv-(nrb
1:8

D

daily
55:21, 76:24,
85:3, 98:22,
101:6, 101:9,
101:11, 101:15,
121:9, 121:23
damon
2:28, 4:25,
142:18
dangerous
48:24, 49:1
dark
67:4
date
4:8, 36:7,
98:4, 98:7,
98:11, 112:5,
116:19, 116:22,
117:3, 117:4,
117:8, 117:11,
117:22, 128:21,
128:24, 145:13
dated
98:15, 145:27
dawn
101:25
day
20:3, 20:14,
39:18, 40:8,
50:12, 50:15,
63:16, 71:14,
76:21, 78:8,
78:16, 79:2,
85:5, 85:8,

98:13, 112:1,
116:3, 120:8,
121:24, 136:4,
137:7, 138:11
day-to-day
23:4, 75:3,
75:6, 77:7
days
40:9, 43:4,
86:13, 101:10,
118:25
deadline
40:18
deal
18:5, 40:14,
45:10, 103:5,
140:3
dealers
50:17
dealing
138:10
debate
139:19
dec
3:16
december
68:5, 68:11,
92:7, 92:25,
94:24, 104:9,
107:9
decide
114:2
decided
108:9, 108:11,
108:13, 125:11,
125:12
decision
22:25, 32:20,
44:18, 45:4,
45:18, 137:16,
138:3, 138:5,
139:1, 141:8,
141:22
decisions
22:22, 22:24,
23:6, 23:11,
23:13, 23:15,
30:24, 31:1,

31:11, 31:18,
32:10, 33:11
deductions
12:7
defendant
2:26, 4:25,
16:17
defendant's
95:18, 106:8
defendants
1:22, 2:16,
4:22, 6:21,
6:25, 16:20,
16:21, 96:2
definitely
98:12
degree
17:17
deliberated
122:25, 123:1
delivery
50:4, 56:9
denial
45:18, 65:2,
87:5
denied
46:22, 47:5,
47:8
deny
36:2, 37:12,
44:17, 143:21
denying
84:14
depo
113:7
depos
2:36, 4:12,
5:4, 90:17
deposed
9:6, 9:8, 9:12,
9:17, 9:21,
13:22, 15:4
deposition
1:25, 4:2,
4:12, 5:17,
6:18, 8:20,
8:23, 9:2, 10:4,
10:8, 10:12,

11:4, 11:11,
12:23, 14:20,
15:7, 15:11,
15:14, 15:19,
16:14, 16:20,
17:2, 17:5,
20:18, 90:13,
90:23, 90:25,
91:1, 91:5,
91:8, 95:16,
96:1, 106:9,
110:7, 114:25,
126:9, 144:13,
144:15
**depositions**
118:4
**descent**
17:13
**describe**
17:10, 17:16,
19:10, 48:16,
48:17, 51:15,
55:12, 59:17,
62:3, 75:5,
115:19, 131:10,
131:17
**described**
75:7, 78:12,
85:16, 94:15,
123:5
**describes**
115:17
**description**
3:14, 37:16,
98:22, 99:4,
100:14, 104:21,
120:12, 120:13,
120:14, 120:17,
121:5, 121:10,
121:11, 121:12,
123:22, 125:10,
125:20
**desks**
59:20, 67:13
**details**
29:19
**determination**
143:21

**determine**
24:8, 133:11
**determined**
12:3, 12:17
**di**
135:7
**died**
21:9, 70:1
**difference**
24:2, 24:4,
73:10
**different**
19:21, 40:20,
40:21, 41:8,
57:10, 62:12,
90:25, 95:22,
106:6
**difficult**
6:3, 34:17
**difficulty**
117:14
**directly**
45:11, 46:4,
126:4, 129:8
**directors**
35:7, 130:4,
133:6, 133:23
**disability**
130:13, 131:7
**disbarred**
12:19
**discrepancy**
123:21
**discriminate**
133:13, 136:19,
136:21, 138:3,
138:14
**discriminated**
141:18
**discrimination**
134:7, 134:9,
134:13, 134:18,
135:21, 136:13,
141:10, 141:16
**discriminatory**
64:25, 65:1
**discuss**
13:13, 23:22,

43:22, 64:18,
84:14, 101:24,
109:18, 112:18,
138:20, 143:19,
143:25
**discussed**
43:16, 74:25,
75:3, 77:3,
77:8, 80:7,
83:9, 84:19,
137:23, 137:25
**discussion**
32:25, 33:6,
41:4, 75:13,
82:7, 82:11,
82:18, 82:19,
94:11, 102:14,
125:3, 137:21
**dismissed**
13:8, 14:4
**display**
95:11
**distributed**
98:15
**district**
1:1, 1:2, 4:6
**diverse**
135:11
**divot**
66:1
**doc**
110:6
**doctormann**
25:16, 27:22,
27:25, 28:1,
28:20, 29:2,
69:3, 70:7,
72:18, 82:3
**document**
91:12, 91:21,
91:24, 92:3,
92:16, 95:14,
96:7, 96:11,
96:16, 97:7,
97:15, 97:23,
106:5, 106:6,
106:10, 106:16,
106:19, 106:21,

106:23, 110:3,
110:5, 110:6,
111:1, 111:3,
111:7, 111:10,
112:22, 114:24,
115:5, 115:8,
115:13, 126:7,
126:8, 126:10,
126:15, 126:21,
127:1, 127:19,
127:23, 128:2,
128:4, 128:9,
128:12, 128:14,
142:5
**documents**
12:12, 16:5,
71:7, 90:1,
90:2, 112:24,
117:13, 127:11,
132:7
**doing**
9:16, 29:15,
29:20, 75:20,
75:23, 76:19,
76:20, 85:7
**donald**
69:11
**done**
39:9, 40:3,
41:5, 43:14,
45:20, 80:3,
102:20, 102:21,
102:24, 103:9,
103:14, 103:21
**door**
39:14, 54:7
**doorman**
93:17, 94:10
**doors**
48:20, 51:4,
67:3
**down**
6:10, 14:6,
53:4, 53:6,
56:13, 60:3,
78:7, 79:18,
84:25, 91:17,
91:23, 98:7,

103:2, 106:17,
106:18, 106:20,
106:22, 110:22,
110:23, 111:5,
112:22, 113:23,
115:4, 115:7,
115:9, 115:24,
122:20, 126:16,
128:1, 136:9,
142:6
**download**
90:5
**downplay**
85:25
**dream**
60:2
**drink**
61:13
**drop**
34:22, 52:8
**dropped**
48:8, 88:23
**drug**
80:12
**due**
72:23
**duly**
5:7
**dumbfounded**
83:13
**during**
10:11, 32:23,
52:1, 55:5,
63:19
**dust**
12:2

**E**

**each**
5:25, 6:2,
19:16, 25:13,
25:25, 35:2,
47:15, 47:16,
51:19, 51:22,
55:7, 76:20,
83:16
**earlier**
5:17, 30:17,

47:3, 47:13,
113:20, 120:15
**early**
71:18, 110:13
**easier**
110:17
**eastern**
4:10
**eat**
113:19
**ebt**
15:24
**educational**
17:16
**effect**
7:25, 81:6,
81:10
**eight**
56:2, 58:17
**eighth**
57:11, 57:16,
57:23, 58:1,
65:12, 65:16,
65:19, 65:21,
65:25, 66:15,
66:23, 67:6,
67:10, 67:17,
67:21, 68:3,
68:13, 70:4,
70:9, 71:3,
77:15, 85:3,
85:11, 95:1,
97:13, 101:2,
101:5, 101:14,
105:9, 105:20,
121:9
**either**
58:15, 90:18,
142:24
**elected**
25:7
**elevator**
51:1, 51:2,
52:18, 52:21,
53:1, 53:2,
53:6, 53:7,
53:10, 53:13,
53:17, 54:15,

55:1, 55:3,
56:11, 56:14,
66:15, 66:18,
66:20, 82:7
**elevators**
52:23, 52:25,
55:4, 55:6, 79:2
**eliminate**
136:12
**else**
8:13, 15:1,
15:10, 16:13,
28:24, 41:8,
43:24, 71:21,
76:25, 77:2,
79:15, 113:14,
122:2, 142:8,
144:4
**email**
3:16, 87:12,
92:9, 92:13,
92:25, 93:20,
94:14, 97:20,
98:14, 100:9,
101:20, 102:4,
102:6, 103:14,
103:18, 103:25,
105:1, 105:25,
107:6, 107:8,
107:11, 107:20,
109:22, 110:21,
111:13, 111:19,
116:13, 116:15,
116:22, 117:7,
117:10, 117:24,
118:11, 118:14,
118:19, 118:22,
119:10, 119:19,
121:5, 125:24,
142:25
**emailed**
112:3
**emails**
14:21, 15:23,
15:25, 16:2,
88:18, 92:12,
116:18, 117:19
**emil**
2:36, 90:2,

90:6, 91:16,
91:20, 92:20,
95:5, 95:9,
95:23, 96:8,
97:6, 98:6,
98:17, 106:7,
106:17, 107:1,
110:4, 110:21,
110:25, 111:22,
112:21, 114:16,
115:3, 115:23,
116:12, 117:1,
122:19, 126:6,
126:15, 128:6,
129:21, 142:5
**emory**
73:14, 96:23,
106:10, 115:20,
119:1, 119:5,
120:22
**emotional**
139:11
**employee**
57:21, 104:17,
145:16, 145:18
**employees**
51:5, 52:15,
53:24, 54:10,
55:15, 55:20,
56:10, 57:1,
57:6, 59:24,
60:25, 66:15,
76:6, 78:14,
101:1, 101:14,
102:8, 124:22
**employers**
81:12
**empty**
21:8, 21:9,
69:6
**end**
13:16, 75:19,
75:20, 78:7,
103:11, 144:13
**ended**
82:24
**engineering**
53:20

Transcript of F. Michael Conte
January 4, 2023

157

engineers
25:24, 68:21,
69:9
enormous
59:25, 60:6
enough
102:17
enter
49:11
entered
82:8
entering
81:7, 81:8,
100:7
entire
111:10, 127:23
entirely
110:6
entities
20:19, 20:21,
47:14
entitled
32:8
entity
25:18, 100:10
entry
12:14
environment
134:4
equipment
48:22, 48:25,
50:5, 50:21,
50:24
eric
25:16, 27:25,
70:6, 72:18
especially
100:8
esq
2:10, 2:21,
2:29
essentially
5:22
est
1:29
estate
11:25, 60:4
et
32:14, 85:23

ethnicity
7:13, 7:15,
17:11, 26:20,
26:21, 26:24,
27:5, 27:13
europe
41:20, 73:2
eve
98:9, 98:11,
98:13
even
20:4, 40:14,
42:9, 42:16,
48:23, 54:15,
55:2, 60:3,
71:16, 73:11,
76:12, 79:6,
79:8, 80:11,
83:18, 86:14,
88:22, 88:24,
89:15, 93:21,
94:11, 99:6,
99:8, 99:10,
99:23, 100:12,
100:17, 101:25,
103:2, 103:4,
113:9, 125:8,
138:17, 138:22
event
118:24, 145:20
events
61:18
ever
9:5, 14:16,
16:16, 30:14,
36:13, 36:24,
38:16, 45:21,
47:23, 48:1,
50:4, 51:9,
51:12, 53:23,
54:11, 57:25,
59:13, 61:11,
61:17, 61:25,
63:12, 66:14,
66:22, 66:25,
73:13, 87:20,
94:12, 104:8,
112:18, 119:18,

119:21, 126:3,
130:16, 135:15
every
20:3, 20:14,
39:18, 50:11,
60:2, 78:9,
78:10
everybody
19:21, 24:15,
40:19, 64:9,
72:2, 76:25,
79:23, 83:12,
89:8, 101:24,
103:13, 113:14,
140:5
everybody's
40:3, 66:2
everyone
75:14, 81:16,
98:16, 110:17,
134:1, 134:8,
134:12, 138:9,
144:11
everyone's
86:4
everything
39:3, 83:19,
103:2
evidence
111:15, 136:9,
141:21
ex-criminal
75:9
exact
137:23
exactly
70:17, 94:21,
104:24, 139:10
examination
3:3, 5:12,
142:16, 145:7
example
12:8, 32:1,
32:19
examples
23:14
except
4:23, 20:14,

22:11, 35:17
exception
134:1
excerpted
3:18, 127:2
excused
14:8
exhibit
3:16, 3:18,
90:7, 90:9,
90:21, 91:4,
95:10, 95:12,
95:15, 95:18,
95:22, 106:9,
106:13, 110:18,
114:18, 114:20,
126:11, 126:12,
129:19
exhibits
90:5
existential
138:18
exit
48:20, 49:11
explains
141:22
explanation
93:18, 120:22
exploded
89:16
exposures
94:1
express
77:14, 77:17,
80:19, 84:17,
101:19, 138:4
expressing
81:2, 81:6
extent
10:18, 14:9,
107:3, 118:23
extracted
126:24
eyes
42:16, 74:23,
133:17

---

**F**

---

face
83:22

Transcript of F. Michael Conte
January 4, 2023

fact
80:1, 88:17,
89:19, 97:19,
117:21, 118:16,
133:17, 137:10,
137:13, 137:24,
139:1, 143:16
failed
130:7
fair
40:7, 100:23,
108:19, 132:13
false
12:6
familiar
48:11, 69:8,
69:20
familiarize
134:6
family
18:18
fantastic
114:2
fantasy
99:21
far
21:6, 43:1
fashion
103:22
father
58:9, 58:10
favor
33:21
federal
134:7, 134:17
fedex
50:12
feel
140:6
feels
139:21
feet
19:18
felt
140:10
few
113:15, 118:25,
127:10, 142:11,

142:20
fewer
35:9
field
116:16
fifth
51:13, 51:16,
51:25, 52:6,
52:8, 52:9,
52:13, 52:16,
52:19, 53:12,
53:15, 53:16,
53:20, 53:24
fighting
24:15
figure
19:20, 40:10,
62:6, 76:5,
79:10, 84:22
figured
103:12, 103:22
file
90:18, 95:7,
95:10, 106:10
files
90:17
fill
103:3, 103:8
filled
123:19
fills
36:3
films
21:1, 21:2,
47:18, 48:12,
49:9, 49:14,
49:25, 50:20,
51:6
finally
7:11
financially
145:20
financing
129:8
find
37:22, 41:1,
48:5, 48:7,
70:20, 124:7,

124:13, 127:20,
139:16
finding
117:14
fine
91:9, 106:25,
117:9
finish
6:2, 113:16
finished
110:3, 126:6
firm
11:24, 18:5,
18:12, 18:14,
18:16, 25:21,
53:20, 123:2,
142:19
first
9:20, 36:9,
47:24, 48:1,
48:8, 48:17,
48:18, 48:22,
49:6, 49:9,
49:17, 50:5,
50:25, 68:16,
92:24, 94:25,
103:7, 112:5,
130:3
fit
38:6, 78:5,
78:6, 78:10,
79:17, 83:11,
85:24, 132:10,
132:14, 137:24,
139:3, 143:23
fits
78:9, 132:3
fitting
80:23
five
24:13, 24:25,
27:15, 27:18,
27:24, 30:13,
34:5, 41:14,
56:1, 64:4,
64:8, 101:11,
114:1, 128:22,
133:5, 138:19

fix
88:5
flavor
132:4
flexible
38:22
flies
9:13
floors
20:20, 21:4,
21:7, 22:11,
35:2, 35:5,
35:20, 47:18,
48:12, 51:13,
51:16, 57:11,
60:9, 62:13,
65:8, 68:13,
68:24, 84:7,
131:2, 133:5,
133:20
fluctuate
27:19
fluid
35:9
fly
103:12
focus
107:2, 111:22,
129:13
focused
121:17, 122:16
focusing
111:24
follow
119:21
following
121:20, 124:19
follows
5:8
food
56:9
foot
20:15
force
7:25
foregoing
145:11
forensic
12:16

forget
22:6
forgot
25:15
form
5:23, 42:22,
105:16
formal
33:15, 33:17,
33:18, 44:25,
132:17, 132:19
formed
77:18
former
103:25
forth
14:22, 136:24,
145:14
forward
19:6, 93:9,
102:10, 102:14,
102:15, 123:24,
124:23, 125:3,
125:4, 125:11,
125:13, 140:20
forwarded
92:9, 111:20
forwards
92:11
found
14:10, 89:2
four
24:13, 24:14,
25:1, 25:3,
27:21, 34:7,
41:14, 42:14,
42:15, 55:16,
56:1, 58:19,
88:6, 117:23,
138:18
fourth
51:12, 51:16,
51:25, 52:6,
52:7, 53:15,
53:20, 53:24,
120:1
frame
42:24, 43:2

france
27:8, 72:22
frank
5:11
franklin
9:18
frankly
35:1, 66:2,
73:8, 89:2,
100:18, 102:1,
135:6
freight
22:6, 53:1,
53:2, 53:6,
56:14
french
27:1, 27:2,
27:6, 27:9
friday
56:22, 99:18
front
16:9, 53:10,
54:7, 83:23
full
5:10, 18:4,
92:20, 98:19,
120:1, 127:18
fully
8:5, 8:10, 8:15
funny
89:8
furniture
88:15
further
23:22, 144:2,
145:10, 145:15

G

game
84:8
garbage
53:4, 53:6
garfinkel
2:20, 4:21
gary
25:14, 25:17,
25:20, 26:3
gears
64:3

general
19:15, 23:21,
24:10, 34:16,
35:8, 44:14,
54:10, 56:16,
80:22
generally
19:10, 27:24,
31:17, 48:11,
48:18, 51:15,
55:7, 55:12,
62:3
getting
23:18, 67:25,
79:12
gg
90:7, 90:9,
90:18, 91:4
giant
59:21
give
7:24, 10:15,
98:22, 103:13,
130:7, 130:11,
131:5
given
38:16, 93:18,
102:8, 111:16,
123:21, 124:21
glad
75:17
go
5:20, 11:6,
15:5, 19:12,
20:1, 20:15,
23:25, 34:24,
37:21, 44:1,
46:6, 48:21,
50:10, 51:3,
53:4, 54:17,
58:21, 66:15,
66:20, 67:7,
83:18, 88:7,
90:1, 91:22,
97:5, 97:6,
98:3, 98:17,
102:10, 102:14,
115:9, 123:24,

124:23, 125:3,
125:4, 125:11,
125:12, 125:14,
128:7, 133:16,
135:8, 139:5
god
14:3, 67:12,
68:6, 73:10
goes
27:7
going
5:16, 5:20,
5:22, 7:11, 9:9,
9:13, 13:5,
17:8, 19:6,
19:17, 21:10,
21:25, 25:2,
27:1, 30:23,
32:6, 40:11,
42:1, 42:18,
45:12, 47:15,
48:14, 49:16,
49:18, 49:20,
49:24, 52:19,
53:11, 53:24,
54:6, 56:8,
57:25, 60:5,
63:12, 64:2,
64:11, 64:18,
66:21, 67:3,
68:5, 69:5,
71:17, 72:9,
75:21, 76:2,
76:9, 78:24,
80:5, 81:17,
83:16, 83:24,
85:14, 85:15,
85:22, 86:7,
89:11, 89:15,
89:25, 90:3,
91:14, 97:3,
98:8, 99:14,
103:12, 106:5,
107:1, 109:7,
109:13, 112:24,
113:25, 114:9,
117:6, 118:9,
126:10, 127:12,

Transcript of F. Michael Conte
January 4, 2023

160

129:12, 132:1,
133:21, 135:10,
135:13, 135:14,
136:2, 136:5,
136:8, 144:14
**gone**
61:11
**good**
5:13, 5:15,
41:15, 64:4,
91:18, 93:11,
111:5, 111:8,
113:1, 128:8,
128:10
**google**
70:18, 70:20,
73:16, 73:20
**gott**
11:16, 11:23
**governing**
127:8
**grave**
139:6
**great**
90:8, 114:1,
124:9
**green**
17:13
**grill**
1:16, 2:17,
6:23, 20:23,
25:11, 26:14,
26:20, 61:21,
69:1, 70:6,
72:17, 80:19,
80:24, 81:1,
81:21, 87:18
**grillo**
20:22
**ground**
47:21
**grounds**
130:15, 131:8
**guards**
75:25, 76:3,
76:4, 76:8,
76:13
**guercio**
69:20

**guess**
12:7, 13:6,
13:16, 14:3,
19:19, 24:4,
24:21, 27:8,
32:13, 34:6,
34:24, 37:16,
39:7, 39:8,
41:10, 44:9,
44:24, 44:25,
48:21, 53:1,
54:9, 57:5,
58:10, 59:8,
65:23, 141:12
**guy**
21:9, 22:5,
22:9, 26:22,
42:11, 42:17,
43:19, 45:2,
50:11, 50:12,
54:12, 56:9,
60:4, 132:1
**guy's**
73:2
**guys**
102:22, 114:2,
114:4

**H**

**hand**
20:25, 21:2,
33:19, 33:23,
47:18, 48:12,
49:8, 49:14,
49:25, 50:20,
51:6, 84:20,
86:23
**handle**
23:3
**handled**
13:5
**hands**
83:12, 83:13
**happened**
82:23, 83:7
**happy**
6:8, 64:6,
117:3, 138:21

**hard**
55:25, 102:17
**head**
6:12, 75:21,
89:16
**heading**
116:15
**health**
100:22
**hear**
31:23, 80:24,
138:14
**heard**
62:10, 73:14,
79:6, 94:10,
122:17
**held**
20:25, 21:2,
34:24, 47:18,
48:12, 49:9,
49:14, 49:25,
50:20, 51:6,
103:10, 103:11
**hello**
142:17
**help**
88:4, 90:3,
135:21, 141:16
**helpful**
32:18
**helps**
84:8
**here**
4:1, 8:25,
20:3, 20:6,
20:10, 20:17,
33:5, 38:7,
39:16, 39:17,
39:18, 54:2,
54:6, 56:2,
56:18, 60:17,
76:6, 77:1,
78:13, 78:14,
79:12, 80:23,
83:17, 85:1,
86:7, 86:10,
86:21, 94:16,
94:17, 98:14,

99:8, 99:13,
99:14, 100:25,
101:6, 103:10,
129:2, 132:10,
132:18, 134:1,
134:24, 135:3,
138:12, 138:13,
141:22, 143:18
**here's**
103:3
**hereby**
145:5
**hereinbefore**
145:13
**hey**
86:24
**high**
62:15, 62:17
**high-traffic**
57:8
**hike**
58:21, 88:3
**himself**
12:15, 41:6,
93:1, 93:2,
136:6, 136:24
**hired**
12:12
**history**
17:16, 37:18,
109:10
**hoists**
51:2
**hold**
24:10, 41:21,
43:3, 71:23,
78:3, 96:9,
143:8
**holding**
109:18
**holdings**
1:14, 4:5
**holds**
59:4
**hole**
78:10
**holiday**
101:25, 102:23

Transcript of F. Michael Conte
January 4, 2023

161

holidays
71:15, 112:4
home
44:1, 54:17,
57:7, 86:18
homeowners
18:5
honest
68:7, 76:13
honestly
54:12, 65:6,
100:16
honig
11:15, 17:23,
18:3, 18:8,
18:11, 18:13,
18:20, 18:23,
19:1
hope
71:22
hostetler
2:9
hosts
61:18, 63:8
hour
38:12, 72:10,
79:14, 113:8,
113:10, 113:11
hours
43:4, 49:13,
53:19, 55:5,
56:16, 61:14,
63:20, 63:24,
76:17, 76:18,
78:25, 84:21,
84:23, 85:6,
85:8, 93:15,
137:6

**I**

idea
30:7, 50:2,
51:23, 57:24,
61:5, 61:10,
61:19, 71:21,
85:25, 87:11,
87:16, 87:19,
100:16, 100:18,

112:12
ident
3:14
identification
110:19, 126:13
identified
123:15, 136:23,
137:6
identify
4:15, 7:3,
20:19, 101:1,
119:9
ignoring
122:14
image
121:14
imagine
34:3, 53:15,
60:3, 76:12,
79:9, 96:24,
100:12, 126:1
important
5:21, 84:12
impression
83:4, 139:23
in-person
38:19, 39:4
inc
1:15, 1:21,
2:17, 6:23,
96:20
included
127:7, 127:10
including
22:9, 27:16,
83:13
income
84:6, 84:7,
84:8, 131:24
inconsistencies
99:7, 101:19,
102:7, 106:1,
125:9, 137:3,
137:5
inconsistency
121:15, 122:11,
125:20
inconsistent
85:21, 99:12,

102:4
incorporation
127:9
indicated
99:7, 109:8
indication
97:20
individual
16:21, 62:24,
67:16, 109:17
individually
73:20
individuals
7:13, 20:19,
20:21, 26:1,
34:23, 47:14,
53:11, 132:25
inevitably
23:23
inform
44:23, 86:19,
87:1, 109:20
information
36:6, 45:13,
105:8, 105:19
informed
87:4
informing
112:3
informs
44:17, 45:4
infrastructure
79:25
input
23:15, 23:18
insensitive
7:14
inside
19:23
install
88:14
instead
31:3, 53:3
instructions
5:21, 140:4
insulting
74:19, 74:22
insurance
10:10, 11:8,

17:18, 17:21,
18:4, 18:6,
32:6, 32:14,
57:8
insure
18:6
intend
133:13
intended
123:13
intercom
23:16, 33:1
interest
86:4, 131:23
interested
70:10, 127:17,
129:7, 145:20
interesting
42:5
internal
51:1, 51:2,
51:18
internet
37:21, 37:22,
37:25, 70:17
interrupt
125:17, 135:9
interview
38:3, 38:8,
38:13, 38:17,
38:19, 39:6,
39:12, 39:21,
40:1, 40:6,
40:22, 41:2,
41:9, 41:10,
41:12, 41:21,
42:8, 42:20,
43:23, 44:3,
45:24, 46:11,
46:15, 71:24,
72:4, 72:8,
72:12, 72:21,
72:25, 73:5,
73:13, 73:17,
73:22, 73:24,
74:3, 74:8,
74:13, 75:1,
75:12, 75:16,

75:20, 77:4,
77:9, 77:13,
77:16, 77:17,
80:15, 81:21,
81:25, 82:6,
82:23, 83:8,
84:17, 85:9,
87:8, 87:21,
88:12, 101:17,
102:10, 102:11,
104:19, 107:16,
108:1, 108:5,
108:6, 108:12,
108:15, 108:24,
109:9, 109:19,
109:25, 115:20,
116:2, 118:25,
119:4, 121:7,
121:19, 121:20,
121:21, 122:5,
122:18, 123:25,
124:24, 125:1,
125:11, 125:13,
125:19, 137:22

**interviewed**
47:4, 103:4,
108:8, 108:10,
119:7, 133:1

**interviews**
46:16, 108:17,
135:16, 135:20,
136:12

**introduced**
41:6

**investigation**
12:16

**invited**
44:8

**involve**
32:4, 32:11

**involved**
24:24, 25:1,
32:12, 36:10,
36:13, 47:7,
103:20, 104:3,
108:5, 108:20,
108:21, 108:25

**involvement**
9:10

**iola**
12:18

**ironed**
40:15

**irresponsible**
88:19

**issue**
9:19, 63:25,
84:21

**issues**
75:9, 84:19,
134:13, 140:5

**issuing**
112:18

**italian**
17:13

**item**
12:13

**items**
117:14

---
### J

**jamming**
79:2

**january**
1:28, 4:8,
71:18, 72:3,
75:1, 77:3,
101:18, 107:14,
115:20, 118:15,
118:17, 121:7,
121:18, 125:14,
125:18, 142:22,
143:3, 143:13,
145:27

**jersey**
12:25, 13:11,
145:5

**jewish**
82:12

**job**
1:32, 88:10

**joe**
25:11, 26:16,
70:6, 72:17

**joey**
20:22, 20:23,
62:6, 63:5

**join**
43:12, 46:19,
128:16, 133:15

**joke**
55:22

**joseph**
1:16, 2:17,
6:23

**judgment**
12:20

**junk**
55:18

---
### K

**kaled**
17:1, 23:3,
30:18, 30:19,
33:9, 35:18,
36:5, 44:11,
44:22, 44:24,
44:25, 97:20,
98:15, 102:20,
103:20, 104:5,
104:17, 107:20

**kaled's**
37:8

**kaleed**
30:18

**keep**
12:15, 50:22,
55:25, 90:21,
98:8, 137:8

**keeps**
48:14, 50:21

**ken**
11:23, 12:5

**kenneth**
11:16

**key**
54:10, 55:1,
55:2

**kids**
79:4

**kind**
18:2, 22:24,
22:25, 23:20,
24:22, 26:22,
41:3, 47:15,

55:24, 59:10,
59:22, 61:21,
70:13, 70:16,
70:23, 78:18,
80:12, 85:9,
85:14, 113:21,
126:16, 133:7,
133:25, 134:11,
138:15, 141:5,
141:14

**kinds**
49:4, 135:7,
138:11

**kitchen**
55:19

**kk**
114:18, 114:20,
115:1

**knew**
16:23, 45:2,
74:20, 83:21,
83:23, 87:1,
89:10, 89:15,
94:22, 103:11,
132:9

**knock**
113:23

**knowing**
119:6, 127:17

**knowledge**
5:25, 89:1

**known**
46:20

**knows**
73:10, 103:7

---
### L

**labeled**
95:6, 95:10,
95:22, 110:5,
114:18, 126:9

**lady**
132:2

**lakes**
9:18

**land**
99:21

**large**
12:4, 62:15,

Transcript of F. Michael Conte
January 4, 2023

163

62:18
**larger**
126:25
**last**
28:10, 35:12,
36:21, 38:11,
41:4, 41:19,
51:24, 58:14,
61:20, 65:24,
69:19, 70:1,
86:25, 105:15,
110:10, 113:11,
122:20, 128:22
**lately**
20:5, 35:10,
58:6, 58:8
**later**
7:18, 43:22,
60:19
**law**
13:11, 13:12,
13:16, 130:15,
131:8, 142:18
**laws**
134:7, 134:9,
134:18
**lawsuit**
9:11, 10:1,
11:12, 12:23,
64:20, 140:20
**layout**
55:13, 63:1,
67:6
**lead**
93:23, 108:22
**leak**
48:4, 48:6,
58:18, 67:8,
88:2
**learned**
94:25
**lease**
35:25, 43:20,
65:16, 65:18,
88:22, 93:5,
129:11, 130:2,
130:5, 135:4,
137:12

**least**
35:7, 85:8,
130:9
**leave**
14:15, 98:18
**led**
105:1
**left**
22:4, 43:16,
83:3, 83:8,
84:13, 84:16
**lehr**
16:25, 33:9,
44:10, 92:9
**lender**
129:9
**lengthy**
126:17
**less**
34:22, 60:12,
90:2
**let's**
15:5, 55:11,
55:25, 58:24,
59:2, 64:8,
72:17, 90:20,
90:23, 113:14
**letter**
90:19, 94:23,
99:21
**lettering**
110:8, 110:9
**letting**
78:15
**level**
51:3, 105:8,
105:19
**licensed**
98:24
**lie**
140:25
**lied**
140:23
**lies**
122:13
**lifestyle**
12:17
**light**
75:21

**light-skinned**
26:22
**limit**
40:5
**limited**
59:1
**line**
12:13, 94:9,
129:9
**lines**
88:14
**links**
90:4
**list**
117:23
**litigation**
9:19, 12:19
**little**
30:24, 57:10,
81:16, 91:20,
92:18, 92:21,
106:24, 111:5,
111:6, 114:4,
115:7, 117:13,
128:7, 128:8
**live**
13:2, 39:18,
135:4
**living**
12:17
**llc**
1:14, 4:5
**llp**
2:20, 2:28
**lobby**
78:1, 78:2
**local**
134:6, 134:17
**located**
18:21, 52:16
**lock**
55:8, 55:9
**locked**
54:7, 55:2
**log-in**
16:11
**long**
18:7, 18:15,

19:1, 20:8,
21:23, 25:13,
25:25, 26:7,
26:11, 26:15,
28:6, 30:11,
30:19, 38:8,
50:15, 60:15,
62:5, 63:3,
63:7, 65:15,
72:8, 78:17,
79:2, 84:13,
136:4, 138:11
**look**
37:24, 48:25,
62:12, 86:6,
92:18, 98:20,
117:24, 124:14,
127:12, 127:24,
128:3, 132:12,
132:15, 133:19
**looked**
67:4, 120:15,
132:7
**looking**
60:5, 83:16,
91:4, 93:8,
94:22, 105:6
**looks**
48:24
**lost**
15:16
**lot**
37:22, 53:17,
56:6, 57:9,
70:21, 76:14,
84:9, 86:12,
88:19, 88:22,
93:7
**loud**
93:4, 97:9,
122:24
**low**
79:18, 93:12,
94:20, 100:10,
100:11, 105:3,
105:4, 132:4,
132:6
**lucky**
56:19

Transcript of F. Michael Conte
January 4, 2023

164

lunch
113:2, 113:6

**M**

machines
117:25
made
118:3, 138:5,
139:1, 141:23
mail
52:2, 52:9,
62:2
mailbox
48:10
mailed
48:9
majority
34:2, 34:4,
42:1, 55:15
make
12:14, 23:6,
23:10, 23:13,
32:5, 34:12,
34:13, 34:20,
37:11, 76:21,
78:25, 85:5,
86:5, 90:23,
97:21, 110:14,
122:17, 127:13,
131:11, 131:19,
138:3, 138:14
makes
22:22, 36:4,
42:18, 89:6,
113:13
making
32:13, 36:5,
137:16
man
73:25, 74:4,
74:15, 74:16,
74:21, 82:12,
83:6
managed
30:19
management
17:1, 30:18,
33:9, 103:20,

104:17, 107:21
manager
69:10
managing
23:2
manhattan
10:6, 14:14,
14:15
manner
143:5
many
21:4, 22:2,
22:13, 36:20,
41:23, 46:16,
49:5, 49:8,
51:5, 51:18,
52:3, 52:15,
52:23, 55:20,
60:8, 60:24,
60:25, 68:13,
75:25, 76:17,
77:22, 85:1,
90:1, 101:1,
101:4, 102:7,
133:9, 137:5
marc
1:16, 4:23,
4:25, 6:23,
16:17, 25:11,
30:10, 35:1,
41:19, 47:19,
48:10, 68:18,
69:4, 70:7,
72:16, 119:11,
142:19
marc@handheldfil-
ms
119:10
march
20:12
marital
130:13, 130:14,
131:7
mark
2:26, 110:8,
126:10
marked
90:9, 90:13,

90:16, 90:22,
90:24, 91:5,
95:6, 95:12,
95:15, 95:18,
96:1, 106:8,
106:13, 110:18,
114:17, 114:20,
115:1, 126:8,
126:12
marks
144:12
match
93:22
materials
15:14, 15:18,
16:9, 71:3
math
76:19
matter
4:3, 6:22,
49:10, 58:20,
88:17, 136:25
matters
23:12
maxime
1:17, 2:17,
6:23, 25:12,
59:4, 70:6,
72:18
maybe
17:14, 54:13,
63:18, 67:2,
68:11, 71:6,
73:18, 83:22,
84:15, 102:12,
108:3, 108:6,
108:7, 109:4,
109:13, 109:15,
113:6, 113:9,
114:4, 125:1
mean
7:13, 9:24,
10:13, 24:19,
27:20, 33:18,
34:21, 44:24,
47:25, 49:19,
54:5, 54:23,
59:25, 62:10,

76:10, 77:21,
78:10, 81:5,
84:23, 85:13,
88:20, 88:22,
90:12, 94:21,
100:19, 100:22,
108:1, 108:11,
112:10, 117:22,
125:16, 129:14,
129:15, 130:21,
131:4, 135:8,
135:9
means
6:19, 8:20,
8:24, 61:24,
76:19, 79:1,
80:2, 130:25
meant
90:16, 100:2,
100:15, 100:18,
100:20
measure
19:21, 19:22,
19:23
media
4:2
mediation
1:6, 2:7, 4:4,
4:19, 5:18,
6:16, 14:17,
97:11
medical
8:3
medications
8:8
meet
15:6, 15:10,
34:25, 40:17,
101:24, 107:14,
138:22
meeting
16:4, 16:12,
23:21, 32:23,
32:24, 34:13,
34:16, 35:7,
36:8, 39:4,
41:20, 42:3,
44:6, 59:15,

Transcript of F. Michael Conte
January 4, 2023

72:1, 86:24,
101:22, 102:15,
102:18, 116:4,
118:24, 125:4,
125:25, 126:4,
137:2
**meetings**
23:25, 24:10,
35:8, 44:14
**member**
21:20, 21:21,
21:24, 23:15,
24:5, 24:7,
24:9, 24:18,
26:7, 26:11,
26:12, 26:15,
26:16, 28:6,
35:13, 41:23,
66:5, 81:2,
133:12, 143:7
**members**
1:20, 7:2,
13:12, 23:10,
24:3, 25:4,
25:7, 25:10,
26:1, 27:16,
27:19, 31:3,
33:1, 34:5,
34:7, 37:24,
39:8, 41:12,
41:14, 42:14,
42:21, 43:8,
43:24, 44:16,
46:10, 64:20,
70:5, 71:19,
79:20, 84:17,
87:10, 89:21,
101:18, 103:17,
112:4, 131:1,
131:5, 131:18,
132:21, 132:25,
133:1, 134:5,
134:10, 134:17,
134:22, 137:11,
141:3, 141:18
**memorandum**
128:19, 129:2,
129:4

**men's**
113:25
**mental**
8:4, 100:22
**mention**
77:10, 79:3,
117:18
**mentioned**
6:15, 15:13,
25:21, 27:7,
28:15, 30:17,
54:19, 60:7,
61:7, 65:19,
80:8, 95:3,
120:10
**merged**
18:13
**merger**
11:24
**met**
16:16, 73:21,
101:22
**michael**
1:17, 1:26,
2:18, 2:29, 3:5,
4:3, 4:24, 5:11,
10:11, 81:10,
142:9, 142:18,
144:13, 145:7
**middle**
71:15, 102:22
**might**
54:3, 54:17,
63:14, 100:19,
100:22, 106:4,
127:2, 133:12,
133:13
**mind**
64:9, 66:2,
75:18, 76:11,
113:24, 132:13,
138:1
**minds**
137:15
**minute**
126:15
**minutes**
38:11, 44:2,

44:4, 44:7,
44:14, 64:8,
72:9, 84:15,
113:15, 113:20,
114:1, 115:16,
115:19, 116:1,
116:6, 118:24,
119:3, 119:4,
119:13, 119:16,
119:19, 121:19,
125:25, 126:4
**mischaracterizes**
31:25
**misrepresented**
137:1
**missing**
12:4
**mission**
9:11
**misspelled**
130:14
**misstates**
31:20, 109:2
**model**
63:14
**models**
61:23, 62:19,
62:21, 63:3,
63:8, 63:21,
80:21, 81:2,
81:7, 81:8,
81:11
**mold**
67:14
**monday**
56:21, 99:17,
99:18
**money**
9:15, 12:4,
12:14
**monitor**
4:9
**monitoring**
76:8
**monsey**
77:10, 82:21
**monsieur**
58:25

**month**
63:18, 63:19,
89:5
**months**
26:3, 40:12
**more**
7:1, 24:23,
25:2, 30:5,
34:17, 35:9,
35:18, 37:22,
41:9, 51:21,
53:3, 57:6,
60:12, 64:3,
92:18, 93:9,
111:6, 112:24,
114:4, 128:8,
129:19
**morning**
5:13, 5:15,
44:5, 52:20,
110:13, 115:17,
116:1, 116:10,
118:22
**most**
5:21, 12:22,
23:3, 48:24,
75:18
**mostly**
120:8
**motivation**
140:2
**move**
54:16, 88:14,
139:25, 140:19
**moved**
25:16
**movement**
93:7
**moving**
50:5, 141:1
**much**
14:15, 113:3,
113:24, 114:3,
117:22, 126:25
**multiple**
22:10
**must**
6:11, 39:4,

45:6, 99:21,
107:17, 109:23
**myself**
11:15, 25:11,
70:6, 72:16

**N**

**nailed**
103:2
**name**
5:10, 5:13,
10:1, 18:6,
21:1, 21:12,
22:6, 22:7,
66:8, 69:7,
69:11, 69:19,
97:9, 106:10,
142:17
**names**
37:18
**naming**
91:7
**nancy**
1:34, 5:3,
105:13, 110:12,
124:6, 124:13,
124:16, 139:16,
145:3, 145:24
**narcotics**
75:10, 80:16
**national**
130:12, 131:6,
135:23, 136:14
**nature**
64:19, 79:22,
93:13, 140:1
**nay**
33:22
**nays**
33:15, 33:17,
33:18
**near**
50:5
**necessarily**
10:13, 133:18
**need**
7:7, 10:15,
30:5, 32:3,

34:6, 34:8,
76:3, 84:11,
110:8, 113:7,
113:19, 113:20,
113:21, 113:24,
115:3, 128:7,
132:3, 138:18
**needed**
102:19, 102:20,
105:8, 105:19
**needs**
23:12, 76:12,
80:13, 106:17,
110:22
**negotiation**
36:14, 83:19
**negotiations**
40:11
**neighbor**
88:4
**neighborly**
58:23
**neither**
145:16, 145:18
**never**
12:20, 19:20,
24:20, 27:9,
52:6, 52:7,
60:10, 60:14,
61:5, 63:25,
73:21, 79:6,
83:24, 94:10,
94:11, 108:4,
108:5, 108:14,
108:24, 111:18,
140:14
**new**
1:2, 2:12,
2:23, 2:32, 4:6,
9:11, 10:5,
11:19, 12:25,
13:11, 18:22,
27:23, 77:11,
82:12, 82:21,
110:6, 126:8,
145:5
**next**
44:5, 83:7,

91:23, 115:17,
116:10, 118:22,
129:9
**nice**
83:6
**nicer**
80:17
**nigel**
1:18, 17:4,
43:18, 44:23,
44:24, 45:1,
58:8, 58:11,
58:17, 58:20,
72:18, 83:13,
86:21, 86:24,
87:1, 87:13,
87:22, 89:4,
89:10, 91:5,
94:22, 99:5,
99:7, 99:9,
99:11, 99:13,
99:16, 99:20,
102:19, 102:21,
103:11, 106:2,
114:25, 120:20,
121:1, 121:15,
122:12, 123:9,
123:22
**nigel's**
14:22, 15:24,
87:12, 100:9,
101:20, 102:4,
102:6, 105:24
**night**
86:25, 101:22
**ninth**
29:4, 58:24,
59:7, 59:13,
59:18, 59:19,
60:9, 60:16,
60:18, 60:25,
61:4, 61:8,
61:18, 67:11,
68:23
**nobody**
55:23, 89:15
**nodding**
6:12

**nominees**
24:11
**none**
141:17
**nonsensical**
43:20
**noon**
98:14
**nope**
16:15, 52:17
**normally**
53:7
**notary**
145:4
**noted**
91:1
**notes**
16:12, 44:3,
44:14, 122:4
**nothing**
54:6, 99:5,
99:19, 99:22,
105:3, 137:9,
141:24, 143:24,
144:4, 144:5,
145:9
**nothing's**
103:23
**noticed**
102:2, 102:6
**number**
4:2, 5:24,
19:22, 22:16,
27:19, 33:25,
34:24, 35:10,
41:11, 46:2,
56:25, 63:7,
76:23, 78:24,
79:24, 80:5,
97:9, 101:13,
102:8, 121:8,
124:21, 127:23,
133:22
**numbers**
34:17, 76:15,
84:20, 84:23,
101:8
**nuts**
48:14

Transcript of F. Michael Conte
January 4, 2023

O

o0o
144:16
oath
7:21
object
10:13, 105:16,
122:8
objecting
31:24
objection
10:9, 10:17,
10:19, 10:20,
11:5, 15:20,
19:12, 21:5,
22:20, 22:23,
23:1, 23:8,
28:18, 29:6,
29:24, 30:3,
30:6, 33:16,
39:22, 40:24,
41:25, 42:22,
43:11, 44:19,
44:20, 46:12,
46:18, 47:20,
51:7, 58:5,
64:21, 65:13,
70:15, 71:4,
72:13, 74:1,
74:5, 74:14,
75:2, 77:5,
81:5, 82:13,
82:14, 89:22,
89:23, 91:6,
92:10, 97:14,
97:24, 105:10,
105:11, 105:21,
105:22, 109:1,
112:11, 112:15,
116:7, 118:12,
118:20, 119:2,
120:16, 123:16,
123:17, 124:1,
128:13, 128:20,
128:23, 130:22,
130:23, 131:13,
131:14, 131:21,

133:3, 133:14,
134:19, 134:20,
134:25, 135:2,
135:12, 135:24,
136:16, 136:17,
137:17, 137:18,
138:6, 138:8,
141:20
obligation
45:8, 46:3
obtaining
129:7, 130:3
obviously
92:21
occasional
59:15
occasionally
57:22, 63:15
occupation
17:20
occupied
19:2, 21:4,
21:7, 57:19,
60:16, 63:4,
65:25, 68:14,
68:16, 68:19,
69:22, 70:2
occupies
48:12
occupy
18:23, 25:18,
28:3, 47:14,
59:6, 59:9,
68:23, 69:1
occupying
28:16, 28:25
occurred
14:7, 77:10,
115:18
occurring
12:1
offering
3:19, 127:25,
128:5, 128:15,
128:19, 129:2,
129:3, 129:4,
129:5, 129:24,
130:1, 130:17

office
53:8, 62:20,
62:22, 69:10,
72:5, 85:16,
86:5, 86:7,
98:23, 99:12,
123:3
officers
35:8
offices
18:20, 51:17,
51:19, 55:16,
59:23, 60:8,
61:4, 62:24,
67:16, 85:23,
99:1
often
20:1, 20:13,
50:8
oh
14:2, 25:14,
48:13, 62:4,
68:6, 69:13,
93:3, 103:12
okay
7:19, 9:20,
10:7, 10:21,
10:22, 10:23,
20:21, 29:9,
61:20, 63:3,
66:22, 69:11,
91:2, 91:22,
91:25, 92:22,
94:19, 96:13,
106:25, 110:2,
110:14, 111:8,
115:11, 116:21,
128:10, 128:25,
143:7, 143:19,
144:1
old
55:22, 80:13
olds
79:7
once
10:19, 24:10,
39:9, 40:12,
41:5, 43:15,

45:20, 54:13,
86:21, 102:25,
140:14
one
6:4, 15:16,
22:5, 26:17,
36:15, 36:17,
38:10, 38:11,
38:24, 41:7,
46:2, 46:20,
47:8, 50:17,
52:21, 52:25,
54:3, 55:16,
56:1, 56:5,
59:23, 60:21,
62:4, 63:5,
63:16, 63:17,
63:18, 65:8,
65:23, 67:2,
69:6, 79:24,
88:17, 89:1,
108:25, 111:15,
114:7, 117:4,
120:10, 122:16
ones
47:3
ongoing
38:7
only
6:4, 21:6,
22:11, 23:24,
24:25, 27:21,
36:15, 36:17,
38:10, 38:24,
39:9, 41:5,
43:14, 46:20,
47:7, 53:15,
54:8, 54:12,
54:25, 60:18,
71:5, 72:13,
81:14, 111:14,
112:23, 120:10,
127:2, 141:25
onus
40:17
open
32:25, 33:5,
39:3, 55:14,

Transcript of F. Michael Conte
January 4, 2023

80:1, 80:2,
86:14, 99:16,
132:13, 133:17
**opened**
67:3
**operate**
22:19, 93:15,
98:24
**operates**
50:1
**operating**
49:13, 53:19,
56:16, 61:14,
63:20, 63:24,
85:11, 94:8,
101:9, 123:3
**operation**
78:6, 98:23,
99:4, 99:12,
105:2, 137:6,
137:7, 139:2
**operations**
75:4, 75:6,
77:7, 141:25
**opinion**
77:19
**opportunity**
10:13, 10:16,
27:23, 101:23
**opposing**
90:4
**orally**
121:18, 121:22,
122:4
**order**
143:13
**organized**
21:15, 23:18,
35:18, 103:21
**origin**
130:12, 131:7,
135:23, 136:14
**original**
26:17, 117:7,
125:6
**originals**
60:21, 63:6
**other**
1:19, 4:22,

11:25, 14:1,
15:9, 16:20,
31:10, 46:16,
46:21, 47:9,
50:18, 53:5,
55:17, 55:18,
62:13, 71:2,
71:19, 78:21,
79:20, 83:16,
89:21, 90:13,
93:16, 94:9,
101:18, 108:17,
109:8, 118:2,
118:3, 128:7,
130:14, 131:8,
137:11, 143:5
**others**
108:20
**otherwise**
8:11, 10:15,
10:21, 83:25,
107:18, 139:23
**ourselves**
43:16, 136:20
**out**
19:20, 20:10,
22:5, 23:20,
33:4, 34:22,
36:3, 37:22,
40:15, 41:14,
49:3, 51:3,
56:18, 56:19,
57:15, 57:22,
62:6, 73:1,
75:18, 76:25,
78:25, 84:22,
86:13, 87:20,
87:22, 87:24,
88:6, 93:4,
95:8, 97:8,
98:13, 100:3,
103:3, 103:8,
107:3, 111:23,
111:25, 122:24,
123:19, 131:24,
143:1
**out-patient**
98:24, 99:11,

100:1, 100:10,
100:11
**outcome**
145:20
**outpatient**
123:4, 123:15
**outrageous**
79:17
**outside**
19:22, 26:3
**outstanding**
130:10
**over**
5:20, 50:19,
65:11, 93:8,
135:17, 135:20,
136:12
**overseas**
72:23
**own**
17:24, 18:14,
18:15, 20:20,
22:10, 22:11,
35:2, 35:4,
42:9, 47:15,
47:19, 78:18,
79:13, 109:16,
134:2
**owned**
57:12, 58:25,
65:8, 69:4,
133:20
**owner**
39:16, 45:9,
45:11, 45:16,
46:5, 46:7,
54:9, 59:3,
59:4, 136:25
**owners**
22:9, 34:18,
34:21, 35:10,
54:3, 65:17,
133:4
**ownership**
18:18
**owning**
130:8, 133:5
**owns**
21:13, 22:5

**oxford**
1:14, 4:4,
57:12, 57:22,
58:4, 65:9,
65:11, 71:10,
87:9, 88:13,
125:24
**oxford's**
65:15, 86:4,
103:24

**P**

**packet**
127:7, 127:11
**packets**
111:16
**page**
3:14, 91:23,
92:15, 92:20,
97:6, 98:18,
98:19, 98:20,
107:2, 111:23,
111:24, 111:25,
115:24, 116:25,
127:1, 127:11,
128:8, 129:2,
129:13, 129:14,
129:15, 129:16,
129:19, 129:22,
129:23
**pages**
1:33, 3:18,
96:14, 126:19,
126:25, 128:14
**pandemic**
20:12, 57:1,
68:9, 68:10
**papers**
48:9
**paperwork**
37:10, 54:4
**paragraph**
92:16, 120:1,
122:16
**paragraphs**
92:24, 122:21,
122:24
**paris**
109:21

Transcript of F. Michael Conte
January 4, 2023

**part**
23:3, 127:3,
127:6, 128:4,
138:12
**participated**
2:2
**particular**
41:13, 43:13,
109:10
**parties**
4:12, 8:19,
8:22
**partner**
11:16, 17:25,
18:1, 18:8
**parts**
85:20, 85:21,
88:20
**party**
46:4, 145:17
**pass**
45:13
**passenger**
52:25, 53:2,
53:10, 53:13,
53:16, 56:11
**passengers**
53:3
**past**
36:18, 103:19,
109:16, 130:19
**patients**
120:8, 120:11,
121:8, 121:23
**paturet**
1:16, 2:26,
4:23, 5:1, 6:23,
16:17, 25:11,
26:10, 26:25,
30:10, 30:11,
47:19, 70:7,
72:20, 72:25,
73:4, 87:15,
109:19, 119:11,
119:13, 119:15,
119:18, 119:21,
142:19, 142:23,
143:3, 143:8,

143:16, 143:20
**paturet's**
143:12
**pay**
84:9, 93:16,
94:9
**pdf**
129:15, 129:16,
129:23
**peaceful**
134:3
**peg**
78:9
**pen**
16:11
**pending**
7:9
**penthouse**
62:9
**people**
17:13, 19:22,
19:23, 22:10,
23:23, 23:24,
24:11, 24:23,
24:25, 26:18,
32:2, 33:5,
33:22, 34:22,
39:17, 40:20,
48:21, 49:2,
49:5, 49:16,
49:18, 49:23,
52:3, 52:18,
53:17, 54:8,
56:2, 57:9,
59:12, 59:20,
60:24, 61:3,
62:10, 63:24,
66:18, 75:8,
75:23, 76:8,
76:21, 76:23,
78:24, 79:10,
79:16, 80:5,
81:13, 81:17,
85:14, 86:15,
87:12, 88:22,
89:3, 100:3,
102:17, 113:7,
117:23, 131:22,

132:8, 133:9,
133:17, 133:20,
133:23, 134:14,
136:22, 138:12,
138:13, 138:23,
138:24
**percent**
22:1, 34:20,
34:23, 40:15,
60:23, 130:9
**percentage**
84:6
**perfectly**
140:12
**perhaps**
33:3, 81:15,
135:22
**period**
117:15
**permissible**
94:14, 94:18
**person**
6:4, 27:23,
38:5, 38:22,
41:7, 43:10,
45:11, 56:6,
77:25, 83:14,
84:1, 140:16,
142:25
**personal**
17:9
**personally**
71:9, 71:12,
108:14
**persons**
129:7
**peter**
16:25, 32:24,
33:8, 33:9,
44:5, 44:6,
44:10, 44:13,
92:11
**philosophers**
138:19
**philosophical**
138:21
**phone**
38:22, 39:2,

88:14, 132:22,
135:17, 135:20,
136:12, 142:24
**phonetic**
11:16, 25:15,
69:17
**photo**
63:9
**phrase**
80:14
**physical**
8:4, 135:21
**picked**
112:5
**picking**
50:5
**piece**
12:9, 22:5
**pieces**
127:25
**pipes**
49:4
**place**
32:7, 40:1,
40:23, 43:9,
50:19, 93:14,
141:6, 145:13
**places**
40:21
**plain**
142:1
**plaintiff**
1:10, 2:6,
4:18, 5:19
**plaintiffs**
9:14
**plan**
3:19, 127:25,
128:5, 128:15,
129:4, 129:6,
129:24, 130:1,
130:17
**planet**
2:36, 4:11,
5:4, 90:17,
113:7
**planning**
9:18, 9:19,

13:2, 13:12,
13:18
**plaza**
2:11
**please**
4:14, 5:4, 5:9,
6:1, 6:7, 6:11,
7:8, 7:16,
17:10, 92:20,
98:22, 106:15,
106:18, 106:20,
106:22, 107:12,
110:23, 114:17,
115:7, 115:9,
116:13, 119:25,
120:5, 128:1
**plus**
76:5
**pocket**
87:13, 88:6
**point**
65:23, 68:6,
71:16, 113:2,
133:4
**points**
137:22, 137:23
**policies**
136:11, 141:16
**policy**
132:17, 132:20
**pollution**
12:8, 12:11
**porrino**
11:15, 17:23,
18:3, 18:8,
18:11, 18:12,
18:16, 18:21,
18:23, 19:2
**portion**
25:19, 128:19,
129:1, 129:22,
129:25, 130:17
**position**
21:21
**positions**
24:13, 24:14,
133:5
**possible**
138:2

**possibly**
105:14
**potential**
132:24, 133:12,
136:13
**power**
113:11
**pragmatic**
39:17, 132:2
**pre-meeting**
102:1
**preference**
129:9
**premarked**
90:7, 90:12,
90:14, 90:19,
95:7, 95:10,
95:19, 106:11
**premise**
120:23
**premises**
19:6, 46:17
**preparation**
15:10
**prepare**
14:20, 15:14,
15:19, 44:2
**prepared**
44:4, 115:16,
116:1, 116:6,
118:11, 118:14,
118:17, 118:21,
118:25, 119:3,
119:4
**present**
2:35, 13:14,
72:11, 72:20,
89:4
**presented**
11:10, 16:7,
36:12, 99:9,
106:2, 121:14,
122:12, 137:4,
139:2, 141:22
**presents**
36:6
**president**
30:9, 30:12,

30:15, 41:16,
87:15, 109:19,
119:14
**pretty**
27:7, 35:24,
41:15
**prevent**
8:5, 8:9, 8:14,
135:21, 141:16
**previously**
9:8, 46:22,
90:9, 90:13,
90:16, 90:22,
91:5, 95:12,
95:18, 95:25,
104:15, 106:8,
106:13, 111:15,
114:17, 114:20,
115:1, 116:19,
118:3, 122:1,
132:8
**principal**
129:10
**principal's**
37:17
**printing**
59:22
**prior**
18:13, 31:25,
104:14, 110:7,
126:9, 142:22,
143:2, 145:6
**privy**
29:19
**probably**
25:2, 34:8,
35:3, 39:1,
52:1, 54:12,
54:15, 80:17,
90:2, 118:23,
138:18
**problem**
104:25, 115:11,
122:13, 136:20,
136:25
**procedures**
141:15
**proceed**
34:14

**process**
29:14, 32:21,
35:13, 36:2,
36:10, 36:14,
37:9, 40:13,
40:14, 45:17,
45:22, 45:25,
133:7, 133:11,
141:7
**produce**
117:4
**produced**
16:6, 126:25,
127:6
**production**
117:7, 127:21
**productive**
139:19
**program**
141:6
**pronounce**
69:16
**proper**
32:6, 32:14
**properly**
11:10, 13:4,
102:13, 125:2
**property**
12:9
**proposed**
81:7
**proposing**
43:19
**proprietary**
35:25, 118:7,
129:11, 130:2,
130:5, 135:4
**proscribed**
130:15, 131:8
**provide**
13:22, 18:3,
123:14
**provided**
13:25, 14:16,
120:25, 121:13,
130:4
**providing**
98:25, 100:14

Transcript of F. Michael Conte
January 4, 2023

171

proxy
143:8
psychotherapeutic
99:1, 100:14,
100:21
public
145:4
pull
90:6, 95:5,
95:9, 106:7,
110:5, 114:17,
126:7
purchase
28:17
purchased
29:23, 30:2
purpose
38:2
purposely
16:22
put
10:17, 10:19,
12:8, 23:17,
56:17, 77:20,
89:17, 93:6,
98:7, 118:4,
127:3, 128:21,
128:24, 136:24

**Q**

qq
110:10
qualifications
24:17, 24:19
question
5:23, 6:2, 6:7,
6:8, 7:9, 10:14,
10:17, 10:25,
16:24, 22:8,
22:21, 28:23,
31:4, 32:17,
41:7, 41:8,
43:6, 46:6,
74:6, 74:10,
74:17, 74:22,
75:18, 82:16,
82:17, 105:14,
105:15, 124:19,

124:21, 137:20,
138:15, 138:18,
138:23, 140:18
questions
5:24, 6:10,
7:12, 7:14,
7:18, 17:9,
36:25, 37:1,
37:5, 41:6,
45:23, 47:17,
75:14, 75:15,
77:18, 77:20,
77:22, 113:12,
137:9, 139:24,
140:7, 140:17,
141:15, 142:12,
142:21, 144:2
quick
64:9, 142:11,
142:21
quickly
40:4, 42:20,
114:3
quiet
133:25
quite
35:1, 66:2,
73:8, 89:2,
100:18, 102:1,
127:10, 135:6
quorum
34:10, 34:13,
34:15, 34:19,
34:25, 35:3,
143:15

**R**

race
7:12, 7:15,
17:10, 26:19,
26:23, 26:24,
27:3, 27:5,
27:10, 27:13,
130:11, 131:6,
131:12, 131:20,
135:22, 136:13,
138:4, 141:24
races
138:11

racial
141:9
racist
139:10, 139:14,
139:17, 139:21,
140:10, 140:11,
140:14, 140:24
raise
33:19, 33:22
raised
83:12
rarely
20:10
rather
6:12, 71:10
reach
87:20, 87:22,
87:24, 137:15
reaching
137:25
read
14:22, 73:18,
88:17, 89:6,
89:9, 89:15,
91:25, 92:23,
93:2, 93:4,
97:8, 99:3,
100:6, 102:5,
105:14, 105:15,
106:25, 107:11,
107:13, 110:1,
120:1, 122:23,
124:15, 124:16,
124:17, 124:20,
129:1, 130:21
reads
129:10
ready
54:17, 91:17,
93:6
real
11:25, 60:4
realistic
88:5
realize
89:9, 89:10
realized
105:25

really
24:14, 32:3,
32:4, 33:2,
34:22, 40:17,
53:2, 54:2,
57:7, 62:7,
66:18, 75:19,
78:19, 102:21,
102:24, 117:22,
143:24
realm
99:10
realtime
145:25
realty
1:14, 1:15,
1:21, 2:16, 4:5,
6:23, 96:20
reason
7:8, 44:22,
63:23, 93:16,
117:16, 138:5
reasonable
24:22, 33:5,
131:22
reasoning
137:16
reasons
143:20
recall
9:22, 10:3,
11:12, 11:14,
12:23, 14:12,
15:25, 66:11,
67:22, 68:15,
77:2, 81:1,
81:20, 81:23,
82:2, 82:11,
98:10, 102:2
receipt
118:5
receive
52:12, 68:2,
92:5, 97:23,
143:8
received
70:8, 93:20,
94:13, 98:10,

100:5, 104:9,
105:17, 105:23,
117:20, 125:24,
132:7
**recent**
12:22
**recently**
60:20
**reception**
52:10, 52:12
**recess**
64:13, 114:11
**recipient**
119:9
**recognize**
92:2, 96:5,
96:15, 107:5,
111:12, 111:14,
115:12, 128:11
**recollection**
8:11, 10:2
**recommendation**
37:11
**record**
5:10, 10:17,
10:19, 17:11,
28:19, 33:19,
64:12, 64:15,
90:24, 93:2,
93:4, 95:17,
107:12, 114:10,
114:13, 114:24,
120:2, 122:24,
127:3, 127:13,
129:18, 139:13,
140:13, 140:23,
142:8, 144:14
**recorded**
122:18
**recover**
117:16
**recurring**
58:17
**redo**
32:2, 32:7,
32:8
**reduce**
92:21, 133:22

**refer**
6:17, 6:21,
6:24, 7:1, 19:6,
95:17
**reference**
129:20
**references**
37:20
**referring**
33:9, 44:10,
104:16
**reflect**
139:13, 140:13,
140:23
**reflected**
139:22
**refusal**
130:10
**refuse**
131:19
**refused**
130:7
**regard**
23:7, 23:11
**regarding**
11:8, 15:6,
16:1, 87:10,
87:18, 87:21,
88:13, 89:21,
121:7, 142:23,
143:4, 143:14
**regular**
58:12
**reiterate**
39:9, 47:6
**reiterated**
123:2
**rejection**
86:20
**relate**
31:13
**related**
31:6
**relationship**
45:14
**relative**
145:16, 145:18
**relying**
118:18

**remaining**
20:20
**remedy**
88:7, 88:10
**remember**
58:22, 66:8,
67:12, 67:14,
67:25, 79:5,
98:2, 108:13
**remote**
4:10, 8:20,
8:24
**remotely**
2:2, 4:13
**renamed**
90:17, 90:19
**renovating**
29:16
**rent**
83:15, 84:1
**rented**
131:24
**renter**
45:14, 45:15
**renting**
37:6, 45:15,
45:16
**repaired**
58:19
**repeat**
6:7, 10:24,
28:23
**rephrase**
6:7, 122:3
**reported**
1:34
**reporter**
5:3, 5:4, 5:9,
6:3, 6:9, 13:14,
124:20, 141:13,
145:4
**reporter's**
145:1
**repository**
95:23, 106:11,
110:5, 114:19,
126:10
**represent**
4:16, 5:18,

6:16, 89:14,
102:12, 112:14,
112:17, 114:23,
121:22, 125:1,
127:5, 136:22
**representation**
123:13, 123:18
**representative**
58:4
**represented**
11:24, 86:11,
86:12, 89:11,
104:24, 121:1,
121:6, 121:18,
122:5
**representing**
4:11, 4:25,
5:3, 142:19
**request**
88:14, 118:2,
119:15, 126:3
**require**
23:15, 30:25,
31:6, 31:18,
33:2, 33:11,
109:24
**required**
10:18, 24:6,
34:1, 34:11,
34:15, 35:19,
35:23, 37:14,
38:13, 38:19,
41:12, 41:16,
41:24, 143:12
**requirement**
41:19, 43:3,
43:7, 45:3,
134:16, 134:22,
134:24, 135:3
**requires**
32:20, 32:24
**resend**
127:18
**resigns**
133:21
**resolve**
58:20
**respect**
31:1, 31:18,

Transcript of F. Michael Conte
January 4, 2023

118:2
**respond**
10:20, 118:7,
119:18, 140:6
**responding**
140:16
**response**
124:17, 125:6,
140:24
**responsibility**
45:10, 87:7
**responsible**
76:6, 81:13
**restroom**
83:1
**result**
12:18, 119:22,
137:2
**retail**
48:19, 51:3
**review**
15:18, 70:24,
71:12, 71:19,
91:12, 92:13,
96:7, 106:16,
110:21, 111:9,
115:3, 118:5,
118:6, 126:15,
134:17, 134:22
**reviewed**
14:21, 15:13,
71:22, 99:3,
99:25, 116:18,
123:2, 130:16,
130:18, 130:19
**reviewing**
91:21, 91:24,
96:11, 106:19,
106:21, 106:23,
111:1, 111:3,
111:7, 115:5,
115:8, 126:21,
126:23, 128:2,
128:9
**revolving**
134:9
**ridiculous**
138:16

**right**
16:10, 33:10,
36:19, 54:16,
54:22, 68:8,
68:21, 84:11,
91:18, 98:2,
104:18, 114:5,
115:11, 119:14,
132:18, 133:21,
136:9, 141:12
**rights**
140:12
**ringing**
132:22
**rmr**
1:34, 145:24
**road**
136:9
**rockefeller**
2:11
**role**
9:17, 21:18,
37:8
**room**
16:14, 55:16,
55:17, 55:18,
59:21, 72:6,
113:25
**roughly**
127:11
**round-robin**
75:13
**roundtable**
41:3
**rr**
3:16, 110:8,
110:15, 110:17,
110:18
**rubin**
107:20, 112:3,
112:13, 112:18
**rubin's**
112:8
**rule**
39:4
**run**
23:5, 27:24,
54:3, 55:2,

61:6, 134:15
**running**
31:13, 40:20
**runs**
61:23, 134:2,
134:14, 138:10
**ruth**
113:20
**ruths**
113:23

---
**S**
---

**s**
2:1, 14:3
**safe**
71:17, 101:21
**said**
5:17, 9:21,
14:7, 34:17,
38:24, 56:18,
64:17, 70:17,
75:10, 75:22,
75:25, 76:1,
76:14, 76:16,
76:18, 80:11,
82:18, 85:4,
86:6, 94:5,
99:6, 99:11,
99:13, 99:16,
100:9, 103:2,
108:4, 108:8,
121:11, 139:4
**same**
7:24, 19:7,
35:16, 65:18,
99:10, 105:22,
123:17, 130:23,
131:14, 134:25,
136:17, 138:8
**sat**
14:6
**saturday**
54:12, 54:13,
54:14, 54:25,
55:8, 78:3,
78:4, 80:2,
80:3, 99:15,
99:16, 99:18

**saul**
17:5, 22:7,
58:9, 58:10,
58:11
**save**
83:22
**saw**
14:7, 54:13,
86:22, 101:13,
111:14
**say**
6:11, 7:16,
8:21, 9:9, 9:13,
13:1, 14:2,
15:17, 17:13,
19:17, 20:23,
21:25, 24:20,
32:24, 33:8,
33:21, 33:22,
35:3, 35:17,
39:14, 41:10,
42:1, 44:8,
51:21, 55:25,
56:5, 56:14,
59:2, 59:3,
60:12, 62:10,
66:7, 68:5,
71:17, 72:9,
84:3, 85:22,
86:24, 90:12,
100:23, 101:7,
101:10, 101:21,
109:7, 109:13,
113:8, 130:13,
131:25, 135:10,
135:13, 135:14,
137:9, 139:5
**saying**
10:20, 81:10
**says**
39:4, 98:25,
99:10, 99:13,
99:14, 99:18,
101:6, 101:10,
130:24
**schedule**
40:3
**science**
17:17

Transcript of F. Michael Conte
January 4, 2023

174

screaming
102:19
screen
90:3, 95:11
scroll
91:17, 92:17,
96:8, 96:9,
96:10, 96:12,
98:7, 106:17,
106:18, 106:20,
106:22, 110:22,
110:23, 111:2,
111:4, 115:4,
115:6, 115:9,
115:24, 116:13,
122:20, 126:16,
128:1
se
42:13
second
21:13, 51:10,
69:23, 91:12,
95:8, 96:6,
97:6, 106:16,
110:21, 115:3
seconds
113:23
section
130:20
security
75:25, 76:2,
76:3, 76:8,
76:13
see
49:16, 49:18,
49:19, 50:4,
52:18, 53:11,
53:23, 56:5,
57:25, 60:1,
63:12, 63:14,
63:16, 63:18,
66:14, 71:8,
86:7, 89:12,
91:13, 91:14,
98:7, 98:19,
111:25, 113:15,
115:24, 117:19,
120:7, 121:23,

122:20, 132:13
seeing
43:18
seem
24:21, 24:22,
69:8, 72:24,
76:10, 94:14,
94:17
seemed
76:24, 83:6
seen
54:11, 104:8,
104:11, 111:18,
128:17, 128:18
selection
59:1
sell
28:8, 130:1
send
117:18, 119:12,
119:16
sense
42:19, 67:5,
76:21, 85:5,
89:6, 113:14
sensitive
140:4
sent
90:4, 97:15,
104:5, 116:20,
117:14
sentence
109:22
service
18:4
services
1:7, 2:7, 4:4,
4:19, 5:19,
6:17, 18:2,
97:11, 100:15,
100:22, 123:13,
123:23
set
16:3, 36:7,
40:5, 102:15,
125:4, 145:14
settled
12:2

seven
21:25
seventh
57:11, 57:16,
57:23, 58:1,
65:12, 65:16,
66:25, 67:6,
67:9, 67:17
sex
130:12, 131:7
shall
130:6
shamash
1:18, 17:5,
20:24, 42:8,
42:15, 72:19,
87:4, 87:14,
87:17, 87:20,
87:24, 89:20,
90:18, 91:4,
91:6, 103:16,
103:22, 110:11,
114:18, 114:25,
120:20, 121:15,
122:12, 123:9,
126:3
shamash's
92:9, 92:24,
93:18, 123:22,
125:9, 125:20
shared
90:10, 95:13,
106:14, 114:21,
126:1
shareholder
39:19
shareholders
22:3, 23:6,
23:9, 24:3,
31:2, 31:12,
39:11, 42:2,
130:8
shares
22:13, 22:17,
34:24, 35:4,
35:5, 130:2,
130:10
sheepshead
73:3

shift
64:2, 106:5
shoot
56:13
shoots
63:9
short
27:21
should
6:5, 8:13,
20:23, 46:6,
64:7, 83:18,
88:7, 88:10,
93:15, 101:10,
102:14, 103:8,
108:7, 121:3,
125:3, 126:16,
129:8, 130:13
show
23:24, 83:12,
90:3, 129:22
showed
95:15
side
50:17, 50:18,
55:17, 55:18,
86:4
sign
12:11, 98:3
signature
98:8, 118:18
signature-b7fzp
145:22
signed
93:5, 96:23,
97:4, 98:4,
118:15
similar
94:1
similarly
1:19
simple
142:2
simply
31:11, 123:3
simultaneous
6:4
simultaneously
12:1

Transcript of F. Michael Conte
January 4, 2023

175

| | | | |
|---|---|---|---|
| **since** 18:9, 18:17, 35:18, 55:24, 57:1 | **snuck** 89:3 | 68:8, 71:17, 128:22 | 17:4, 46:4, 46:5, 58:11, 84:8, 86:15 |
| **sit** 55:15, 63:2, 131:25, 138:19 | **sold** 12:9, 27:22, 28:5 | **sometimes** 56:13 | **speaking** 6:5, 28:21, 50:13 |
| **sitting** 42:16, 44:23, 85:1, 86:10 | **solely** 137:12 | **somewhere** 109:20, 138:24 | **spearheaded** 33:3 |
| **situated** 1:19 | **some** 5:20, 7:12, 12:6, 14:21, 15:14, 15:21, 15:23, 17:9, 17:13, 19:22, 19:23, 23:14, 23:18, 31:5, 31:8, 37:18, 47:16, 48:9, 50:9, 59:22, 59:23, 60:8, 62:10, 70:23, 75:22, 83:1, 84:20, 85:14, 90:1, 90:13, 90:17, 90:18, 90:21, 117:15, 119:5, 134:11, 138:17 | **sons** 78:14 | **special** 29:4, 29:11 |
| **situation** 85:16, 86:3, 88:10, 89:17, 89:18 | | **soon** 59:8, 72:1 | **specific** 18:24, 47:16, 81:20, 81:23, 82:2 |
| **situations** 109:17 | | **soon-to-be** 61:1 | **specifically** 7:1, 64:3 |
| **six** 21:25, 22:9, 24:13, 24:25, 30:13, 30:21, 34:21, 35:12, 36:18, 56:1, 66:5, 96:14, 101:9, 101:11, 133:4, 133:20 | | **sorry** 8:21, 10:10, 10:22, 15:16, 25:14, 28:24, 29:8, 29:25, 31:22, 58:6, 62:21, 74:2, 82:15, 90:15, 93:3, 105:13, 109:4, 116:10, 121:3, 124:4, 125:16, 129:5, 132:23, 135:8 | **specifics** 43:22 |
| | | | **speculation** 136:18, 138:7 |
| | | | **spend** 12:10 |
| | | | **spoke** 14:24, 58:15, 58:16 |
| | | **sorts** 76:25 | **spoken** 16:17 |
| **sixth** 18:25, 19:2, 20:18, 53:14, 54:15, 54:16, 55:12, 55:21, 56:3, 56:11, 57:3, 68:20 | **somebody** 14:9, 41:8, 54:14, 78:17, 79:11, 88:18, 94:7, 109:21, 133:21 | **soul** 86:8 | **spot** 48:19 |
| | | **sound** 69:20, 86:5 | **square** 19:17, 78:9, 78:10 |
| | **somehow** 45:7 | **southern** 1:2, 4:6 | **ss** 3:18, 126:11, 126:12 |
| **size** 19:15 | **someone** 7:16, 28:24, 54:9, 78:16, 79:15, 138:3, 139:17 | **space** 28:8, 29:20, 30:5, 41:1, 51:16, 57:16, 58:18, 59:17, 60:6, 62:7, 62:20, 62:22, 63:4, 76:9, 80:21, 83:10, 83:15, 84:2, 88:8, 88:11, 88:21, 89:6 | **stab** 27:2 |
| **skin** 84:7 | | | **stability** 93:9 |
| **skipper** 2:37, 4:11 | | | **staff** 120:7, 121:23 |
| **skylights** 62:14 | **something** 23:4, 33:13, 88:3, 90:25, 91:14, 95:22, 98:1, 126:24, 132:14, 136:14, 139:3, 144:4 | | **staircase** 29:7, 29:10, 29:13, 59:25, 60:1, 60:3 |
| **sleepy** 54:6 | | | |
| **small** 39:15, 83:2, 133:25 | | **speak** 14:25, 15:10, 16:19, 16:25, | **stairs** 53:18 |
| **smelled** 67:14 | **sometime** 28:10, 66:4, | | **stairway** 59:20 |

Transcript of F. Michael Conte
January 4, 2023

176

| | | | |
|---|---|---|---|
| **stamp** | **stole** | 70:4, 70:9, | **sued** |
| 117:3, 117:4, | 14:9 | 70:13, 70:25, | 64:23 |
| 117:8, 117:22 | **stolen** | 71:3, 71:13, | **suffering** |
| **standard** | 9:15 | 71:20, 71:24, | 8:3 |
| 4:10 | **stop** | 77:14, 84:5, | **suggest** |
| **start** | 88:1 | 84:14, 85:19, | 140:19 |
| 40:13, 40:14, | **stopping** | 86:16, 86:20, | **suit** |
| 48:17, 110:24, | 113:1 | 87:4, 87:10, | 12:5 |
| 122:21 | **story** | 87:18, 87:21, | **suite** |
| **started** | 19:14 | 89:21, 95:1, | 2:31 |
| 20:12, 69:14, | **strange** | 95:3, 96:21, | **suited** |
| 75:21, 140:3 | 72:24, 89:2 | 97:12, 104:6, | 86:2, 86:14 |
| **starting** | **street** | 104:8, 104:20, | **sum** |
| 9:20, 92:15, | 1:15, 1:21, | 105:6, 105:18, | 12:4 |
| 120:3, 122:25 | 2:16, 6:22, | 108:18, 112:2, | **summary** |
| **starts** | 19:3, 19:5, | 112:19, 112:25, | 129:10 |
| 21:14, 127:1 | 19:11, 20:2, | 119:22, 120:14, | **sums** |
| **state** | 48:20, 49:11, | 120:18, 123:14, | 125:7 |
| 4:15, 5:9, | 50:16, 96:20, | 123:23, 123:24, | **sunshine** |
| 134:6, 134:17 | 98:23 | 125:10, 125:21, | 13:12, 13:15 |
| **stated** | **stress** | 131:2, 131:19, | **super** |
| 72:7, 102:9, | 79:25 | 135:16, 135:20, | 54:24 |
| 124:22 | **stuff** | 136:11, 142:24, | **supposed** |
| **statement** | 23:4, 37:19, | 143:4, 143:9, | 141:17 |
| 107:24, 108:19, | 49:3, 49:4, | 143:14, 143:17, | **sure** |
| 112:9, 140:9 | 50:22, 51:2, | 143:21 | 7:10, 22:1, |
| **statements** | 71:8, 89:9 | **subleasing** | 22:7, 27:7, |
| 12:3 | **stupid** | 36:25 | 32:5, 32:13, |
| **states** | 117:16 | **sublet** | 34:12, 34:13, |
| 1:1, 4:5, | **subject** | 96:19, 130:3 | 35:24, 39:15, |
| 35:22, 130:1, | 11:21, 19:7, | **sublets** | 60:23, 65:6, |
| 145:4 | 46:15 | 107:17, 109:23 | 68:6, 68:11, |
| **status** | **subjects** | **submit** | 71:6, 85:24, |
| 130:14, 131:7 | 10:7, 11:3 | 71:2, 96:21, | 90:23, 91:3, |
| **stay** | **sublease** | 96:25, 97:12, | 91:16, 92:23, |
| 20:8 | 35:20, 36:2, | 103:9 | 107:13, 107:18, |
| **stays** | 36:10, 36:14, | **submits** | 116:5, 116:8, |
| 54:16 | 36:18, 36:21, | 39:25 | 118:10, 118:13, |
| **stefani** | 37:9, 38:14, | **submitted** | 122:2, 122:17, |
| 25:14, 25:17, | 38:20, 39:6, | 40:12, 70:12, | 126:18, 127:4, |
| 27:12 | 39:20, 41:24, | 71:6, 93:22, | 130:18, 130:19, |
| **stenographically** | 42:4, 42:21, | 96:24, 97:16, | 131:11, 131:16, |
| 145:12 | 43:9, 43:23, | 97:18, 112:2 | 131:17, 131:19, |
| **steps** | 44:17, 46:21, | **substance** | 138:24 |
| 131:11, 131:18 | 65:2, 65:5, | 80:17 | **surgery** |
| **sticks** | 67:21, 68:3, | **substances** | 20:15 |
| 75:18 | 68:13, 68:17, | 8:9 | **surprises** |
| **still** | 68:24, 69:24, | **subtenants** | 55:10 |
| 89:4, 109:11 | | 103:25, 109:25 | |

Transcript of F. Michael Conte
January 4, 2023

susan
104:13, 104:16,
107:20, 117:18,
126:1
swear
5:4
sworn
5:8, 145:8
system
23:17, 110:9
systems
23:19, 145:25

**T**

table
132:9, 138:19
take
7:9, 27:2,
33:12, 38:22,
40:1, 40:23,
42:21, 43:9,
43:14, 43:19,
44:6, 44:13,
58:21, 64:8,
88:2, 91:11,
96:6, 106:15,
110:20, 112:21,
113:10, 113:15,
114:6, 115:2,
126:14, 130:24,
133:17, 136:21,
142:5
taken
64:13, 114:11,
131:11, 131:18,
145:12
taking
5:16, 6:9, 8:8,
40:20, 113:25
talk
55:11, 58:24,
64:3, 83:2,
88:7, 88:10
talked
16:3, 30:24,
47:13, 141:15
talking
76:22, 79:5,

94:3
tara
2:10, 4:17,
5:14, 10:24,
90:11, 93:1,
105:12, 113:4,
118:1, 124:12,
126:22, 139:20,
140:2, 144:4
taste
61:11
tastings
61:9
tawil
17:5
tech
93:7
technician
2:36
technology
73:9
tell
10:15, 10:21,
26:2, 26:4,
37:23, 48:15,
58:16, 59:5,
66:3, 67:18,
67:19, 74:23,
117:2
telling
136:3
ten
51:22, 60:13,
90:2, 113:10,
114:1
ten-minute
64:5
tenancy
123:5
tenant
65:21, 65:22,
65:24, 66:9,
66:12, 66:16,
84:5, 84:10,
84:11, 87:2,
88:8, 88:11,
93:6, 94:22,
120:20, 121:2

tenants
93:16, 94:9
tendered
112:7, 112:9
tenth
29:4, 58:24,
59:7, 59:14,
59:18, 59:21,
60:9, 60:16,
60:19, 60:25,
61:4, 61:9,
61:18, 68:24
term
6:25
terms
32:11, 39:16,
76:25, 103:1,
129:10
terrible
60:5
testified
5:8, 136:6,
140:11
testify
10:8, 11:3,
115:25, 140:9,
145:8
testifying
7:25, 8:5,
8:10, 8:14
testimony
7:24, 11:22,
13:22, 13:25,
14:9, 14:16,
14:23, 15:24,
31:21, 31:25,
109:3, 109:11,
124:7, 145:12
text
126:20
th
1:15, 1:20,
2:16, 2:22,
6:22, 18:22,
19:3, 19:5,
19:11, 20:2,
20:22, 20:23,
28:3, 28:9,

28:16, 28:17,
28:20, 28:21,
28:25, 29:1,
29:13, 29:16,
29:23, 30:2,
58:25, 59:7,
59:9, 60:20,
61:1, 61:4,
61:20, 61:25,
62:8, 62:20,
62:22, 62:25,
63:9, 63:13,
68:6, 69:1,
72:3, 75:1,
77:3, 92:6,
92:25, 94:24,
96:20, 98:1,
98:5, 98:15,
98:23, 100:9,
101:18, 107:9,
107:14, 115:20,
116:9, 118:15,
118:17, 118:21,
121:7, 121:19,
125:14, 125:18,
142:22, 143:3,
143:13
thank
6:15, 7:6,
8:17, 9:4, 11:1,
11:7, 12:22,
13:20, 16:8,
17:7, 17:15,
18:19, 21:3,
22:12, 25:23,
26:19, 32:18,
43:21, 47:11,
90:8, 91:20,
92:1, 95:20,
107:19, 107:23,
114:8, 122:10,
123:11, 123:20,
127:16, 129:12,
142:6, 144:1,
144:8, 144:9,
144:11
thanked
83:2

Transcript of F. Michael Conte
January 4, 2023

thanks
144:6
themselves
4:15, 13:13,
134:6, 136:23
therapist
76:20
therapists
76:14, 76:16,
84:23, 120:7,
121:8, 121:22
therapy
80:12
they'd
99:13
thick
126:19
thing
5:21, 33:2,
39:1, 40:8,
44:25, 45:2,
79:4, 79:7,
89:7, 94:10,
103:7
things
24:6, 45:24,
70:22, 77:7,
77:23, 78:3,
103:21, 122:6,
132:12
think
14:10, 16:2,
22:6, 22:9,
24:24, 25:24,
26:17, 28:10,
31:24, 32:1,
35:8, 38:11,
38:21, 40:7,
40:9, 41:15,
41:18, 41:20,
45:8, 45:21,
46:2, 46:4,
46:7, 46:25,
47:2, 53:17,
54:20, 57:19,
58:22, 59:23,
60:7, 63:5,
64:7, 64:23,

67:2, 69:18,
70:1, 71:5,
71:16, 72:3,
73:11, 73:18,
77:18, 78:15,
79:22, 79:23,
80:8, 80:11,
80:16, 80:22,
81:9, 81:18,
83:10, 83:17,
83:22, 84:4,
84:19, 84:24,
85:4, 85:12,
85:24, 86:3,
88:3, 88:5,
88:8, 88:9,
89:25, 91:7,
92:8, 92:11,
93:19, 98:3,
98:4, 99:2,
99:12, 100:1,
100:13, 100:19,
100:21, 101:21,
102:13, 102:18,
103:16, 103:19,
109:8, 110:2,
113:4, 113:13,
115:10, 121:25,
125:2, 125:7,
125:12, 134:8,
139:18, 139:24,
140:12
thinking
20:11, 30:21
thinks
94:7
third
47:22, 47:24,
48:2, 48:3,
109:22
thought
24:20, 42:7,
58:9, 67:9
thoughts
102:16
three
26:3, 34:6,
34:9, 35:2,

35:5, 35:7,
48:20, 56:1,
57:6, 58:19,
87:12, 113:23,
121:25, 126:19,
126:25, 128:14
threw
82:21
through
9:15, 11:24,
12:2, 12:16,
36:1, 46:6,
47:16, 56:21,
83:18, 90:1,
113:11, 114:3
throughout
6:18
time
4:9, 4:10, 6:5,
7:17, 8:19,
8:23, 9:13,
9:17, 9:21,
13:3, 27:8,
27:21, 34:18,
40:5, 42:23,
43:1, 51:24,
54:17, 58:14,
62:4, 64:5,
64:12, 64:15,
67:2, 68:12,
68:19, 69:2,
69:23, 70:3,
73:9, 73:24,
74:3, 74:8,
74:12, 83:20,
90:10, 92:12,
94:13, 94:25,
95:13, 102:3,
106:14, 107:16,
108:1, 110:11,
111:20, 113:3,
113:24, 114:10,
114:13, 114:21,
116:20, 138:22,
143:19, 144:6,
145:13
times
20:6, 58:19,

88:6, 101:11,
122:1
timestamp
116:23, 117:11,
124:16, 139:17
title
129:1
titled
59:3
today
4:11, 5:3,
5:17, 5:22,
7:12, 8:6, 8:10,
8:15, 14:20,
15:4, 20:17,
21:3, 21:19,
25:3, 28:25,
30:8, 37:21,
55:25, 56:1,
57:18, 85:1,
86:10, 90:14,
116:19, 118:3,
134:8, 134:12,
141:22
today's
4:8, 15:7,
16:20, 17:1,
17:5
together
35:2, 72:2,
101:23, 102:22
told
44:24, 46:25,
58:21, 69:14,
88:2, 88:7,
97:16, 97:17,
105:24, 109:21,
120:19, 123:4,
136:2, 136:4,
136:22
took
18:18, 65:11,
121:19
top
98:18, 98:21,
107:2, 116:13,
128:7, 129:2,
129:13

Transcript of F. Michael Conte
January 4, 2023

| | | | |
|---|---|---|---|
| **topic** | **truck** | 118:8, 120:5, | **unattended** |
| 33:7, 140:4 | 50:14 | 122:19, 124:14, | 54:2, 54:20, |
| **torgerson** | **trucks** | 126:6, 127:4, | 78:2 |
| 69:7 | 50:4, 50:7, | 127:18, 127:22, | **uncle** |
| **total** | 50:13, 50:15 | 129:5, 129:16, | 59:4 |
| 22:16, 113:3 | **true** | 129:21, 139:16, | **undated** |
| **touton** | 145:11 | 140:8, 140:22, | 116:15 |
| 1:17, 2:17, | **truth** | 141:1, 141:2, | **under** |
| 6:24, 20:23, | 73:12, 74:20, | 142:3, 144:5, | 7:21 |
| 25:12, 26:5, | 76:16, 145:8, | 144:8 | **understand** |
| 27:4, 28:21, | 145:9 | **twisted** | 6:6, 6:13, |
| 29:1, 35:2, | **truthfully** | 89:16 | 6:18, 7:4, 7:20, |
| 59:1, 60:21, | 8:5, 8:10, 8:15 | **two** | 7:23, 8:2, 8:18, |
| 61:17, 68:23, | **try** | 21:6, 34:21, | 8:22, 9:1, |
| 71:7, 71:10, | 38:4, 38:5, | 50:16, 52:21, | 22:21, 31:4, |
| 72:18, 81:24 | 40:3, 40:7, | 52:25, 56:1, | 38:5, 42:10, |
| **touton's** | 40:18, 90:20 | 59:23, 63:18, | 43:21, 57:9, |
| 28:16, 29:12, | **trying** | 78:14, 79:7, | 64:1, 73:25, |
| 29:22, 30:1 | 16:3, 24:23, | 80:13, 92:24, | 74:4, 74:6, |
| **town** | 48:4, 48:7, | 112:24, 113:23, | 74:10, 74:11, |
| 73:1, 143:1 | 54:4, 62:6, | 116:10, 121:16, | 74:16, 75:19, |
| **traced** | 83:22, 113:5, | 122:6, 122:20 | 78:9, 78:20, |
| 67:10 | 113:19, 117:12, | **type** | 82:16, 85:2, |
| **track** | 122:17 | 34:10, 50:14, | 85:10, 97:22, |
| 55:25 | **turned** | 66:11, 70:23, | 99:24, 100:17, |
| **traffic** | 14:10 | 78:11, 86:3, | 112:8, 113:5, |
| 93:12, 93:13, | **turner** | 103:21, 132:10 | 121:17, 122:15, |
| 94:20, 100:7, | 2:10, 3:6, | **types** | 130:20, 130:25, |
| 105:3, 105:5, | 4:17, 5:12, | 31:5, 31:8, | 131:4, 138:22, |
| 105:9, 105:20, | 5:14, 10:16, | 31:10, 77:7 | 139:7 |
| 137:12, 137:23 | 11:1, 11:2, | **typically** | **understandable** |
| **training** | 28:22, 47:2, | 20:9, 23:24, | 76:11 |
| 141:4 | 64:2, 64:16, | 27:18, 27:20, | **understanding** |
| **transactions** | 81:9, 90:6, | 32:22, 37:24, | 64:19 |
| 9:16, 11:25 | 90:15, 91:3, | 38:9, 39:5, | **understood** |
| **transcript** | 91:10, 93:3, | 39:10, 39:20, | 14:12, 14:25, |
| 15:24, 145:11 | 95:5, 95:20, | 40:23, 44:13, | 16:8, 19:25, |
| **traveling** | 96:3, 96:4, | 58:4 | 21:11, 27:11, |
| 112:4 | 97:5, 98:17, | | 29:3, 33:24, |
| **treasurer** | 105:13, 106:7, | **U** | 35:11, 47:11, |
| 21:21 | 107:1, 107:4, | **ultimately** | 52:11, 59:6, |
| **treatments** | 110:4, 110:12, | 13:8 | 82:20, 101:12, |
| 70:21 | 110:16, 111:22, | **um-hum** | 118:8, 121:3, |
| **treats** | 112:21, 113:8, | 131:3 | 125:8, 140:22 |
| 75:8 | 113:18, 114:5, | **unanimous** | **uninvited** |
| **trial** | 114:14, 114:16, | 42:13 | 44:8 |
| 14:4 | 114:22, 115:23, | **unanimously** | **unit** |
| **trotted** | 116:12, 117:6, | 123:8 | 130:3 |
| 78:24 | | | |

Transcript of F. Michael Conte
January 4, 2023

**united**
1:1, 4:5
**unless**
10:14, 10:20,
13:14, 56:8,
91:6, 113:6,
119:6, 144:3
**unlock**
55:7
**unlocked**
55:4
**unoccupied**
57:12, 65:20
**unrealistic**
40:10
**unreasonable**
81:15, 81:19
**unreasonably**
130:6, 131:1
**until**
6:2, 77:19,
89:5, 118:22
**ups**
50:11
**upsetting**
139:8, 139:9
**upstairs**
67:3
**upstate**
82:12
**use**
6:25, 53:7,
53:15, 56:10,
76:22, 79:18,
79:25, 80:14,
80:23, 82:8,
83:10, 83:24,
93:11, 93:19,
94:1, 94:14,
94:18, 100:10,
100:11, 101:15,
105:2, 105:4,
120:22, 121:8,
132:4, 132:6,
132:11, 136:6,
137:7, 137:24
**user**
93:10, 93:24,

93:25, 94:4,
94:7, 94:21
**users**
75:11
**using**
53:12, 53:16,
66:15
**usually**
44:5, 52:21,
56:18, 56:19

**V**

**various**
9:16, 11:25,
37:19
**vendors**
33:4
**verbal**
24:12, 45:7,
103:13
**versus**
11:16
**vested**
131:23
**vet**
23:20
**vetted**
133:1
**vetting**
33:4, 133:7
**via**
2:2, 8:24,
103:17, 103:25,
109:25
**viable**
23:19
**video**
4:9, 4:12,
144:14
**videoconference**
2:3
**videographer**
2:37, 4:1,
4:10, 5:2,
64:11, 64:14,
114:9, 114:12,
142:7, 144:12
**videorecorded**
9:2

**videotaped**
1:25, 4:2
**viewed**
120:11
**violated**
13:15
**virtual**
16:14
**virtually**
1:27
**visit**
20:7, 47:25,
61:3, 62:7,
81:14, 85:2,
101:4
**visited**
47:23, 51:9,
51:12, 51:24,
59:13, 61:25,
66:22, 66:25
**visiting**
80:20, 80:21,
81:3, 81:11,
101:14
**visitors**
49:8, 52:12,
53:23, 56:3,
56:10, 56:25,
57:7, 57:25,
61:8, 63:12,
66:14, 85:2,
102:9, 124:22
**voice**
4:14
**volume**
78:11, 78:23,
79:16, 80:5
**volunteer**
24:12, 132:25
**volunteering**
24:21
**vote**
23:25, 24:6,
24:7, 24:12,
42:3, 42:6,
42:8, 42:12,
42:18, 42:21,
43:4, 43:9,

43:15, 43:17,
43:25, 44:16,
83:12, 83:14,
83:25, 84:5,
86:16, 86:22,
86:23, 93:6,
103:14, 103:17,
119:22, 130:8,
143:12, 143:16
**voted**
42:9, 42:14,
45:1, 86:22,
123:7, 123:9,
137:11
**votes**
33:12, 33:25,
34:11, 41:23
**voting**
42:11, 43:8,
43:18

**W**

**wait**
6:1, 53:5
**walk**
20:16, 36:1,
47:15, 60:2
**walking**
53:18
**wallet**
14:9
**want**
10:24, 13:1,
39:8, 55:10,
60:2, 64:5,
73:12, 74:19,
76:15, 84:10,
86:8, 91:11,
95:23, 98:6,
111:22, 113:9,
113:10, 114:2,
115:2, 124:6,
124:12, 125:5,
126:14, 127:2,
133:8, 138:20,
140:23
**wanted**
7:16, 30:4,

Transcript of F. Michael Conte
January 4, 2023

181

| | | | |
|---|---|---|---|
| 32:2, 45:24, 47:12, 76:23, 78:2, 78:3, 82:20, 102:24, 108:12 | 142:19, 144:13 | 86:9, 89:18, 113:11, 114:2, 135:8 | 91:22, 91:24, 96:9, 96:11, 98:6, 106:18, 106:19, 106:21, 106:23, 110:23, |
| **wants** 23:22, 32:7, 71:16, 102:21, 133:8, 134:3 | **we've** 36:15, 43:14, 45:20, 50:16, 59:15, 93:6, 94:11, 108:4, 116:18, 141:14 | **whatnot** 71:7 **whenever** 36:11, 54:17 | 111:1, 111:2, 111:3, 111:4, 111:7, 113:22, 114:8, 115:5, |
| **waste** 60:5, 83:20 | **website** 73:19 | **whereby** 9:14, 13:12, 75:8 | 115:6, 115:8, 117:9, 124:4, 124:8, 126:21, |
| **water** 58:18 | **wednesday** 1:28 | **wherever** 40:25 | 128:1, 128:2, 128:6, 128:9, |
| **way** 29:5, 46:10, 53:15, 54:25, 80:3, 84:3, 86:1, 86:11, 86:24, 119:6, 128:7, 139:8, 140:6 | **week** 55:5, 56:6, 63:16, 76:17, 76:18, 78:25, 85:6, 101:10 | **whether** 11:9, 33:13, 37:12, 122:6, 133:12, 139:22 **white** 2:36 | 128:10, 139:20, 139:21, 140:16, 142:14, 144:11 **witness's** 139:23 **wood** 50:16, 50:19 |
| **we'll** 33:5, 33:6, 40:25, 43:22, 48:16, 64:10, 91:7, 103:14, 110:14, 114:6, 118:6, 133:22 | **weekend** 54:7, 56:24 **weekends** 20:4, 20:6, 50:1, 53:25, 54:1, 54:19, 56:22 | **whoever** 37:6 **whole** 45:2, 85:24, 89:17, 94:9, 145:8 | **word** 15:16, 54:20, 80:18, 108:4, 108:7, 109:14, 109:16 |
| **we're** 5:22, 20:17, 23:9, 28:13, 33:4, 35:18, 39:16, 39:17, 54:1, 57:7, 64:11, 64:14, | **weekly** 101:7 **weeks** 43:5 **weigh** 33:6 **welcome** 114:15 | **wife** 15:2, 78:13 **windows** 62:16, 62:18 **wine** 59:12, 61:7, | **words** 139:22 **work** 17:22, 18:10, 32:21, 49:5, 52:3, 54:24, 55:20, 60:25, |
| 64:23, 71:15, 80:1, 81:12, 84:6, 89:25, 91:3, 93:8, 94:22, 107:1, | **well-being** 81:13 **went** 9:19, 12:2, 14:6, 14:22, | 61:9, 61:12, 61:13 **withheld** 130:6 **withhold** | 81:14, 83:25, 89:3, 89:5, 89:11, 99:15, 101:1, 110:25 **working** |
| 110:2, 110:9, 111:24, 114:9, 114:12, 122:14, 122:15, 129:12, 131:22, 132:1, 132:2, 132:11, 133:21, 136:22, 138:13, 138:14, | 20:13, 20:14, 86:18, 89:12 **weren't** 94:5, 94:6, 111:17, 111:19 **west** 1:15, 1:20, 6:22, 18:22, 19:2, 19:5, 19:11, 20:2, 96:19, 98:23 **whatever** 14:23, 44:9, | 131:1, 131:5, 131:12 **within** 43:4, 118:25, 140:12 **without** 38:17, 55:2, 130:3 **witness** 3:3, 4:22, 5:5, 5:11, 10:22, 14:3, 14:5, 31:22, 91:21, | 29:18, 29:21, 57:6, 99:14 **works** 55:23, 57:15, 57:22, 69:9, 113:17 **world** 133:16, 138:23, 138:24 |

Transcript of F. Michael Conte
January 4, 2023

**wouldn't**
12:11, 41:21,
41:22, 49:10,
87:22, 87:24,
113:24, 132:20
**wow**
76:1
**write**
97:21, 107:8
**writing**
38:17, 45:5,
112:7, 112:9,
112:19, 118:4,
137:8
**written**
94:16, 94:17,
130:8
**wrong**
108:4, 108:7,
109:14
**wrote**
94:23, 99:20

---
**X**
---
**xi**
145:26

---
**Y**
---
**yea**
33:15, 33:17,
33:18, 33:22
**yeah**
11:14, 19:20,
33:14, 34:12,
35:17, 36:19,
38:25, 39:14,
48:3, 48:19,
50:22, 55:6,
55:14, 56:13,
65:22, 66:7,
69:17, 79:22,
100:23, 104:10,
109:2, 119:11,
124:8, 127:24,
139:15
**year**
24:11, 28:10,
70:1, 79:7,

103:11
**years**
9:9, 9:13,
9:22, 11:4,
11:11, 21:25,
22:1, 30:13,
30:22, 35:12,
36:18, 36:22,
58:17, 60:19,
65:18, 66:5,
67:12, 80:13,
93:8, 116:11,
128:22
**york**
1:2, 2:12,
2:23, 2:32, 4:6,
9:11, 10:5,
11:19, 18:22,
77:11, 82:12,
82:21, 145:5
**young**
132:2
**yourself**
6:24, 25:10,
27:16
**yup**
6:14, 7:22,
44:12, 106:25

---
**Z**
---
**zoom**
2:3, 8:24,
16:12, 38:25,
91:20, 95:7,
107:3, 111:23,
111:24

---
**$**
---
**$500,000**
12:10

---
**.**
---
**.110**
3:16
**.126**
3:19
**.142**
3:7

**.4200**
2:13
**.5**
3:6
**.5800**
2:33

---
**0**
---
**00836**
145:26
**03**
114:13
**03429**
1:8, 4:7
**0364**
127:23
**0397**
3:19, 129:23
**0398**
129:20
**06**
60:17
**09**
1:29, 4:9

---
**1**
---
**1**
144:15
**10**
1:29, 4:9,
20:24, 29:13,
84:15, 113:20,
114:6
**100**
22:1, 40:15,
60:23, 85:8
**10018**
2:23
**10020**
2:32
**10111**
2:12
**11**
20:24, 28:3,
28:9, 28:16,
28:17, 28:20,
28:21, 28:25,
29:1, 29:13,

29:16, 29:23,
30:2, 58:25,
59:7, 59:9,
60:20, 61:1,
61:4, 64:10,
64:12, 64:15,
69:3
**1170**
2:24
**12**
19:14, 20:22,
20:23, 34:18,
61:20, 61:25,
62:8, 62:11,
62:20, 62:22,
62:25, 63:9,
63:13, 67:3,
69:1, 76:1,
76:7, 76:12,
76:16, 84:23,
95:16, 98:9,
101:3, 114:6,
114:10, 120:7,
121:22, 124:16,
133:5, 133:20
**1270**
2:30
**129**
18:22, 19:2,
19:5, 19:11,
20:2, 98:23
**13**
114:13, 144:14
**14**
40:8, 72:3,
75:1, 77:3,
101:18, 107:14,
115:20, 116:9,
118:15, 118:17,
118:21, 121:7,
121:19, 125:14,
125:18, 142:22,
143:3, 143:13
**1430**
2:22
**145**
1:33
**15**
9:13, 11:11,

Transcript of F. Michael Conte
January 4, 2023

183

84:15, 113:20
**17**
2:22
**18**
68:7, 68:11
**19**
18:17, 20:11,
57:1, 68:7,
68:9, 92:6,
92:25, 94:24,
98:9, 100:9
**1992**
18:17, 18:18
**1:-cv**
4:7

**2**

**20**
1:8, 4:7, 9:9,
9:22, 11:4,
36:21, 92:25,
94:24
**200**
101:11, 127:11
**2006**
18:9, 18:13,
19:4
**201**
2:24
**2019**
3:16, 92:25,
94:24, 107:9
**2020**
20:12, 75:1,
77:3, 101:18,
107:14, 115:21,
118:17, 121:7,
121:19, 125:14,
125:18, 142:22,
143:3, 143:13
**2022**
28:11
**2023**
1:28, 4:8,
28:14, 145:27
**212**
2:24
**212.589**
2:13

**212.784**
2:33
**24**
98:1, 98:5,
98:9
**26**
68:6, 98:1,
98:15, 107:9
**27**
1:15, 1:20,
2:16, 3:16,
6:22, 18:22,
19:3, 19:5,
19:11, 20:2,
96:20, 98:23

**3**

**30**
20:10, 56:17,
56:20, 56:21,
64:12
**300**
101:10, 101:11
**31**
124:16
**33**
110:6
**34**
3:18, 127:1,
127:2, 129:24
**35**
64:10, 129:14,
129:19
**359**
128:3
**36**
3:18, 127:2
**38**
64:15
**399**
3:19

**4**

**4**
56:17, 56:21
**40**
34:20, 34:23,
133:23

**45**
2:11, 38:11,
72:9
**475520**
1:32
**48**
144:14, 144:15
**4th**
4:8

**5**

**5**
20:10, 56:20
**5,000**
19:17
**50**
65:18, 76:20,
85:5, 101:6,
101:9, 114:6,
114:10, 120:8,
121:23
**501**
2:31
**54**
124:16

**6**

**600**
76:18, 78:25,
84:22, 85:6,
85:8
**65**
130:9

**7**

**70**
34:19

**8**

**8**
56:17, 56:21

**9**

**9-5**
93:14
**90**
14:3
**92**
18:17