# EXHIBIT G



# Transcript of Maxime Touton

**Date:** March 3, 2023

**Case:** Community Counseling & Mediation Services -v- Oxford Realty & Holdings LLC

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

**Page 1**

1 UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
2

3 ----------------------------x

4 C.C.M.S. d/b/a COMMUNITY
COUNSELING AND MEDIATION
5 SERVICES,                  Civil Action No.
                            20-cv-03429(NRB)
6
            Plaintiff,
7
      v.
8
OXFORD REALTY & HOLDINGS LLC,
9 WEST 27TH STREET REALTY, INC.,
MARC PATURET, JOSEPH GRILL,
10 MAXIME TOUTON, F. MICHAEL
CONTE, NIGEL SHAMASH, and
11 other similarly situated
BOARD MEMBERS OF WEST 27th
12 STREET REALTY, INC.,

13            Defendants.

14 ----------------------------x

15

16            DEPOSITION OF:

17            MAXIME TOUTON

18         Conducted Virtually

19        Friday, March 3, 2023

20          10:00 a.m. EST

21

22

23 Job No. 482171

24 Pages 1 - 60

25 Reported by:  Nancy C. Bendish, CCR, RMR, CRR

**Page 2**

1 A P P E A R A N C E S :

2 (All participated remotely via
  Zoom Videoconference)

3

4 ON BEHALF OF PLAINTIFF CCMS d/b/a COMMUNITY
5 COUNSELING AND MEDIATION SERVICES:

6
      BAKER HOSTETLER
7      BY:  TARA E. TURNER, ESQ.
        45 Rockefeller Plaza
8       New York, New York 10111
        212.589.4200
9

10 ON BEHALF OF DEFENDANTS 27TH STREET REALTY,
11 INC., JOSEPH GRILL, MAXIME TOUTON,
   F. MICHAEL CONTE:
12
      ABRAMS GARFINKEL MARGOLIS BERGSON LLP
13      BY:  BARRY G. MARGOLIS, ESQ.
        1430 Broadway, 17th Floor
14      New York, New York 10018
        212-201-1170
15

16

17 ON BEHALF OF DEFENDANT MARK PATURET:

18
      BARCLAY DAMON LLP
19      BY:  DANIEL MARTUCCI, ESQ.
        1270 Avenue of the Americas
20      Suite 501
        New York, New York  10020
21      212.784.5800

22

23 ALSO PRESENT:
24
      JACKSON SCHUELER, Planet Depos Technician
25

**Page 3**

1            I N D E X

2
WITNESS                        EXAMINATION

3

4 MAXIME TOUTON

5   By Ms. Turner.............................4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Page 4**

1 M A X I M E  T O U T O N, having been duly

2 sworn, testified as follows:

3        THE REPORTER:  Your full name,

4 please, for the record.

5        THE WITNESS:  Maxime Touton.

6        THE REPORTER:  And where are you

7 presently located?

8        THE WITNESS:  In my office at 129

9 West 27th Street.

10            - - -

11 EXAMINATION BY MS. TURNER:

12    Q.    Good morning, Mr. Touton.  My name

13 is Tara Turner and I will be taking your

14 deposition today.  I represent Community

15 Counseling and Mediation Services, which is the

16 plaintiff in this action.

17        Today we're essentially going to

18 have a conversation, but in question and answer

19 form.  I'll ask you questions and I ask that you

20 answer each one truthfully and to the best of

21 your knowledge.

22        Before answering, however, please

23 wait until I finish asking each question

24 completely.  It's difficult for the court

25 reporter to capture simultaneous conversations,

**5**

1  so only one of us should be speaking at a time.
2      If you do not understand one of my
3  questions, please ask me to repeat or rephrase
4  and I'll be happy to do so.
5      The court reporter will be taking
6  down my questions and your answers, so your
7  answers must be audible.  Please say yes or no,
8  rather than nodding your head.  It's very
9  important that you keep all of your responses
10  verbal because hand gestures, head nods, won't
11  be picked up by the court reporter.
12      I mentioned that I represent
13  Community Counseling and Mediation Services.  I
14  may refer to them throughout this deposition as
15  CCMS.  Do you understand what that means?
16  **A.   Yes.**
17      Q.   Thank you.  I may also refer to
18  defendants in this matter, which are West 27th
19  Street Realty, Inc., Marc Paturet, Joseph Grill,
20  yourself and Michael Conte.  If I refer to all
21  defendants, I'll use the term "defendants" or
22  "the co-op," but I may also refer to specific
23  board members, in which case I'll identify them
24  by name.  Do you understand?
25  **A.   Yes.**

**6**

1      Q.   If you need a break for any
2  reason, please let me know.  I just ask that you
3  not take a break while a question is pending.
4      Finally, Mr. Touton, I'm going to
5  be asking you some questions today about race
6  and ethnicity.  I don't mean these questions to
7  be insensitive, and certainly if you don't know
8  the race or ethnicity of an individual, please
9  say that you don't know.
10      Mr. Touton, do you understand that
11  you are now under oath?
12  **A.   Yes.**
13      Q.   And do you understand that the
14  testimony you are about to give has the same
15  force and effect as though you are testifying in
16  a courtroom?
17  **A.   Yes.**
18      Q.   Are you suffering from any medical
19  conditions, mental or physical, that would
20  prevent you from testifying truthfully today?
21  **A.   No.**
22      Q.   And are you taking any medications
23  or substances that would prevent you from
24  testifying fully and truthfully today or would
25  otherwise affect your recollection?

**7**

1  **A.   No.**
2      Q.   Before we begin, is there anything
3  else I should be aware of that would prevent you
4  from testifying fully and truthfully today?
5  **A.   No.**
6      Q.   Thank you.
7      Mr. Touton, attending the
8  deposition with us today is Jackson Schueler
9  from Planet Depos.  He will be controlling any
10  digital documents that we review, so I wanted to
11  introduce him to you.
12      Mr. Touton, do you understand that
13  the plaintiff CCMS noticed your deposition in
14  this case and the Court so ordered it?
15  **A.   Yes.**
16      Q.   And, Mr. Touton, do you understand
17  that the Court ordered the deposition for three
18  hours of testimony?
19  **A.   Yes.**
20      Q.   And also you understand that the
21  parties agreed to conduct this deposition by
22  remote means?
23  **A.   Yes.**
24      Q.   Thank you.
25      Mr. Touton, have you ever been

**8**

1  deposed before?
2  **A.   Would you repeat the question.**
3      Q.   Have you ever been deposed before?
4  **A.   No.**
5      Q.   Have you ever provided testimony
6  in court?
7  **A.   No.**
8      Q.   Have you ever given testimony in
9  connection with an arbitration or mediation?
10  **A.   No.**
11      Q.   Mr. Touton, what did you do, if
12  anything, to prepare for today's deposition?
13  **A.   I had a Zoom meeting with Barry,**
14  **my lawyer.**
15      Q.   Thank you.  How long was that Zoom
16  meeting?
17  **A.   About an hour and a half.**
18      Q.   Other than your attorney, did you
19  meet or speak with anyone else in preparation
20  for this deposition?
21  **A.   No.**
22      Q.   Did you review any materials in
23  preparation for this deposition?
24  **A.   I did review the Joey Grill**
25  **deposition.**

9

```
1     Q.     The Joseph Grill deposition?
2     A.     Yes.
3     Q.     Thank you.
4            Did you review any other materials
5  to prepare for today's deposition?
6     A.     No.
7     Q.     Do you have any materials in front
8  of you right now?
9     A.     No.
10    Q.     And is anyone else in the room
11 with you for this virtual deposition?
12    A.     No.
13    Q.     Thank you.
14           Mr. Touton, have you met or spoken
15 with counsel for defendant, Marc Paturet, who is
16 Daniel Martucci on the call?
17    A.     No.
18    Q.     Mr. Touton, have you spoken with
19 any of the other individual defendants, Marc
20 Paturet, Michael Conte or Joseph Grill, about
21 today's deposition?
22    A.     Not at all.
23    Q.     Have you spoken with Peter Lehr or
24 anyone from Kaled Management about today's
25 deposition?
```

10

```
1     A.     Not at all.
2     Q.     And have you spoken with Nigel
3  Shamash or Saul Tawil about today's deposition?
4     A.     Nope.
5     Q.     Mr. Touton, I'm going to ask you
6  some questions about your personal background.
7  Will you please describe your race and/or
8  ethnicity for the record.
9     A.     I am a French person.
10    Q.     Thank you.
11           Can you please describe your
12 educational history?
13    A.     So, I have an MBA in business.
14    Q.     And where did you receive your
15 MBA?
16    A.     In the town of Bordeaux (phonetic)
17 France.
18    Q.     And what is your current
19 occupation?
20    A.     I'm the senior vice president of
21 my family-owned company, Monsieur Touton
22 Selection, Ltd.
23    Q.     And how long have you been the
24 senior vice president?
25    A.     I've been the senior vice
```

11

```
1  president for almost ten years, and I've been in
2  the company for 20 years.
3     Q.     Before you were a senior vice
4  president, what was your prior position?
5     A.     I was a regular sales
6  representative for the company.
7     Q.     Did you hold any other positions
8  with respect to your family's company?
9     A.     Nope.
10    Q.     Before you joined your family's
11 company, did you hold any other jobs?
12    A.     Nope.
13    Q.     Could you please describe what
14 kind of company is Monsieur Touton Selection?
15    A.     Sure.  We are an importer/
16 distributor of fine wine, and we are
17 distributors in 11 states from Florida to
18 Massachusetts.  So our business is a B-to-B
19 business.  There is no customer involved because
20 the rules in liquors are pretty well structured
21 in the country; every state has different laws.
22           So, we're a B-to-B business; I'm
23 not a retailer.  I'm an importer/distributor.  I
24 hold two licenses for importing and distributing
25 of fine wine.
```

12

```
1     Q.     And how long has Monsieur Touton
2  Selection been in business, been operating?
3     A.     The company has been incorporated
4  in 1984.
5     Q.     Thank you.
6            Where are the offices for Monsieur
7  Touton Selection located?
8     A.     We have five locations around the
9  country.
10           MR. MARGOLIS:  Maxime, time out.
11 I have to be able to put an objection on the
12 record, so slow down.  Also, Nancy needs to be
13 able to take everything down, so we just have to
14 slow it down a little bit because you and Tara
15 are going rapid fire, which is fine, and I
16 appreciate everybody wanting to, on a Friday,
17 get this finished, but let's just take it down a
18 little bit and give everybody a little bit of
19 time to breathe and put objections and do what
20 they need to do.  Okay?
21           So there was a question and I'm
22 putting an objection on the record, and now you
23 can answer the question if you remember it.
24    A.     So can you repeat the question,
25 please, Tara.
```

13

1   MS. TURNER: Nancy, could you
2   please repeat the question.
3       (The following question was read:
4   "Where are the offices for Monsieur Touton
5   Selection located?")
6       **A.   So, we have five locations: One**
7   **in Florida, Miami, one in Washington D.C., one**
8   **in New York, which is our headquarters, and one**
9   **in Boston, Massachusetts.**
10      Q.   And what is the address for the
11  headquarters in New York?
12      **A.   129 West 27th Street.**
13      Q.   And does Monsieur Touton Selection
14  occupy a certain floor of 129 West 27th Street?
15      **A.   We currently have the ninth floor**
16  **and the tenth floor occupied.**
17      Q.   And is 129 West 27th Street the
18  same building that is the subject of this
19  action?
20      **A.   Yes.**
21      Q.   Could you describe the building
22  located at 129 West 27th Street for me.
23      MR. MARGOLIS: Objection. Go
24  ahead.
25      **A.   This is a 12-floor commercial**

14

1   co-op, built in 1903 or '04, I believe.
2       Q.   I'm sorry, can you just repeat
3   that?
4       **A.   It was built in 1903 or 1904.**
5   **It's an old building.**
6       Q.   Do you know the size of each floor
7   in the building at 129 West 27th Street?
8       **A.   Approximately, I believe it's**
9   **between 6500 to 7,000 square feet per floor, if**
10  **I remember well.**
11      Q.   And, Mr. Touton, how often do you
12  personally visit the building? And when I say
13  the building, I'm referring to 129 West 27th
14  Street.
15      **A.   Every day.**
16      Q.   Do you visit the building on the
17  weekends?
18      **A.   Not at all.**
19      Q.   So you visit the building Monday
20  through Friday every week?
21      **A.   That's correct.**
22      Q.   When you visit the building, how
23  long do you stay each day?
24      **A.   It depends, but I usually arrive**
25  **around 8 a.m. and I leave around 6 p.m.**

15

1       Q.   And the amount of days you visit
2   the building, has that stayed consistent over
3   the past few years?
4       **A.   Yes, pretty much. I'm an owner,**
5   **so when you run a business, you might, you know,**
6   **you might do extra time or you might come early**
7   **before your staff or you might leave after your**
8   **staff.**
9       Q.   Thinking back to the beginning of
10  the COVID-19 pandemic in March 2020, did the
11  amount of days you visited the building, did
12  that change at all during that time period?
13      **A.   Absolutely not. We were deemed**
14  **essential business, being in the food and**
15  **beverage industry, and so we basically didn't**
16  **close. We had to remain open in operation.**
17      Q.   As you sit here today, do you know
18  the individuals or entities that occupy the
19  remaining floors of the building?
20      MR. MARGOLIS: Objection. Go
21  ahead.
22      **A.   Some of them.**
23      Q.   Who occupies the first floor of
24  the building?
25      **A.   I think this is the president of**

16

1   the board, Marc, and I think this is a film
2   rental company.
3       Q.   Does Marc Paturet, who I believe
4   owns Hand Held Films, does he occupy any other
5   floors in the building?
6       **A.   I believe so. I think it's the**
7   **first, second and third or first and third.**
8       Q.   And do you know who occupies the
9   fourth floor of the building?
10      **A.   No.**
11      Q.   What about the fifth and sixth
12  floors?
13      **A.   So I know the sixth because it's**
14  **Michael. You want to know the entire building,**
15  **what I know?**
16      Q.   Yes, please.
17      **A.   7 and 8 I never met them, I don't**
18  **know. 9, 10 it's us, and 11 recently it's us as**
19  **well. And 12th floor is Joey Grill.**
20      Q.   And when you refer to Joey Grill,
21  is that in connection with Click Model
22  Management?
23      **A.   That's right.**
24      Q.   Thank you.
25      You mentioned that the building is

17

1  organized as a co-op, correct?
2  **A.   Yes.**
3  Q.    What is your role in connection
4  with the co-op?
5  **A.   I'm the director of the co-op.**
6  **I've just got a small role in the co-op.**
7  Q.    Are you also a shareholder of the
8  co-op?
9  **A.   I am, my company is, or directly I**
10 **am.**
11 Q.    When you say you're a director, is
12 that synonymous with a board member of the
13 co-op?
14 **A.   Yes.**
15 Q.    How long have you been director of
16 the co-op?
17 **A.   2017.**
18 Q.    Have you ever held any other role
19 in connection with the co-op?
20 **A.   Nope.**
21 Q.    Has anyone else affiliated with
22 Monsieur Selection Limited held any roles with
23 respect to the co-op?
24 **A.   My Uncle Guillaume, which is the**
25 **president of the company, might have been on the**

18

1  **board back in the days.**
2  Q.    And how long has Monsieur
3  Selection Limited been a shareholder of the
4  co-op?
5  **A.   1989 I believe is when we entered**
6  **the building.**
7  Q.    Do you know how many shareholders
8  there are currently for the co-op?
9  **A.   Six or five.**
10 Q.    And who makes decisions with
11 respect to the co-op?
12      MR. MARGOLIS:  Objection.
13 **A.   That will be the managing company**
14 **and the board.**
15 Q.    And can you just describe for me
16 how you become a board member of the co-op?
17 **A.   So, ultimately my uncle, which was**
18 **very busy, said that it would be a great**
19 **experience for me to participate in the board**
20 **meeting to understand what a board meeting is in**
21 **New York City, because I'm not really familiar**
22 **with co-op in New York City when I came from**
23 **France.  We don't have the same type of**
24 **organization for buildings.  So this was just**
25 **for me an experience and a learning curve.**

19

1  Q.    And what was the process to become
2  a board member?
3  **A.   I assist at the annual meeting, I**
4  **believe, and I got voted in.**
5  Q.    You mentioned an annual meeting.
6  When is the annual meeting?
7  **A.   I believe it takes place once a**
8  **year.**
9  Q.    Does it take place during a
10 certain time of the year?
11 **A.   I don't remember that.**
12 Q.    Currently, as you sit here today,
13 how many board members are there for the co-op?
14 **A.   We are five.**
15 Q.    And besides yourself, who are the
16 other four board members of the co-op?
17 **A.   So, Marc, the president.  There is**
18 **Michael, there is Joey, and recently, I'm sorry**
19 **I forgot his name, but it's Eric, which was on**
20 **the floor, on the 11th floor, was part of the**
21 **board.  We had to replace him, I think this is**
22 **the engineer company on the fourth and fifth**
23 **floor.**
24 Q.    You mentioned Eric affiliated with
25 the 11th floor.  Was that Eric Doctormann?

20

1  **A.   Correct.**
2  Q.    And when was he replaced as a
3  board member?
4  **A.   When I became the owner of the**
5  **11th floor.  I believe last year, very recently;**
6  **could be just a couple months.**
7  Q.    And do you recall the name of the
8  board member that replaced him?
9  **A.   No.**
10 Q.    Have you ever met the board member
11 that replaced him?
12 **A.   Yes, I did.  Once.**
13 Q.    You just don't remember his name?
14 **A.   No.  I know he's the owner of the**
15 **company on the fourth and the fifth floor, but I**
16 **don't have his name.**
17 Q.    All right.  We're going to go
18 through each of the current board members, and I
19 have a few questions.  We'll start with Marc
20 Paturet.  How long has he been a board member?
21 **A.   I don't know.**
22 Q.    Has he been a board member as long
23 as you've been a board member?
24 **A.   He was a board member before me.**
25 And again, just for the record,

21

1  you became a board member in 2017?
2  **A.    Correct.**
3     Q.    And how long has Marc Paturet
4  specifically been president of the board?
5  **A.    As long as I've been part of the**
6  **board.**
7     Q.    Do you have any sense of how long
8  he was the president before you joined the
9  board?
10 **A.    No.**
11    Q.    Michael Conte, how long had he
12 been a board member for the co-op?
13 **A.    Same answer as of Marc, I do not**
14 **know.  He was on the board before I entered the**
15 **board.**
16    Q.    And has Michael Conte ever been
17 president of the board?
18 **A.    I do not know.**
19    Q.    And Joseph Grill, how long has he
20 been a board member?
21 **A.    Same answer, I do not know; as**
22 **long as I've been part of the board.**
23    Q.    Just to clarify, Mr. Paturet,
24 Mr. Conte and Mr. Grill were all board members
25 at the time you joined the board?

22

1  **A.    Correct.**
2     Q.    And then the last board member,
3  who you said you don't recall his name, became a
4  board member in the last few months?
5  **A.    Very recently.  I don't even think**
6  **we had an annual meeting with his presence yet.**
7     Q.    Understood.  How long was Mr. Eric
8  Doctormann a board member prior to --
9  **A.    That's the same answer as for**
10 **Marc, Michael and Joey.  He was there before I**
11 **was assigned as the role of director to this**
12 **board meeting, for this board.**
13    Q.    Thank you.
14 **A.    You're welcome.**
15    Q.    Just for each board member that we
16 walked through, could you identify their race or
17 ethnicity, to the extent you know.
18 **A.    No.**
19    Q.    Do you know if any of the current
20 board members are Black?
21 **A.    No.**
22    Q.    No, you don't know or, no, they're
23 not Black?
24 **A.    I don't know.**
25    Q.    Have there always been five board

23

1  members?
2  **A.    I believe so.**
3     Q.    When I asked the question about
4  who makes decisions relating to the co-op, I
5  think you mentioned the management company; is
6  that correct?
7  **A.    Yes.**
8     Q.    And is that management company --
9  and forgive me if I'm mispronouncing -- Kaled
10 Management?
11 **A.    That is correct.**
12    Q.    And what sort of things does Kaled
13 manage with respect to the building?
14 **A.    So, as a managing agent, like in**
15 **everywhere in the city, I believe, they manage**
16 **for everything that's about the finance of the**
17 **building, but also the maintenance of the**
18 **building, and everything related to the life of**
19 **a commercial co-op.**
20    Q.    And how often do you interact with
21 Kaled?
22 **A.    It could be three, four times a**
23 **year max.**
24    Q.    And do they assist with board
25 meetings or board decisions related to the

24

1  co-op?
2  **A.    Yes, there is a person from Kaled**
3  **at our board meeting and he's participating in**
4  **the meeting, of course.**
5     Q.    And who is that representative
6  from Kaled?
7  **A.    His name is Peter Lehr.**
8     Q.    And how long has Kaled been the
9  management company for the building?
10 **A.    I do not know.**
11    Q.    Have they been managing the
12 building as long as you've been a board member?
13 **A.    Yes.**
14    Q.    So at least since 2017?
15 **A.    I will say so, yes.**
16    Q.    Has Peter Lehr been the
17 representative from Kaled for that time period,
18 2017 till now?
19 **A.    Yes.**
20    Q.    How often do you personally
21 interact with Peter Lehr?
22 **A.    Did you just ask me that question?**
23 **Two, three times a year max.**
24    Q.    I asked you how long you
25 interacted with Kaled, but now I'm just

**25**

1 specifically focused on Mr. Lehr.
2     A.   Oh. I only interact with Mr. Lehr
3 from Kaled, so this is the same thing for me.
4     Q.   Okay. So you don't have any
5 personal interactions with him or you never see
6 him at the building?
7     MR. MARGOLIS: Objection.
8     A.   I've seen Peter at the building
9 because he comes for our board meeting. So, as
10 to how many times I see Peter, I see him three,
11 four times per year.
12     Q.   Okay. Thank you.
13     A.   Um-hum.
14     Q.   As far as decisions related to the
15 co-op, what type of decisions require board
16 approval?
17     A.   It comes from everything about
18 maintenance, about finances, insurance, local
19 (indiscernible), everything that a regular
20 building requires to be run correctly.
21     Q.   Are there any decisions related to
22 the co-op that can be made by shareholders who
23 are not board members?
24     A.   Not that I believe so. Unless
25 it's probably within their own roles, they don't

**26**

1 need an approval. You know, if they have, I
2 don't know, people paint something, put
3 computers or divide an office, we don't
4 intervene in that. But everything that's
5 renovation, we have to have an approval for
6 that.
7     Q.   And you have to have approval from
8 the board?
9     A.   Yes.
10     Q.   If an action requires board
11 approval, what's the process to get approval?
12     MR. MARGOLIS: Objection. Go
13 ahead.
14     A.   The action is usually being
15 presented to us through the managing agents
16 during the meeting, mostly during the annual
17 meetings, and we vote it out.
18     Q.   With respect to subleasing a floor
19 at the building, is board approval required for
20 that?
21     A.   I would say so, yes.
22     Q.   Do you know where that requirement
23 comes from?
24     MR. MARGOLIS: Objection.
25     A.   I mean, every building has bylaws,

**27**

1 I believe. That's where the rules of the
2 building will be part of.
3     Q.   And what's the process to approve
4 a sublease with the building?
5     A.   The same as it is to approve a
6 sale or to approve a renovation or to approve
7 any kind of matter that belongs to the board
8 decision, I will say.
9     Q.   What's the first step in the
10 process to get board approval for a sublease?
11     A.   I believe it will be submitted to
12 the managing agent. Then we'll submit it to the
13 board.
14     Q.   And after a prospective sublease
15 tenant submitting an application, what's the
16 next step?
17     A.   We meet and we discuss the
18 application.
19     Q.   And when you say we meet, are you
20 referring to the --
21     A.   The board.
22     Q.   Does anyone else attend that board
23 meeting to consider the application?
24     A.   It could be the tenants of the
25 sublease. That's also allowed to be part of the

**28**

1 board meeting.
2     Q.   And when you say the tenants of
3 the sublease, do you mean --
4     A.   The owner of the floor.
5     Q.   Owner of the floor, thank you.
6     And what types of things does the
7 board consider when approving or denying a
8 sublease?
9     A.   Could be all kind of matters,
10 mostly about, you know, the type of business,
11 the foot traffic, all kind of finances, of
12 course. I'm not a director/officer, I'm a
13 director part of the board, so I don't have
14 access to finances and stuff like that. I'm a
15 lower member of the board. I'm the newbie
16 there. I've been on that board only for five
17 years ago; it's an experience for me, so...
18     Q.   So, do you sort of rely on what
19 the other board members tell you about the
20 process to consider subleases?
21     MR. MARGOLIS: Objection.
22     A.   I usually make my own opinion, of
23 course, I'm my own person, but I don't have
24 experience in asking questions, looking for what
25 needs to be looked for, so I'm learning still

29

1 the current process for that.
2     Q.    You mentioned you consider the
3 type of business for a sublease applicant.  What
4 type of businesses?
5     A.    Well, we are all offices here in
6 this building.  We are not retailers, we're all
7 backup office, administrative office mostly, and
8 so we're looking for, you know, a business that
9 will match our businesses.
10     Q.    Are there any types of businesses
11 that you would be looking for to deny the
12 sublease?
13     A.    No.
14     Q.    You also mentioned foot traffic.
15 What are the board's concerns related to foot
16 traffic in the building?
17     A.    Well, we have a very tiny entry,
18 with no doorman, only two main elevators, and
19 there's not a lot of foot traffic in the
20 building and we want to remain it that way, want
21 to be careful for the safety of our employees
22 and for the well-being of our employees we want
23 to remain in that way, yes.
24     Q.    You mentioned the safety of
25 employees.  What's the concern?

30

1     A.    We do not have a doorman, and
2 that's a concern on 27th Street between 6th and
3 7th.
4     Q.    Could you just elaborate on why
5 that's a concern?
6     A.    It's a concern all over the city.
7 It's a concern with the current situation of the
8 city.  We have to be careful who is coming in,
9 coming out.  So it's a brand open building, so
10 we're careful with that.
11     Q.    Now, are the doors at the front
12 entrance to the building unlocked during normal
13 business hours?
14     A.    Yes, but we recently, after the
15 pandemic we recently just put up a system with a
16 phone so we can have people answering from their
17 phone, employees.  So this is fairly new, this
18 is since this year, I believe, we have put in,
19 how do you call it, a caller ID application with
20 a camera so that we can open the door
21 downstairs.
22     Q.    And does that mean that the doors
23 are locked then during normal business hours?
24     A.    Recently, yes.
25     Q.    I'm just trying to understand this

31

1 caller ID.  Is it a virtual doorman?
2     A.    No, it's just a regular ringing,
3 you know, when you ring for any building.
4         MR. MARGOLIS:  Do you mean like an
5 intercom?
6         THE WITNESS:  Intercom, that's
7 what I'm looking for, yes.  It's an intercom.
8 Sorry.
9     Q.    And who answers the call when
10 there's a visitor to the building?
11     A.    Well, we have an assistant in the
12 building that can answer the call with us.
13 Depending on how you set it up with your
14 offices.  For my office, we have a couple
15 employees that are allowed to open the doors.
16     Q.    So each floor has a button on the
17 intercom that connects to that floor?
18     A.    Yes.  And this is fairly new.
19 This has been put on I believe not even three
20 months ago.
21     Q.    What was the reason for installing
22 the intercom system?
23     A.    Because of the pandemic.
24     Q.    Since installation of the intercom
25 system, Mr. Touton, how do you gain access to

32

1 the building?
2     A.    How do I -- sorry, repeat the
3 question.
4     Q.    Since this intercom system has
5 been installed, how do you gain access to the
6 building?
7     A.    I have an app on my phone.
8     Q.    Do all employees have a similar
9 app to access the building?
10     A.    Correct.
11     Q.    And that's consistent across all
12 of the owners and occupants of the building?
13     A.    I do not know.  This is specific
14 to my organization.
15     Q.    Understood.  I'm just going to --
16 we got off topic a bit on the intercom system,
17 but I'm going to shift back to the board, the
18 process for sublease approval with the board.
19         You mentioned there was an
20 application.  Have you ever seen a sublease
21 application before?
22     A.    No.
23     Q.    Do you know who created the
24 sublease application?
25     A.    No.

**33**

1  Q.   Did you review a sublease
2  application from the plaintiff in this action?
3  A.   No.
4  Q.   Why didn't you review the sublease
5  application from the plaintiff?
6  A.   Well, number one, I'm not an
7  officer; so I don't make decisions towards
8  finances part of the board and other matters.
9  And it was going to be presented to me during
10 the meeting; so I didn't feel the need to
11 really, you know, dig into it.
12 Q.   Understood.  Do you know when the
13 sublease application became part of the approval
14 process?
15 A.   No.
16 Q.   You mentioned a meeting to
17 consider the sublease applicants.  Is the
18 applicant required to attend the meeting?
19 A.   The meeting was the interview.
20 That's what I'm referring to.
21 Q.   Understood.  I'm talking -- I'm
22 sorry that I confused you with that question
23 earlier, but I'm talking generally about the
24 process to approve sublease applicants.
25      Is the applicant normally required

**34**

1  to attend the meeting related to their
2  application?
3  A.   I don't know.  This is the first
4  ever I, you know, got presented with a sublease.
5  I don't think we sublease a lot in the building
6  as well; I think we're mostly shareholders and
7  owners of the floor.  So this was a completely
8  new process for me.
9  Q.   So the plaintiff was the first and
10 only sublease applicant you've ever been
11 involved in as a board member?
12 A.   Correct.
13 Q.   The meeting to consider a sublease
14 applicant, can any shareholder of the building
15 attend the meeting?
16      MR. MARGOLIS:  Objection.
17 A.   I don't know.
18 Q.   After an applicant submits a
19 sublease application, how quickly is the meeting
20 held to consider the application?  And again,
21 just talking generally.
22 A.   I am sorry, I have no clue.
23 Q.   Is there any procedure for where
24 the meeting takes place?
25 A.   Like our annual meeting, I think

**35**

1  we try to find a spot within the offices that
2  are free for a meeting, with closed doors.
3  Q.   Is there any process for how long
4  the meeting needs to be to consider an
5  applicant?
6  A.   I don't know.
7  Q.   And who conducts the meeting?  Is
8  there someone in charge of the meeting to
9  consider an applicant?
10 A.   I don't know.  I mean, usually
11 it's the board members, right.
12 Q.   Does the board president take any
13 special role in a meeting to consider a sublease
14 applicant?
15 A.   I believe the officers do.
16 Q.   And when you say officer, who do
17 you mean?
18 A.   I mean, there will be the
19 president, the vice president and the treasurer.
20 So it will be Marc, Michael and Joey in that
21 sense.
22 Q.   And is that what happens in annual
23 meetings, that those individuals generally lead
24 the meeting?
25 A.   Can you repeat this question,

**36**

1  please.
2       (Last question read.)
3  A.   Yes.
4  Q.   Is there any requirement that a
5  certain number of board members be present for a
6  meeting to consider a sublease applicant?
7  A.   I do not know.
8  Q.   Is that --
9  A.   I believe we need quorum for the
10 votes, so we need a certain number of
11 shareholders -- I mean, board members to be
12 there in order to vote.
13 Q.   Is the board president required to
14 attend the meeting to consider a sublease
15 applicant?
16 A.   Not that I know of.
17 Q.   And in the process for voting, how
18 does voting occur when considering a sublease
19 applicant?
20 A.   By hand.
21 Q.   And is there a requirement of a
22 certain number of votes to approve or deny a
23 sublease?
24 A.   It's got to be majority.
25 Q.   And would a shareholder who's not

**37**

1  a board member vote during that process to
2  consider a sublease applicant?
3      **A.    I will say no.**
4      Q.    Are there any circumstances where
5  shareholders who are not board members vote on
6  actions related to the co-op?
7      **A.    No.**
8      Q.    Has the board ever taken a vote on
9  an action by email or in writing versus holding
10 an in-person meeting?
11     **A.    Not that I remember of during my**
12 **time.**
13     Q.    For a sublease application, is
14 there a process for the applicant to appeal the
15 decision of the board?
16     **A.    I don't know.**
17     Q.    And does the board inform the
18 applicant whether their sublease has been
19 approved or denied?
20     **A.    I don't know.**
21     Q.    How is the process to consider a
22 sublease applicant different from the process to
23 consider a purchase of a floor in the building?
24         MR. MARGOLIS:  Objection.
25     **A.    To be honest, I don't know.  I**

**38**

1  **never had to be confronted or part of a decision**
2  **to approve a sale in the building.  The only**
3  **sale that happen in the building during my time**
4  **as a board member was the sale from Eric to me.**
5  **And obviously I was not part of that because I**
6  **was the buyer.**
7      Q.    Can you just walk me through the
8  process for Monsieur Selection Limited to
9  purchase the 11th floor of the building?
10     **A.    Sure.  So, we knew that Eric**
11 **wanted to sell the 11th floor, and we always did**
12 **have an interest; and so we had a tacit**
13 **agreement with Eric so that when he put it to**
14 **sale he could offer it to us; and we made an**
15 **offer.**
16     Q.    And once Mr. Doctormann approved
17 your offer to purchase the floor, did you have
18 to do anything in connection with the Co-op
19 Board?
20     **A.    No.  I mean, I was not part of**
21 **that process, to be honest.  This was my CFO who**
22 **did the whole deal.  Because I was part of the**
23 **board, I was kind of put on the side of that**
24 **project, working the papers and closing and**
25 **everything.  So I don't really know what**

**39**

1  **happened with the process with the board at that**
2  **time.**
3      Q.    Did the board have to vote whether
4  or not to approve the purchase of the 11th
5  floor?
6      **A.    I believe it would have had to**
7  **vote, but I was not there, again, so I don't**
8  **know what process was put in place.**
9      Q.    But obviously if there was a vote,
10 the purchase of the 11th floor was approved?
11     **A.    Technically, yes, since I'm the**
12 **owner now.**
13     Q.    And what are the plans for the
14 11th floor with respect to Monsieur Selection
15 Limited?
16     **A.    So, the plans are to put**
17 **conference room, because my two floors, the**
18 **ninth and the tenth, are open office, open**
19 **floors, and we don't have cubbies, and so we**
20 **need more privacy to conduct some meetings with**
21 **our suppliers, for instance, around the world,**
22 **upstairs.**
23     Q.    How many employees work at your
24 company's headquarters in the building?
25     **A.    We have, within the two floors**

**40**

1  **right now, we have 15 persons per floor, 15**
2  **employees per floor.**
3      Q.    So 30 employees total?
4      **A.    Yeah, between the two floors.**
5      Q.    And does that include you and the
6  company's management?
7      **A.    Sure.**
8      Q.    Does your company get any visitors
9  to the building?
10     **A.    Not many.  Most of my employees**
11 **are actually salespeople; and they work out of a**
12 **car on the street.  The company is 300 employees**
13 **total.  Out of that there is 30 working in the**
14 **New York office.  The rest are between the other**
15 **office in Miami, Washington, DC and Boston; and**
16 **the salespeople, their job to is to be on the**
17 **street, to visit customers to sell.  They're not**
18 **allowed in the office.  We ship their samples of**
19 **wine to their stores or their house, and that's**
20 **about it.**
21         **The only people that we are**
22 **welcoming in our office are our worldwide**
23 **suppliers, meaning the owner of the vineyards**
24 **that comes maybe once a year, once every three**
25 **years, depending where they are in the world.**

41

1  If they are producers in Argentina, they will
2  come, you know, every three years; if they're
3  from France, they will come once a year, and so
4  on. So, it's a very low foot traffic type of
5  office.
6      Q.    So how many visitors each week do
7  you get to your offices in the building?
8      A.    Less than ten.
9      Q.    You mentioned you purchased the
10 11th floor in order to create conference space.
11 Would those meetings be the existing employees
12 of the company?
13     A.    Could you repeat.
14          MS. TURNER:  I think I'll
15 rephrase, Nancy.
16     A.    I'm sorry.
17     Q.    On the 11th floor where you're
18 building conference space, will you be holding
19 meetings with outside individuals or will these
20 be internal meetings?
21     A.    It will be internal meetings, to
22 have privacy between management, the different
23 departments, accounting, every time we need to
24 meet with each other and do a meeting, that will
25 be there. Or to also conduct some Zoom meetings

42

1  to have privacy, just like we are doing now.
2      Q.    Understood. You had mentioned
3  there were 15 employees working on the ninth and
4  tenth floors each.
5      A.    Um-hum.
6      Q.    Do any of them have individual
7  offices, closed-off offices?
8      A.    No, it's an open space.
9      Q.    All open on the ninth and tenth
10 floor?
11     A.    All open on the ninth and tenth
12 floor.
13     Q.    Is there any meeting space on the
14 ninth and tenth floor?
15     A.    There is one meeting space on the
16 tenth floor, which is not enough for us, which
17 is why we are taking the 11th floor.
18     Q.    Since you visit the building every
19 weekday, I wanted to ask you some questions
20 about people coming and going from the other
21 floors.
22          How often does Marc Paturet's
23 business get visitors to his floors?
24          MR. MARGOLIS:  Objection.
25     A.    Marc Paturet is on the ground

43

1  floor. So the only time I see the ground floor
2  is when I enter the building at 8 and when I get
3  out of the building. So I don't see that many.
4      Q.    Can visitors to the ground floor,
5  do they have a separate access point --
6      A.    Yes, they do.
7      Q.    -- than the rest of the floors?
8      A.    They do. And, actually, they are
9  not allowed, some of his employees are not
10 allowed to go through the main entrance, because
11 they carry very heavy material and we don't want
12 to have any damage to the lobby. So they have
13 to go through the main door of Marc's business
14 in order to get access to that business.
15     Q.    Understood. What about, I think
16 it was the fourth and fifth floors, the
17 engineering office, how often do their employees
18 come and go?
19          MR. MARGOLIS:  Objection.
20          MR. MARTUCCI:  Objection.
21     A.    I mean, I don't know. I don't
22 know them personally, so I could be in an
23 elevator with one of them, not knowing that.
24 I'm going to the ninth floor, some people stop
25 on the fifth, some people stop on the sixth but,

44

1  you know.
2      Q.    And what about Mr. Conte's
3  business?
4          MR. MARGOLIS:  Objection.
5          MR. MARTUCCI:  Objection.
6      A.    Mr. Conte's, no, it's a very, very
7  small; they don't have a lot of people in
8  Mr. Conte's.
9      Q.    Do you ever see visitors, employee
10 or otherwise, to the seventh and eighth floors?
11          MR. MARGOLIS:  Objection.
12     A.    No.
13          Sorry. No.
14     Q.    And what about Joey Grill's 12th
15 floor; do a lot of people come and go from that
16 floor?
17     A.    Not at all.
18     Q.    With respect to the 11th floor,
19 when are you expecting construction to be
20 completed on that floor?
21     A.    That's an interesting question.
22 We hope by the end of the year.
23     Q.    And will the -- actually, let me
24 back up.
25          Are there ninth and tenth floors

45

1 connected separate from the elevator?
2     **A.   Yes.  That's the whole purpose**
3 **about it.  All floors will be connected, ninth,**
4 **tenth and 11th.  That's what we're doing right**
5 **now.**
6     Q.   Understood.  So if employees that
7 worked on the ninth floor needed to go up to the
8 11th floor, they'll be able to use the internal?
9     **A.   They are already using the**
10 **internal, and they will use also the internal**
11 **between the 10 and 11.  That's the old one.  I**
12 **actually have the tenth floor that is blocked**
13 **for people to come up on the tenth floor.  They**
14 **have to go through the ninth floor in order to**
15 **enter my business, and then they foot tread**
16 **between the two floors, and later they will be**
17 **able to tread between the three floors.**
18       **The only way they have to take the**
19 **elevator will be to go down from the tenth or**
20 **the 11th, which will be the same for the tenth**
21 **and 11th.  So really what we want, because this**
22 **is an open space, we want people to go up and**
23 **down the stairs within our floors.  That's the**
24 **reason why we have connection.**
25     Q.   Mr. Grill, I want to shift

46

1 engineers and talk specifically about the events
2 surrounding this action.
3       MR. MARGOLIS:  He's not Mr. Grill.
4       THE WITNESS:  I'm not Mr. Grill.
5       MR. MARGOLIS:  He's Mr. --
6     Q.   I'm sorry.  Mr. Touton.
7     **A.   Yes.**
8     Q.   We talked about the building
9 generally.  I want to talk specifically about
10 the events in this action.
11       What's your understanding of the
12 lawsuit against the co-op and board members?
13       MR. MARGOLIS:  Objection.
14     **A.   I understand that we refused the**
15 **approval to a potential subleaser, if this is**
16 **correct, and that they sue the building for**
17 **racial discrimination.**
18     Q.   And what floor did my client, the
19 plaintiff, attempt to sublease?
20     **A.   I believe this is the eighth**
21 **floor.**
22     Q.   Do you know who owns the eighth
23 floor?
24     **A.   No.**
25     Q.   Have you ever seen anyone visit

47

1 the eighth floor?
2     **A.   No.**
3     Q.   Is the eighth floor currently
4 occupied by any business?
5     **A.   I don't know.  I don't think so.**
6     Q.   During your time working at the
7 building, do you know if the eighth floor was
8 ever occupied by a business?
9     **A.   Working at the building during my**
10 **time, if it was occupied; I believe when I took**
11 **on the board, maybe '17, around '17, there was a**
12 **game company there.  I don't know if it was the**
13 **seventh or the eighth floor.  Rarely, rarely**
14 **seen people coming to the eighth floor.**
15     Q.   When the seventh or eighth floor
16 were occupied, do you know how many visitors
17 they had to that floor?
18     A.   No.
19     Q.   Have you personally visited the
20 eighth floor?
21     **A.   Never.**
22     Q.   When did CCMS, the plaintiff,
23 apply to sublease the eighth floor?
24     **A.   I don't know.**
25     Q.   Does sometime in late 2019, early

48

1 2020 sound correct?
2     **A.   Yes, that sounds about the timing,**
3 **yes.**
4     Q.   During that time frame, do you
5 know who occupied each floor?
6     **A.   No, ma'am.**
7     Q.   And who were the board members at
8 the time CCMS applied to sublease?
9     **A.   We were four at the time, or five**
10 **at the time, four or five.  I know during the**
11 **meeting we were four because Marc was not**
12 **present; he was traveling.  I was just coming**
13 **back from a trip as well.  And that will be**
14 **Michael, Joey, Eric and myself during the**
15 **interview.  And part of the board, you already**
16 **asked me that question earlier, the five members**
17 **at the time were Eric, Marc, Joey, Michael and**
18 **myself.**
19     Q.   Before the interview of my client
20 to sublease the floor, did you have any
21 familiarity with CCMS?
22     **A.   No.**
23     Q.   Did you research CCMS prior to the
24 meeting?
25     **A.   No.**

**49**

1 Q. Did you even know the name of CCMS
2 prior to the meeting?
3 A. No.
4 Q. And I think you said earlier you
5 didn't review the sublease application?
6 A. No.
7 Q. Prior to the meeting?
8 A. No. I didn't review the
9 application. As a member of the board, not an
10 officer, I tend to let those duties to the
11 officer.
12 MS. TURNER: Jackson, if you could
13 pull up the document that is premarked GG.
14 Q. Mr. Touton, I'll represent that
15 this was marked in a prior deposition, but
16 Jackson is going to pull it up on the screen and
17 then you'll have a chance to review.
18 If you could take a second to
19 review and let Jackson know if you need him to
20 scroll down.
21 A. Okay.
22 (Witness reviewing document.)
23 A. I read it.
24 Q. Thank you, Mr. Touton.
25 Do you recognize this document?

**50**

1 A. I don't remember that document,
2 but it was addressed to me, I see myself cc on
3 it.
4 Q. And is that your email at the top,
5 maxime@mtouton.com?
6 A. Yes.
7 Q. But you don't have any
8 recollection of receiving this email?
9 A. I mean, this is, what, three years
10 old, December '19. I was probably traveling in
11 France at the time. As I said, you know, I
12 didn't -- I read it, I probably read that email,
13 but I don't remember it now. You're showing it
14 to me. When I have an email addressed to me, I
15 usually read them. So, yes, I read the email.
16 If this is the question.
17 Q. I'm sorry?
18 A. The question that you had is did I
19 read the email, right?
20 Q. Yes.
21 A. Yes, I did.
22 MS. TURNER: Jackson, you can take
23 that down, actually. Thank you.
24 Q. Do you recall when the meeting of
25 CCMS took place?

**51**

1 A. I believe early 2020, I believe.
2 Q. Does January 14th, 2020 sound
3 correct?
4 A. (Witness nods.)
5 Q. What was discussed at the meeting
6 on January 14th, 2020?
7 A. Well, we had the gentleman coming
8 in with his broker, I believe, and discuss his
9 business, what his business was about. The only
10 information that we got was that email that you
11 just show us on the screen. And the gentleman
12 responded to the question of the officers.
13 Q. And what questions -- actually,
14 strike that.
15 Do you recall the gentleman's name
16 that attended the meeting on behalf of the
17 plaintiff?
18 A. No.
19 Q. I'll represent to you that it was
20 the plaintiff's president, Emory Brooks, so I
21 may refer to him as Mr. Brooks going forward.
22 What questions did the board
23 members ask Mr. Brooks, if any?
24 A. Regular question about his
25 business. You know, we were presented with this

**52**

1 email, and that's the only information we had,
2 so we wanted to confirm that was the right
3 information we got from the email.
4 Q. And was there anything attached to
5 the email that we just looked at?
6 A. I don't remember.
7 Q. Would the sublease application
8 have been attached to the email?
9 A. Possibly. I don't know.
10 Q. But, again, you're sure that you
11 never reviewed the sublease application?
12 A. No, I did not review the sublease
13 application, no.
14 Q. What questions did you ask
15 Mr. Brooks?
16 A. None.
17 Q. You didn't speak at the meeting at
18 all?
19 A. No. This is exactly what I was
20 trying to tell you earlier, is I'm part of those
21 board meetings, but there are three other
22 officials that are more experienced, that have
23 been in the building longer than I have been in
24 the building, who are members on the board. So
25 my role in the meeting is to listen mostly. And

53

1  that's what I was doing at that meeting, I
2  remember very well.
3      Q.    Did you introduce yourself to
4  Mr. Brooks when he arrived?
5      A.    Yes, Mr. Touton from the ninth
6  floor.
7      Q.    Otherwise you don't recall
8  speaking at the meeting?
9      A.    No.
10     Q.    How long was the meeting?
11     A.    I don't know.  Maybe an hour, less
12 than an hour.
13     Q.    And when did the board take a vote
14 on the sublease application?
15     A.    At the end of the meeting.  Like
16 we always do with any, you know, any proposals
17 during the meeting, board meetings.
18     Q.    And was Mr. Brooks present for the
19 vote?
20     A.    No.
21     Q.    So he had already left and then
22 the board took a vote on his sublease
23 application?
24     A.    Yes.
25     Q.    You mentioned that he attended the

54

1  meeting with his broker.  Who was his broker?
2      A.    I'm not sure if it was his broker
3  or if it was one of his tenants, but, yes, there
4  was another person there.  I forgot his name.
5      Q.    Had you ever met that person?
6      A.    No, that was the first time I met
7  that person.
8      Q.    Did that person remain present at
9  the meeting while the board deliberated and
10 voted?
11     A.    Don't remember.
12     Q.    Did that person cast a vote at the
13 meeting to approve or deny the sublease?
14     A.    I don't remember.
15     Q.    Have you ever seen that person
16 again?
17     A.    No.
18     Q.    Just for the record, Mr. Touton,
19 how did you vote with regard to the sublease?
20     A.    I vote against it.
21     Q.    And why did you vote against
22 approving the sublease?
23     A.    It was pretty much unanimous from
24 everybody so, you know.
25         (Reporter clarification.)

55

1      A.    Unanimous, it was pretty much from
2  everybody else voted no, so I raised my hand no
3  as well.
4      Q.    Did you form any opinions, any of
5  your own opinions about CCMS --
6      A.    Yeah, I think the questions from
7  my peers were to the point and that they were
8  the right questions to ask for any new entry in
9  the building, new shareholders, in that case it
10 was a sublease.  So, yeah, I thought the
11 questions were very well posed and organized and
12 that, you know, we got a clear vision of what
13 this business was about.
14     Q.    And what kind of questions did
15 your peers ask Mr. Brooks?
16     A.    Regular questions about what their
17 business is going to be coming with, what
18 they're doing, the traffic, foot traffic, and
19 everything else regarding the business, yeah.
20     Q.    And what did you understand --
21 what kind of business did you understand to be
22 operating --
23     A.    I didn't have any clue of what
24 business it was going to be before entering the
25 meeting besides that email that I received.  I

56

1  don't recall the date, but before the meeting I
2  had no clue of what this business was going to
3  be.  So when they asked him, I realized this was
4  going to be a clinic with patients coming in and
5  out, then I was, you know, taken aside from
6  that.
7      Q.    Why were you taken aside that CCMS
8  would be operating a clinic?
9      A.    Well, basically was operating a
10 clinic with people and patients that had
11 alcoholism problems and drug abuse issues, and
12 criminal background, if I understood well the
13 answer from Mr. Brooks to the question from my
14 peers.
15     Q.    And why did that concern you?
16     A.    That would concern anybody, ma'am.
17 I have an office and concerned with the safety
18 of the building.  I'm concerned with my
19 employees, you know.
20     Q.    So were you concerned that
21 patients with substance abuse issues or
22 alcoholism might be violent towards employees in
23 the building?
24         MR. MARTUCCI:  Objection.
25         MR. MARGOLIS:  Objection.

---

57

1    A.    Yes.
2    Q.    Did you ask, or did anyone ask --
3  I know you didn't speak -- did anyone ask
4  Mr. Brooks to describe the type of patients that
5  would be visiting the building?
6    A.    I don't remember.
7    Q.    What other topics were discussed
8  related to CCMS?  You mentioned the foot
9  traffic.
10    A.    Well, yes, we were asking
11  questions because I believe what was originally
12  proposed to us was a back of the office, mostly
13  office, and that's not what it turned out to be.
14  That's where the conversation shifted; that's
15  what I understood from the conversation as well.
16    Q.    After Mr. Brooks left the meeting,
17  did you discuss CCMS with the other board
18  members?
19    A.    We voted and we went home.
20    Q.    So there was no discussion after
21  Mr. Brooks left?
22    A.    No.
23    Q.    Who called for a vote on the
24  sublease?
25    A.    I believe the vice president it

---

58

1  was at the time; I believe it was Michael and
2  Joey.
3    Q.    Both Michael and Joey were vice
4  presidents of the board at the time?
5    A.    I think Michael was the treasurer
6  and Joey the vice president, which is still the
7  case, I believe, today.
8    Q.    But there was no discussion before
9  the vote took place?
10    A.    No.  I mean, not that I remember.
11  We went pretty much for a vote and then we go
12  home.
13    Q.    Did you ever discuss denying the
14  sublease with the other board members after the
15  meeting took place --
16    A.    No.
17    Q.    So from the time you voted no
18  until today, you've never discussed the sublease
19  or CCMS with your fellow board members?
20    A.    No.
21    MS. TURNER:  I think that's all
22  the questions I have, actually.  Thank you,
23  Mr. Touton.
24    THE WITNESS:  That's it for the
25  day, completely?

---

59

1    MS. TURNER:  I defer to --
2    MR. MARTUCCI:  I have nothing.
3    MR. MARGOLIS:  I have nothing.
4    (Deposition concluded 11:10 a.m.)
5    -o0o-

---

60

1    REPORTER'S CERTIFICATION
2
3    I, NANCY C. BENDISH, Certified
4  Court Reporter and Notary Public of the States
5  of New York and New Jersey, do hereby certify
6  that, prior to the commencement of the
7  aforementioned examination, MAXIME TOUTON was
8  sworn by me to testify the truth, the whole
9  truth and nothing but the truth.
10    I DO FURTHER CERTIFY that the
11  foregoing is a true and accurate transcript of
12  the testimony as taken stenographically by me at
13  the time, place, and on the date hereinbefore
14  set forth.
15    I DO FURTHER CERTIFY that I am
16  neither a relative nor employee nor attorney nor
17  counsel of any party in this action and that I
18  am neither a relative nor employee of such
19  attorney or counsel, and that I am not
20  financially interested in the event nor outcome
21  of this action.
22
23  _____
    NANCY C. BENDISH, CCR, RMR, CRR
    Realtime Systems Administrator
24  Certificate No. XI00836
25  Dated:  March 6, 2023

| A |
|---|

**able**
12:11, 12:13,
45:8, 45:17
**about**
6:5, 6:14,
8:17, 9:20,
9:24, 10:3,
10:6, 16:11,
23:3, 23:16,
25:17, 25:18,
28:10, 28:19,
33:23, 40:20,
42:20, 43:15,
44:2, 44:14,
45:3, 46:1,
46:8, 46:9,
48:2, 51:9,
51:24, 55:5,
55:13, 55:16
**abrams**
2:20
**absolutely**
15:13
**abuse**
56:11, 56:21
**access**
28:14, 31:25,
32:5, 32:9,
43:5, 43:14
**accounting**
41:23
**accurate**
60:11
**across**
32:11
**action**
1:7, 4:16,
13:19, 26:10,
26:14, 33:2,
37:9, 46:2,
46:10, 60:17,
60:21
**actions**
37:6
**actually**
40:11, 43:8,

44:23, 45:12,
50:23, 51:13,
58:22
**address**
13:10
**addressed**
50:2, 50:14
**administrative**
29:7
**administrator**
60:25
**affect**
6:25
**affiliated**
17:21, 19:24
**aforementioned**
60:7
**after**
15:7, 27:14,
30:14, 34:18,
57:16, 57:20,
58:14
**again**
20:25, 34:20,
39:7, 52:10,
54:16
**against**
46:12, 54:20,
54:21
**agent**
23:14, 27:12
**agents**
26:15
**ago**
28:17, 31:20
**agreed**
7:21
**agreement**
38:13
**ahead**
13:24, 15:21,
26:13
**alcoholism**
56:11, 56:22
**all**
2:2, 5:9, 5:20,
9:22, 10:1,
14:18, 15:12,

20:17, 21:24,
28:9, 28:11,
29:5, 29:6,
30:6, 32:8,
32:11, 42:9,
42:11, 44:17,
45:3, 52:18,
58:21
**allowed**
27:25, 31:15,
40:18, 43:9,
43:10
**almost**
11:1
**already**
45:9, 48:15,
53:21
**also**
2:36, 5:17,
5:22, 7:20,
12:12, 17:7,
23:17, 27:25,
29:14, 41:25,
45:10
**always**
22:25, 38:11,
53:16
**americas**
2:30
**amount**
15:1, 15:11
**annual**
19:3, 19:5,
19:6, 22:6,
26:16, 34:25,
35:22
**another**
54:4
**answer**
4:18, 4:20,
12:23, 21:13,
21:21, 22:9,
31:12, 56:13
**answering**
4:22, 30:16
**answers**
5:6, 5:7, 31:9
**any**
6:1, 6:18,

6:22, 7:9, 8:22,
9:4, 9:7, 9:19,
11:7, 11:11,
16:4, 17:18,
17:22, 21:7,
22:19, 25:4,
25:21, 27:7,
29:10, 31:3,
34:14, 34:23,
35:3, 35:12,
36:4, 37:4,
40:8, 42:6,
42:13, 43:12,
47:4, 48:20,
50:7, 51:23,
53:16, 55:4,
55:8, 55:23,
60:17
**anybody**
56:16
**anyone**
8:19, 9:10,
9:24, 17:21,
27:22, 46:25,
57:2, 57:3
**anything**
7:2, 8:12,
38:18, 52:4
**app**
32:7, 32:9
**appeal**
37:14
**applicant**
29:3, 33:18,
33:25, 34:10,
34:14, 34:18,
35:5, 35:9,
35:14, 36:6,
36:15, 36:19,
37:2, 37:14,
37:18, 37:22
**applicants**
33:17, 33:24
**application**
27:15, 27:18,
27:23, 30:19,
32:20, 32:21,
32:24, 33:2,

33:5, 33:13,
34:2, 34:19,
34:20, 37:13,
49:5, 49:9,
52:7, 52:11,
52:13, 53:14,
53:23
**applied**
48:8
**apply**
47:23
**appreciate**
12:16
**approval**
25:16, 26:1,
26:5, 26:7,
26:11, 26:19,
27:10, 32:18,
33:13, 46:15
**approve**
27:3, 27:5,
27:6, 33:24,
36:22, 38:2,
39:4, 54:13
**approved**
37:19, 38:16,
39:10
**approving**
28:7, 54:22
**approximately**
14:8
**arbitration**
8:9
**argentina**
41:1
**around**
12:8, 14:25,
39:21, 47:11
**arrive**
14:24
**arrived**
53:4
**aside**
56:5, 56:7
**asked**
23:3, 24:24,
48:16, 56:3
**asking**
4:23, 6:5,

28:24, 57:10
**assigned**
22:11
**assist**
19:3, 23:24
**assistant**
31:11
**attached**
52:4, 52:8
**attempt**
46:19
**attend**
27:22, 33:18,
34:1, 34:15,
36:14
**attended**
51:16, 53:25
**attending**
7:7
**attorney**
8:18, 60:16,
60:19
**audible**
5:7
**avenue**
2:30
**aware**
7:3

**B**

**b-to-b**
11:18, 11:22
**back**
15:9, 18:1,
32:17, 44:24,
48:13, 57:12
**background**
10:6, 56:12
**backup**
29:7
**baker**
2:9
**barclay**
2:28
**barry**
2:21, 8:13
**basically**
15:15, 56:9

**became**
20:4, 21:1,
22:3, 33:13
**because**
5:10, 11:19,
12:14, 16:13,
18:21, 25:9,
31:23, 38:5,
38:22, 39:17,
43:10, 45:21,
48:11, 57:11
**become**
18:16, 19:1
**been**
4:1, 7:25, 8:3,
10:23, 10:25,
11:1, 12:2,
12:3, 17:15,
17:25, 18:3,
20:20, 20:22,
20:23, 21:4,
21:5, 21:12,
21:16, 21:20,
21:22, 22:25,
24:8, 24:11,
24:12, 24:16,
28:16, 31:19,
32:5, 34:10,
37:18, 52:8,
52:23
**before**
4:22, 7:2, 8:1,
8:3, 11:3,
11:10, 15:7,
20:24, 21:8,
21:14, 22:10,
32:21, 48:19,
55:24, 56:1,
58:8
**begin**
7:2
**beginning**
15:9
**behalf**
2:6, 2:16,
2:26, 51:16
**being**
15:14, 26:14

**believe**
14:1, 14:8,
16:3, 16:6,
18:5, 19:4,
19:7, 20:5,
23:2, 23:15,
25:24, 27:1,
27:11, 30:18,
31:19, 35:15,
36:9, 39:6,
46:20, 47:10,
51:1, 51:8,
57:11, 57:25,
58:1, 58:7
**belongs**
27:7
**bendish**
1:34, 60:3,
60:24
**bergson**
2:20
**besides**
19:15, 55:25
**best**
4:20
**between**
14:9, 30:2,
40:4, 40:14,
41:22, 45:11,
45:16, 45:17
**beverage**
15:15
**bit**
12:14, 12:18,
32:16
**black**
22:20, 22:23
**blocked**
45:12
**board**
1:20, 5:23,
16:1, 17:12,
18:1, 18:14,
18:16, 18:19,
18:20, 19:2,
19:13, 19:16,
19:21, 20:3,
20:8, 20:10,

20:18, 20:20,
20:22, 20:23,
20:24, 21:1,
21:4, 21:6,
21:9, 21:12,
21:14, 21:15,
21:17, 21:20,
21:22, 21:24,
21:25, 22:2,
22:4, 22:8,
22:12, 22:15,
22:20, 22:25,
23:24, 23:25,
24:3, 24:12,
25:9, 25:15,
25:23, 26:8,
26:10, 26:19,
27:7, 27:10,
27:13, 27:21,
27:22, 28:1,
28:7, 28:13,
28:15, 28:16,
28:19, 32:17,
32:18, 33:8,
34:11, 35:11,
35:12, 36:5,
36:11, 36:13,
37:1, 37:5,
37:8, 37:15,
37:17, 38:4,
38:19, 38:23,
39:1, 39:3,
46:12, 47:11,
48:7, 48:15,
49:9, 51:22,
52:21, 52:24,
53:13, 53:17,
53:22, 54:9,
57:17, 58:4,
58:14, 58:19
**board's**
29:15
**bordeaux**
10:16
**boston**
13:9, 40:15
**both**
58:3

**brand**
30:9
**break**
6:1, 6:3
**breathe**
12:19
**broadway**
2:22
**broker**
51:8, 54:1,
54:2
**brooks**
51:20, 51:21,
51:23, 52:15,
53:4, 53:18,
55:15, 56:13,
57:4, 57:16,
57:21
**building**
13:18, 13:21,
14:5, 14:7,
14:12, 14:13,
14:16, 14:19,
14:22, 15:2,
15:11, 15:19,
15:24, 16:5,
16:9, 16:14,
16:25, 18:6,
23:13, 23:17,
23:18, 24:9,
24:12, 25:6,
25:8, 25:20,
26:19, 26:25,
27:2, 27:4,
29:6, 29:16,
29:20, 30:9,
30:12, 31:3,
31:10, 31:12,
32:1, 32:6,
32:9, 32:12,
34:5, 34:14,
37:23, 38:2,
38:3, 38:9,
39:24, 40:9,
41:7, 41:18,
42:18, 43:2,
43:3, 46:8,
46:16, 47:7,

47:9, 52:23,
52:24, 55:9,
56:18, 56:23,
57:5
**buildings**
18:24
**built**
14:1, 14:4
**business**
10:13, 11:18,
11:19, 11:22,
12:2, 15:5,
15:14, 28:10,
29:3, 29:8,
30:13, 30:23,
42:23, 43:13,
43:14, 44:3,
45:15, 47:4,
47:8, 51:9,
51:25, 55:13,
55:17, 55:19,
55:21, 55:24,
56:2
**businesses**
29:4, 29:9,
29:10
**busy**
18:18
**button**
31:16
**buyer**
38:6
**bylaws**
26:25

|   C   |
| --- |
**call**
9:16, 30:19,
31:9, 31:12
**called**
57:23
**caller**
30:19, 31:1
**came**
18:22
**camera**
30:20
**capture**
4:25

**car**
40:12
**careful**
29:21, 30:8,
30:10
**carry**
43:11
**case**
5:23, 7:14,
55:9, 58:7
**cast**
54:12
**cc**
50:2
**ccms**
2:6, 5:15,
7:13, 47:22,
48:8, 48:21,
48:23, 49:1,
50:25, 55:5,
56:7, 57:8,
57:17, 58:19
**ccr**
1:34, 60:24
**certain**
13:14, 19:10,
36:5, 36:10,
36:22
**certainly**
6:7
**certificate**
60:26
**certification**
60:1
**certified**
60:3
**certify**
60:5, 60:10,
60:15
**cfo**
38:21
**chance**
49:17
**change**
15:12
**charge**
35:8
**circumstances**
37:4

**city**
18:21, 18:22,
23:15, 30:6,
30:8
**civil**
1:7
**clarification**
54:25
**clarify**
21:23
**clear**
55:12
**click**
16:21
**client**
46:18, 48:19
**clinic**
56:4, 56:8,
56:10
**close**
15:16
**closed**
35:2
**closed-off**
42:7
**closing**
38:24
**clue**
34:22, 55:23,
56:2
**co-op**
5:22, 14:1,
17:1, 17:4,
17:5, 17:6,
17:8, 17:13,
17:16, 17:19,
17:23, 18:4,
18:8, 18:11,
18:16, 18:22,
19:13, 19:16,
21:12, 23:4,
23:19, 24:1,
25:15, 25:22,
37:6, 38:18,
46:12
**com**
50:5
**come**
15:6, 41:2,

41:3, 43:18,
44:15, 45:13
**comes**
25:9, 25:17,
26:23, 40:24
**coming**
30:8, 30:9,
42:20, 47:14,
48:12, 51:7,
55:17, 56:4
**commencement**
60:6
**commercial**
13:25, 23:19
**community**
1:5, 2:6, 4:14,
5:13
**company**
10:21, 11:2,
11:6, 11:8,
11:11, 11:14,
12:3, 16:2,
17:9, 17:25,
18:13, 19:22,
20:15, 23:5,
23:8, 24:9,
40:8, 40:12,
41:12, 47:12
**company's**
39:24, 40:6
**completed**
44:20
**completely**
4:24, 34:7,
58:25
**computers**
26:3
**concern**
29:25, 30:2,
30:5, 30:6,
30:7, 56:15,
56:16
**concerned**
56:17, 56:18,
56:20
**concerns**
29:15
**concluded**
59:4

**conditions**
6:19
**conduct**
7:21, 39:20,
41:25
**conducted**
1:27
**conducts**
35:7
**conference**
39:17, 41:10,
41:18
**confirm**
52:2
**confronted**
38:1
**confused**
33:22
**connected**
45:1, 45:3
**connection**
8:9, 16:21,
17:3, 17:19,
38:18, 45:24
**connects**
31:17
**consider**
27:23, 28:7,
28:20, 29:2,
33:17, 34:13,
34:20, 35:4,
35:9, 35:13,
36:6, 36:14,
37:2, 37:21,
37:23
**considering**
36:18
**consistent**
15:2, 32:11
**construction**
44:19
**conte**
1:18, 2:18,
5:20, 9:20,
21:11, 21:16,
21:24
**conte's**
44:2, 44:6,

**conditions** / **44:8**
**controlling**
7:9
**conversation**
4:18, 57:14,
57:15
**conversations**
4:25
**correct**
14:21, 17:1,
20:1, 21:2,
22:1, 23:6,
23:11, 32:10,
34:12, 46:16,
48:1, 51:3
**correctly**
25:20
**could**
11:13, 13:1,
13:21, 20:6,
22:16, 23:22,
27:24, 28:9,
30:4, 38:14,
41:13, 43:22,
49:12, 49:18
**counsel**
9:15, 60:17,
60:19
**counseling**
1:6, 2:7, 4:15,
5:13
**country**
11:21, 12:9
**couple**
20:6, 31:14
**course**
24:4, 28:12,
28:23
**court**
1:1, 4:24, 5:5,
5:11, 7:14,
7:17, 8:6, 60:4
**courtroom**
6:16
**covid**
15:10
**create**
41:10

created
32:23
criminal
56:12
crr
1:34, 60:24
cubbies
39:19
current
10:18, 20:18,
22:19, 29:1,
30:7
currently
13:15, 18:8,
19:12, 47:3
curve
18:25
customer
11:19
customers
40:17
cv-(nrb
1:8

**D**

damage
43:12
damon
2:28
daniel
2:29, 9:16
date
56:1, 60:13
dated
60:27
day
14:15, 14:23,
58:25
days
15:1, 15:11,
18:1
dc
40:15
deal
38:22
december
50:10
decision
27:8, 37:15,

38:1
decisions
18:10, 23:4,
23:25, 25:14,
25:15, 25:21,
33:7
deemed
15:13
defendant
2:26, 9:15
defendants
1:22, 2:16,
5:18, 5:21, 9:19
defer
59:1
deliberated
54:9
denied
37:19
deny
29:11, 36:22,
54:13
denying
28:7, 58:13
departments
41:23
depending
31:13, 40:25
depends
14:24
depos
2:38, 7:9
deposed
8:1, 8:3
deposition
1:25, 4:14,
5:14, 7:8, 7:13,
7:17, 7:21,
8:12, 8:20,
8:23, 8:25, 9:1,
9:5, 9:11, 9:21,
9:25, 10:3,
49:15, 59:4
describe
10:7, 10:11,
11:13, 13:21,
18:15, 57:4
different
11:21, 37:22,

41:22
difficult
4:24
dig
33:11
digital
7:10
directly
17:9
director
17:5, 17:11,
17:15, 22:11,
28:12, 28:13
discrimination
46:17
discuss
27:17, 51:8,
57:17, 58:13
discussed
51:5, 57:7,
58:18
discussion
57:20, 58:8
distributing
11:24
distributor
11:16, 11:23
distributors
11:17
district
1:1, 1:2
divide
26:3
doctormann
19:25, 22:8,
38:16
document
49:13, 49:22,
49:25, 50:1
documents
7:10
doing
42:1, 45:4,
53:1, 55:18
door
30:20, 43:13
doorman
29:18, 30:1,

31:1
doors
30:11, 30:22,
31:15, 35:2
down
5:6, 12:12,
12:13, 12:14,
12:17, 45:19,
45:23, 49:20,
50:23
downstairs
30:21
drug
56:11
duly
4:1
during
15:12, 19:9,
26:16, 30:12,
30:23, 33:9,
37:1, 37:11,
38:3, 47:6,
47:9, 48:4,
48:10, 48:14,
53:17
duties
49:10

**E**

each
4:20, 4:23,
14:6, 14:23,
20:18, 22:15,
31:16, 41:6,
41:24, 42:4,
48:5
earlier
33:23, 48:16,
49:4, 52:20
early
15:6, 47:25,
51:1
educational
10:12
effect
6:15
eighth
44:10, 46:20,

46:22, 47:1,
47:3, 47:7,
47:13, 47:14,
47:15, 47:20,
47:23
**elaborate**
30:4
**elevator**
43:23, 45:1,
45:19
**elevators**
29:18
**else**
7:3, 8:19,
9:10, 17:21,
27:22, 55:2,
55:19
**email**
37:9, 50:4,
50:8, 50:12,
50:14, 50:15,
50:19, 51:10,
52:1, 52:3,
52:5, 52:8,
55:25
**emory**
51:20
**employee**
44:9, 60:16,
60:18
**employees**
29:21, 29:22,
29:25, 30:17,
31:15, 32:8,
39:23, 40:2,
40:3, 40:10,
40:12, 41:11,
42:3, 43:9,
43:17, 45:6,
56:19, 56:22
**end**
44:22, 53:15
**engineer**
19:22
**engineering**
43:17
**engineers**
46:1

**enough**
42:16
**enter**
43:2, 45:15
**entered**
18:5, 21:14
**entering**
55:24
**entire**
16:14
**entities**
15:18
**entrance**
30:12, 43:10
**entry**
29:17, 55:8
**eric**
19:19, 19:24,
19:25, 22:7,
38:4, 38:10,
38:13, 48:14,
48:17
**esq**
2:10, 2:21,
2:29
**essential**
15:14
**essentially**
4:17
**est**
1:29
**ethnicity**
6:6, 6:8, 10:8,
22:17
**even**
22:5, 31:19,
49:1
**event**
60:20
**events**
46:1, 46:10
**ever**
7:25, 8:3, 8:5,
8:8, 17:18,
20:10, 21:16,
32:20, 34:4,
34:10, 37:8,
44:9, 46:25,

47:8, 54:5,
54:15, 58:13
**every**
11:21, 14:15,
14:20, 26:25,
40:24, 41:2,
41:23, 42:18
**everybody**
12:16, 12:18,
54:24, 55:2
**everything**
12:13, 23:16,
23:18, 25:17,
25:19, 26:4,
38:25, 55:19
**everywhere**
23:15
**exactly**
52:19
**examination**
3:3, 4:11, 60:7
**existing**
41:11
**expecting**
44:19
**experience**
18:19, 18:25,
28:17, 28:24
**experienced**
52:22
**extent**
22:17
**extra**
15:6

| F |
| --- |

**fairly**
30:17, 31:18
**familiar**
18:21
**familiarity**
48:21
**family's**
11:8, 11:10
**family-owned**
10:21
**far**
25:14

**feel**
33:10
**feet**
14:9
**fellow**
58:19
**few**
15:3, 20:19,
22:4
**fifth**
16:11, 19:22,
20:15, 43:16,
43:25
**film**
16:1
**films**
16:4
**finally**
6:4
**finance**
23:16
**finances**
25:18, 28:11,
28:14, 33:8
**financially**
60:20
**find**
35:1
**fine**
11:16, 11:25,
12:15
**finish**
4:23
**finished**
12:17
**fire**
12:15
**first**
15:23, 16:7,
27:9, 34:3,
34:9, 54:6
**five**
12:8, 13:6,
18:9, 19:14,
22:25, 28:16,
48:9, 48:10,
48:16
**floor**
2:22, 13:14,

13:15, 13:16,
13:25, 14:6,
14:9, 15:23,
16:9, 16:19,
19:20, 19:23,
19:25, 20:5,
20:15, 26:18,
28:4, 28:5,
31:16, 31:17,
34:7, 37:23,
38:9, 38:11,
38:17, 39:5,
39:10, 39:14,
40:1, 40:2,
41:10, 41:17,
42:10, 42:12,
42:14, 42:16,
42:17, 43:1,
43:4, 43:24,
44:15, 44:16,
44:18, 44:20,
45:7, 45:8,
45:12, 45:13,
45:14, 46:18,
46:21, 46:23,
47:1, 47:3,
47:7, 47:13,
47:14, 47:15,
47:17, 47:20,
47:23, 48:5,
48:20, 53:6
**floors**
15:19, 16:5,
16:12, 39:17,
39:19, 39:25,
40:4, 42:4,
42:21, 42:23,
43:7, 43:16,
44:10, 44:25,
45:3, 45:16,
45:17, 45:23
**florida**
11:17, 13:7
**focused**
25:1
**following**
13:3
**follows**
4:2

**food**
15:14
**foot**
28:11, 29:14,
29:15, 29:19,
41:4, 45:15,
55:18, 57:8
**force**
6:15
**foregoing**
60:11
**forgive**
23:9
**forgot**
19:19, 54:4
**form**
4:19, 55:4
**forth**
60:14
**forward**
51:21
**four**
19:16, 23:22,
25:11, 48:9,
48:10, 48:11
**fourth**
16:9, 19:22,
20:15, 43:16
**frame**
48:4
**france**
10:17, 18:23,
41:3, 50:11
**free**
35:2
**french**
10:9
**friday**
1:28, 12:16,
14:20
**front**
9:7, 30:11
**full**
4:3
**fully**
6:24, 7:4
**further**
60:10, 60:15

## G

**gain**
31:25, 32:5
**game**
47:12
**garfinkel**
2:20
**generally**
33:23, 34:21,
35:23, 46:9
**gentleman**
51:7, 51:11
**gentleman's**
51:15
**gestures**
5:10
**gg**
49:13
**give**
6:14, 12:18
**given**
8:8
**go**
13:23, 15:20,
20:17, 26:12,
43:10, 43:13,
43:18, 44:15,
45:7, 45:14,
45:19, 45:22,
58:11
**going**
4:17, 6:4,
10:5, 12:15,
20:17, 32:15,
32:17, 33:9,
42:20, 43:24,
49:16, 51:21,
55:17, 55:24,
56:2, 56:4
**good**
4:12
**great**
18:18
**grill**
1:16, 2:17,
5:19, 8:24, 9:1,
9:20, 16:19,

16:20, 21:19,
21:24, 45:25,
46:3, 46:4
**grill's**
44:14
**ground**
42:25, 43:1,
43:4
**guillaume**
17:24

## H

**half**
8:17
**hand**
5:10, 16:4,
36:20, 55:2
**happen**
38:3
**happened**
39:1
**happens**
35:22
**happy**
5:4
**head**
5:8, 5:10
**headquarters**
13:8, 13:11,
39:24
**heavy**
43:11
**held**
16:4, 17:18,
17:22, 34:20
**here**
15:17, 19:12,
29:5
**hereby**
60:5
**hereinbefore**
60:13
**history**
10:12
**hold**
11:7, 11:11,
11:24
**holding**
37:9, 41:18

holdings
1:14
home
57:19, 58:12
honest
37:25, 38:21
hope
44:22
hostetler
2:9
hour
8:17, 53:11,
53:12
hours
7:18, 30:13,
30:23
house
40:19
however
4:22

**I**

id
30:19, 31:1
identify
5:23, 22:16
important
5:9
importer
11:15, 11:23
importing
11:24
in-person
37:10
inc
1:15, 1:21,
2:17, 5:19
include
40:5
incorporated
12:3
individual
6:8, 9:19, 42:6
individuals
15:18, 35:23,
41:19
industry
15:15

inform
37:17
information
51:10, 52:1,
52:3
insensitive
6:7
installation
31:24
installed
32:5
installing
31:21
instance
39:21
insurance
25:18
interact
23:20, 24:21,
25:2
interacted
24:25
interactions
25:5
intercom
31:5, 31:6,
31:7, 31:17,
31:22, 31:24,
32:4, 32:16
interest
38:12
interested
60:20
interesting
44:21
internal
41:20, 41:21,
45:8, 45:10
intervene
26:4
interview
33:19, 48:15,
48:19
introduce
7:11, 53:3
involved
11:19, 34:11
issues
56:11, 56:21

**J**

jackson
2:38, 7:8,
49:12, 49:16,
49:19, 50:22
january
51:2, 51:6
jersey
60:5
job
1:32, 40:16
jobs
11:11
joey
8:24, 16:19,
16:20, 19:18,
22:10, 35:20,
44:14, 48:14,
48:17, 58:2,
58:3, 58:6
joined
11:10, 21:8,
21:25
joseph
1:16, 2:17,
5:19, 9:1, 9:20,
21:19

**K**

kaled
9:24, 23:9,
23:12, 23:21,
24:2, 24:6,
24:8, 24:17,
24:25, 25:3
keep
5:9
kind
11:14, 27:7,
28:9, 28:11,
38:23, 55:14,
55:21
knew
38:10
know
6:2, 6:7, 6:9,
14:6, 15:5,

15:17, 16:8,
16:13, 16:14,
16:15, 16:18,
18:7, 20:14,
20:21, 21:14,
21:18, 21:21,
22:17, 22:19,
22:22, 22:24,
24:10, 26:1,
26:2, 26:22,
28:10, 29:8,
31:3, 32:13,
32:23, 33:11,
33:12, 34:3,
34:4, 34:17,
35:6, 35:10,
36:7, 36:16,
37:16, 37:20,
37:25, 38:25,
39:8, 41:2,
43:21, 43:22,
44:1, 46:22,
47:5, 47:7,
47:12, 47:16,
47:24, 48:5,
48:10, 49:1,
49:19, 50:11,
51:25, 52:9,
53:11, 53:16,
54:24, 55:12,
56:5, 56:19,
57:3
knowing
43:23
knowledge
4:21

**L**

last
20:5, 22:2,
22:4, 36:2
late
47:25
later
45:16
laws
11:21
lawsuit
46:12

lawyer
8:14
lead
35:23
learning
18:25, 28:25
least
24:14
leave
14:25, 15:7
left
53:21, 57:16,
57:21
lehr
9:23, 24:7,
24:16, 24:21,
25:1, 25:2
less
41:8, 53:11
let's
12:17
licenses
11:24
life
23:18
limited
17:22, 18:3,
38:8, 39:15
liquors
11:20
listen
52:25
little
12:14, 12:18
llc
1:14
llp
2:20, 2:28
lobby
43:12
local
25:18
located
4:7, 12:7,
13:5, 13:22
locations
12:8, 13:6
locked
30:23

long
8:15, 10:23,
12:1, 14:23,
17:15, 18:2,
20:20, 20:22,
21:3, 21:5,
21:7, 21:11,
21:19, 21:22,
22:7, 24:8,
24:12, 24:24,
35:3, 53:10
longer
52:23
looked
28:25, 52:5
looking
28:24, 29:8,
29:11, 31:7
lot
29:19, 34:5,
44:7, 44:15
low
41:4
lower
28:15

**M**

ma'am
48:6, 56:16
made
25:22, 38:14
main
29:18, 43:10,
43:13
maintenance
23:17, 25:18
majority
36:24
make
28:22, 33:7
makes
18:10, 23:4
manage
23:13, 23:15
management
9:24, 16:22,
23:5, 23:8,
23:10, 24:9,

40:6, 41:22
managing
18:13, 23:14,
24:11, 26:15,
27:12
many
18:7, 19:13,
25:10, 39:23,
40:10, 41:6,
43:3, 47:16
marc
1:16, 5:19,
9:15, 9:19,
16:1, 16:3,
19:17, 20:19,
21:3, 21:13,
22:10, 35:20,
42:22, 42:25,
48:11, 48:17
marc's
43:13
march
1:28, 15:10,
60:27
margolis
2:20, 2:21,
12:10, 13:23,
15:20, 18:12,
25:7, 26:12,
26:24, 28:21,
31:4, 34:16,
37:24, 42:24,
43:19, 44:4,
44:11, 46:3,
46:5, 46:13,
56:25, 59:3
mark
2:26
marked
49:15
martucci
2:29, 9:16,
43:20, 44:5,
56:24, 59:2
massachusetts
11:18, 13:9
match
29:9

material
43:11
materials
8:22, 9:4, 9:7
matter
5:18, 27:7
matters
28:9, 33:8
max
23:23, 24:23
maxime
1:17, 1:26,
2:17, 3:5, 4:5,
12:10, 60:7
maxime@mtouton
50:5
maybe
40:24, 47:11,
53:11
mba
10:13, 10:15
mean
6:6, 26:25,
28:3, 30:22,
31:4, 35:10,
35:17, 35:18,
36:11, 38:20,
43:21, 50:9,
58:10
meaning
40:23
means
5:15, 7:22
mediation
1:6, 2:7, 4:15,
5:13, 8:9
medical
6:18
medications
6:22
meet
8:19, 27:17,
27:19, 41:24
meeting
8:13, 8:16,
18:20, 19:3,
19:5, 19:6,
22:6, 22:12,

24:3, 24:4,
25:9, 26:16,
27:23, 28:1,
33:10, 33:16,
33:18, 33:19,
34:1, 34:13,
34:15, 34:19,
34:24, 34:25,
35:2, 35:4,
35:7, 35:8,
35:13, 35:24,
36:6, 36:14,
37:10, 41:24,
42:13, 42:15,
48:11, 48:24,
49:2, 49:7,
50:24, 51:5,
51:16, 52:17,
52:25, 53:1,
53:8, 53:10,
53:15, 53:17,
54:1, 54:9,
54:13, 55:25,
56:1, 57:16,
58:15

**meetings**
23:25, 26:17,
35:23, 39:20,
41:11, 41:19,
41:20, 41:21,
41:25, 52:21,
53:17

**member**
17:12, 18:16,
19:2, 20:3,
20:8, 20:10,
20:20, 20:22,
20:23, 20:24,
21:1, 21:12,
21:20, 22:2,
22:4, 22:8,
22:15, 24:12,
28:15, 34:11,
37:1, 38:4, 49:9

**members**
1:20, 5:23,
19:13, 19:16,
20:18, 21:24,

22:20, 23:1,
25:23, 28:19,
35:11, 36:5,
36:11, 37:5,
46:12, 48:7,
48:16, 51:23,
52:24, 57:18,
58:14, 58:19

**mental**
6:19

**mentioned**
5:12, 16:25,
19:5, 19:24,
23:5, 29:2,
29:14, 29:24,
32:19, 33:16,
41:9, 42:2,
53:25, 57:8

**met**
9:14, 16:17,
20:10, 54:5,
54:6

**miami**
13:7, 40:15

**michael**
1:17, 2:18,
5:20, 9:20,
16:14, 19:18,
21:11, 21:16,
22:10, 35:20,
48:14, 48:17,
58:1, 58:3, 58:5

**might**
15:5, 15:6,
15:7, 17:25,
56:22

**mispronouncing**
23:9

**model**
16:21

**monday**
14:19

**monsieur**
10:21, 11:14,
12:1, 12:6,
13:4, 13:13,
17:22, 18:2,
38:8, 39:14

**months**
20:6, 22:4,
31:20

**more**
39:20, 52:22

**morning**
4:12

**most**
40:10

**mostly**
26:16, 28:10,
29:7, 34:6,
52:25, 57:12

**much**
15:4, 54:23,
55:1, 58:11

**must**
5:7

**myself**
48:14, 48:18,
50:2

**N**

**name**
4:3, 4:12,
5:24, 19:19,
20:7, 20:13,
20:16, 22:3,
24:7, 49:1,
51:15, 54:4

**nancy**
1:34, 12:12,
13:1, 41:15,
60:3, 60:24

**need**
6:1, 12:20,
26:1, 33:10,
36:9, 36:10,
39:20, 41:23,
49:19

**needed**
45:7

**needs**
12:12, 28:25,
35:4

**neither**
60:16, 60:18

**never**
16:17, 25:5,

38:1, 47:21,
52:11, 58:18

**new**
1:2, 2:12,
2:23, 2:32,
13:8, 13:11,
18:21, 18:22,
30:17, 31:18,
34:8, 40:14,
55:8, 55:9, 60:5

**newbie**
28:15

**next**
27:16

**nigel**
1:18, 10:2

**ninth**
13:15, 39:18,
42:3, 42:9,
42:11, 42:14,
43:24, 44:25,
45:3, 45:7,
45:14, 53:5

**nodding**
5:8

**nods**
5:10, 51:4

**none**
52:16

**nope**
10:4, 11:9,
11:12, 17:20

**normal**
30:12, 30:23

**normally**
33:25

**notary**
60:4

**nothing**
59:2, 59:3,
60:9

**noticed**
7:13

**number**
33:6, 36:5,
36:10, 36:22

**O**

**o0o**
59:5

oath
6:11
objection
12:11, 12:22,
13:23, 15:20,
18:12, 25:7,
26:12, 26:24,
28:21, 34:16,
37:24, 42:24,
43:19, 43:20,
44:4, 44:5,
44:11, 46:13,
56:24, 56:25
objections
12:19
obviously
38:5, 39:9
occupants
32:12
occupation
10:19
occupied
13:16, 47:4,
47:8, 47:10,
47:16, 48:5
occupies
15:23, 16:8
occupy
13:14, 15:18,
16:4
occur
36:18
offer
38:14, 38:15,
38:17
office
4:8, 26:3,
29:7, 31:14,
39:18, 40:14,
40:15, 40:18,
40:22, 41:5,
43:17, 56:17,
57:12, 57:13
officer
28:12, 33:7,
35:16, 49:10,
49:11
officers
35:15, 51:12

offices
12:6, 13:4,
29:5, 31:14,
35:1, 41:7, 42:7
officials
52:22
often
14:11, 23:20,
24:20, 42:22,
43:17
oh
25:2
okay
12:20, 25:4,
25:12, 49:21
old
14:5, 45:11,
50:10
once
19:7, 20:12,
38:16, 40:24,
41:3
one
4:20, 5:1, 5:2,
13:6, 13:7,
13:8, 33:6,
42:15, 43:23,
45:11, 54:3
only
5:1, 25:2,
28:16, 29:18,
34:10, 38:2,
40:21, 43:1,
45:18, 51:9,
52:1
open
15:16, 30:9,
30:20, 31:15,
39:18, 42:8,
42:9, 42:11,
45:22
operating
12:2, 55:22,
56:8, 56:9
operation
15:16
opinion
28:22

opinions
55:4, 55:5
order
36:12, 41:10,
43:14, 45:14
ordered
7:14, 7:17
organization
18:24, 32:14
organized
17:1, 55:11
originally
57:11
other
1:19, 8:18,
9:4, 9:19, 11:7,
11:11, 16:4,
17:18, 19:16,
28:19, 33:8,
40:14, 41:24,
42:20, 52:21,
57:7, 57:17,
58:14
otherwise
6:25, 44:10,
53:7
out
12:10, 26:17,
30:9, 40:11,
40:13, 43:3,
56:5, 57:13
outcome
60:20
outside
41:19
over
15:2, 30:6
own
25:25, 28:22,
28:23, 55:5
owner
15:4, 20:4,
20:14, 28:4,
28:5, 39:12,
40:23
owners
32:12, 34:7
owns
16:4, 46:22

opinions
55:4, 55:5
oxford
1:14

**P**

pages
1:33
paint
26:2
pandemic
15:10, 30:15,
31:23
papers
38:24
part
19:20, 21:5,
21:22, 27:2,
27:25, 28:13,
33:8, 33:13,
38:1, 38:5,
38:20, 38:22,
48:15, 52:20
participate
18:19
participated
2:2
participating
24:3
parties
7:21
party
60:17
past
15:3
patients
56:4, 56:10,
56:21, 57:4
paturet
1:16, 2:26,
5:19, 9:15,
9:20, 16:3,
20:20, 21:3,
21:23, 42:25
paturet's
42:22
peers
55:7, 55:15,
56:14
pending
6:3

**people**
26:2, 30:16,
40:21, 42:20,
43:24, 43:25,
44:7, 44:15,
45:13, 45:22,
47:14, 56:10
**period**
15:12, 24:17
**person**
10:9, 24:2,
28:23, 54:4,
54:5, 54:7,
54:8, 54:12,
54:15
**personal**
10:6, 25:5
**personally**
14:12, 24:20,
43:22, 47:19
**persons**
40:1
**peter**
9:23, 24:7,
24:16, 24:21,
25:8, 25:10
**phone**
30:16, 30:17,
32:7
**phonetic**
10:16
**physical**
6:19
**picked**
5:11
**place**
19:7, 19:9,
34:24, 39:8,
50:25, 58:9,
58:15, 60:13
**plaintiff**
1:10, 2:6,
4:16, 7:13,
33:2, 33:5,
34:9, 46:19,
47:22, 51:17
**plaintiff's**
51:20

**planet**
2:38, 7:9
**plans**
39:13, 39:16
**plaza**
2:11
**please**
4:4, 4:22, 5:3,
5:7, 6:2, 6:8,
10:7, 10:11,
11:13, 12:25,
13:2, 16:16,
36:1
**point**
43:5, 55:7
**posed**
55:11
**position**
11:4
**positions**
11:7
**possibly**
52:9
**potential**
46:15
**premarked**
49:13
**preparation**
8:19, 8:23
**prepare**
8:12, 9:5
**presence**
22:6
**present**
2:36, 36:5,
48:12, 53:18,
54:8
**presented**
26:15, 33:9,
34:4, 51:25
**presently**
4:7
**president**
10:20, 10:24,
11:1, 11:4,
15:25, 17:25,
19:17, 21:4,
21:8, 21:17,

35:12, 35:19,
36:13, 51:20,
57:25, 58:6
**presidents**
58:4
**pretty**
11:20, 15:4,
54:23, 55:1,
58:11
**prevent**
6:20, 6:23, 7:3
**prior**
11:4, 22:8,
48:23, 49:2,
49:7, 49:15,
60:6
**privacy**
39:20, 41:22,
42:1
**probably**
25:25, 50:10,
50:12
**problems**
56:11
**procedure**
34:23
**process**
19:1, 26:11,
27:3, 27:10,
28:20, 29:1,
32:18, 33:14,
33:24, 34:8,
35:3, 36:17,
37:1, 37:14,
37:21, 37:22,
38:8, 38:21,
39:1, 39:8
**producers**
41:1
**project**
38:24
**proposals**
53:16
**proposed**
57:12
**prospective**
27:14
**provided**
8:5

**public**
60:4
**pull**
49:13, 49:16
**purchase**
37:23, 38:9,
38:17, 39:4,
39:10
**purchased**
41:9
**purpose**
45:2
**put**
12:11, 12:19,
26:2, 30:15,
30:18, 31:19,
38:13, 38:23,
39:8, 39:16
**putting**
12:22

**Q**

**question**
4:18, 4:23,
6:3, 8:2, 12:21,
12:23, 12:24,
13:2, 13:3,
23:3, 24:22,
32:3, 33:22,
35:25, 36:2,
44:21, 48:16,
50:16, 50:18,
51:12, 51:24,
56:13
**questions**
4:19, 5:3, 5:6,
6:5, 6:6, 10:6,
20:19, 28:24,
42:19, 51:13,
51:22, 52:14,
55:6, 55:8,
55:11, 55:14,
55:16, 57:11,
58:22
**quickly**
34:19
**quorum**
36:9

| R | | | |
|---|---|---|---|
| **race** 6:5, 6:8, 10:7, 22:16 | **recollection** 6:25, 50:8 | **remotely** 2:2 | 44:18 |
| **racial** 46:17 | **record** 4:4, 10:8, 12:12, 12:22, 20:25, 54:18 | **renovation** 26:5, 27:6 | **responded** 51:12 |
| **raised** 55:2 | **refer** 5:14, 5:17, 5:20, 5:22, 16:20, 51:21 | **rental** 16:2 | **responses** 5:9 |
| **rapid** 12:15 | | **repeat** 5:3, 8:2, 12:24, 13:2, 14:2, 32:2, 35:25, 41:13 | **rest** 40:14, 43:7 |
| **rarely** 47:13 | **referring** 14:13, 27:20, 33:20 | | **retailer** 11:23 |
| **rather** 5:8 | **refused** 46:14 | **rephrase** 5:3, 41:15 | **retailers** 29:6 |
| **read** 13:3, 36:2, 49:23, 50:12, 50:15, 50:19 | **regard** 54:19 | **replace** 19:21 | **review** 7:10, 8:22, 8:24, 9:4, 33:1, 33:4, 49:5, 49:8, 49:17, 49:19, 52:12 |
| **realized** 56:3 | **regarding** 55:19 | **replaced** 20:2, 20:8, 20:11 | **reviewed** 52:11 |
| **really** 18:21, 33:11, 38:25, 45:21 | **regular** 11:5, 25:19, 31:2, 51:24, 55:16 | **reported** 1:34 | **reviewing** 49:22 |
| **realtime** 60:25 | **related** 23:18, 23:25, 25:14, 25:21, 29:15, 34:1, 37:6, 57:8 | **reporter** 4:3, 4:6, 4:25, 5:5, 5:11, 54:25, 60:4 | **right** 9:8, 16:23, 20:17, 35:11, 40:1, 45:4, 50:19, 52:2, 55:8 |
| **realty** 1:14, 1:15, 1:21, 2:16, 5:19 | | **reporter's** 60:1 | **ring** 31:3 |
| **reason** 6:2, 31:21, 45:24 | **relating** 23:4 | **represent** 4:14, 5:12, 49:14, 51:19 | **ringing** 31:2 |
| **recall** 20:7, 22:3, 50:24, 51:15, 53:7, 56:1 | **relative** 60:16, 60:18 | **representative** 11:6, 24:5, 24:17 | **rmr** 1:34, 60:24 |
| **receive** 10:14 | **rely** 28:18 | **require** 25:15 | **rockefeller** 2:11 |
| **received** 55:25 | **remain** 15:16, 29:20, 29:23, 54:8 | **required** 26:19, 33:18, 33:25, 36:13 | **role** 17:3, 17:6, 17:18, 22:11, 35:13, 52:25 |
| **receiving** 50:8 | **remaining** 15:19 | **requirement** 26:22, 36:4, 36:21 | **roles** 17:22, 25:25 |
| **recently** 16:18, 19:18, 20:5, 22:5, 30:14, 30:15, 30:24 | **remember** 12:23, 14:10, 19:11, 20:13, 37:11, 50:1, 50:13, 52:6, 53:2, 54:11, 54:14, 57:6, 58:10 | **requires** 25:20, 26:10 | **room** 9:10, 39:17 |
| | | **research** 48:23 | **rules** 11:20, 27:1 |
| **recognize** 49:25 | **remote** 7:22 | **respect** 11:8, 17:23, 18:11, 23:13, 26:18, 39:14, | **run** 15:5, 25:20 |
| | | | S |
| | | | **s** 2:1 |

safety
29:21, 29:24,
56:17
said
18:18, 22:3,
49:4, 50:11
sale
27:6, 38:2,
38:3, 38:4,
38:14
sales
11:5
salespeople
40:11, 40:16
same
6:14, 13:18,
18:23, 21:13,
21:21, 22:9,
25:3, 27:5,
45:20
samples
40:18
saul
10:3
say
5:7, 6:9,
14:12, 17:11,
24:15, 26:21,
27:8, 27:19,
28:2, 35:16,
37:3
schueler
2:38, 7:8
screen
49:16, 51:11
scroll
49:20
second
16:7, 49:18
see
25:5, 25:10,
43:1, 43:3,
44:9, 50:2
seen
25:8, 32:20,
46:25, 47:14,
54:15
selection
10:22, 11:14,

12:2, 12:7,
13:5, 13:13,
17:22, 18:3,
38:8, 39:14
sell
38:11, 40:17
senior
10:20, 10:24,
10:25, 11:3
sense
21:7, 35:21
separate
43:5, 45:1
services
1:7, 2:7, 4:15,
5:13
set
31:13, 60:14
seventh
44:10, 47:13,
47:15
shamash
1:18, 10:3
shareholder
17:7, 18:3,
34:14, 36:25
shareholders
18:7, 25:22,
34:6, 36:11,
37:5, 55:9
shift
32:17, 45:25
shifted
57:14
ship
40:18
should
5:1, 7:3
show
51:11
showing
50:13
side
38:23
signature-p1kal
60:22
similar
32:8

similarly
1:19
simultaneous
4:25
since
24:14, 30:18,
31:24, 32:4,
39:11, 42:18
sit
15:17, 19:12
situated
1:19
situation
30:7
six
18:9
sixth
16:11, 16:13,
43:25
size
14:6
slow
12:12, 12:14
small
17:6, 44:7
some
6:5, 10:6,
15:22, 39:20,
41:25, 42:19,
43:9, 43:24,
43:25
someone
35:8
something
26:2
sometime
47:25
sorry
14:2, 19:18,
31:8, 32:2,
33:22, 34:22,
41:16, 44:13,
46:6, 50:17
sort
23:12, 28:18
sound
48:1, 51:2
sounds
48:2

southern
1:2
space
41:10, 41:18,
42:8, 42:13,
42:15, 45:22
speak
8:19, 52:17,
57:3
speaking
5:1, 53:8
special
35:13
specific
5:22, 32:13
specifically
21:4, 25:1,
46:1, 46:9
spoken
9:14, 9:18,
9:23, 10:2
spot
35:1
square
14:9
staff
15:7, 15:8
stairs
45:23
start
20:19
state
11:21
states
1:1, 11:17,
60:4
stay
14:23
stayed
15:2
stenographically
60:12
step
27:9, 27:16
still
28:25, 58:6
stop
43:24, 43:25

stores
40:19
street
1:15, 1:21,
2:16, 4:9, 5:19,
13:12, 13:14,
13:17, 13:22,
14:7, 14:14,
30:2, 40:12,
40:17
strike
51:14
structured
11:20
stuff
28:14
subject
13:18
sublease
27:4, 27:10,
27:14, 27:25,
28:3, 28:8,
29:3, 29:12,
32:18, 32:20,
32:24, 33:1,
33:4, 33:13,
33:17, 33:24,
34:4, 34:5,
34:10, 34:13,
34:19, 35:13,
36:6, 36:14,
36:18, 36:23,
37:2, 37:13,
37:18, 37:22,
46:19, 47:23,
48:8, 48:20,
49:5, 52:7,
52:11, 52:12,
53:14, 53:22,
54:13, 54:19,
54:22, 55:10,
57:24, 58:14,
58:18
subleaser
46:15
subleases
28:20
subleasing
26:18

submit
27:12
submits
34:18
submitted
27:11
submitting
27:15
substance
56:21
substances
6:23
sue
46:16
suffering
6:18
suite
2:31
suppliers
39:21, 40:23
sure
11:15, 38:10,
40:7, 52:10,
54:2
surrounding
46:2
sworn
4:2, 60:8
synonymous
17:12
system
30:15, 31:22,
31:25, 32:4,
32:16
systems
60:25

**T**

tacit
38:12
take
6:3, 12:13,
12:17, 19:9,
35:12, 45:18,
49:18, 50:22,
53:13
taken
37:8, 56:5,

56:7, 60:12
takes
19:7, 34:24
taking
4:13, 5:5,
6:22, 42:17
talk
46:1, 46:9
talked
46:8
talking
33:3, 33:23,
34:21
tara
2:10, 4:13,
12:14, 12:25
tawil
10:3
technically
39:11
technician
2:38
tell
28:19, 52:20
ten
11:1, 41:8
tenant
27:15
tenants
27:24, 28:2,
54:3
tend
49:10
tenth
13:16, 39:18,
42:4, 42:9,
42:11, 42:14,
42:16, 44:25,
45:4, 45:12,
45:13, 45:19,
45:20
term
5:21
testified
4:2
testify
60:8
testifying
6:15, 6:20,

6:24, 7:4
testimony
6:14, 7:18,
8:5, 8:8, 60:12
th
1:15, 1:20,
2:16, 2:22, 4:9,
5:18, 13:12,
13:14, 13:17,
13:22, 14:7,
14:13, 16:19,
19:20, 19:25,
20:5, 30:2,
38:9, 38:11,
39:4, 39:10,
39:14, 41:10,
41:17, 42:17,
44:14, 44:18,
45:4, 45:8,
45:20, 45:21,
51:2, 51:6
thank
5:17, 7:6,
7:24, 8:15, 9:3,
9:13, 10:10,
12:5, 16:24,
22:13, 25:12,
28:5, 49:24,
50:23, 58:22
thing
25:3
things
23:12, 28:6
think
15:25, 16:1,
16:6, 19:21,
22:5, 23:5,
34:5, 34:6,
34:25, 41:14,
43:15, 47:5,
49:4, 55:6,
58:5, 58:21
thinking
15:9
third
16:7
thought
55:10

**three**
7:17, 23:22,
24:23, 25:10,
31:19, 40:24,
41:2, 45:17,
50:9, 52:21
**through**
14:20, 20:18,
22:16, 26:15,
38:7, 43:10,
43:13, 45:14
**throughout**
5:14
**till**
24:18
**time**
5:1, 12:10,
12:19, 15:6,
15:12, 19:10,
21:25, 24:17,
37:12, 38:3,
39:2, 41:23,
43:1, 47:6,
47:10, 48:4,
48:8, 48:9,
48:10, 48:17,
50:11, 54:6,
58:1, 58:4,
58:17, 60:13
**times**
23:22, 24:23,
25:10, 25:11
**timing**
48:2
**tiny**
29:17
**today**
4:14, 4:17,
6:5, 6:20, 6:24,
7:4, 7:8, 15:17,
19:12, 58:7,
58:18
**today's**
8:12, 9:5,
9:21, 9:24, 10:3
**took**
47:10, 50:25,
53:22, 58:9,

**58:15**
**top**
50:4
**topic**
32:16
**topics**
57:7
**total**
40:3, 40:13
**touton**
1:17, 1:26,
2:17, 3:5, 4:5,
4:12, 6:4, 6:10,
7:7, 7:12, 7:16,
7:25, 8:11,
9:14, 9:18,
10:5, 10:21,
11:14, 12:1,
12:7, 13:4,
13:13, 14:11,
31:25, 46:6,
49:14, 49:24,
53:5, 54:18,
58:23, 60:7
**towards**
33:7, 56:22
**town**
10:16
**traffic**
28:11, 29:14,
29:16, 29:19,
41:4, 55:18,
57:9
**transcript**
60:11
**traveling**
48:12, 50:10
**tread**
45:15, 45:17
**treasurer**
35:19, 58:5
**trip**
48:13
**true**
60:11
**truth**
60:8, 60:9
**truthfully**
4:20, 6:20,

6:24, 7:4
**try**
35:1
**trying**
30:25, 52:20
**turned**
57:13
**turner**
2:10, 3:6,
4:11, 4:13,
13:1, 41:14,
49:12, 50:22,
58:21, 59:1
**two**
11:24, 24:23,
29:18, 39:17,
39:25, 40:4,
45:16
**type**
18:23, 25:15,
28:10, 29:3,
29:4, 41:4, 57:4
**types**
28:6, 29:10

**U**

**ultimately**
18:17
**um-hum**
25:13, 42:5
**unanimous**
54:23, 55:1
**uncle**
17:24, 18:17
**under**
6:11
**understand**
5:2, 5:15,
5:24, 6:10,
6:13, 7:12,
7:16, 7:20,
18:20, 30:25,
46:14, 55:20,
55:21
**understanding**
46:11
**understood**
22:7, 32:15,

**33:12, 33:21,**
42:2, 43:15,
45:6, 56:12,
57:15
**united**
1:1
**unless**
25:24
**unlocked**
30:12
**until**
4:23, 58:18
**upstairs**
39:22
**use**
5:21, 45:8,
45:10
**using**
45:9
**usually**
14:24, 26:14,
28:22, 35:10,
50:15

**V**

**verbal**
5:10
**versus**
37:9
**via**
2:2
**vice**
10:20, 10:24,
10:25, 11:3,
35:19, 57:25,
58:3, 58:6
**videoconference**
2:3
**vineyards**
40:23
**violent**
56:22
**virtual**
9:11, 31:1
**virtually**
1:27
**vision**
55:12

**visit**
14:12, 14:16,
14:19, 14:22,
15:1, 40:17,
42:18, 46:25
**visited**
15:11, 47:19
**visiting**
57:5
**visitor**
31:10
**visitors**
40:8, 41:6,
42:23, 43:4,
44:9, 47:16
**vote**
26:17, 36:12,
37:1, 37:5,
37:8, 39:3,
39:7, 39:9,
53:13, 53:19,
53:22, 54:12,
54:19, 54:20,
54:21, 57:23,
58:9, 58:11
**voted**
19:4, 54:10,
55:2, 57:19,
58:17
**votes**
36:10, 36:22
**voting**
36:17, 36:18

**W**

**wait**
4:23
**walk**
38:7
**walked**
22:16
**want**
16:14, 29:20,
29:22, 43:11,
45:21, 45:22,
45:25, 46:9
**wanted**
7:10, 38:11,

42:19, 52:2
**wanting**
12:16
**washington**
13:7, 40:15
**way**
29:20, 29:23,
45:18
**we'll**
20:19, 27:12
**we're**
4:17, 11:22,
20:17, 29:6,
29:8, 30:10,
34:6, 45:4
**week**
14:20, 41:6
**weekday**
42:19
**weekends**
14:17
**welcome**
22:14
**welcoming**
40:22
**well-being**
29:22
**went**
57:19, 58:11
**west**
1:15, 1:20,
4:9, 5:18,
13:12, 13:14,
13:17, 13:22,
14:7, 14:13
**whether**
37:18, 39:3
**whole**
38:22, 45:2,
60:8
**wine**
11:16, 11:25,
40:19
**within**
25:25, 35:1,
39:25, 45:23
**witness**
3:3, 4:5, 4:8,

31:6, 46:4,
49:22, 51:4,
58:24
**work**
39:23, 40:11
**worked**
45:7
**working**
38:24, 40:13,
42:3, 47:6, 47:9
**world**
39:21, 40:25
**worldwide**
40:22
**writing**
37:9

**X**

**xi**
60:26

**Y**

**yeah**
40:4, 55:6,
55:10, 55:19
**year**
19:8, 19:10,
20:5, 23:23,
24:23, 25:11,
30:18, 40:24,
41:3, 44:22
**years**
11:1, 11:2,
15:3, 28:17,
40:25, 41:2,
50:9
**york**
1:2, 2:12,
2:23, 2:32,
13:8, 13:11,
18:21, 18:22,
40:14, 60:5
**yourself**
5:20, 19:15,
53:3

**Z**

**zoom**
2:3, 8:13,

8:15, 41:25

**.**

**.4**
3:6
**.4200**
2:13
**.5800**
2:33

**0**

**00**
1:29
**00836**
60:26
**03429**
1:8
**04**
14:1

**1**

**10**
1:29, 16:18,
45:11, 59:4
**10018**
2:23
**10020**
2:32
**10111**
2:12
**11**
11:17, 16:18,
19:20, 19:25,
20:5, 38:9,
38:11, 39:4,
39:10, 39:14,
41:10, 41:17,
42:17, 44:18,
45:4, 45:8,
45:11, 45:20,
45:21, 59:4
**1170**
2:24
**12**
13:25, 16:19,
44:14
**1270**
2:30

**129**
4:8, 13:12,
13:14, 13:17,
13:22, 14:7,
14:13
**14**
51:2, 51:6
**1430**
2:22
**15**
40:1, 42:3
**17**
2:22, 47:11
**19**
15:10, 50:10
**1903**
14:1, 14:4
**1904**
14:4
**1984**
12:4
**1989**
18:5

**2**

**20**
1:8, 11:2
**201**
2:24
**2017**
17:17, 21:1,
24:14, 24:18
**2019**
47:25
**2020**
15:10, 48:1,
51:1, 51:2, 51:6
**2023**
1:28, 60:27
**212**
2:24
**212.589**
2:13
**212.784**
2:33
**27**
1:15, 1:20,
2:16, 4:9, 5:18,

13:12, 13:14,
13:17, 13:22,
14:7, 14:13,
30:2

**3**

**30**
40:3, 40:13
**300**
40:12

**4**

**45**
2:11
**482171**
1:32

**5**

**501**
2:31

**6**

**60**
1:33
**6500**
14:9
**6th**
30:2

**7**

**7,000**
14:9
**7th**
30:3