# EXHIBIT AA



SOLURI ARCHITECTURE

303 5th Avenue Suite 1702
New York, NY  10016
212-686-5002
andre@soluri.com
www.soluri-architecture.com

# INVOICE

**BILL TO**
Dr Emory Brooks
CCM - Community Counseling &
Mediation
25 Elm Place
2nd Floor
Brooklyn, NY  112015355 USA

**INVOICE #** 1969
**DATE** 11/15/2019
**TERMS** Due in 30 Days

*(handwritten: 6946   MCM   $4919.75)*

| PROJECT NUMBER | PROJECT NAME | FOR SERVICES: |
|---|---|---|
| 1906 | CCM - Manhattan Testfit | 10/01/2019 - 10/31/2019 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **PRINCIPAL IN CHARGE (Hourly)** | | | |
| Concept Programming & Design: Project Management | 4.75 | 165.00 | 783.75 |
| Concept Programming & Design: ACAD Drafting | 2.35 | 165.00 | 387.75 |
| Concept Programming & Design: Site Visit | 1.75 | 165.00 | 288.75 |
| Concept Programming & Design: Redlines & Markups | 0.75 | 165.00 | 123.75 |
| Concept Programming & Design: Travel Time | 0.50 | 165.00 | 82.50 |
| Concept Programming & Design: Building Dept & Landmarks:  Research Code & Zoning | 1.75 | 165.00 | 288.75 |
| | | Subtotal: | 1,955.25 |
| **JUNIOR ARCHITECT (Hourly)** | | | |
| Concept Programming & Design: Project Management | 2.25 | 98.00 | 220.50 |
| Concept Programming & Design: ACAD Drafting | 20 | 98.00 | 1,960.00 |
| Concept Programming & Design: Site Visit | 5.75 | 98.00 | 563.50 |
| Concept Programming & Design: Redlines & Markups | 1 | 98.00 | 98.00 |
| Concept Programming & Design: Travel Time | 0.75 | 98.00 | 73.50 |

*(stamp: PAID NOV 29 2019   10/25/)*

Marked Confidential                                                                                                                         CCMS0000147

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Concept Programming & Design: Meetings | 0.50 | 98.00 | 49.00 |
| | | Subtotal: | 2,964.50 |

Please make check payable to "Soluri Architecture"     BALANCE DUE     $4,919.75

6946

MCM.

Marked Confidential                                                                 CCMS0000148



Jiehua Ou <jou@ccmnyc.org>

# Invoice #1969 & Invoice #1974 From Soluri Architecture
1 message

**Jessica Bolbach** <jessica@soluri.com>  Thu, Nov 21, 2019 at 11:36 AM
To: "emoryxbrooks@aol.com" <emoryxbrooks@aol.com>
Cc: Andre Soluri <andre@soluri.com>, Jiehua Ou <jou@ccmnyc.org>

Hi Mr. Brooks,

I hope this email finds you well!

Attached are the Invoices for services rendered from 10/01/2019 - 10/31/2019 on your projects for CCM – Manhattan Testfit (INVOICE #1969 – Total Due is $4,919.75) and for CCM – Clinton Ave. (INVOICE #1974 - Total Due is $41.25) for your review. Please note, the testfit Invoices include work for the following locations:

- 55 W39th St
- 129 W27th St

Please let me know if you have any questions at all.

The instructions on how to send a check, payable 30 days from this email, are listed below.

Please send check payable to **Soluri Architecture**

Mail To:

303 5th Avenue, Suite 1702

New York, NY 10016

*Mr. Brooks,*

*Can we pay? Thanks.*

Thanks and Regards,

Jess

*approved*

*Emory Brooks*

Jessica Bolbach

Business Development Manager

Soluri Architecture

Marked Confidential                                                                                                                                                                          CCMS0000149