**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
C.C.M.S. d/b/a COMMUNITY COUNSELING
AND MEDIATION SERVICES,

                       Plaintiff,

-against-                                      20 **CIVIL** 3429 (NRB)

## JUDGMENT

OXFORD REALTY & HOLDINGS LLC, WEST
27TH STREET REALTY INC., MARC PATURET,
JOSEPH GRILL, MAXIME TOUTON, F. MICHAEL
CONTE, NIGEL SHAMASH, and other similarly
situated Board Members of West 27th Street
Realty, Inc.,

                      Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 20, 2024, the Court has granted both the Co-Op Defendants' and Paturet's motions for summary judgment and CCMS's claims are dismissed; accordingly, the case is closed.

**Dated:**  New York, New York

       March 20, 2024

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                       **BY:**        *K. Mango*

                                                          **Deputy Clerk**